| | |
|---|---|
| 1 | KATE S. LEHRMAN [Bar No. 123050] |
| 2 | klehrman@lehrmanlawgroup.com |
|   | BENSON Y. DOUGLAS [Bar No. 206742] |
| 3 | bdouglas@lehrmanlawgroup.com |
| 4 | ANTHONY PAUL GRECO [Bar No. 296398] |
| 5 | tgreco@lehrmanlawgroup.com |
|   | LEHRMAN LAW GROUP |
| 6 | 12121 Wilshire Boulevard |
| 7 | Suite 1300 |
|   | Los Angeles, CA  90025 |
| 8 | (310) 917-4500 |
| 9 | (310) 917-5677 (FAX) |

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM R. MCGEE, an individual, | ) | Case No.  '19CV513 MMAWVG |
|  | ) |  |
| v. | ) |  |
|  | ) | **CERTIFICATION AND NOTICE** |
| MERCEDES-BENZ USA, LLC, a | ) | **OF INTERESTED PARTIES BY** |
| limited liability company, and DOES 1 | ) | **DEFENDANT MERCEDES-BENZ** |
| through 10, inclusive, | ) | **USA, LLC** |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) | DISCOVERY CUT-OFF:   NONE |
|  | ) | MOTION CUT-OFF:         NONE |
|  | ) | TRIAL DATE:                    NONE |

365.436. - 00369911.DOC                                           1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY DEFENDANT MERCEDES-BENZ USA, LLC**

1  The undersigned, counsel of record for defendant Mercedes-Benz USA,
2  LLC (MBUSA or defendant), certifies that the following listed party may have a
3  pecuniary interest in the outcome of this case.  These representations are made to
4  enable the Court to evaluate possible disqualification or recusal.
5  The sole member of MBUSA is Daimler North America Corporation
6  (DNAC).  DNAC is a Corporation organized under the laws of the State of
7  Delaware operating out of Farmington Hills, Michigan.

DATED:  March 18, 2019                LEHRMAN LAW GROUP
                                      KATE S. LEHRMAN
                                      BENSON Y. DOUGLAS
                                      ANTHONY P. GRECO


                              By:  /s/ *Anthony P. Greco*
                                   Anthony P. Greco
                                   Attorneys for Defendant
                                   MERCEDES-BENZ USA, LLC