KATE S. LEHRMAN [Bar No. 123050]
klehrman@lehrmanlawgroup.com
BENSON Y. DOUGLAS [Bar No. 206742]
bdouglas@lehrmanlawgroup.com
ANTHONY PAUL GRECO [Bar No. 296398]
tgreco@lehrmanlawgroup.com
LEHRMAN LAW GROUP
12121 Wilshire Boulevard
Suite 1300
Los Angeles, CA  90025
(310) 917-4500
(310) 917-5677 (FAX)

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. McGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:19-cv-00513 MMA (WVGx)<br>[Filed:   February 08, 2019]<br>[Removed:  March 18, 2019]<br><br>Hon. Michael M. Anello<br>Courtroom 3D<br><br>**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion for Summary Judgment, Separate Statement of Material Facts and [Proposed] Order]*<br><br>Date:     March 2, 2020<br>Time:    2:30 p.m.<br>Ctrm:    3D |

DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF BENSON Y. DOUGLAS

I, Benson Y. Douglas, declare as follows:

1.      I am an attorney admitted to practice before the Southern District Court.  I am associated with Lehrman Law Group, attorneys of record for defendant Mercedes- Benz USA, LLC ("MBUSA" or "Defendant").  I am one of the attorneys in my office responsible for handling this matter for Defendant.  In that capacity, I am personally familiar with the facts set forth herein and if called as a witness in this case, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Retail Installment Sale Contract – Simple Finance Charge Purchase Agreement for Plaintiff William McGee's 2015 Mercedes-Benz C350C that is the subject of this litigation (the Vehicle).

3. Attached as **Exhibit B** is a true and correct copy of the deposition transcript for Plaintiff, William McGee, dated September 4, 2019.

4. Attached as **Exhibit C** is a true and correct copy of the deposition transcript for the Primary Driver, Arlene McGee, dated September 4, 2019.

5. Attached as **Exhibit D** is a true and correct copy of the Part 573 Safety Recall Report for NHTSA Recall No. 19v010 for the recall of the passenger-side Takata airbag inflator in the Vehicle dated January 9, 2019.

6. Attached as **Exhibit E** is a true and correct copy of the February 2019 customer notification letter titled Important Safety Recall Interim Notice to Plaintiff William McGee for NHTSA Recall No. 19v010.

7. Attached as **Exhibit F** is a true and correct copy of Defense counsel's attempt to meet and confer pursuant to L.R. 7-3. Another attorney from my office sent an email to Plaintiff's counsel regarding the Motion and the basis for the relief sought. While the parties were not able to reach a resolution prior to the filing of the Motion, I am willing to continue to meet and confer regarding a potential resolution of the issues within the Motion and will withdraw the Motion if a

**DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES**

1   resolution of said issues is reached, alleviating the need for an Opposition to be

2   filed.

3           I declare under penalty of perjury under the laws of the United States of

4   America that the foregoing is true and correct.

5           Executed this 24th day of January, 2020, at Los Angeles, California.

6

7                                  /s/ *Benson Y. Douglas*
                                   Benson Y. Douglas

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**

**RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE**
**(WITH ARBITRATION PROVISION)**

| 16339   5338392 | | |
|---|---|---|
| Dealer Number ___ 41221 ___ | Contract Number FG421404 | R.O.S. Number ___ 35693252 ___ Stock Number FG421404 |

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| WILLIAM ROBERT MCGEE 14360 CASCADE CROSSING POWAY CA SAN DIEGO 92064 | | MERCEDES BENZ OF ESCONDIDO 1101 WEST NINTH AVENUE ESCONDIDO CA        92025 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the  Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2015 | MERCEDES C350C | 52 | WDDGJ8JB1FG421404 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 4.99 % | $ 5889.69 (e) | $54798.15 | $60687.84 (e) | $ 60687.84 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 47 | 1264.33 | Monthly beginning 02/13/16 |
| N/A | N/A | N/A |
| One final payment | 1264.33 | 01/13/2020 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

**1. Total Cash Price**

| | | |
|---|---|---|
| A. Cash Price of Motor Vehicle and Accessories | $ 46000.00 | (A) |
| 1. Cash Price Vehicle | $ 46000.00 | |
| 2. Cash Price Accessories | $ N/A | |
| 3. Other (Nontaxable) | | |
| Describe ___ N/A ___ | $ ___ N/A ___ | |
| Describe ___ N/A ___ | $ ___ N/A ___ | |
| B. Document Processing Charge (not a governmental fee) | $ 80.00 | (B) |
| C. Emissions Testing Charge (not a governmental fee) | $ N/A | (C) |
| D. (Optional) Theft Deterrent Device (to whom paid) ___ N/A ___ | $ N/A | (D) |
| E. (Optional) Theft Deterrent Device (to whom paid) ___ N/A ___ | $ N/A | (E) |
| F. (Optional) Theft Deterrent Device (to whom paid) ___ N/A ___ | $ N/A | (F) |
| G. (Optional) Surface Protection Product (to whom paid) ___ N/A ___ | $ N/A | (G) |
| H. (Optional) Surface Protection Product (to whom paid) ___ N/A ___ | $ N/A | (H) |
| I. EV Charging Station (to whom paid) ___ N/A ___ | $ N/A | (I) |
| J. Sales Tax (on taxable items in A through I) | $ 3686.40 | (J) |
| K. Electronic Vehicle Registration or Transfer Charge ___ CVR ___ (not a governmental fee) (to whom paid) | $ 25.00 | (K) |
| L. (Optional) Service Contract (to whom paid) MBFS MBI-VSC | $ 3000.00 | (L) |
| M. (Optional) Service Contract (to whom paid) MBFS MAINTENANC | $ 1600.00 | (M) |
| N. (Optional) Service Contract (to whom paid) ___ N/A ___ | $ N/A | (N) |
| O. (Optional) Service Contract (to whom paid) ___ N/A ___ | $ N/A | (O) |
| P. (Optional) Service Contract (to whom paid) ___ N/A ___ | $ N/A | (P) |
| Q. Prior Credit or Lease Balance paid by Seller to ___ N/A ___ | (e) $ ___ N/A ___ | (Q) |
| (see downpayment and trade-in calculation) | | |
| R. (Optional) Gap Contract (to whom paid) ___ N/A ___ | $ ___ N/A ___ | (R) |
| S. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ ___ N/A ___ | (S) |
| T. Other (to whom paid) ___ N/A ___ | | |
| For ___ N/A ___ | $ ___ N/A ___ | (T) |
| **Total Cash Price (A through T)** | $ 54391.40 | (1) |

**2. Amounts Paid to Public Officials**

| | | |
|---|---|---|
| A. Vehicle License Fees | $ 300.00 | (A) |
| B. Registration/Transfer/Titling Fees | $ 78.00 | (B) |
| C. California Tire Fees | $ 8.75 | (C) |
| D. Other   Smog Abatement Fee | $ 20.00 | (D) |
| **Total Official Fees (A through D)** | $ 406.75 | (2) |

**3. Amount Paid to Insurance Companies**
(Total premiums from Statement of Insurance column a + b) $ ___ N/A ___ (3)

**4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee** $ ___ N/A ___ (4)

**5. Subtotal (1 through 4)** $ 54798.15 (5)

**6. Total Downpayment**

| | | |
|---|---|---|
| A. Agreed Trade-in Value   Yr ___ N/A ___   Make ___ N/A ___ | | |
| Model ___ N/A ___   Odom ___ N/A ___ | | |

---

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

#### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| S ___ N/A ___ – Ded. Comp., Fire & Theft N/A ___ Mos. | $ ___ N/A ___ |
| S ___ N/A ___ – Ded Collision        N/A ___ Mos. | $ ___ N/A ___ |
| Bodily Injury      S ___ N/A ___ Limits N/A ___ Mos. | $ ___ N/A ___ |
| Property Damage S ___ N/A ___ Limits N/A ___ Mos. | $ ___ N/A ___ |
| Medical N/A ___        N/A ___ Mos. | $ ___ N/A ___ |
| ___ N/A ___        N/A ___ Mos. | $ ___ N/A ___ |
| Total Vehicle Insurance Premiums | $ ___ N/A ___ |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X ___[signature]___
Co-Buyer X
Seller X ___[signature]___

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

#### Application for Optional Credit Insurance

☐ Credit Life   ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | N/A Mos. N/A | | $ ___ N/A ___ |
| Credit Disability N/A Mos. N/A | | | $ ___ N/A ___ |
| Total Credit Insurance Premiums | $ | | N/A (b) |
| Insurance Company Name N/A | | | |

Home Office Address ___ N/A ___

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details). You want to buy the credit insurance.

X ___ N/A ___
Date   Buyer Signature        Age

X ___ N/A ___
Date   Co-Buyer Signature        Age

#### OPTIONAL GAP CONTRACT

A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1R of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___ N/A ___ Mos. ___ N/A ___
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X ___ N/A ___

#### OPTIONAL SERVICE CONTRACT(S)

You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1L, 1M, 1N, 1O, and/or 1P.

MBFS MBI-VSC

1L Company ___ 75000 ___

H. (Optional) Gap Contract (to whom paid) _____ $ __N/A__ (H)
S. (Optional) Used Vehicle Contract Cancellation Option Agreement _____ $ __N/A__ (S)
For _____ _____

Date ___ Buyer Signature ___ Age
Date ___ Buyer Signature ___ Age

| | |
|---|---|
| To whom Paid T) | |

Total Cash Price (A through T) $ 54791.40 (1)

2. Amounts Paid to Public Officials
A. Vehicle License Fees $ 300.00 (A)
B. Registration/Transfer/Titling Fees $ 78.00 (B)
C. California Tire Fees $ 8.75 (C)
D. Other Smog Abatement Fee $ 20.00 (D)
Total Official Fees (A through D) $ 406.75 (2)

3. Amount Paid to Insurance Companies
(Total premiums from Statement of Insurance column a + b) $ N/A (3)
4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee $ N/A (4)
5. Subtotal (1 through 4) $ 54798.15 (5)
6. Total Downpayment
A. Agreed Trade-In Value Yr __N/A__ Make __N/A__ $ N/A (A)
   Model __N/A__ Odom __N/A__
   VIN __N/A__
B. Less Prior Credit or Lease Balance (see line 6E) $ N/A (B)
C. Net Trade-In (A less B) (indicate if a negative number) $ N/A (C)
D. Deferred Downpayment $ N/A (D)
E. Manufacturer's Rebate $ N/A (E)
F. Other $ N/A (F)
G. Cash $ 0.00 (G)
Total Downpayment (C through G) $ 0.00 (6)
(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 10 above)
7. Amount Financed (5 less 6) $ 54798.15 (7)

OPTIONAL GAP CONTRACT A gap contract (debt cancella-tion contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1H of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term __N/A__ Mos. _____ Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X __N/A__

OPTIONAL SERVICE CONTRACT(S) You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1L,1M, 1N, 1O, and/or 1P.
1L Company MBFS MBI-VSC
Term 72 Mos. or 75000 Miles
1M Company MBFS MAINTENANCE
Term 48 Mos. or 40000 Miles
1N Company __N/A__ Mos. or __N/A__ Miles
1O Company __N/A__ Mos. or __N/A__ Miles
1P Company __N/A__ Mos. or __N/A__ Miles
Buyer X _____

| SELLER ASSISTED LOAN | AUTO BROKER FEE DISCLOSURE | HOW THIS CONTRACT CAN BE CHANGED. |
|---|---|---|

SELLER ASSISTED LOAN
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.
_____ N/A _____
Proceeds of Loan From: N/A
Amount $ N/A Finance Charge $ N/A
Total $ N/A Payable in N/A
installments of $ N/A
from this Loan is shown in item 6D.

AUTO BROKER FEE DISCLOSURE
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable:

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X _____
Co-Buyer Signs X _____

SELLER'S RIGHT TO CANCEL If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
X _____
Buyer
X _____
Co-Buyer

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _____
Co-Buyer Signs X _____

OPTION: ☒ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before 03 JAN , Year 16 . SELLER'S INITIALS _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
S/S X _____   X _____

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any payment under this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund.
Buyer Signature X _____   Co-Buyer Signature X _____

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the finance or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature X _____   Co-Buyer Signature X _____

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION.
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _____ Date 12/29/15   Co-Buyer Signature X _____ Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X __N/A__ Address _____

GUARANTY: To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a fair or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise settle the dispute relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notice of the amount owing at any time, and of any demands upon the Buyer.
Guarantor X __N/A__ Date _____   Guarantor X __N/A__ Date _____
Address __MERCEDES-BENZ OF ESCONDIDO__   Address _____
Seller Signs _____ Date 12/29/15   By X _____ Title FIN MGR

LAW FORM NO. 553-CA-ARB REV 7-13, S. WEH MB. 485762

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about those changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

> **GAP LIABILITY NOTICE**
> In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
   You give us a security interest in:
   • The vehicle and all parts or goods installed on it;
   • All money or goods received (proceeds) for the vehicle;
   • All insurance, maintenance, service, or other contracts we finance for you; and
   • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
   This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
   • You do not pay any payment on time;
   • You give false, incomplete, or misleading information on a credit application;
   • You start a proceeding in bankruptcy or one is started against you or your property;
   • The vehicle is lost, damaged or destroyed; or
   • You break any agreements in this contract.
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle.

f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle. We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the front of this contract, not to exceed the highest rate permitted by law, until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

**If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6. Servicing and Collection Contacts.** You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**7. Applicable Law.** Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**8. Warranties of Buyer.** You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

---

**CREDIT DISABILITY INSURANCE NOTICE**
**CLAIM PROCEDURE**

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given. If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in those completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

> **Seller's Right to Cancel**
> a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.
> b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you

insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance of the type and coverage that covers your interest and our interest in the vehicle, or that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property;
   - The vehicle is lost, damaged or destroyed; or
   - You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

You waive the provisions of Calif. Vehicle Code Section 1808.21 to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the Insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given. If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

## CREDIT DISABILITY INSURANCE CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised

**Seller's Right to Cancel**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

---

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where the contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

| Seller assigns its interest in this contract to | | (Assignee) at (address) |
|---|---|---|
| | | under the terms of Seller's agreement(s) with Assignee. |
| ☐ Assigned with recourse | ☐ Assigned without recourse | ☐ Assigned with limited recourse |
| Seller | By | Title |

Form No. 553-CA-ARB 7/13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**

```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   WILLIAM R. McGEE,           )
                                 )
 6            Plaintiff,         )
                                 )
 7       vs.                     )     Case No. 3:19-cv-00513
                                 )     MMA (WVGx)
 8   MERCEDES-BENZ USA, LLC, and )
     DOES 1 through 10,          )
 9   inclusive,                  )
                                 )
10            Defendants.        )
     _____/
11
12
13
14           DEPOSITION OF WILLIAM R. McGEE
15              Carlsbad, California
16           Wednesday, September 4, 2019
17
18
19
20
21   Reported by:
22   BARBARA A. BAKER
23   RPR, CSR No. 13033
24   Job No. 3500380
25   Pages 1 - 77
```

**Page 2**

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   WILLIAM R. McGEE,        )
                              )
 6        Plaintiff,          )
                              )
 7   vs.                      )   Case No. 3:19-cv-00513
                              )   MMA (WVGx)
 8   MERCEDES-BENZ USA, LLC, and )
     DOES 1 through 10,       )
 9   inclusive,               )
                              )
10        Defendants.         )
11   _____/
12
13
14
15
16
17        Deposition of WILLIAM R. McGee, taken on behalf of
18   Defendants at 701 Palomar Airport Road, Suite 250,
19   Carlsbad, California, beginning at ** a.m. and ending at
20   ** : P.m. on September 4, 2019, before BARBARA A. BAKER,
21   Certified Shorthand Reporter No. 13033.
22
23
24
25
                                                    Page 2
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4      LAW OFFICES OF WILLIAM R. McGEE, APLC
        BY:  DEANNA M. WALLACE
 5      Attorney at Law
        701 Palomar Airport Road
 6      Suite 250
        Carlsbad, California  92011
 7      760.438.1047
        760.438.1056  Fax
 8      deannalemonlaw@gmail.com
 9
     For Defendant:
10
        LEHRMAN LAW GROUP
11      BY:  ANTHONY PAUL GRECO
        Attorney at Law
12      12121 Wilshire Boulevard
        Suite 1300
13      Los Angeles, California  90025
        310.917.4500
14      310.917.5677  Fax
        [!E-MAIL2]
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3
```

**Page 4**

```
 1                    I N D E X
 2                                          Page
 3   EXAMINATION BY MR. GRECO                  6
 4
 5            E X H I B I T S
 6   NUMBER        DESCRIPTION             PAGE
 7   Exhibit 1  Second Amended Notice of Taking   15
                Videotaped Deposition of Plaintiff
 8              William R. McGee and Demand for
                Production of Documents
 9
     Exhibit 2  Plaintiff's documents produced per   16
10              Exhibit 1 category requests
11   Exhibit 3  Legal C1C Report,                28
                Bates MBUSA 000001 - 000004
12
     Exhibit 4  Group of documents with cover page   52
13              entitled "Deal_Lead_Sheet,"
                Bates MBUSA 000520 - 560
14
     Exhibit 5  Pre-Invoice Accounting 691945,       61
15              04/16/16, Bates MBUSA 000012 - 014
16   Exhibit 6  Pre-Invoice Accounting 693042,       64
                04/22/16, Bates MBUSA 000015 - 016
17
     Exhibit 7  Invoice No. 706559, 10/28/16,        66
18              Bates MBUSA 000020 - 021
19   Exhibit 8  Invoice No. 720159, 05/16/17,        67
                Bates MBUSA 000022 - 024
20
     Exhibit 9  Invoice No. 732089, 11/02/17,        68
21              Bates MBUSA 000025 - 027
22   Exhibit 10 Invoice Accounting 736234, 1/05/18,  70
                Bates MBUSA 000034 - 037
23
     Exhibit 11 Invoice Accounting 749474, 7/17/18,  71
24              Bates MBUSA 000054 - 55
25
                                                    Page 4
```

**Page 5**

```
 1            E X H I B I T S
 2              (Continued)
 3
     NUMBER        DESCRIPTION             PAGE
 4
     Exhibit 12 Hoehn Motors Work Order 680597,      72
 5              1/10/19, Bates MBUSA 000065 - 068
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 5
```

2 (Pages 2 - 5)

1    Carlsbad, California, September 4, 2019,
2           12:51 p.m.
3
4
5         WILLIAM R. McGEE,
6    Having been first duly sworn, testifies as follows:
7
8            EXAMINATION
9  BY MR. GRECO:
10   Q   Can you please state and spell your name for
11 the record.
12   A   William McGee. W-i-l-l-i-a-m, M-c-G-e-e.
13   Q   All right, Mr. McGee. My name is Tony Greco.
14 And I'm an attorney for Mercedes-Benz USA, LLC.
15       We're here to take your deposition regarding a
16 lawsuit, which you filed against Mercedes-Benz USA, LLC.
17       Have you ever had your deposition taken before?
18   A   No.
19   Q   All right. What do you do for a living,
20 Mr. McGee?
21   A   I'm am attorney.
22   Q   Okay. And how many depositions have you taken,
23 if you can estimate for me?
24   A   This will be a really rough estimate. Maybe a
25 couple hundred.

Page 6

1   A   1985.
2   Q   What kind of law do you currently practice?
3   A   I specialize in Lemon Law cases.
4   Q   Is this specifically California Lemon Law?
5   A   Well, yes; although, I guess I could say my
6 firm also does cases in Nevada and Arizona as well.
7       MS. WALLACE: And federal.
8       THE WITNESS: And federal cases, yes.
9  BY MR. GRECO:
10   Q   And what is the name of your firm?
11   A   The Law Offices of William R. McGee.
12   Q   Okay. And the Law Offices of William R. McGee
13 is also representing you in this lawsuit; correct?
14   A   That's correct.
15   Q   What is the current address for the Law Offices
16 of William R. McGee?
17   A   701 Palomar Airport Road, Suite 250, Carlsbad
18 California 92011.
19   Q   You mentioned that you received your California
20 bar license in 1985.
21       Have you ever practiced in any areas of law
22 other than the California Lemon Law?
23   A   Yes.
24   Q   How long have you been specializing in Lemon
25 Law cases?

Page 8

1   Q   Okay. And so do you feel sufficiently
2 comfortable with the process of taking a deposition that
3 there is no need for us to run through all the
4 admonitions before getting started with this today?
5   A   Yes, I do.
6   Q   All right. Okay. I do have to ask you: Have
7 you taken any medication in the last 24 hours that you
8 feel would impair your ability to remember any of the
9 events related to this case?
10   A   I have not.
11   Q   Okay. Have you had any drugs or alcohol in the
12 last 24 hours that you feel would impair your ability to
13 remember the events of this case?
14   A   No.
15   Q   All right. Mr. McGee, what's your date of
16 birth?
17   A   January 16, 1959.
18   Q   And you mentioned earlier that you're an
19 attorney.
20       Licensed here in the State of California;
21 correct?
22   A   Yes.
23   Q   All right. Are you barred in any other states?
24   A   No.
25   Q   When did you receive your law degree?

Page 7

1   A   Since 1987.
2   Q   When you say specialize in Lemon Law cases,
3 what do you mean?
4   A   Well, it's evolved somewhat over time. But by
5 specializing in, I mean that my practice today is by and
6 large exclusively Lemon Law cases or cases under the
7 Song Beverly Consumer Warranty Act.
8   Q   When you say "by and large," are you able to
9 give me a percentage of how many of your cases are under
10 the Song Beverly Consumer Warranty Act? And a rough
11 estimate is fine.
12   A   Ninety-nine -- well, 95 percent.
13   Q   And the other five percent are -- you mentioned
14 that your firm does some work in November and Arizona.
15       Is the other five percent made up of the Lemon
16 Law cases in Nevada and Arizona?
17   A   And federal cases, yes.
18   Q   As I just deposed your wife, I know that you're
19 married.
20       What address do you live at?
21   A   1601 South Pacific Street, Unit B2, Oceanside,
22 California, 92054.
23   Q   And how long have you lived there?
24   A   Since November of 2018.
25   Q   Does anyone, other than your wife, live with

Page 9

3 (Pages 6 - 9)

1  you at that address?
2      A   No.
3      Q   All right.  So this lawsuit is regarding a
4  Mercedes-Benz C350.  If I refer to that as the subject
5  vehicle, do you know what vehicle I'm talking about?
6      A   Yes.
7      Q   The entire time -- strike that.
8          Did you purchase the subject vehicle?
9      A   Yes, I did.
10     Q   And the entire time that you owned the subject
11 vehicle, have you lived anywhere other than the
12 South Pacific address you just gave me?
13     A   Yes.
14     Q   Where else did you live?
15     A   I lived at 14360 Cascade Crossing, Poway,
16 California, until February of 2018.  And then in
17 February 2018, we lived at the Escondido RV Resort in
18 our motor home until we moved into our present address
19 in November of 2018.
20     Q   Did anyone, other than your wife, live with you
21 at that house in Poway while you owned the subject
22 vehicle?
23     A   No.
24     Q   Do you have any children that are older than
25 driving age?

Page 10

1      A   I have two children, both driving age.
2      Q   Okay.  And what are the names of your children?
3      A   Meghan and Patrick.
4      Q   Do they live in California?
5      A   No.
6      Q   Have they lived in California at any point
7  while you owned the subject vehicle?
8      A   Yes.
9      Q   Is Meghan's last name McGee?
10     A   As of a week and a half ago, no.
11     Q   Congratulations.
12     A   Thank you.
13     Q   And so did she live in California up until a
14 week ago?
15     A   No.  She lives in Colorado and moved to
16 Colorado in November of 2015, I believe.
17     Q   To your knowledge, has Meghan ever driven the
18 subject vehicle?
19     A   I don't believe so, no.
20     Q   To your knowledge, has she ever been a
21 passenger in the subject vehicle?
22     A   More than likely.
23     Q   Do you recall any specific times that she was a
24 passenger in the subject vehicle?
25     A   I don't.

Page 11

1      Q   What about Patrick, is his last name McGee?
2      A   Yes.
3      Q   I'm sorry.  What is Meghan's new last name?
4      A   Sloan.
5      Q   S-l-o-a-n?
6      A   That's correct.
7      Q   No "e"?
8      A   No "e."
9      Q   To your knowledge, has Patrick ever been a
10 passenger in the subject vehicle?
11     A   More than likely.
12     Q   To your knowledge, has he ever driven the
13 subject vehicle?
14     A   No.
15     Q   To your knowledge, has Patrick or -- let me do
16 them one at a time.
17         To your knowledge, has Meghan witnessed any
18 problems with the subject vehicle when she was a
19 passenger?
20     A   No.
21     Q   And what about Patrick, to your knowledge, has
22 he witnessed any particular problems with the subject
23 vehicle when he was a passenger?
24     A   No.
25     Q   If I had a pie chart which showed the

Page 12

1  percentage of drivers for the subject vehicle, what
2  percentage of that pie chart would be you as the driver
3  of the vehicle, and what percentage would be the other
4  people?
5      A   I would be somewhere between five and ten
6  percent.
7      Q   And so the other 90 to 95 percent, to your
8  knowledge, what other drivers are there that would make
9  up that 90 to 95 percent?
10     A   My wife.
11     Q   To your knowledge, has your mother-in-law ever
12 driven the subject vehicle?
13     A   Not that I was aware of.
14     Q   I think your wife mentioned that she also has
15 two children.
16         I assume those are your stepchildren?
17     A   Correct.
18     Q   To your knowledge, have they ever driven the
19 subject vehicle?
20     A   To my knowledge, they have not driven the
21 vehicle.
22     Q   Other than yourself and your wife, can you
23 think of anyone that's driven the subject vehicle, to
24 your knowledge?
25     A   Only dealership personnel.

Page 13

4 (Pages 10 - 13)

1    Q  Okay.  Okay.  Mr. McGee, before we do the depo
2  notice, is there any particular reason why you would
3  ever drive the subject vehicle as opposed to your wife
4  driving the subject vehicle?
5    A  Typically, the only time that would occur would
6  be if she needed the Jeep Grand Cherokee because she
7  either needed to haul some stuff that was too big for
8  the Mercedes, or if she were carrying passengers.
9    Q  Okay.  So if she's driving the -- okay.  I also
10  understand -- let me ask you this:  Other than the
11  subject vehicle, are there any other vehicles that you
12  currently own?
13    A  Yes.
14    Q  Okay.  What vehicles do you currently own?
15    A  I also own an Aston Martin, and I own a Monaco
16  Motor Home.
17    Q  And between the Aston Martin and the Jeep and
18  the subject vehicle, are you able to give me an idea of
19  the percentage of time you spend driving each vehicle?
20    A  Yes.
21    Q  Okay.  How would you split those up?
22    A  I would say the Jeep would be 65 percent.  The
23  Aston would be 30 percent or so.  And the Mercedes-Benz
24  might be five percent, if that.
25    Q  Okay.

Page 14

1    A  Yes, it is.
2    Q  Okay.  And I think our firm has been using
3  probably the same deposition notice for several years.
4    Are you generally familiar with what they look
5  like when they come out of Lehrman Law Group?
6    A  I am.
7    Q  Okay.  So you didn't really feel like there was
8  a need for you to go and review it in detail?
9    A  That's correct.
10    Q  Okay.  And I will represent that it is similar
11  to the other deposition notices you've seen before.
12    If you turn to Roman Numeral No. II, along with
13  the date and time, the location of the deposition, it
14  also reflects that certain documents be produced.
15    MR. GRECO:  I am going to go ahead and mark, as
16  Exhibit 2, a copy of the documents that you and your
17  counsel, on your behalf, produced today.
18    (Exhibit 2 marked)
19  BY MR. GRECO:
20    Q  All right.  Mr. McGee, before we get further
21  along into the deposition here, the first thing I wanted
22  to do was just go through the different categories where
23  we requested documents and see if you could think of
24  anything else that might be out there beyond the
25  documents that were produced today.

Page 16

1    A  Probably less than five percent.
2    Q  All right.  So which vehicle do you typically
3  use when you're commuting to work?
4    A  Typically, the Jeep.
5    Q  So are there any particular occasions or
6  reasons when -- reasons why you would use the
7  Aston Martin over the Jeep?
8    A  It's a nice day.  It's a convertible.
9    Q  If you and your wife would be driving together
10  over the weekends, do you typical take the Aston Martin?
11    A  If the weather is such that I could put the top
12  down, then, yes.  On the weekends, it's highly likely
13  that we would be driving the Aston Martin.
14    MR. GRECO:  Let's go ahead and mark, as
15  Exhibit 1, the Amended -- we marked as Exhibit 1 the
16  Second Amended Notice of Taking the Deposition of
17  William R. McGee.
18    (Exhibit 1 marked)
19  BY MR. GRECO:
20    Q  Mr. McGee, have you seen this notice before?
21    A  I think I just briefly saw the cover sheet when
22  it came into our office.
23    Q  Okay.  Are you -- I just want to say, our firms
24  have had several cases together over the years.
25    Is that accurate?

Page 15

1    Did you have an opportunity to review the
2  documents contained in Exhibit 2 before the deposition?
3    A  Not before.  But I have just now.
4    Q  Oh, okay.  All right.
5    MS. WALLACE:  Hold on a second.  He asked about
6  this.  Did you review these documents?
7    THE WITNESS:  Oh, I'm sorry.  I was thinking of
8  Exhibit 1.
9    Before today, I did not review these documents
10  that I have today.
11  BY MR. GRECO:
12    Q  Okay.  All right.
13    So the very first category just asks for each
14  and every writing in your possession, custody, or
15  control related to the acquisition of the vehicle.
16    Are all the documents related to the
17  acquisition of the vehicle that you have in your
18  possession, custody, or control contained within
19  Exhibit 2?
20    A  I believe they are.
21    Q  Okay.  The second category asks for writings
22  related to maintenance or repairs of the vehicle.
23    I noticed that there were a series of repair
24  orders in here.
25    Has the vehicle ever been taken anywhere other

Page 17

5 (Pages 14 - 17)

1 than Mercedes-Benz of Escondido or Hoehn Mercedes-Benz,
2 to your knowledge, for service or maintenance?
3   A  No.
4   Q  Did you personally ever bring the vehicle into
5 Mercedes-Benz of Escondido or Hoehn Motors?
6   A  Not that I can recall.
7   Q  Were you present at any times that the vehicle
8 was brought into Mercedes-Benz of Escondido or Hoehn
9 Motors?
10   A  Yes.
11   Q  Do you recall when those times were?
12   A  Not specifically.
13   Q  Do you recall how many times you were present?
14 And your best estimate is fine.
15   A  I can say I was not at Hoehn. I would say I
16 maybe was at Escondido Motors possibly on three or four
17 of the occasions.
18   Q  All right. Do you recall around when the last
19 time was that you were present at Mercedes-Benz of
20 Escondido?
21   A  No.
22   Q  Do you know if it was within the last six
23 months?
24   A  It was not.
25   Q  Was your wife with you at the same time when

Page 18

1      MR. GRECO:  But, Counsel, I think we already
2 reached a stipulation that Mrs. McGee can, at least,
3 provide us with the insurance card for it; correct?
4      MS. WALLACE:  Correct.
5      MR. GRECO:  Or if that wants to come from
6 Mr. McGee, it doesn't matter to me as long as we have
7 one copy of it.  Okay?
8      MS. WALLACE:  Sure.
9      MR. GRECO:  All right.
10 BY MR. GRECO:
11   Q  Category 6 asks for all writings related to any
12 non-conformities that are alleged to be in the subject
13 vehicle.
14      Now, I understand that you probably have a
15 legal definition in your mind as to what a
16 non-conformity is.  But for the sake of right now, I
17 just want to broaden it to any problem at all with the
18 car.
19      Other than the repair orders that we have here,
20 there's also a letter from Mercedes-Benz regarding a
21 recall that's contained in there.
22      Can you think of any other writings that would
23 document any problems that you and your wife had with
24 the vehicle?
25   A  No.

Page 20

1 you were at Mercedes-Benz of Escondido on those three or
2 four occasions?
3   A  Yes.
4   Q  Do you recall why the vehicle was being brought
5 in on any of the three or four occasions you were
6 present?
7   A  The only specific one that kind of occurs to me
8 is when the driver's side door had become misaligned and
9 was catching as you opened and closed it.
10   Q  Category 3 asks for writings related to
11 opportunities for Mercedes-Benz USA to repair the
12 vehicle.
13      Are the repair orders contained in Exhibit 2
14 all the documents that you have related to repair
15 opportunities given to Mercedes-Benz?
16   A  To my knowledge, yes.
17   Q  Category 4 asks for all writings related to the
18 condition of the vehicle other than the repair orders
19 contained in Exhibit 2.
20      Can you think of any other writings that would
21 describe the condition of the vehicle at any point in
22 time?
23   A  No.
24   Q  Category 5 asks for writings regarding
25 insurance coverage of the subject vehicle.

Page 19

1   Q  And do you know if there are any photographs or
2 videos of the vehicle?
3   A  Not that I'm aware of.
4   Q  Okay.  Did you have any written communication
5 with Mercedes-Benz USA, LLC?
6   A  Only the letter that I received from them.
7   Q  What letter was that?
8   A  The recall notice.
9   Q  Okay.  And you understand the difference
10 between Mercedes-Benz USA, LLC, and the dealerships;
11 correct?
12   A  I do.
13   Q  Did you personally have any written
14 communication with any of the Mercedes-Benz dealerships
15 that the vehicle was taken to?
16   A  No.
17   Q  Regarding this particular vehicle, do you
18 recall having any communications with any Mercedes-Benz
19 dealerships at all?
20   A  I had some communication with Escondido Motors
21 on one or two of those occasions when I was there with
22 my wife.
23   Q  Okay.  And I'm sorry.  I meant written
24 communication.
25   A  Oh, no, no written communications.

Page 21

6 (Pages 18 - 21)

1    Q   As far as your discussions with dealership on
2  the one or two occasions that you were there, you
3  mentioned that the one time that you recall was that the
4  driver's side door had become misaligned.
5       Do you recall the substance of the conversation
6  that you had with the folks at Mercedes-Benz of
7  Escondido?
8    A   It's a -- it's a vague recollection.  I recall
9  that I think we had to come back a second time for the
10 issue.
11      On those occasions that I was there, it's
12 usually because I was either dropping Arlene off or
13 picking her up.
14      But on this one occasion, I do recall the
15 service advisor -- I think it was the service advisor --
16 being very apologetic about the fact that the door was
17 still hanging up.
18      And I recall some conversation about the prior
19 time the car was there for that.  The technician that he
20 wanted to work on the car wasn't available.
21      And so someone else had worked on it that
22 probably wasn't as qualified to do that job as the guy
23 that he wanted to use.  And that guy was there now.  And
24 he was trying to assure us that it would get done right.
25   Q   Do you recall who the service advisor was at

*Page 22*

1  right?
2    A   Just one payment.
3    Q   Just one.
4       To your knowledge, has any aftermarket
5  equipment or accessories been installed on the vehicle?
6    A   No.
7    Q   Have you done any research into the current
8  value of the vehicle?
9    A   Yes.
10   Q   And what kind of research have you done?
11   A   At the early neutral evaluation conference for
12 this case, which I knew had a settlement conference-type
13 element to it, I believe I did a Kelley Blue Book
14 valuation on the car in preparation for that hearing.
15   Q   Okay.  So did you just go on Kelley Blue Book
16 on your computer and punch in the mileage for the car,
17 the year, make and model and see what number came up?
18   A   That's about it.
19   Q   When you selected the condition of the vehicle,
20 what condition did you select?
21   A   I don't recall.
22   Q   Do you recall what the options are for
23 conditions on Kelley Blue Book?
24      MS. WALLACE:  I'm just going to -- hold on.
25 I'm going to belatedly object as far as attorney/client

*Page 24*

1  the time?
2    A   I don't.
3    Q   Do you recall if it was a man or a woman?
4    A   It was a man.
5    Q   You said that there might have been other
6  conversations that you've had.
7       Do you recall any specifics about any other
8  conversations with the dealership personnel?
9    A   No.
10   Q   To your knowledge, has the vehicle ever been in
11 an accident?
12   A   No.
13   Q   So I take it no insurance claim has ever been
14 made on the vehicle?
15   A   No.
16   Q   And you were the person that purchased the
17 vehicle; right?
18   A   Yes.
19   Q   And did you buy the vehicle outright on the day
20 you purchased it?
21   A   Yes.
22   Q   So there -- one of the things I'm always
23 looking for inside these Exhibit 2's is the payment
24 history.
25      But there is no payment history for this car;

*Page 23*

1  privilege and work product.
2       I'm going to let you go ahead and answer, Bill,
3  but I just don't want to waive that objection.
4       THE WITNESS:  I believe there is poor, good,
5  and excellent.  Those are the three that stick out.
6  BY MR. GRECO:
7    Q   Okay.  Do you recall if you used poor as the
8  condition of the vehicle?
9    A   I don't think I would have used poor.
10   Q   And you don't recall if you used good or
11 excellent?
12   A   That's correct.
13   Q   But would it have been one of those two?
14   A   I believe so.
15   Q   Any particular reason why you would have picked
16 good as opposed to excellent that you can think of?
17   A   Only if that was the default.
18   Q   But otherwise, you believe the vehicle is in
19 excellent condition?
20   A   I think other than the issue that's the subject
21 of this lawsuit, the vehicle is in excellent condition.
22   Q   Do you recall what number the Kelley Blue Book
23 website came up with for the value of the car?
24   A   I don't.
25   Q   And I don't specifically, off the top of my

*Page 25*

7 (Pages 22 - 25)

1 head, recall the date of the early neutral evaluation
2 conference. But do you?
3    A   My best estimate is it was in the spring. I'm
4 thinking maybe April-ish.
5    Q   That sounds about right to me, too. I just
6 want to try to get an idea of when you would have been
7 checking.
8    And so is it fair to say that whatever that
9 date was, it was within a few days of that day?
10   A   Yes, that's very fair.
11   Q   Okay. By a few days, I mean somewhere between
12 three and five days.
13   A   Definitely.
14   Q   Okay. Do you recall the mileage on the vehicle
15 at the time?
16   A   No.
17   Q   Do you know the mileage on the vehicle today?
18   A   I believe it's in the low 40s, or, I should
19 say, the low 40,000s.
20   Q   All right. Other than this case, have you been
21 a party to any other lawsuits?
22   A   I've been a party to a divorce.
23   Q   But other than that, you've never been a
24 plaintiff or a defendant in a lawsuit?
25   A   I don't believe so.

Page 26

1    Q   Have you ever requested that another
2 manufacturer repurchase or replace your automobile?
3    A   Yes.
4    Q   Okay. When was that?
5    A   I would say approximately 2008.
6    Q   And what was the year, make and model, if you
7 can recall?
8    A   It involved a 2005 Maserati Quattroporte.
9    Q   What kind of problems were you experiencing
10 with that car?
11   A   The transmission.
12   Q   What kind of problems with the transmission?
13   A   It had a slipping issue.
14   Q   So by slipping issue, were you feeling, you
15 know, a jerk or a jolt when you were driving the car?
16   A   No. What you would feel when accelerating from
17 a stop would be an extreme hesitation before the car
18 would -- before the transmission would engage.
19   Q   Was that a vehicle that you were driving?
20   A   Yes.
21   Q   Was anybody else driving it?
22   A   No.
23   Q   And when did you purchase that vehicle?
24   A   Sometime in 2005, I believe.
25   Q   Okay. And was the vehicle ultimately

Page 27

1 repurchased by Maserati?
2    A   It was replaced.
3    Q   Was it replaced with another 2005 Quattro?
4    A   No. It was replaced with a 2008 Quattro. By
5 that time, Maserati had come out with a new transmission
6 that replaced the prior transmission.
7    Q   Did you make that -- the request that the
8 vehicle be replaced or repurchased, did you make as an
9 individual, or did you make it through your law firm?
10   A   I personally contacted the rep for Maserati
11 that I worked with on many other cases, and asked if
12 Maserati would replace my vehicle based upon a fairly
13 extensive repair history that I had.
14   Q   And they agreed to do that?
15   A   They did.
16   Q   Any other vehicles that you've had replaced or
17 repurchased by a manufacturer?
18   A   No.
19   MR. GRECO:   Mr. McGee, just to clarify
20 something I know we've already discussed at one point.
21   I'm going to mark as Exhibit 3. This is a copy
22 of the Mercedes-Benz Legal C1C report related to the
23 subject vehicle.
24   (Exhibit 3 marked)
25 ///

Page 28

1 BY MR. GRECO:
2    Q   Please take a moment to review this exhibit,
3 and let me know when you're finished.
4    MS. WALLACE:   He just has to ask you one
5 question.
6    THE WITNESS:   Okay.
7 BY MR. GRECO:
8    Q   Mr. McGee, have you seen a Mercedes-Benz Legal
9 C1C report before?
10   A   I have not.
11   Q   Not in any of the other cases?
12   A   No.
13   Q   At the top you can see that there's customer
14 information. It has your name, William R. McGee.
15   And then is that your home phone number
16 underneath?
17   A   That's actually my cell number.
18   Q   Okay. And then is that address that's listed
19 in that first box there your prior address in Poway?
20   A   Yes.
21   Q   Okay. And then underneath it, it has vehicle
22 information. And this goes on for several pages.
23   Typically in these reports, there's the
24 communications between the customer. But it also lists
25 all the vehicles associated with a customer's name.

Page 29

8 (Pages 26 - 29)

**Page 30**

1    A   I will say that cell phone number makes no
2   sense to me.  I don't have any cell phones like that.
3    Q   Okay.  Now, having looked at this exhibit, do
4   you recognize the year, make -- sorry -- the year and
5   model of any of the vehicles between pages one and four?
6       MS. WALLACE:  What do you mean by recognize?
7       MR. GRECO:  Well, first, I wanted to know if he
8   recognizes them at all.
9   BY MR. GRECO:
10   Q   And second, the follow-up question is for you.
11      Have you owned any of the vehicles that are
12   listed here?  So if that helps guide you.
13   A   Yeah.  Looking at Page 1, I've owned none of
14   those vehicles.  And I have not owned -- let me go back.
15   I've owned several Mercedes vehicles in the past.
16      I know I leased three Mercedes wagons when my
17   children were young kind of back to back, to back.
18      I -- well, no.  I see on Page 2 there's a 2004
19   E320.  I don't know if that's a wagon or not.  Plus it's
20   silver.  So that would not have been mine.
21      No.  So none of the cars on Page 2 are cars
22   that I've ever owned.
23      On Page 3 at the top there, there is a 1988
24   300TE in diamond blue.  I bought a used Mercedes-Benz
25   diamond blue wagon from Escondido Motors.

**Page 31**

1       It might have been an '88.  The year I'm not
2   sure of.  I ended up trading that car in.
3    Q   Do you recall what dealer you traded it in to?
4    A   I believe it would have been Escondido Motors.
5    Q   Okay.
6    A   In fact, I know it was Escondido Motors now
7   that I think about it.
8    Q   Do you recall when you traded it in?
9    A   No.
10   Q   Or an estimate for how many years ago it might
11   have been?
12   A   I remember the fact that I was taking it down
13   to get a coffee cup holder.  Back then they didn't have
14   one, and my wife really wanted a coffee cup holder.
15      And I ended up with a brand new wagon that
16   was --
17      MS. WALLACE:  With a coffee cup holder.
18      THE WITNESS:  -- that was on the showroom
19   floor, which I always referred to as my $55,000 cup
20   holder.
21      MS. WALLACE:  That's funny.
22      THE WITNESS:  And -- yeah.
23   BY MR. GRECO:
24   Q   Okay.
25   A   And that was -- I'm thinking roughly 2000 --

**Page 32**

1   maybe around 2000.  But that's a really rough estimate.
2    Q   Okay.
3    A   Going through the rest of these, I did own a
4   1988 -- I did own a black 300CE.  I bought that used
5   from a private party.  Sold it to a private party
6   sometime thereafter.
7    Q   Okay.
8    A   That's on Page 3.  That's like the second --
9   that's like the second car down.
10   Q   I think on Page 3, also, the one, two, three --
11   the fourth box here, that's the subject vehicle;
12   correct?
13   A   Well, let's see.  Where are we looking?  Oh,
14   yeah, that looks like -- that looks like the subject
15   vehicle, yes.
16   Q   Okay.
17   A   I've never owned a CLK 550.
18      The top of Page 4 looks like -- is that the
19   subject vehicle again?
20   Q   Yes.
21   A   It looks like it might be.
22      I've not owned a gray E500.  I've not owned a
23   white E500.  I've not owned a black E320.  And I've not
24   owned an R500.
25   Q   Okay.  So the most we pulled out is the subject

**Page 33**

1   vehicle and maybe two of these that you believe might
2   have been cars that you've owned at one point.
3       And they were all on Page 3; right?
4    A   I believe that is correct.
5    Q   Okay.
6    A   No, on Page 2, the second one down is a black
7   CL550, 2007.  That very well might have been a car I
8   owned.
9    Q   Okay.
10   A   Yeah.
11   Q   Okay.  Now, the Mercedes-Benz that you have
12   owned, do you recall having any particular complaints,
13   problems, or issues with those cars?
14   A   On the which?
15   Q   On the Mercedes-Benz vehicles that you owned,
16   other than the subject vehicle.
17   A   No.
18   Q   So even if we include all of the ones that we
19   went through that are contained in Exhibit 3, up to
20   possibly four vehicles, three vehicles other than the
21   subject vehicle, you don't recall having any particular
22   problems with those cars?
23   A   I don't.
24      And in looking at this, there's another on
25   Page 2, the third one down, is an Asp -- Aspen Green

9 (Pages 30 - 33)

1 E320S. I did lease a green Mercedes wagon after the
2 blue cup holder wagon. So that car very well may have
3 been mine.
4    Q  Okay. Do you recall having any problems with
5 that car?
6    A  No.
7    Q  Okay.
8    A  All right. So as I'm looking at more details
9 here, on the fourth one down on Page 2, the 2000 S500 --
10 no.
11       I had a CL500 that was blue. And it would have
12 been about a 2000 model year. Not an S. So that
13 couldn't have been mine. I thought maybe that was a CL.
14 Okay.
15    Q  Okay. All right. Do you recall having any
16 particular problems with any Mercedes-Benz over the
17 years other than whatever the issues are in this
18 lawsuit?
19    MS. WALLACE: Mercedes-Benz that he's owned?
20 BY MR. GRECO:
21    Q  Mercedes-Benz that you've owned.
22    A  No.
23    Q  So I sort of asked whether or not you
24 recognized any of the vehicles that were in Exhibit 3.
25 And then I also went on to say, did you own any of them.

Page 34

1       Do you recognize any of the vehicles that we
2 did not pull out as ones that you've owned?
3    A  No.
4    Q  Other than the Maserati and the subject
5 vehicle, can you think of -- are there any cars that
6 stand out in your mind as vehicles that you had any, you
7 know, sort of particular repeat problems with over the
8 years?
9    MS. WALLACE: Again, vehicles that he's owned?
10    MR. GRECO: Yes.
11    MS. WALLACE: Okay.
12    THE WITNESS: No.
13 BY MR. GRECO:
14    Q  To your knowledge, has anyone in your immediate
15 family requested that a manufacturer repurchase or
16 replace an automobile?
17       And by "immediate family," I just mean wife,
18 your children, parents, brothers or sisters.
19    A  No.
20    Q  My understanding is that the vehicles you
21 currently own are a 2012 Jeep Grand Cherokee.
22    A  That's correct.
23    Q  The subject vehicle, the Aston Martin; and that
24 there's also an RV; is that correct?
25    A  That's correct.

Page 35

1    Q  I take it the RV you only use when you go
2 camping or on trips?
3    A  That's correct.
4    Q  Have you experienced any problems with the RV?
5    A  No drivability problems. Anyone who's owned an
6 RV probably can recite many coach-related issues.
7       But it's been a good motor home. I don't have
8 any issues with it.
9    Q  And your understanding, the -- the chassis and
10 platform for the vehicle is not a Mercedes-Benz product
11 as far as you know; correct?
12    A  It is not.
13    Q  Have you had particular problems with the
14 Aston Martin?
15    A  No.
16    Q  Have you had any particular problems that you
17 can recall with the Jeep?
18    A  No.
19    Q  All right. Because I think it's a better copy
20 and easier to read, let's go back to Exhibit 2. The
21 first few pages are the purchase agreement for the
22 vehicle. That will be the first three pages.
23       So is this a true and accurate copy of the
24 purchase agreement that you entered into for the subject
25 vehicle?

Page 36

1    A  I think so.
2    Q  Did you test-drive the vehicle before deciding
3 to purchase it?
4    A  Yes.
5    Q  Did your wife go with you when you test-drove
6 the vehicle?
7    A  I don't believe so.
8    Q  Did you go with the sales representative?
9    A  Yes.
10    Q  Do you recall the name of the sales
11 representative?
12    A  No.
13    Q  When you took the vehicle on the test drive,
14 were you able to take it on the freeway?
15    A  I actually test-drove it more than once. But,
16 yes.
17    Q  How many times did you test-drive it?
18    A  I believe twice.
19    Q  Any particular reason why you test-drove it
20 twice?
21    A  Yes.
22    Q  Why is that?
23    A  We were deciding on what car to get for Arlene.
24 We had pretty much determined we wanted a coupe but had
25 not decided on which coupe.

Page 37

10 (Pages 34 - 37)

**Page 38**

1  So we test-drove a Cadillac coupe. I don't
2 recall the model. We then test-drove an Audi A5, I
3 believe. And we were kind of deciding between those two
4 cars.
5  And I sort of, on my own, thought I would like
6 to see what sort of a coupe Mercedes has in that same
7 general category of car. By category, I mean size,
8 price range.
9  And so on my own, I went to Escondido Motors.
10 They had this C350 there. I asked to test-drive it.
11  To me, the test-drive of that car was far more
12 impressive than the other cars that I had test-driven.
13 And at that point, I was very much encouraging Arlene to
14 look at a Mercedes, the Mercedes-Benz.
15  Q  When you say much "more impressive," what did
16 you mean by that?
17  A  It drove much smoother; felt more solid.
18  Q  Were there any -- my understanding is you were
19 purchasing this car for Arlene; right?
20  A  Absolutely correct.
21  Q  Okay. Did she express to you anything that was
22 particularly important to her in deciding on what kind
23 of car she was going to get?
24  A  She is all about the looks.
25  Q  Okay. So there were no particular features

**Page 39**

1 that came with the C350 that were particularly important
2 to her as far as you know?
3  A  No. The only thing she expressed about the
4 features is she loved the fact that on the grille it's
5 got a little light that lights up the Mercedes star.
6 She thought that was very cool.
7  Q  Were there any particular features that were
8 important to you in making the decision to purchase this
9 over any of the other vehicles you looked at?
10  A  Yes. I wanted a car that was safe. I wanted a
11 car that accelerated smoothly, handled relatively
12 nimbly, and just felt solid.
13  Q  In your experience in driving the vehicle, have
14 there ever been times where you feel like it did not
15 accelerate smoothly?
16  A  I've never felt that.
17  Q  Have there ever been times that you feel like
18 it did not handle nimbly?
19  A  No.
20  Q  Are there times that you've driven the vehicle
21 and you felt unsafe in the vehicle?
22  A  Yes. I think from the point that we got the
23 recall notice. If I'm driving the vehicle and someone
24 is in the passenger seat, I have a safety concern.
25  Q  Okay. And when we're talking about the recall

**Page 40**

1 notice -- I believe that's the fourth page of Exhibit 2.
2  A  All right.
3  Q  Okay. For the sake of the record, this
4 document has Important Safety Recall Interim Notice
5 listed at the top.
6  It says that it's from Christian Treiber,
7 T-r-e-i-b-e-r, Vice President of Customer Services.
8 It's addressed to William R. McGee.
9  It appears to have the 1601 South Pacific
10 Street, Unit B2, listed as the address that it was sent
11 to.
12  Mr. McGee, does this appear to be an accurate
13 copy of the letter you received from Mercedes-Benz?
14  A  I believe it is.
15  Q  And did you receive this letter in February of
16 2019?
17  A  I don't recall. But that sounds about right.
18  Q  And earlier when you spoke about the recall, is
19 this the recall you're talking about?
20  A  Yes.
21  Q  Is the reason that you filed this lawsuit
22 because of this recall?
23  A  Yes.
24  Q  There are no other problems with the vehicle
25 that you feel are substantial impairment to its value or

**Page 41**

1 safety?
2  A  No.
3  MS. WALLACE:  Objection. Calls for legal
4 conclusion.
5 BY MR. GRECO:
6  Q  Same question regarding its use. Are there any
7 other problems that you feel substantially impair the
8 vehicle's use other than potentially this recall?
9  MS. WALLACE:  Same objection.
10  THE WITNESS:  No.
11 BY MR. GRECO:
12  Q  Okay. So what's your understanding of the
13 issue that the recall is related to?
14  A  My understanding is what I read on the notice
15 that says, "Under certain circumstances during a crash
16 that necessitates frontal airbag deployment, the defect
17 in your passenger side airbag inflater may cause the
18 airbag to explode.
19  "A passenger side inflater explosion during
20 deployment could result in sharp metal fragments
21 striking the front passenger or other occupants possibly
22 causing serious injury or death."
23  It's pretty much the extent of my
24 understanding.
25  Q  Okay. Have you done any additional research

11 (Pages 38 - 41)

1 into the parts or remedy or the potential problems
2 related to this recall?
3     A  No.
4     Q  Are you familiar with -- as an attorney who
5 specializes in Lemon Law, are you familiar with any of
6 the litigation that has to do with Takata airbags over
7 the last -- at this point, it's almost ten years?
8     A  Not particularly.
9     Q  Are you familiar with any of the orders from
10 the National Highway Transportation and Safety
11 Administration regarding the priority of how these
12 airbags are replaced in particular vehicles?
13     A  No.
14     Q  Are you at all familiar with any lawsuits filed
15 by manufacturers against Takata for fraud?
16     A  No.
17     Q  Under California's Lemon Law, are you familiar
18 with any provisions that have to do with the
19 manufacturer's inability to repair a vehicle due to
20 circumstances out of -- outside of its control?
21         MS. WALLACE:  Can you read that question back?
22         (Record read)
23         MS. WALLACE:  I'm just going to object.  It
24 calls for a legal conclusion.  Potentially violates
25 attorney/client privilege and work product.

Page 42

1 But I'll let you answer.
2         THE WITNESS:  I'm familiar with a section in
3 the Act that discusses that.
4 BY MR. GRECO:
5     Q  Without going into the details of any
6 particular cases or parties involved or the vehicles
7 involved, have you filed any lawsuits on behalf of any
8 other consumers where the sole claim is based on the
9 Takata airbag recall?
10         MS. WALLACE:  Objection.  Violates
11 attorney/client and work product.
12         I'll let Bill answer.
13         THE WITNESS:  I have filed lawsuits for clients
14 based upon recalls where parts have been unavailable.  I
15 don't recall if any of those were specific to the -- to
16 the Takata airbag recall.
17 BY MR. GRECO:
18     Q  Do you own the Aston Martin?
19     A  Yes.
20     Q  You also own the Jeep, too; right?
21     A  Yes.
22     Q  Have you ever told your wife to stop driving
23 the C350 altogether?  Just park it; leave it in the
24 driveway and drive one of the other vehicles?
25         MS. WALLACE:  I'm going to object based on

Page 43

1 attorney/client privilege and also spousal privilege.
2         If you want to answer, you can go ahead.
3         THE WITNESS:  No, I have not told her to do
4 that.
5 BY MR. GRECO:
6     Q  When's the last time you drove the subject
7 vehicle?
8     A  I believe I drove it last weekend.
9     Q  Was anyone a passenger in the vehicle at that
10 time?
11     A  I take it back.  I did not drive it last
12 weekend.  I drove it probably about two weeks ago.
13     Q  Was anyone a passenger in the vehicle at that
14 time?
15     A  Yes.  Arlene was.
16     Q  Have you ever ridden as a passenger in the
17 vehicle in the last six months?
18     A  Yes.
19     Q  Do you have an estimate for how many times?
20     A  In the last six months, maybe ten times.
21     Q  When you were driving the car two weeks ago
22 with Arlene as a passenger, was she sitting in the
23 backseat or the front passenger seat?
24     A  The front.
25     Q  Do you recall where you were going?

Page 44

1     A  We were going down to San Diego.
2     Q  And about how long of a drive is that?
3     A  Thirty-five miles.
4     Q  Do you recall the time of day?
5     A  Late afternoon or early evening.  Late
6 afternoon.
7     Q  Was it a -- do you recall what day of the week
8 it was?
9     A  It was a weekday.
10     Q  So did you take the 5 South to get there?
11     A  Yes.
12     Q  Was there traffic?
13     A  Yes.
14     Q  How would you describe traffic?  Was it light?
15 Heavy?
16     A  It was heavy towards the end.
17     Q  Do you recall the highest speed you were able
18 to get the vehicle up to while you were driving?
19     A  Not specifically, no.
20     Q  But you weren't at a crawl the entire time
21 going less than 20 miles an hour?
22     A  Definitely not.
23     Q  Do you recall if you were able to get the
24 vehicle up to 45 miles per hour?
25     A  Yes.

Page 45

12 (Pages 42 - 45)

1    Q   What about 60 miles per hour?
2    A   Yes.
3    Q   And I take it then you drove back from
4  San Diego at some point, too; correct?
5    A   That's correct.
6    Q   All right.  Do you recall what day you drove
7  back?
8    A   Same night.
9    Q   Was there less traffic at that time?
10   A   Much less.
11   Q   Did Arlene ride in the passenger seat?
12   A   Yes.
13   Q   The front passenger seat?
14   A   Yes.
15   Q   Were you able to get the vehicle up to 60 miles
16  an hour on the way back?
17   A   Yes.
18   Q   Did you tell Arlene to sit in the backseat of
19  the vehicle at any point?
20   A   I did not.
21   Q   And the six times you rode as a passenger, were
22  you always sitting in the front passenger seat?
23       MS. WALLACE:  Objection.  That misstates.
24  BY MR. GRECO:
25   Q   The six times that you recall riding in -- let

Page 46

1    the backseat of the vehicle as a passenger?
2    A   Yes, she has.
3    Q   On those occasions, was it because there was a
4  person or some object in the front passenger seat?
5    A   Yes.
6        MS. WALLACE:  Objection.  Calls for
7  speculation.
8  BY MR. GRECO:
9    Q   You mentioned that with the Maserati, you
10  had -- the Maserati Quattro that was repurchased, you
11  had called the rep that you had dealt with before.
12       I assume on pre-litigation demands?
13   A   That's correct.
14   Q   And asked if they could replace your vehicle.
15       Did you do that in this instance for the
16  Mercedes-Benz?
17   A   No.
18   Q   Is there any reason why you didn't call a rep
19  from Mercedes-Benz or call the Mercedes-Benz 1-800
20  number?
21   A   I didn't believe it would be productive.
22   Q   Are you aware that Mercedes-Benz participates
23  in the BBB Auto Line Arbitration program?
24   A   I think I'm -- yeah.  I'm probably aware of
25  that.

Page 48

1    me start over.
2        The six times that you estimated you might have
3  ridden in the vehicle since -- in the last six months as
4  a passenger, were you sitting in the front passenger
5  seat?
6    A   Yes.
7        MS. WALLACE:  It still misstates testimony.
8  But you're good.
9  BY MR. GRECO:
10   Q   Did that misstate your testimony in any way?
11   A   Yes.  You said in the roughly six times.  I
12  think my testimony was ten times.
13   Q   Okay.  So for those ten times, were you riding
14  in the passenger -- front passenger seat?
15   A   Yes.
16   Q   Have you ever ridden as a passenger in the
17  backseat of the vehicle?
18   A   Probably.
19   Q   On those occasions, was it because somebody
20  else was sitting in the front passenger seat?
21   A   Or there may have been some object there.
22   Q   But not because you felt unsafe sitting in the
23  front passenger seat?
24   A   No.
25   Q   To your knowledge, has Arlene ever ridden in

Page 47

1    Q   Is there any reason why you didn't pursue this
2  case under arbitration?
3    A   Yeah.  I don't care for the arbitration
4  procedures.
5    Q   You said you didn't believe it would be
6  productive to call Mercedes-Benz 1-800 number.
7        Is that accurate?
8    A   Yes.
9    Q   Why did you feel that way?
10   A   I didn't believe that they would -- actually, I
11  believe they would deny my claim.
12   Q   Okay.  Why did you think that?
13   A   It was just my experience telling me that.
14   Q   What kind of experience?
15   A   Dealing with Mercedes-Benz.
16   Q   Your experience as an attorney?
17   A   Yes.
18   Q   Okay.  And making pre-litigation demands on
19  behalf of your clients?
20   A   That is certainly a part of my experience, yes.
21   Q   Okay.  Can we go back to Exhibit 2.  Turn to --
22  I believe it's the sixth page of Exhibit 2.
23   A   All right.  I have it.
24   Q   Okay.  This, to me, appears to be a copy of a
25  note that has Mercedes-Benz on it.

Page 49

13 (Pages 46 - 49)

1      When I deposed your wife earlier, she mentioned
2  that some of this looked like your handwriting that
3  appears on this note.
4      Does any of this look like your handwriting?
5  A  Yes.
6  Q  What parts of this note look like your
7  handwriting?
8  A  The date, "8/23/19," the word "Sandy," and the
9  date, "May '20."
10 Q  Okay.  Why did you write the date on this note?
11 A  That's the date I called this number for
12 Mercedes-Benz USA.
13 Q  Okay.  Why did you write "Sandy," dash,
14 "May '20"?
15 A  Sandy was the Mercedes-Benz representative that
16 I spoke with.  Very nice lady.  And May '20 was her
17 estimate of when the parts may be available to repair
18 our car.
19 Q  About how long did that phone conversation
20 last?
21 A  Five to ten minutes.
22 Q  Do you recall anything else about it other than
23 asking Sandy when the repairs or the parts might be
24 available and her giving you the May of 2020
25 information?

Page 50

1  $54,798.15 at No. 7 down below.
2      Does that sound closer to what you would have
3  paid?
4  A  That sounds exactly what I would have paid.
5  Q  Okay.  Is that -- and that also included -- it
6  looks likes there's two optional service contracts that
7  were with the car if you look at the top of the page at
8  items L and M.
9  A  Yeah.  A maintenance plan as well as an
10 extended service plan.
11 Q  Okay.  Your wife also mentioned that some
12 wheels were swapped for the vehicle.
13     Do you recall the wheels being swapped on the
14 vehicle?
15 A  Yes.
16 Q  Do you recall the type of wheels that were
17 added to the vehicle in exchange for the ones already on
18 there?
19 A  My recollection is they were the wheels that
20 were on an AMG model.
21     MR. GRECO:  I'm going to mark as four.
22     (Exhibit 4 marked)
23 BY MR. GRECO:
24 Q  This is a copy of the deal jacket that we
25 received from Mercedes-Benz of Escondido.  I hadn't used

Page 52

1  A  I just recall she was very friendly, attempted
2  to be informative.  I think she said something to assure
3  me that Mercedes-Benz was doing all it could do and
4  don't hesitate to call back if there was anything else
5  they could do to help me.
6  Q  Okay.  Did you ever have any conversations with
7  Chris Islas at Hoehn Motors?
8  A  No.
9  Q  And then, I take it, still sticking with that
10 last page we were looking at, the phone number that's
11 written there, and then MBUSA and the VIN number
12 provided underneath, do you have any idea who wrote
13 that?
14 A  It's my understanding from Arlene that Chris
15 wrote that on a Post-It note and gave it to her.
16 Q  All right.  Going back to the first three pages
17 of Exhibit 2, I'm looking at the first page.
18     Was the total sale price that you paid for the
19 vehicle, $60,687.84?
20 A  The total sale price -- no, that doesn't sound
21 right.  No, that's not -- that -- that is the price I
22 would have paid had I financed the car and made all 48
23 monthly car payments that they were proposing to me.
24 Q  Okay.  But instead, what you did was you
25 paid -- if we look at the second page, there's

Page 51

1  it before because the copy of the contract that we have
2  in here is very difficult to read.
3      But there's just a few things that I want to
4  pull out, Mr. McGee.
5      If you go to the page that's marked
6  MBUSA 000527, there's a copy of a check and a credit
7  card receipt here.
8      Is that your signature on the copy of the
9  check?
10 A  Yes.
11 Q  All right.  It looks like the check was for
12 $46,798.15.
13 A  Correct.
14 Q  All right.  And then the credit card bill is
15 for 8,000?
16 A  Yes.
17 Q  All right.  Is that your signature on the
18 credit card receipt?
19 A  Yes.
20 Q  So that's the total amount that you paid for
21 the car; right?
22 A  The sum of those two numbers, yes.
23 Q  Okay.  All right.  And if you turn to the page
24 that's marked MBUSA 000538.
25 A  Okay.

Page 53

14 (Pages 50 - 53)

Veritext Legal Solutions
866 299-5127

1    Q   And you may also want to look at 000539.  All
2  right.
3        Did these two pages contain the two additional
4  service contracts that you purchased for the vehicle?
5    A   Yes.
6    Q   Okay.  And looking at 538, is that your
7  signature next to the customer's signature?
8    A   Yes.
9    Q   And the same on 539, is that your signature
10 next to the date under Buyer's Signature?
11   A   Yes.
12   Q   If you go to 000541, is that -- does that
13 appear to be your driver's license that's copied there?
14   A   It does.
15       MS. WALLACE:  And blown up.
16 BY MR. GRECO:
17   Q   And then if you turn to the following page,
18 there's an insurance card there.
19   A   Yes.
20   Q   While I understand we're going to get a copy of
21 the insurance card or -- that pertains to the particular
22 vehicle, is it the same insurance company that's
23 represented here?
24   A   Same insurance company, probably the same
25 policy number.
Page 54

1  repair and maintenance of automobiles?
2    A   No.
3    Q   You never took any shop classes in high school
4  or anything like that?
5    A   I took a semester of auto mech. in high school.
6  It might have been a year of auto mech.
7    Q   What did you learn, if you recall?
8    A   The basic operations of an internal combustion
9  gas engine.
10   Q   And since high school, have you taken any
11 coursework, any classes, or anything like that in the
12 repair and maintenance of automobiles?
13   A   No.
14   Q   You never worked at a dealership or for a
15 manufacturer?
16   A   No.
17       MR. GRECO:  Why don't we take five minutes?
18       (Recess)
19 BY MR. GRECO:
20   Q   Mr. McGee, do you recall taking any trips in
21 the vehicle by yourself or with your wife over a hundred
22 miles?
23   A   I can only recall two, I believe, that would
24 have been over a hundred miles.
25   Q   Okay.  All right.  Where did you go on those
Page 56

1    Q   Okay.  Okay.  We can put that aside.
2        Have you ever seen any warning lights come on
3  in the vehicle when you've been driving it?
4    A   I've seen the tire pressure light on.  I do not
5  recall any other warning lights.
6    Q   Have you ever put air in the vehicle's tires
7  yourself?
8    A   I have.
9    Q   And when you do that, do you just do that at a
10 gas station?
11   A   No.  I have a portable air compressor.
12   Q   Do you keep that in the C350?
13   A   No.
14   Q   Oh.  So do you just put air in the tires at
15 your house?
16   A   I haven't done that since we moved from Poway.
17 But when we lived in Poway, on occasion, I would do
18 that.
19   Q   What kind of gas do you put in the vehicle when
20 you drive it?
21   A   Premium.
22   Q   Have you performed any maintenance on the
23 vehicle yourself?
24   A   No.
25   Q   Do you have any particular training in the
Page 55

1  trips that you can recall?
2    A   One was up to Carmel/Monterey area.  And the
3  other was to LA/Beverly Hills area.
4    Q   Do you recall when you guys took the Monterey
5  trip, or can you give me an estimate?
6    A   Oh, boy.  I believe 2017 maybe.
7    Q   Okay.  What about to Beverly Hills?
8    A   That would have been probably the summer
9  of '19.
10   Q   Do you recall experiencing any particular
11 problems with the vehicle on the drive to Monterey?
12   A   I'm sorry.  I need to backtrack.  Summer of '18
13 would be the trip to LA, not '19.
14   Q   Do you recall experiencing any particular
15 problems with the vehicle on the trip to Monterey?
16   A   No.
17   Q   Do you recall experiencing any particular
18 problem with the vehicle on the trip to Beverly Hills?
19   A   No.
20   Q   Have there been any trips that you were
21 planning on taking in the vehicle that you had not taken
22 because of your concerns related to the recall?
23   A   On trips of really any length since the recall,
24 we have taken the Jeep.
25   Q   Between January 2016 and January of 2019, other
Page 57

15 (Pages 54 - 57)

**Page 58**

1 than the trip to Monterey and the trip to Beverly Hills,
2 did you take any other driving trips that were more than
3 a hundred miles?
4    A  Yes.
5    Q  Do you recall how many?
6    A  No.
7    Q  More than one?
8    A  Yes.
9    Q  More than five?
10   A  What are the date parameters again?
11   Q  January 2016 and January of 2019.
12   A  I don't know if there would be more than five.
13 Possibly.
14   Q  Okay.  Can you recall any of those trips
15 specifically?
16   A  There was, I believe, one or two trips to the
17 San Luis Obispo area.
18   Q  And what vehicle did you take on those trips?
19   A  The Jeep.
20   Q  Any reason why you chose to take the Jeep
21 instead of the subject vehicle?
22   A  I don't recall presently.
23   Q  Okay.  And any other trips that you can recall
24 other than the one or two to the San Luis Obispo area?
25   A  I've driven to LA for work-related issues on a

**Page 60**

1       MR. GRECO:  Sure.
2       (Discussion off the record)
3 BY MR. GRECO:
4    Q  So, Mr. McGee, I believe earlier you had told
5 me that the only times you recall, if any, actually
6 being at a Mercedes-Benz dealership with your wife when
7 the car was brought in or picked up was the times that
8 you were dropping her off or picking her up from a
9 service appointment; right?
10   A  That's correct.
11   Q  Okay.  So would you have been with her on any
12 of the occasions that the vehicle just came in for a car
13 wash?
14   A  I don't believe I would have been there for any
15 of those.
16   Q  Or any occasion when she might have come by to
17 put air in the tires?
18   A  No.
19   Q  Okay.
20      MS. WALLACE:  Can I clarify?  Just air in the
21 tires because I believe there's some ROs that talk about
22 air in the tires but also some other issues.
23      MR. GRECO:  Yeah.  Anything that was -- my
24 understanding from Arlene's testimony --
25 BY MR. GRECO:

**Page 59**

1 handful of occasions.  Whether that's more than a
2 hundred miles or not, I don't know.  It's right in that
3 ballpark, I guess.
4    Q  The two trips -- one or two trips to San Luis
5 Obispo area, did Arlene come with you?
6    A  Yes.
7    Q  Any other trips that you took not for work that
8 you can recall with Arlene that were between
9 January 2016 and January 2019?
10   A  Over a hundred miles driving?
11   Q  Yeah.  Let's stick with over a hundred miles.
12   A  Not that I can recall right now.
13   Q  Do you know if you guys have ever taken the
14 subject vehicle to Mexico?
15   A  We have not.
16   Q  Have you driven to Mexico at any point since
17 January 2016?
18   A  We did drive down to Mexico for one vacation.
19 And I'm not sure if it was before or after January
20 of '16.
21   Q  Okay.  What vehicle did you take?
22   A  The Jeep.
23   Q  And Arlene was with you?
24   A  Yes.
25      THE WITNESS:  Let's go off the record.

**Page 61**

1    Q  And, Mr. McGee, you were present for your
2 wife's testimony earlier today; right?
3    A  Yes, I was.
4    Q  Okay.  My understanding from her testimony was
5 that there were certain times that she would come by
6 just to get a car wash or have air put in the tires, but
7 not necessarily had the vehicle brought back for
8 repairs.
9       Do you have the same understanding?
10   A  Yes.
11   Q  Okay.  The only times you would have been there
12 would have been times that the vehicle was actually
13 taken by the service department for maintenance or
14 repair?
15   A  That's correct.
16   Q  Okay.
17      MR. GRECO:  Let's go ahead and mark this as
18 Exhibit 5.  This is Mercedes-Benz of Escondido Repair
19 Order 691945.
20      The mileage recorded on the vehicle at that
21 time was 4,034.  And the open date of the repair order
22 is April 6th of 2016.
23      (Exhibit 5 marked)
24 BY MR. GRECO:
25   Q  All right.  Mr. McGee, if you could please

16 (Pages 58 - 61)

1 take a moment and review what we've marked as Exhibit 5,
2 and let me know when you're finished.
3     A   All right.
4     Q   Do you recall if you were with your wife when
5 she dropped the vehicle off for this service visit?
6     A   I may have been.
7     Q   Okay.  There's a service advisor listed up in
8 the left-hand corner:  Lawrence, L-a-w-r-e-n-c-e,
9 Borders, B-o-r-d-e-r-s.
10        Do you remember having any conversation with
11 anyone named Lawrence Borders at any point during the
12 history of this vehicle?
13     A   I don't.  I don't know.
14     Q   Okay.  Do you recall your wife ever telling you
15 that the vehicle had an issue where it was making a
16 clicking noise when opening or closing the driver's
17 door?
18     A   Yes.
19     Q   Did you ever personally hear a clicking noise
20 coming from the vehicle when opening or closing the
21 driver's door?
22     A   Yes.
23     Q   Do you recall having any conversations with any
24 dealership personnel related to that clicking noise?
25     A   Not specifically, but I might have.

Page 62

1     Q   Do you recall your wife ever telling you that
2 she saw brake dust on the vehicle?
3     A   Yes.
4     Q   Did you ever personally see any brake dust on
5 the vehicle?
6     A   I personally saw what she was referring to.  It
7 may very well be brake dust.  I'm not certain.
8     Q   Have you seen that on the vehicle recently?
9     A   Yes.
10     Q   What does it look like to you?
11     A   In parts, it looks like it could be brake dust
12 because it's sort of a cloudy film, if you will.  But
13 then there are also some more thicker streaks, almost
14 like some sort of liquid that is being blown back onto
15 the lower panel of the car.
16     Q   And have you seen that same -- just staying
17 with the dust that you mentioned, have you seen the same
18 dust near all four wheels on the lower panel?
19     A   I believe I have seen it on all four wheels.
20 But it seems to me that it is the two rears that are the
21 most pronounced.
22     Q   What about thicker streaking marks?
23     A   The same.
24     Q   Do you have an estimate for how many times
25 you've noticed this on the vehicle in the time you and

Page 63

1 your wife have owned it?
2     A   Dozens.
3        MR. GRECO:  Let's go ahead and mark as
4 Exhibit 6.  This is Mercedes-Benz of Escondido Repair
5 Order 693042.
6        The Repair Order is opened on April 22nd, 2016.
7 And the mileage is reported at -- as 4,181.
8        (Exhibit 6 marked)
9 BY MR. GRECO:
10     Q   Mr. McGee, please take a moment to review
11 Exhibit 6, and let me know when you're finished.
12     A   All right.
13     Q   Do you recall if you were with your wife when
14 she brought the vehicle to Mercedes-Benz of Escondido on
15 April 22nd, 2016?
16     A   I believe I was.
17     Q   Okay.  And is this the time that we were
18 speaking about earlier where there was an issue with the
19 door hanging?
20     A   Yes.
21     Q   Do you recall who you spoke to at Mercedes-Benz
22 of Escondido?
23     A   I just recall -- I believe it was our service
24 writer at the time.
25     Q   Do you recall anything more about the substance

Page 64

1 of that conversation other than what we've already
2 discussed?
3     A   I do recall something about this line item B
4 that talks about the lower door rocker panel paint being
5 cracked.
6        And I believe that was kind of -- that was
7 occurring where the door was actually hanging up.  And
8 so it was actually cracking the paint because the door
9 would open and close.  And it would literally hit
10 against the other panel.
11        I also recall some discussion on line --
12 regarding line item C about the front bumper being
13 scratched that we had noticed when we had picked up the
14 car on the prior occasion.
15     Q   Okay.  There's also a line item G that mentions
16 a ding in the passenger rear quarter panel.
17        Do you recall ever seeing that?
18     A   That also rings a bell.  I don't have a lot of
19 recollection about that.  But I do -- I do seem to
20 recall us finding that as well.
21     Q   Okay.  Did you pay anything for any of the
22 repairs that were performed on this occasion?
23     A   No.
24     Q   And have you noticed any problems with the
25 driver door since this repair visit?

Page 65

17 (Pages 62 - 65)

1    A   No.
2    Q   And were all of the other items -- the
3   scratches and the dings, were those repaired to your
4   satisfaction on this visit?
5    A   Yes.
6        MR. GRECO: I'm going to go ahead and mark that
7   as Exhibit 8.
8        MS. WALLACE: Seven.
9        MR. GRECO: Seven. Thank you. Exhibit 7,
10   Mercedes-Benz of Escondido Repair Order 706559.
11       The mileage reported on this repair order is
12   11,040. And the repair order was opened on October 28,
13   2016.
14       (Exhibit 7 marked)
15   BY MR. GRECO:
16    Q   Mr. McGee, please take a moment to review this
17   repair order, and let me know when you're finished.
18    A   All right.
19    Q   Do you recall if you were with your wife when
20   she brought the vehicle in on October 28th, 2016?
21    A   I do not.
22    Q   Okay. Do you recall ever coming in with her
23   for a maintenance visit?
24    A   It's possible.
25    Q   Okay. Do you recall coming in with her for her

Page 66

1   10,000-mile maintenance visit?
2    A   I do not.
3    Q   Okay.
4        MR. GRECO: I am going to mark Exhibit 8. This
5   is Mercedes-Benz of Escondido Repair Order 720159.
6        It indicates it was opened on May 16, 2017.
7   The mileage reported on the vehicle at this time was
8   19,547.
9        (Exhibit 8 marked)
10   BY MR. GRECO:
11    Q   Mr. McGee, please take a moment to review this
12   repair order, and let me know when you're finished.
13    A   All right.
14    Q   Do you recall if you were with your wife when
15   she brought the vehicle in on May 16, 2017?
16    A   I don't recall.
17    Q   Okay. If you turn to the second page of this
18   exhibit, there's a complaint on here for the -- line C.
19       "Customer states the volume on the Bluetooth
20   phone setting is not loud when using hands-free phone
21   feature."
22       Do you ever recall experiencing a problem like
23   that in the vehicle when you were in it?
24    A   I don't recall.
25    Q   During her deposition, your wife also mentioned

Page 67

1   that there was a particular point on the freeway when
2   she would hear a crackling static sound coming from the
3   Bluetooth and speakers above her head.
4        Did you ever experience anything like that?
5    A   Not that I recall.
6    Q   Okay.
7        MR. GRECO: Mark as Exhibit No. 9. This is
8   Mercedes-Benz of Escondido Repair Order 732089.
9        Mileage reported on the vehicle at this time
10   was 25,953. It was opened on November 2, 2017.
11       (Exhibit 9 marked)
12   BY MR. GRECO:
13    Q   Mr. McGee, please take a moment to review this
14   repair order, and let me know when you are finished.
15    A   All right.
16    Q   All right. Do you recall if you were with your
17   wife when he brought the vehicle in on November 2, 2017?
18    A   I don't recall.
19    Q   All right. Do you recall being with her when
20   she picked the vehicle up?
21    A   I don't recall.
22    Q   Okay. Did you ever experience any sluggishness
23   when trying to accelerate the vehicle?
24    A   No.
25    Q   Did your wife ever talk to you about

Page 68

1   experiencing that problem?
2    A   Yes.
3    Q   Do you recall what she told you?
4    A   I recall that she discussed that when she was
5   going to work in the morning, there were times where it
6   felt like, when she would go to accelerate, that the car
7   would hesitate or was basically acting sluggish. I
8   think that was her word.
9    Q   Okay. Did you ever try to see if you could
10   duplicate that in the car by driving it?
11    A   I didn't specifically attempt to duplicate it
12   as in take the car out first thing in the morning to see
13   what it would do.
14       On those occasions where I did drive the car, I
15   attempted to be kind of in tune to the issue to see if I
16   could detect something, and I did not.
17    Q   Okay. Did you ever drive the car first thing
18   in the morning?
19    A   It's possible. But I don't have a specific
20   recollection of doing that.
21    Q   Okay. Okay. Do you recall ever seeing the
22   chrome trim around the steering wheel, you know, peeling
23   or --
24    A   I think --
25    Q   -- or rubbing away?

Page 69

18 (Pages 66 - 69)

1    A   I think I saw that.
2    Q   Do you know if that's still a problem with the
3   car?
4    A   I don't believe so.
5    Q   In the last six months, have you heard your
6   wife ever tell you that the car is still acting
7   sluggishly when she tries to accelerate it?
8    A   No.
9        MR. GRECO:  I'm going to have marked as
10  Exhibit 10.  This is Mercedes-Benz of Escondido Repair
11  Order 736234.
12       The mileage reported at the time of this repair
13  order was 28,113.  And it was opened on January 5, 2018.
14       (Exhibit 10 marked)
15  BY MR. GRECO:
16   Q   Mr. McGee, please take a moment to review this
17  repair order, and let me know when you're finished.
18   A   Okay.
19   Q   Do you recall if you were with your wife when
20  she brought the vehicle in on January 5th of 2018?
21   A   I don't recall.
22   Q   Okay.  Do you recall there being a time when
23  your wife -- or when the dealership installed a
24  navigation update, and it took a significant amount of
25  time for them to complete it?

Page 70

1    A   I recall my wife telling me about that episode.
2   Whether I actually ended up being there on that
3   occasion, I'm not sure.
4    Q   Okay.  When you were driving the vehicle, have
5   you ever experienced a call getting dropped while using
6   your phone?
7    A   Not that I can recall.
8    Q   Have you ever been in the vehicle with your
9   wife and witnessed a call that she's on being dropped?
10   A   Not that I can recall.
11   Q   Okay.  Do you recall if you were with your wife
12  when she picked the vehicle up on this visit to
13  Mercedes-Benz of Escondido?
14   A   I do not.
15       MR. GRECO:  Let's mark as Exhibit 11.  This is
16  Mercedes-Benz of Escondido Repair Order 749474.
17       The repair order was opened on July 17th of
18  2018.  The mileage reported on the vehicle is 32,438.
19       (Exhibit 11 marked)
20  BY MR. GRECO:
21   Q   Mr. McGee, please take a moment to review this
22  repair order, and let me know when you are finished.
23   A   All right.
24   Q   Do you recall if you were with your wife when
25  she brought the vehicle in on July 17, 2018?

Page 71

1    A   I don't recall.
2    Q   Okay.  Do you recall receiving any other recall
3   notices other than the Takata airbag recall?
4    A   I have a pretty vague recollection of getting
5   this recall notice.
6    Q   Do you recall if the recall was performed, you
7   know, within a few months of getting the notice?
8    A   I don't recall.  I would believe it was.  It
9   would be my habit to take the car in fairly quickly
10  after getting that kind of a notice.
11   Q   Okay.  Do you recall if you were with your wife
12  when she picked the vehicle up after repairs were
13  performed on this visit?
14   A   No.
15       MR. GRECO:  Let's have marked as Exhibit 12.
16  This is Hoehn Motors Repair Order 680597.
17       The mileage reported on the vehicle at that
18  time was 37,265.  And the repair order was opened on
19  January 10, 2019.
20       (Exhibit 12 marked)
21  BY MR. GRECO:
22   Q   Okay.  Mr. McGee, please take a moment to
23  review this repair order, and let me know when you're
24  finished.
25   A   All right.

Page 72

1    Q   Were you with your wife when she brought the
2   vehicle to Hoehn Motors on January 10, 2019?
3    A   I was not.
4    Q   Okay.  Do you recall being with her when she
5   picked the vehicle up?
6    A   I was not.
7    Q   Okay.  Are there any problems or complaints
8   you've had with the operation of the vehicle that we
9   haven't discussed today?
10   A   No.
11   Q   Your wife mentioned that you had ridden as a
12  passenger in the car.  She also mentioned one of her
13  daughters who may have witnessed or observed some of her
14  complaints with the car as well as her mother.
15       Can you think of anybody else that's been in
16  the vehicle who might have seen the tire pressure
17  monitor light come on or any of the other complaints
18  that your wife experienced with the car?
19   A   Not that I'm aware of.
20   Q   Has the vehicle ever had to be towed?
21   A   No.
22   Q   Did you ever have to pay for a rental car for
23  your wife while the vehicle was in the shop or for any
24  reason?
25   A   No.

Page 73

19 (Pages 70 - 73)

| | |
|---|---|
| 1    MR. GRECO:  I don't have any other questions. | 1              DECLARATION |
| 2    MS. WALLACE:  Okay.  Me neither. | 2 |
| 3    MR. GRECO:  Okay.  Same stip? | 3 |
| 4    MS. WALLACE:  Same stip. | 4        I hereby declare I am the deponent in the |
| 5    MR. GRECO:  Okay. | 5   within matter; that I have read the foregoing deposition |
| 6    (TIME NOTED IS 2:55 P.M.) | 6   and know the contents thereof.  And I declare that the |
| 7 | 7   same is true of my knowledge except as to the matters |
| 8    (Whereupon the following stipulation agreed | 8   which are therein stated upon my information or belief. |
| 9   upon at the conclusion of the deposition of Arlene McGee | 9   And as to those matters, I believe it to be true. |
| 10   taken on September 4, 2019, was stipulated herein and is | 10       I declare under the penalties of perjury of |
| 11   reprinted for reference; to wit: | 11   the State of California that the foregoing is true and |
| 12        "MR. GRECO:  Well, first off, defense counsel | 12   correct. |
| 13   is going to request a certified copy and a CD. | 13       Executed on the _____ day of |
| 14        But other than that, let's stipulate to relieve | 14   _____, 2019, at _____, |
| 15   the court reporter of her obligations under the Federal | 15   California. |
| 16   Rules of Civil Procedure.  I'll offer to send the | 16 |
| 17   original transcript to plaintiff's counsel, who will | 17 |
| 18   provide it to Mrs. McGee for review and signature under | 18       _____ |
| 19   penalty of perjury within 30 days. | 19       WILLIAM R. McGEE |
| 20        If Ms. McGee makes any corrections or changes, | 20 |
| 21   plaintiff's counsel will advise all counsel.  If for | 21 |
| 22   some reason the original is lost, misplaced or stolen, | 22 |
| 23   we agree that a certified copy can be used in lieu of | 23 |
| 24   the original for all purposes; that plaintiff's counsel | 24 |
| 25   will make the original of the deposition available upon | 25 |
| Page 74 | Page 76 |

| | |
|---|---|
| 1   request as needed. | 1              CERTIFICATE |
| 2        MS. WALLACE:  The only addition is that we | 2 |
| 3   relieve the court reporter of her duties under the | 3        I, the undersigned, a Certified Shorthand |
| 4   Federal Code of Civil Procedure after she's transcribed | 4   Reporter of the State of California, do hereby |
| 5   the deposition. | 5   certify: |
| 6        MR. GRECO:  Exactly.  Yes, thank you.  So | 6        That the foregoing proceedings were taken |
| 7   stipulated. | 7   before me at the time and place herein set forth; |
| 8        MS. WALLACE:  So stipulated.") | 8   that any witnesses in the foregoing proceedings, |
| 9 | 9   prior to testifying, were administered an oath; that |
| 10 | 10   a record of the proceedings was made by me using |
| 11 | 11   machine shorthand which was thereafter transcribed |
| 12 | 12   under my direction; that the foregoing transcript is a |
| 13 | 13   true record of the testimony given. |
| 14 | 14        Further, that if the foregoing pertains to the |
| 15 | 15   original transcript of a deposition in a Federal Case, |
| 16 | 16   before completion of the proceedings, review of the |
| 17 | 17   transcript [] was [] was not requested. |
| 18 | 18        I further certify I am neither financially |
| 19 | 19   interested in the action nor a relative or employee of |
| 20 | 20   any attorney or any of the parties. |
| 21 | 21        IN WITNESS WHEREOF, I have this date subscribed |
| 22 | 22   my name. |
| 23 | 23   Dated: September 17, 2019. |
| 24 | 24   _Barbara A. Baker_ |
| 25 | 25        BARBARA A. BAKER, RPR, CSR No. 13033 |
| Page 75 | Page 77 |

20 (Pages 74 - 77)

[000001 - 7]

**0**

000001   4:11
000004   4:11
000012   4:15
000015   4:16
000020   4:18
000022   4:19
000025   4:21
000034   4:22
000054   4:24
000065   5:5
000520   4:13
000527   53:6
000538   53:24
000539   54:1
000541   54:12
00513   1:7 2:7
014   4:15
016   4:16
021   4:18
024   4:19
027   4:21
037   4:22
04/16/16   4:15
04/22/16   4:16
05/16/17   4:19
068   5:5

**1**

1   1:8,25 2:8 4:7,10
   15:15,15,18 17:8
   30:13
1-800   48:19 49:6
1/05/18   4:22
1/10/19   5:5
10   1:8 2:8 4:22
   70:10,14 72:19
   73:2
10,000   67:1
10/28/16   4:17

11   4:23 71:15,19
11,040   66:12
11/02/17   4:20
12   5:4 72:15,20
12121   3:12
12:51   6:2
1300   3:12
13033   1:23 2:21
   77:25
14027   77:24
14360   10:15
15   4:7
16   4:9 7:17 59:20
   67:6,15
1601   9:21 40:9
17   71:25 77:23
17th   71:17
18   57:12
19   57:9,13
19,547   67:8
1959   7:17
1985   8:1,20
1987   9:1
1988   30:23 32:4

**2**

2   4:9 16:16,18
   17:2,19 19:13,19
   30:18,21 33:6,25
   34:9 36:20 40:1
   49:21,22 51:17
   68:10,17
2's   23:23
20   45:21 50:9,14
   50:16
2000   31:25 32:1
   34:9,12
2004   30:18
2005   27:8,24 28:3
2007   33:7
2008   27:5 28:4

2012   35:21
2015   11:16
2016   57:25 58:11
   59:9,17 61:22
   64:6,15 66:13,20
2017   57:6 67:6,15
   68:10,17
2018   9:24 10:16,17
   10:19 70:13,20
   71:18,25
2019   1:16 2:20 6:1
   40:16 57:25 58:11
   59:9 72:19 73:2
   74:10 76:14 77:23
2020   50:24
22nd   64:6,15
24   7:7,12
25,953   68:10
250   2:18 3:6 8:17
28   4:11 66:12
28,113   70:13
28th   66:20
2:55   74:6

**3**

3   4:11 19:10 28:21
   28:24 30:23 32:8
   32:10 33:3,19
   34:24
30   14:23 74:19
300ce   32:4
300te   30:24
310.917.4500   3:13
310.917.5677   3:14
32,438   71:18
3500380   1:24
37,265   72:18
3:19   1:7 2:7

**4**

4   1:16 2:20 4:12
   6:1 19:17 32:18

52:22 74:10
4,034   61:21
4,181   64:7
40,000s   26:19
40s   26:18
45   45:24
46,798.15.   53:12
48   51:22

**5**

5   4:14 19:24 45:10
   61:18,23 62:1
   70:13
52   4:12
538   54:6
539   54:9
54,798.15   52:1
55   4:24
55,000   31:19
550   32:17
560   4:13
5th   70:20

**6**

6   4:3,16 20:11
   64:4,8,11
60   46:1,15
60,687.84   51:19
61   4:14
64   4:16
65   14:22
66   4:17
67   4:19
68   4:20
680597   5:4 72:16
691945   4:14 61:19
693042   4:16 64:5
6th   61:22

**7**

7   4:17 52:1 66:9
   66:14

[7/17/18 - back]

| | | | |
|---|---|---|---|
| **7/17/18** 4:23 | **accounting** 4:14 | **airbags** 42:6,12 | **arlene's** 60:24 |
| **70** 4:22 | 4:16,22,23 | **airport** 2:18 3:5 | **aside** 55:1 |
| **701** 2:18 3:5 8:17 | **accurate** 15:25 | 8:17 | **asked** 17:5 28:11 |
| **706559** 4:17 66:10 | 36:23 40:12 49:7 | **alcohol** 7:11 | 34:23 38:10 48:14 |
| **71** 4:23 | **acquisition** 17:15 | **alleged** 20:12 | **asking** 50:23 |
| **72** 5:4 | 17:17 | **altogether** 43:23 | **asks** 17:13,21 |
| **720159** 4:19 67:5 | **act** 9:7,10 43:3 | **amended** 4:7 | 19:10,17,24 20:11 |
| **732089** 4:20 68:8 | **acting** 69:7 70:6 | 15:15,16 | **asp** 33:25 |
| **736234** 4:22 70:11 | **action** 77:19 | **amg** 52:20 | **aspen** 33:25 |
| **749474** 4:23 71:16 | **added** 52:17 | **amount** 53:20 | **associated** 29:25 |
| **760.438.1047** 3:7 | **addition** 75:2 | 70:24 | **assume** 13:16 |
| **760.438.1056** 3:7 | **additional** 41:25 | **angeles** 3:13 | 48:12 |
| **77** 1:25 | 54:3 | **answer** 25:2 43:1 | **assure** 22:24 51:2 |
| **8** | **address** 8:15 9:20 | 43:12 44:2 | **aston** 14:15,17,23 |
| **8** 4:19 66:7 67:4,9 | 10:1,12,18 29:18 | **anthony** 3:11 | 15:7,10,13 35:23 |
| **8,000** 53:15 | 29:19 40:10 | **anybody** 27:21 | 36:14 43:18 |
| **8/23/19** 50:8 | **addressed** 40:8 | 73:15 | **attempt** 69:11 |
| **88** 31:1 | **administered** 77:9 | **aplc** 3:4 | **attempted** 51:1 |
| **9** | **administration** | **apologetic** 22:16 | 69:15 |
| **9** 4:20 68:7,11 | 42:11 | **appear** 40:12 | **attorney** 3:5,11 |
| **90** 13:7,9 | **admonitions** 7:4 | 54:13 | 6:14,21 7:19 |
| **90025** 3:13 | **advise** 74:21 | **appearances** 3:1 | 24:25 42:4,25 |
| **92011** 3:6 8:18 | **advisor** 22:15,15 | **appears** 40:9 | 43:11 44:1 49:16 |
| **92054** 9:22 | 22:25 62:7 | 49:24 50:3 | 77:20 |
| **95** 9:12 13:7,9 | **aftermarket** 24:4 | **appointment** 60:9 | **audi** 38:2 |
| **a** | **afternoon** 45:5,6 | **approximately** | **auto** 48:23 56:5,6 |
| **a.m.** 2:19 | **age** 10:25 11:1 | 27:5 | **automobile** 27:2 |
| **a5** 38:2 | **ago** 11:10,14 31:10 | **april** 26:4 61:22 | 35:16 |
| **ability** 7:8,12 | 44:12,21 | 64:6,15 | **automobiles** 56:1 |
| **able** 9:8 14:18 | **agree** 74:23 | **arbitration** 48:23 | 56:12 |
| 37:14 45:17,23 | **agreed** 28:14 74:8 | 49:2,3 | **available** 22:20 |
| 46:15 | **agreement** 36:21 | **area** 57:2,3 58:17 | 50:17,24 74:25 |
| **absolutely** 38:20 | 36:24 | 58:24 59:5 | **aware** 13:13 21:3 |
| **accelerate** 39:15 | **ahead** 15:14 16:15 | **areas** 8:21 | 48:22,24 73:19 |
| 68:23 69:6 70:7 | 25:2 44:2 61:17 | **arizona** 8:6 9:14 | **b** |
| **accelerated** 39:11 | 64:3 66:6 | 9:16 | **b** 4:5 5:1 40:7 62:9 |
| **accelerating** 27:16 | **air** 55:6,11,14 | **arlene** 22:12 37:23 | 65:3 |
| **accessories** 24:5 | 60:17,20,22 61:6 | 38:13,19 44:15,22 | **b2** 9:21 40:10 |
| **accident** 23:11 | **airbag** 41:16,17,18 | 46:11,18 47:25 | **back** 22:9 30:14 |
| | 43:9,16 72:3 | 51:14 59:5,8,23 | 30:17,17,17 31:13 |
| | | 74:9 | 36:20 42:21 44:11 |

[back - check]

46:3,7,16 49:21
51:4,16 61:7
63:14
**backseat** 44:23
46:18 47:17 48:1
**backtrack** 57:12
**baker** 1:22 2:20
77:25
**ballpark** 59:3
**bar** 8:20
**barbara** 1:22 2:20
77:25
**barred** 7:23
**based** 28:12 43:8
43:14,25
**basic** 56:8
**basically** 69:7
**bates** 4:11,13,15
4:16,18,19,21,22
4:24 5:5
**bbb** 48:23
**beginning** 2:19
**behalf** 2:17 16:17
43:7 49:19
**belatedly** 24:25
**belief** 76:8
**believe** 11:16,19
17:20 24:13 25:4
25:14,18 26:18,25
27:24 31:4 33:1,4
37:7,18 38:3 40:1
40:14 44:8 48:21
49:5,10,11,22
56:23 57:6 58:16
60:4,14,21 63:19
64:16,23 65:6
70:4 72:8 76:9
**bell** 65:18
**benz** 1:8 2:8 6:14
6:16 10:4 14:23
18:1,1,5,8,19 19:1

19:11,15 20:20
21:5,10,14,18 22:6
28:22 29:8 30:24
33:11,15 34:16,19
34:21 36:10 38:14
40:13 48:16,19,19
48:22 49:6,15,25
50:12,15 51:3
52:25 60:6 61:18
64:4,14,21 66:10
67:5 68:8 70:10
71:13,16
**best** 18:14 26:3
**better** 36:19
**beverly** 9:7,10
57:3,7,18 58:1
**beyond** 16:24
**big** 14:7
**bill** 25:2 43:12
53:14
**birth** 7:16
**black** 32:4,23 33:6
**blown** 54:15 63:14
**blue** 24:13,15,23
25:22 30:24,25
34:2,11
**bluetooth** 67:19
68:3
**book** 24:13,15,23
25:22
**borders** 62:9,11
**bought** 30:24 32:4
**boulevard** 3:12
**box** 29:19 32:11
**boy** 57:6
**brake** 63:2,4,7,11
**brand** 31:15
**briefly** 15:21
**bring** 18:4
**broaden** 20:17

**brothers** 35:18
**brought** 18:8 19:4
60:7 61:7 64:14
66:20 67:15 68:17
70:20 71:25 73:1
**bumper** 65:12
**buy** 23:19
**buyer's** 54:10

### c

**c** 6:12 62:8 65:12
67:18
**c1c** 4:11 28:22
29:9
**c350** 10:4 38:10
39:1 43:23 55:12
**cadillac** 38:1
**california** 1:2,15
2:2,19 3:6,13 6:1
7:20 8:4,18,19,22
9:22 10:16 11:4,6
11:13 76:11,15
77:4
**california's** 42:17
**call** 48:18,19 49:6
51:4 71:5,9
**called** 48:11 50:11
**calls** 41:3 42:24
48:6
**camping** 36:2
**car** 20:18 22:19,20
23:25 24:14,16
25:23 27:10,15,17
31:2 32:9 33:7
34:2,5 37:23 38:7
38:11,19,23 39:10
39:11 44:21 50:18
51:22,23 52:7
53:21 60:7,12
61:6 63:15 65:14
69:6,10,12,14,17
70:3,6 72:9 73:12

73:14,18,22
**card** 20:3 53:7,14
53:18 54:18,21
**care** 49:3
**carlsbad** 1:15 2:19
3:6 6:1 8:17
**carmel** 57:2
**carrying** 14:8
**cars** 30:21,21 33:2
33:13,22 35:5
38:4,12
**cascade** 10:15
**case** 1:7 2:7 7:9,13
24:12 26:20 49:2
77:15
**cases** 8:3,6,8,25
9:2,6,6,9,16,17
15:24 28:11 29:11
43:6
**catching** 19:9
**categories** 16:22
**category** 4:10
17:13,21 19:10,17
19:24 20:11 38:7
38:7
**cause** 41:17
**causing** 41:22
**cd** 74:13
**cell** 29:17 30:1,2
**certain** 16:14
41:15 61:5 63:7
**certainly** 49:20
**certificate** 77:1
**certified** 2:21
74:13,23 77:3
**certify** 77:5,18
**changes** 74:20
**chart** 12:25 13:2
**chassis** 36:9
**check** 53:6,9,11

Veritext Legal Solutions
866 299-5127

[checking - dealt]

**checking** 26:7
**cherokee** 14:6
  35:21
**children** 10:24
  11:1,2 13:15
  30:17 35:18
**chose** 58:20
**chris** 51:7,14
**christian** 40:6
**chrome** 69:22
**circumstances**
  41:15 42:20
**civil** 74:16 75:4
**cl** 34:13
**cl500** 34:11
**cl550** 33:7
**claim** 23:13 43:8
  49:11
**clarify** 28:19
  60:20
**classes** 56:3,11
**clicking** 62:16,19
  62:24
**client** 24:25 42:25
  43:11 44:1
**clients** 43:13 49:19
**clk** 32:17
**close** 65:9
**closed** 19:9
**closer** 52:2
**closing** 62:16,20
**cloudy** 63:12
**coach** 36:6
**code** 75:4
**coffee** 31:13,14,17
**colorado** 11:15,16
**combustion** 56:8
**come** 16:5 20:5
  22:9 28:5 55:2
  59:5 60:16 61:5
  73:17

**comfortable** 7:2
**coming** 62:20
  66:22,25 68:2
**communication**
  21:4,14,20,24
**communications**
  21:18,25 29:24
**commuting** 15:3
**company** 54:22,24
**complaint** 67:18
**complaints** 33:12
  73:7,14,17
**complete** 70:25
**completion** 77:16
**compressor** 55:11
**computer** 24:16
**concern** 39:24
**concerns** 57:22
**conclusion** 41:4
  42:24 74:9
**condition** 19:18,21
  24:19,20 25:8,19
  25:21
**conditions** 24:23
**conference** 24:11
  24:12 26:2
**conformities**
  20:12
**conformity** 20:16
**congratulations**
  11:11
**consumer** 9:7,10
**consumers** 43:8
**contacted** 28:10
**contain** 54:3
**contained** 17:2,18
  19:13,19 20:21
  33:19
**contents** 76:6
**continued** 5:2

**contract** 53:1
**contracts** 52:6
  54:4
**control** 17:15,18
  42:20
**conversation** 22:5
  22:18 50:19 62:10
  65:1
**conversations**
  23:6,8 51:6 62:23
**convertible** 15:8
**cool** 39:6
**copied** 54:13
**copy** 16:16 20:7
  28:21 36:19,23
  40:13 49:24 52:24
  53:1,6,8 54:20
  74:13,23
**corner** 62:8
**correct** 7:21 8:13
  8:14 12:6 13:17
  16:9 20:3,4 21:11
  25:12 32:12 33:4
  35:22,24,25 36:3
  36:11 38:20 46:4
  46:5 48:13 53:13
  60:10 61:15 76:12
**corrections** 74:20
**counsel** 16:17 20:1
  74:12,17,21,21,24
**coupe** 37:24,25
  38:1,6
**couple** 6:25
**coursework** 56:11
**court** 1:1 2:1
  74:15 75:3
**cover** 4:12 15:21
**coverage** 19:25
**cracked** 65:5
**cracking** 65:8

**crackling** 68:2
**crash** 41:15
**crawl** 45:20
**credit** 53:6,14,18
**crossing** 10:15
**csr** 1:23 77:25
**cup** 31:13,14,17
  31:19 34:2
**current** 8:15 24:7
**currently** 8:2
  14:12,14 35:21
**custody** 17:14,18
**customer** 29:13,24
  40:7 67:19
**customer's** 29:25
  54:7
**cv** 1:7 2:7

**d**

**d** 4:1 62:9
**dash** 50:13
**date** 7:15 16:13
  26:1,9 50:8,9,10
  50:11 54:10 58:10
  61:21 77:21
**dated** 77:23
**daughters** 73:13
**day** 15:8 23:19
  26:9 45:4,7 46:6
  76:13
**days** 26:9,11,12
  74:19
**deal** 4:13 52:24
**dealer** 31:3
**dealership** 13:25
  22:1 23:8 56:14
  60:6 62:24 70:23
**dealerships** 21:10
  21:14,19
**dealing** 49:15
**dealt** 48:11

[deanna - executed]

deanna  3:4
deannalemonlaw
  3:8
death  41:22
decided  37:25
deciding  37:2,23
  38:3,22
decision  39:8
declaration  76:1
declare  76:4,6,10
default  25:17
defect  41:16
defendant  3:9
  26:24
defendants  1:10
  2:10,18
defense  74:12
definitely  26:13
  45:22
definition  20:15
degree  7:25
demand  4:8
demands  48:12
  49:18
deny  49:11
department  61:13
deployment  41:16
  41:20
depo  14:1
deponent  76:4
deposed  9:18 50:1
deposition  1:14
  2:17 4:7 6:15,17
  7:2 15:16 16:3,11
  16:13,21 17:2
  67:25 74:9,25
  75:5 76:5 77:15
depositions  6:22
describe  19:21
  45:14

description  4:6
  5:3
detail  16:8
details  34:8 43:5
detect  69:16
determined  37:24
diamond  30:24,25
diego  45:1 46:4
difference  21:9
different  16:22
difficult  53:2
ding  65:16
dings  66:3
direction  77:12
discussed  28:20
  65:2 69:4 73:9
discusses  43:3
discussion  60:2
  65:11
discussions  22:1
district  1:1,2 2:1,2
divorce  26:22
document  20:23
  40:4
documents  4:8,9
  4:12 16:14,16,23
  16:25 17:2,6,9,16
  19:14
doing  51:3 69:20
door  19:8 22:4,16
  62:17,21 64:19
  65:4,7,8,25
dozens  64:2
drivability  36:5
drive  14:3 37:2,13
  37:17 38:10,11
  43:24 44:11 45:2
  55:20 57:11 59:18
  69:14,17
driven  11:17
  12:12 13:12,18,20

  13:23 38:12 39:20
  58:25 59:16
driver  13:2 65:25
driver's  19:8 22:4
  54:13 62:16,21
drivers  13:1,8
driveway  43:24
driving  10:25 11:1
  14:4,9,19 15:9,13
  27:15,19,21 39:13
  39:23 43:22 44:21
  45:18 55:3 58:2
  59:10 69:10 71:4
dropped  62:5 71:5
  71:9
dropping  22:12
  60:8
drove  37:5,15,19
  38:1,2,17 44:6,8
  44:12 46:3,6
drugs  7:11
due  42:19
duly  6:6
duplicate  69:10,11
dust  63:2,4,7,11
  63:17,18
duties  75:3

e

e  3:14 4:1,5 5:1
  6:12,12 12:7,8
  40:7,7 62:8,8,9
e320  30:19 32:23
e320s  34:1
e500  32:22,23
earlier  7:18 40:18
  50:1 60:4 61:2
  64:18
early  24:11 26:1
  45:5
easier  36:20

either  14:7 22:12
element  24:13
employee  77:19
encouraging  38:13
ended  31:2,15
  71:2
engage  27:18
engine  56:9
entered  36:24
entire  10:7,10
  45:20
entitled  4:13
episode  71:1
equipment  24:5
escondido  10:17
  18:1,5,8,16,20
  19:1 21:20 22:7
  30:25 31:4,6 38:9
  52:25 61:18 64:4
  64:14,22 66:10
  67:5 68:8 70:10
  71:13,16
estimate  6:23,24
  9:11 18:14 26:3
  31:10 32:1 44:19
  50:17 57:5 63:24
estimated  47:2
evaluation  24:11
  26:1
evening  45:5
events  7:9,13
evolved  9:4
exactly  52:4 75:6
examination  4:3
  6:8
excellent  25:5,11
  25:16,19,21
exchange  52:17
exclusively  9:6
executed  76:13

[exhibit - guys]

**exhibit** 4:7,9,10,11
  4:12,14,16,17,19
  4:20,22,23 5:4
  15:15,15,18 16:16
  16:18 17:2,8,19
  19:13,19 23:23
  28:21,24 29:2
  30:3 33:19 34:24
  36:20 40:1 49:21
  49:22 51:17 52:22
  61:18,23 62:1
  64:4,8,11 66:7,9
  66:14 67:4,9,18
  68:7,11 70:10,14
  71:15,19 72:15,20
**experience** 39:13
  49:13,14,16,20
  68:4,22
**experienced** 36:4
  71:5 73:18
**experiencing** 27:9
  57:10,14,17 67:22
  69:1
**explode** 41:18
**explosion** 41:19
**express** 38:21
**expressed** 39:3
**extended** 52:10
**extensive** 28:13
**extent** 41:23
**extreme** 27:17

**f**

**fact** 22:16 31:6,12
  39:4
**fair** 26:8,10
**fairly** 28:12 72:9
**familiar** 16:4 42:4
  42:5,9,14,17 43:2
**family** 35:15,17
**far** 22:1 24:25
  36:11 38:11 39:2

**fax** 3:7,14
**feature** 67:21
**features** 38:25
  39:4,7
**february** 10:16,17
  40:15
**federal** 8:7,8 9:17
  74:15 75:4 77:15
**feel** 7:1,8,12 16:7
  27:16 39:14,17
  40:25 41:7 49:9
**feeling** 27:14
**felt** 38:17 39:12,16
  39:21 47:22 69:6
**filed** 6:16 40:21
  42:14 43:7,13
**film** 63:12
**financed** 51:22
**financially** 77:18
**finding** 65:20
**fine** 9:11 18:14
**finished** 29:3 62:2
  64:11 66:17 67:12
  68:14 70:17 71:22
  72:24
**firm** 8:6,10 9:14
  16:2 28:9
**firms** 15:23
**first** 6:6 16:21
  17:13 29:19 30:7
  36:21,22 51:16,17
  69:12,17 74:12
**five** 9:13,15 13:5
  14:24 15:1 26:12
  45:3 50:21 56:17
  58:9,12
**floor** 31:19
**folks** 22:6
**follow** 30:10
**following** 54:17
  74:8

**follows** 6:6
**foregoing** 76:5,11
  77:6,8,12,14
**forth** 77:7
**four** 18:16 19:2,5
  30:5 33:20 52:21
  63:18,19
**fourth** 32:11 34:9
  40:1
**fragments** 41:20
**fraud** 42:15
**free** 67:20
**freeway** 37:14
  68:1
**friendly** 51:1
**front** 41:21 44:23
  44:24 46:13,22
  47:4,14,20,23 48:4
  65:12
**frontal** 41:16
**funny** 31:21
**further** 16:20
  77:14,18

**g**

**g** 6:12 65:15
**gas** 55:10,19 56:9
**general** 38:7
**generally** 16:4
**getting** 7:4 71:5
  72:4,7,10
**give** 9:9 14:18 57:5
**given** 19:15 77:13
**giving** 50:24
**gmail.com** 3:8
**go** 15:14 16:8,15
  16:22 24:15 25:2
  30:14 36:1,20
  37:5,8 44:2 49:21
  53:5 54:12 56:25
  59:25 61:17 64:3
  66:6 69:6

**goes** 29:22
**going** 16:15 24:24
  24:25 25:2 28:21
  32:3 38:23 42:23
  43:5,25 44:25
  45:1,21 51:16
  52:21 54:20 66:6
  67:4 69:5 70:9
  74:13
**good** 25:4,10,16
  36:7 47:8
**grand** 14:6 35:21
**gray** 32:22
**greco** 3:11 4:3 6:9
  6:13 8:9 15:14,19
  16:15,19 17:11
  20:1,5,9,10 25:6
  28:19 29:1,7 30:7
  30:9 31:23 34:20
  35:10,13 41:5,11
  43:4,17 44:5
  46:24 47:9 48:8
  52:21,23 54:16
  56:17,19 60:1,3,23
  60:25 61:17,24
  64:3,9 66:6,9,15
  67:4,10 68:7,12
  70:9,15 71:15,20
  72:15,21 74:1,3,5
  74:12 75:6
**green** 33:25 34:1
**grille** 39:4
**group** 3:10 4:12
  16:5
**guess** 8:5 59:3
**guide** 30:12
**guy** 22:22,23
**guys** 57:4 59:13

[h - legal]

**h**

h   4:5 5:1
habit   72:9
half   11:10
hand   62:8
handful   59:1
handle   39:18
handled   39:11
hands   67:20
handwriting   50:2
  50:4,7
hanging   22:17
  64:19 65:7
haul   14:7
head   26:1 68:3
hear   62:19 68:2
heard   70:5
hearing   24:14
heavy   45:15,16
help   51:5
helps   30:12
hesitate   51:4 69:7
hesitation   27:17
high   56:3,5,10
highest   45:17
highly   15:12
highway   42:10
hills   57:3,7,18
  58:1
history   23:24,25
  28:13 62:12
hit   65:9
hoehn   5:4 18:1,5,8
  18:15 51:7 72:16
  73:2
hold   17:5 24:24
holder   31:13,14,17
  31:20 34:2
home   10:18 14:16
  29:15 36:7

hour   45:21,24
  46:1,16
hours   7:7,12
house   10:21 55:15
hundred   6:25
  56:21,24 58:3
  59:2,10,11

**i**

idea   14:18 26:6
  51:12
ii   16:12
immediate   35:14
  35:17
impair   7:8,12 41:7
impairment   40:25
important   38:22
  39:1,8 40:4
impressive   38:12
  38:15
inability   42:19
include   33:18
included   52:5
inclusive   1:9 2:9
indicates   67:6
individual   28:9
inflater   41:17,19
information   29:14
  29:22 50:25 76:8
informative   51:2
injury   41:22
inside   23:23
installed   24:5
  70:23
instance   48:15
insurance   19:25
  20:3 23:13 54:18
  54:21,22,24
interested   77:19
interim   40:4
internal   56:8

invoice   4:14,16,17
  4:19,20,22,23
involved   27:8 43:6
  43:7
ish   26:4
islas   51:7
issue   22:10 25:20
  27:13,14 41:13
  62:15 64:18 69:15
issues   33:13 34:17
  36:6,8 58:25
  60:22
item   65:3,12,15
items   52:8 66:2

**j**

jacket   52:24
january   7:17
  57:25,25 58:11,11
  59:9,9,17,19 70:13
  70:20 72:19 73:2
jeep   14:6,17,22
  15:4,7 35:21
  36:17 43:20 57:24
  58:19,20 59:22
jerk   27:15
job   1:24 22:22
jolt   27:15
july   71:17,25

**k**

keep   55:12
kelley   24:13,15,23
  25:22
kind   8:2 19:7
  24:10 27:9,12
  30:17 38:3,22
  49:14 55:19 65:6
  69:15 72:10
knew   24:12
know   9:18 10:5
  18:22 21:1 26:17

  27:15 28:20 29:3
  30:7,16,19 31:6
  35:7 36:11 39:2
  58:12 59:2,13
  62:2,13 64:11
  66:17 67:12 68:14
  69:22 70:2,17
  71:22 72:7,23
  76:6
knowledge   11:17
  11:20 12:9,12,15
  12:17,21 13:8,11
  13:18,20,24 18:2
  19:16 23:10 24:4
  35:14 47:25 76:7

**l**

l   6:12,12 12:5 52:8
  62:8
la   57:3,13 58:25
lady   50:16
large   9:6,8
late   45:5,5
law   3:4,5,10,11
  7:25 8:2,3,4,11,12
  8:15,21,22,25 9:2
  9:6,16 13:11 16:5
  28:9 42:5,17
lawrence   62:8,11
lawsuit   6:16 8:13
  10:3 25:21 26:24
  34:18 40:21
lawsuits   26:21
  42:14 43:7,13
lead   4:13
learn   56:7
lease   34:1
leased   30:16
leave   43:23
left   62:8
legal   4:11 20:15
  28:22 29:8 41:3

Veritext Legal Solutions
866 299-5127

[legal - minutes]

42:24

**lehrman** 3:10 16:5
**lemon** 8:3,4,22,24
9:2,6,15 42:5,17
**length** 57:23
**letter** 20:20 21:6,7
40:13,15
**license** 8:20 54:13
**licensed** 7:20
**lieu** 74:23
**light** 39:5 45:14
55:4 73:17
**lights** 39:5 55:2,5
**likes** 52:6
**line** 48:23 65:3,11
65:12,15 67:18
**liquid** 63:14
**listed** 29:18 30:12
40:5,10 62:7
**lists** 29:24
**literally** 65:9
**litigation** 42:6
48:12 49:18
**little** 39:5
**live** 9:20,25 10:14
10:20 11:4,13
**lived** 9:23 10:11
10:15,17 11:6
55:17
**lives** 11:15
**living** 6:19
**llc** 1:8 2:8 6:14,16
21:5,10
**location** 16:13
**long** 8:24 9:23
20:6 45:2 50:19
**look** 16:4 38:14
50:4,6 51:25 52:7
54:1 63:10
**looked** 30:3 39:9
50:2

**looking** 23:23
30:13 32:13 33:24
34:8 51:10,17
54:6
**looks** 32:14,14,18
32:21 38:24 52:6
53:11 63:11
**los** 3:13
**lost** 74:22
**lot** 65:18
**loud** 67:20
**loved** 39:4
**low** 26:18,19
**lower** 63:15,18
65:4
**luis** 58:17,24 59:4

**m**

**m** 3:4 6:12,12 52:8
**machine** 77:11
**mail2** 3:14
**maintenance**
17:22 18:2 52:9
55:22 56:1,12
61:13 66:23 67:1
**making** 39:8 49:18
62:15
**man** 23:3,4
**manufacturer**
27:2 28:17 35:15
56:15
**manufacturer's**
42:19
**manufacturers**
42:15
**mark** 15:14 16:15
28:21 52:21 61:17
64:3 66:6 67:4
68:7 71:15
**marked** 15:15,18
16:18 28:24 52:22
53:5,24 61:23

62:1 64:8 66:14
67:9 68:11 70:9
70:14 71:19 72:15
72:20
**marks** 63:22
**married** 9:19
**martin** 14:15,17
15:7,10,13 35:23
36:14 43:18
**maserati** 27:8 28:1
28:5,10,12 35:4
48:9,10
**matter** 20:6 76:5
**matters** 76:7,9
**mbusa** 4:11,13,15
4:16,18,19,21,22
4:24 5:5 51:11
53:6,24
**mcgee** 1:5,14 2:5
2:17 3:4 4:8 6:5
6:12,13,20 7:15
8:11,12,16 11:9
12:1 14:1 15:17
15:20 16:20 20:2
20:6 28:19 29:8
29:14 40:8,12
53:4 56:20 60:4
61:1,25 64:10
66:16 67:11 68:13
70:16 71:21 72:22
74:9,18,20 76:19
**mean** 9:3,5 26:11
30:6 35:17 38:7
38:16
**meant** 21:23
**mech** 56:5,6
**medication** 7:7
**meghan** 11:3,17
12:17
**meghan's** 11:9
12:3

**mentioned** 7:18
8:19 9:13 13:14
22:3 48:9 50:1
52:11 63:17 67:25
73:11,12
**mentions** 65:15
**mercedes** 1:8 2:8
6:14,16 10:4 14:8
14:23 18:1,1,5,8
18:19 19:1,11,15
20:20 21:5,10,14
21:18 22:6 28:22
29:8 30:15,16,24
33:11,15 34:1,16
34:19,21 36:10
38:6,14,14 39:5
40:13 48:16,19,19
48:22 49:6,15,25
50:12,15 51:3
52:25 60:6 61:18
64:4,14,21 66:10
67:5 68:8 70:10
71:13,16
**metal** 41:20
**mexico** 59:14,16
59:18
**mile** 67:1
**mileage** 24:16
26:14,17 61:20
64:7 66:11 67:7
68:9 70:12 71:18
72:17
**miles** 45:3,21,24
46:1,15 56:22,24
58:3 59:2,10,11
**mind** 20:15 35:6
**mine** 30:20 34:3
34:13
**minutes** 50:21
56:17

[misaligned - order]

**misaligned** 19:8
22:4
**misplaced** 74:22
**misstate** 47:10
**misstates** 46:23
47:7
**mma** 1:7 2:7
**model** 24:17 27:6
30:5 34:12 38:2
52:20
**moment** 29:2 62:1
64:10 66:16 67:11
68:13 70:16 71:21
72:22
**monaco** 14:15
**monitor** 73:17
**monterey** 57:2,4
57:11,15 58:1
**monthly** 51:23
**months** 18:23
44:17,20 47:3
70:5 72:7
**morning** 69:5,12
69:18
**mother** 13:11
73:14
**motor** 10:18 14:16
36:7
**motors** 5:4 18:5,9
18:16 21:20 30:25
31:4,6 38:9 51:7
72:16 73:2
**moved** 10:18
11:15 55:16

**n**

**n** 4:1 12:5 62:8
**name** 6:10,13 8:10
11:9 12:1,3 29:14
29:25 37:10 77:22
**named** 62:11

**names** 11:2
**national** 42:10
**navigation** 70:24
**near** 63:18
**necessarily** 61:7
**necessitates** 41:16
**need** 7:3 16:8
57:12
**needed** 14:6,7 75:1
**neither** 74:2 77:18
**neutral** 24:11 26:1
**nevada** 8:6 9:16
**never** 26:23 32:17
39:16 56:3,14
**new** 12:3 28:5
31:15
**nice** 15:8 50:16
**night** 46:8
**nimbly** 39:12,18
**nine** 9:12
**ninety** 9:12
**noise** 62:16,19,24
**non** 20:12,16
**note** 49:25 50:3,6
50:10 51:15
**noted** 74:6
**notice** 4:7 14:2
15:16,20 16:3
21:8 39:23 40:1,4
41:14 72:5,7,10
**noticed** 17:23
63:25 65:13,24
**notices** 16:11 72:3
**november** 9:14,24
10:19 11:16 68:10
68:17
**number** 4:6 5:3
24:17 25:22 29:15
29:17 30:1 48:20
49:6 50:11 51:10
51:11 54:25

**numbers** 53:22
**numeral** 16:12

**o**

**o** 12:5 62:9
**oath** 77:9
**obispo** 58:17,24
59:5
**object** 24:25 42:23
43:25 47:21 48:4
**objection** 25:3
41:3,9 43:10
46:23 48:6
**obligations** 74:15
**observed** 73:13
**occasion** 22:14
55:17 60:16 65:14
65:22 71:3
**occasions** 15:5
18:17 19:2,5
21:21 22:2,11
47:19 48:3 59:1
60:12 69:14
**occupants** 41:21
**occur** 14:5
**occurring** 65:7
**occurs** 19:7
**oceanside** 9:21
**october** 66:12,20
**offer** 74:16
**office** 15:22
**offices** 3:4 8:11,12
8:15
**oh** 17:4,7 21:25
32:13 55:14 57:6
**okay** 6:22 7:1,6,11
8:12 11:2 14:1,1,9
14:9,14,21,25
15:23 16:2,7,10
17:4,12,21 20:7
21:4,9,23 24:15
25:7 26:11,14

27:4,25 29:6,18,21
30:3 31:5,24 32:2
32:7,16,25 33:5,9
33:11 34:4,7,14,15
35:11 38:21,25
39:25 40:3 41:12
41:25 47:13 49:12
49:18,21,24 50:10
50:13 51:6,24
52:5,11 53:23,25
54:6 55:1,1 56:25
57:7 58:14,23
59:21 60:11,19
61:4,11,16 62:7,14
64:17 65:15,21
66:22,25 67:3,17
68:6,22 69:9,17,21
69:21 70:18,22
71:4,11 72:2,11,22
73:4,7 74:2,3,5
**older** 10:24
**once** 37:15
**ones** 33:18 35:2
52:17
**open** 61:21 65:9
**opened** 19:9 64:6
66:12 67:6 68:10
70:13 71:17 72:18
**opening** 62:16,20
**operation** 73:8
**operations** 56:8
**opportunities**
19:11,15
**opportunity** 17:1
**opposed** 14:3
25:16
**optional** 52:6
**options** 24:22
**order** 5:4 61:19,21
64:5,6 66:10,11,12
66:17 67:5,12

Page 9

[order - probably]

68:8,14 70:11,13
70:17 71:16,17,22
72:16,18,23
orders   17:24
19:13,18 20:19
42:9
original   74:17,22
74:24,25 77:15
outright   23:19
outside   42:20
owned   10:10,21
11:7 30:11,13,14
30:15,22 32:17,22
32:22,23,24 33:2,8
33:12,15 34:19,21
35:2,9 36:5 64:1

**p**

p.m.   2:20 6:2 74:6
pacific   9:21 10:12
40:9
page   4:2,6,12 5:3
30:13,18,21,23
32:8,10,18 33:3,6
33:25 34:9 40:1
49:22 51:10,17,25
52:7 53:5,23
54:17 67:17
pages   1:25 29:22
30:5 36:21,22
51:16 54:3
paid   51:18,22,25
52:3,4 53:20
paint   65:4,8
palomar   2:18 3:5
8:17
panel   63:15,18
65:4,10,16
parameters   58:10
parents   35:18
park   43:23

part   49:20
participates   48:22
particular   12:22
14:2 15:5 21:17
25:15 33:12,21
34:16 35:7 36:13
36:16 37:19 38:25
39:7 42:12 43:6
54:21 55:25 57:10
57:14,17 68:1
particularly   38:22
39:1 42:8
parties   43:6 77:20
parts   42:1 43:14
50:6,17,23 63:11
party   26:21,22
32:5,5
passenger   11:21
11:24 12:10,19,23
39:24 41:17,19,21
44:9,13,16,22,23
46:11,13,21,22
47:4,4,14,14,16,20
47:23 48:1,4
65:16 73:12
passengers   14:8
patrick   11:3 12:1
12:9,15,21
paul   3:11
pay   65:21 73:22
payment   23:23,25
24:2
payments   51:23
peeling   69:22
penalties   76:10
penalty   74:19
people   13:4
percent   9:12,13,15
13:6,7,9 14:22,23
14:24 15:1

percentage   9:9
13:1,2,3 14:19
performed   55:22
65:22 72:6,13
perjury   74:19
76:10
person   23:16 48:4
personally   18:4
21:13 28:10 62:19
63:4,6
personnel   13:25
23:8 62:24
pertains   54:21
77:14
phone   29:15 30:1
50:19 51:10 67:20
67:20 71:6
phones   30:2
photographs   21:1
picked   25:15 60:7
65:13 68:20 71:12
72:12 73:5
picking   22:13 60:8
pie   12:25 13:2
place   77:7
plaintiff   1:6 2:6
3:3 4:7 26:24
plaintiff's   4:9
74:17,21,24
plan   52:9,10
planning   57:21
platform   36:10
please   6:10 29:2
61:25 64:10 66:16
67:11 68:13 70:16
71:21 72:22
plus   30:19
point   11:6 19:21
28:20 33:2 38:13
39:22 42:7 46:4
46:19 59:16 62:11

68:1
policy   54:25
poor   25:4,7,9
portable   55:11
possession   17:14
17:18
possible   66:24
69:19
possibly   18:16
33:20 41:21 58:13
post   51:15
potential   42:1
potentially   41:8
42:24
poway   10:15,21
29:19 55:16,17
practice   8:2 9:5
practiced   8:21
pre   4:14,16 48:12
49:18
premium   55:21
preparation   24:14
present   10:18 18:7
18:13,19 19:6
61:1
presently   58:22
president   40:7
pressure   55:4
73:16
pretty   37:24 41:23
72:4
price   38:8 51:18
51:20,21
prior   22:18 28:6
29:19 65:14 77:9
priority   42:11
private   32:5,5
privilege   25:1
42:25 44:1,1
probably   15:1
16:3 20:14 22:22

[probably - repairs]

36:6 44:12 47:18
48:24 54:24 57:8
**problem** 20:17
57:18 67:22 69:1
70:2
**problems** 12:18,22
20:23 27:9,12
33:13,22 34:4,16
35:7 36:4,5,13,16
40:24 41:7 42:1
57:11,15 65:24
73:7
**procedure** 74:16
75:4
**procedures** 49:4
**proceedings** 77:6
77:8,10,16
**process** 7:2
**produced** 4:9
16:14,17,25
**product** 25:1
36:10 42:25 43:11
**production** 4:8
**productive** 48:21
49:6
**program** 48:23
**pronounced** 63:21
**proposing** 51:23
**provide** 20:3
74:18
**provided** 51:12
**provisions** 42:18
**pull** 35:2 53:4
**pulled** 32:25
**punch** 24:16
**purchase** 10:8
27:23 36:21,24
37:3 39:8
**purchased** 23:16
23:20 54:4

**purchasing** 38:19
**purposes** 74:24
**pursue** 49:1
**put** 15:11 55:1,6
55:14,19 60:17
61:6

**q**

**qualified** 22:22
**quarter** 65:16
**quattro** 28:3,4
48:10
**quattroporte** 27:8
**question** 29:5
30:10 41:6 42:21
**questions** 74:1
**quickly** 72:9

**r**

**r** 1:5,14 2:5,17 3:4
4:8 6:5 8:11,12,16
15:17 29:14 40:7
40:7,8 62:8,9,9
76:19
**r500** 32:24
**range** 38:8
**reached** 20:2
**read** 36:20 41:14
42:21,22 53:2
76:5
**really** 6:24 16:7
31:14 32:1 57:23
**rear** 65:16
**rears** 63:20
**reason** 14:2 25:15
37:19 40:21 48:18
49:1 58:20 73:24
74:22
**reasons** 15:6,6
**recall** 11:23 18:6
18:11,13,18 19:4
20:21 21:8,18

22:3,5,8,14,18,25
23:3,7 24:21,22
25:7,10,22 26:1,14
27:7 31:3,8 33:12
33:21 34:4,15
36:17 37:10 38:2
39:23,25 40:4,17
40:18,19,22 41:8
41:13 42:2 43:9
43:15,16 44:25
45:4,7,17,23 46:6
46:25 50:22 51:1
52:13,16 55:5
56:7,20,23 57:1,4
57:10,14,17,22,23
58:5,14,22,23 59:8
59:12 60:5 62:4
62:14,23 63:1
64:13,21,23,25
65:3,11,17,20
66:19,22,25 67:14
67:16,22,24 68:5
68:16,18,19,21
69:3,4,21 70:19,21
70:22 71:1,7,10,11
71:24 72:1,2,2,3,5
72:6,6,8,11 73:4
**recalls** 43:14
**receipt** 53:7,18
**receive** 7:25 40:15
**received** 8:19 21:6
40:13 52:25
**receiving** 72:2
**recess** 56:18
**recite** 36:6
**recognize** 30:4,6
35:1
**recognized** 34:24
**recognizes** 30:8
**recollection** 22:8
52:19 65:19 69:20

72:4
**record** 6:11 40:3
42:22 59:25 60:2
77:10,13
**recorded** 61:20
**refer** 10:4
**reference** 74:11
**referred** 31:19
**referring** 63:6
**reflects** 16:14
**regarding** 6:15
10:3 19:24 20:20
21:17 41:6 42:11
65:12
**related** 7:9 17:15
17:16,22 19:10,14
19:17 20:11 28:22
36:6 41:13 42:2
57:22 58:25 62:24
**relative** 77:19
**relatively** 39:11
**relieve** 74:14 75:3
**remedy** 42:1
**remember** 7:8,13
31:12 62:10
**rental** 73:22
**rep** 28:10 48:11,18
**repair** 17:23 19:11
19:13,14,18 20:19
28:13 42:19 50:17
56:1,12 61:14,18
61:21 64:4,6
65:25 66:10,11,12
66:17 67:5,12
68:8,14 70:10,12
70:17 71:16,17,22
72:16,18,23
**repaired** 66:3
**repairs** 17:22
50:23 61:8 65:22
72:12

Veritext Legal Solutions
866 299-5127

[repeat - smoother]

repeat  35:7
replace  27:2 28:12
  35:16 48:14
replaced  28:2,3,4
  28:6,8,16 42:12
report  4:11 28:22
  29:9
reported  1:21 64:7
  66:11 67:7 68:9
  70:12 71:18 72:17
reporter  2:21
  74:15 75:3 77:4
reports  29:23
represent  16:10
representative
  37:8,11 50:15
represented  54:23
representing  8:13
reprinted  74:11
repurchase  27:2
  35:15
repurchased  28:1
  28:8,17 48:10
request  28:7 74:13
  75:1
requested  16:23
  27:1 35:15 77:17
requests  4:10
research  24:7,10
  41:25
resort  10:17
rest  32:3
result  41:20
review  16:8 17:1,6
  17:9 29:2 62:1
  64:10 66:16 67:11
  68:13 70:16 71:21
  72:23 74:18 77:16
ridden  44:16 47:3
  47:16,25 73:11

ride  46:11
riding  46:25 47:13
right  6:13,19 7:6
  7:15,23 10:3 15:2
  16:20 17:4,12
  18:18 20:9,16
  22:24 23:17 24:1
  26:5,20 33:3 34:8
  34:15 36:19 38:19
  40:2,17 43:20
  46:6 49:23 51:16
  51:21 53:11,14,17
  53:21,23 54:2
  56:25 59:2,12
  60:9 61:2,25 62:3
  64:12 66:18 67:13
  68:15,16,19 71:23
  72:25
rings  65:18
road  2:18 3:5 8:17
rocker  65:4
rode  46:21
roman  16:12
ros  60:21
rough  6:24 9:10
  32:1
roughly  31:25
  47:11
rpr  1:23 77:25
rubbing  69:25
rules  74:16
run  7:3
rv  10:17 35:24
  36:1,4,6

**s**

s  4:5 5:1 12:5
  34:12 62:9
s500  34:9
safe  39:10
safety  39:24 40:4
  41:1 42:10

sake  20:16 40:3
sale  51:18,20
sales  37:8,10
san  45:1 46:4
  58:17,24 59:4
sandy  50:8,13,15
  50:23
satisfaction  66:4
saw  15:21 63:2,6
  70:1
says  40:6 41:15
school  56:3,5,10
scratched  65:13
scratches  66:3
seat  39:24 44:23
  46:11,13,22 47:5
  47:14,20,23 48:4
second  4:7 15:16
  17:5,21 22:9
  30:10 32:8,9 33:6
  51:25 67:17
section  43:2
see  16:23 24:17
  29:13 30:18 32:13
  38:6 63:4 69:9,12
  69:15
seeing  65:17 69:21
seen  15:20 16:11
  29:8 55:2,4 63:8
  63:16,17,19 73:16
select  24:20
selected  24:19
semester  56:5
send  74:16
sense  30:2
sent  40:10
september  1:16
  2:20 6:1 74:10
  77:23
series  17:23

serious  41:22
service  18:2 22:15
  22:15,25 52:6,10
  54:4 60:9 61:13
  62:5,7 64:23
services  40:7
set  77:7
setting  67:20
settlement  24:12
seven  66:8,9
sharp  41:20
sheet  4:13 15:21
shop  56:3 73:23
shorthand  2:21
  77:3,11
showed  12:25
showroom  31:18
side  19:8 22:4
  41:17,19
signature  53:8,17
  54:7,7,9,10 74:18
  77:24
significant  70:24
silver  30:20
similar  16:10
sisters  35:18
sit  46:18
sitting  44:22 46:22
  47:4,20,22
six  18:22 44:17,20
  46:21,25 47:2,3,11
  70:5
sixth  49:22
size  38:7
slipping  27:13,14
sloan  12:4
sluggish  69:7
sluggishly  70:7
sluggishness  68:22
smoother  38:17

[smoothly - time]

smoothly 39:11,15
sold 32:5
sole 43:8
solid 38:17 39:12
somebody 47:19
somewhat 9:4
song 9:7,10
sorry 12:3 17:7
 21:23 30:4 57:12
sort 34:23 35:7
 38:5,6 63:12,14
sound 51:20 52:2
 68:2
sounds 26:5 40:17
 52:4
south 9:21 10:12
 40:9 45:10
southern 1:2 2:2
speakers 68:3
speaking 64:18
specialize 8:3 9:2
specializes 42:5
specializing 8:24
 9:5
specific 11:23 19:7
 43:15 69:19
specifically 8:4
 18:12 25:25 45:19
 58:15 62:25 69:11
specifics 23:7
speculation 48:7
speed 45:17
spell 6:10
spend 14:19
split 14:21
spoke 40:18 50:16
 64:21
spousal 44:1
spring 26:3
stand 35:6

star 39:5
start 47:1
started 7:4
state 6:10 7:20
 76:11 77:4
stated 76:8
states 1:1 2:1 7:23
 67:19
static 68:2
station 55:10
staying 63:16
steering 69:22
stepchildren 13:16
stick 25:5 59:11
sticking 51:9
stip 74:3,4
stipulate 74:14
stipulated 74:10
 75:7,8
stipulation 20:2
 74:8
stolen 74:22
stop 27:17 43:22
streaking 63:22
streaks 63:13
street 9:21 40:10
strike 10:7
striking 41:21
stuff 14:7
subject 10:4,8,10
 10:21 11:7,18,21
 11:24 12:10,13,18
 12:22 13:1,12,19
 13:23 14:3,4,11,18
 19:25 20:12 25:20
 28:23 32:11,14,19
 32:25 33:16,21
 35:4,23 36:24
 44:6 58:21 59:14
subscribed 77:21

substance 22:5
 64:25
substantial 40:25
substantially 41:7
sufficiently 7:1
suite 2:18 3:6,12
 8:17
sum 53:22
summer 57:8,12
sure 20:8 31:2
 59:19 60:1 71:3
swapped 52:12,13
sworn 6:6

t

t 4:5 5:1 40:7
takata 42:6,15
 43:9,16 72:3
take 6:15 15:10
 23:13 29:2 36:1
 37:14 44:11 45:10
 46:3 51:9 56:17
 58:2,18,20 59:21
 62:1 64:10 66:16
 67:11 68:13 69:12
 70:16 71:21 72:9
 72:22
taken 2:17 6:17,22
 7:7 17:25 21:15
 56:10 57:21,24
 59:13 61:13 74:10
 77:6
talk 60:21 68:25
talking 10:5 39:25
 40:19
talks 65:4
technician 22:19
tell 46:18 70:6
telling 49:13 62:14
 63:1 71:1
ten 13:5 42:7
 44:20 47:12,13

50:21
test 37:2,5,13,15
 37:17,19 38:1,2,10
 38:11,12
testifies 6:6
testifying 77:9
testimony 47:7,10
 47:12 60:24 61:2
 61:4 77:13
thank 11:12 66:9
 75:6
thereof 76:6
thicker 63:13,22
thing 16:21 39:3
 69:12,17
things 23:22 53:3
think 13:14,23
 15:21 16:2,23
 19:20 20:1,22
 22:9,15 25:9,16,20
 31:7 32:10 35:5
 36:19 37:1 39:22
 47:12 48:24 49:12
 51:2 69:8,24 70:1
 73:15
thinking 17:7 26:4
 31:25
third 33:25
thirty 45:3
thought 34:13
 38:5 39:6
three 18:16 19:1,5
 25:5 26:12 30:16
 32:10 33:20 36:22
 51:16
time 9:4 10:7,10
 12:16 14:5,19
 16:13 18:19,25
 19:22 22:3,9,19
 23:1 26:15 28:5
 44:6,10,14 45:4,20

[time - wallace]

46:9 61:21 63:25
64:17,24 67:7
68:9 70:12,22,25
72:18 74:6 77:7
**times** 11:23 18:7
18:11,13 37:17
39:14,17,20 44:19
44:20 46:21,25
47:2,11,12,13 60:5
60:7 61:5,11,12
63:24 69:5
**tire** 55:4 73:16
**tires** 55:6,14 60:17
60:21,22 61:6
**today** 7:4 9:5
16:17,25 17:9,10
26:17 61:2 73:9
**told** 43:22 44:3
60:4 69:3
**tony** 6:13
**top** 15:11 25:25
29:13 30:23 32:18
40:5 52:7
**total** 51:18,20
53:20
**towed** 73:20
**traded** 31:3,8
**trading** 31:2
**traffic** 45:12,14
46:9
**training** 55:25
**transcribed** 75:4
77:11
**transcript** 74:17
77:12,15,17
**transmission**
27:11,12,18 28:5,6
**transportation**
42:10
**treiber** 40:6

**tries** 70:7
**trim** 69:22
**trip** 57:5,13,15,18
58:1,1
**trips** 36:2 56:20
57:1,20,23 58:2,14
58:16,18,23 59:4,4
59:7
**true** 36:23 76:7,9
76:11 77:13
**try** 26:6 69:9
**trying** 22:24 68:23
**tune** 69:15
**turn** 16:12 49:21
53:23 54:17 67:17
**twice** 37:18,20
**two** 11:1 13:15
21:21 22:2 25:13
32:10 33:1 38:3
44:12,21 52:6
53:22 54:3,3
56:23 58:16,24
59:4,4 63:20
**type** 24:12 52:16
**typical** 15:10
**typically** 14:5 15:2
15:4 29:23

**u**

**ultimately** 27:25
**unavailable** 43:14
**underneath** 29:16
29:21 51:12
**undersigned** 77:3
**understand** 14:10
20:14 21:9 54:20
**understanding**
35:20 36:9 38:18
41:12,14,24 51:14
60:24 61:4,9
**unit** 9:21 40:10

**united** 1:1 2:1
**unsafe** 39:21
47:22
**update** 70:24
**usa** 1:8 2:8 6:14,16
19:11 21:5,10
50:12
**use** 15:3,6 22:23
36:1 41:6,8
**usually** 22:12

**v**

**vacation** 59:18
**vague** 22:8 72:4
**valuation** 24:14
**value** 24:8 25:23
40:25
**vehicle** 10:5,5,8,11
10:22 11:7,18,21
11:24 12:10,13,18
12:23 13:1,3,12,19
13:21,23 14:3,4,11
14:18,19 15:2
17:15,17,22,25
18:4,7 19:4,12,18
19:21,25 20:13,24
21:2,15,17 23:10
23:14,17,19 24:5,8
24:19 25:8,18,21
26:14,17 27:19,23
27:25 28:8,12,23
29:21 32:11,15,19
33:1,16,21 35:5,23
36:10,22,25 37:2,6
37:13 39:13,20,21
39:23 40:24 42:19
44:7,9,13,17 45:18
45:24 46:15,19
47:3,17 48:1,14
51:19 52:12,14,17
54:4,22 55:3,19,23
56:21 57:11,15,18

57:21 58:18,21
59:14,21 60:12
61:7,12,20 62:5,12
62:15,20 63:2,5,8
63:25 64:14 66:20
67:7,15,23 68:9,17
68:20,23 70:20
71:4,8,12,18,25
72:12,17 73:2,5,8
73:16,20,23
**vehicle's** 41:8 55:6
**vehicles** 14:11,14
28:16 29:25 30:5
30:11,14,15 33:15
33:20,20 34:24
35:1,6,9,20 39:9
42:12 43:6,24
**vice** 40:7
**videos** 21:2
**videotaped** 4:7
**vin** 51:11
**violates** 42:24
43:10
**visit** 62:5 65:25
66:4,23 67:1
71:12 72:13
**volume** 67:19
**vs** 1:7 2:7

**w**

**w** 6:12 62:8
**wagon** 30:19,25
31:15 34:1,2
**wagons** 30:16
**waive** 25:3
**wallace** 3:4 8:7
17:5 20:4,8 24:24
29:4 30:6 31:17
31:21 34:19 35:9
35:11 41:3,9
42:21,23 43:10,25
46:23 47:7 48:6

Page 14

[wallace - young]

| | | x |
|---|---|---|
| | | x  4:1,5 5:1 |
| | | y |

54:15 60:20 66:8
74:2,4 75:2,8
**want**  15:23 20:17
25:3 26:6 44:2
53:3 54:1
**wanted**  16:21
22:20,23 30:7
31:14 37:24 39:10
39:10
**wants**  20:5
**warning**  55:2,5
**warranty**  9:7,10
**wash**  60:13 61:6
**way**  46:16 47:10
49:9
**we've**  28:20 62:1
65:1
**weather**  15:11
**website**  25:23
**wednesday**  1:16
**week**  11:10,14
45:7
**weekday**  45:9
**weekend**  44:8,12
**weekends**  15:10
15:12
**weeks**  44:12,21
**went**  33:19 34:25
38:9
**wheel**  69:22
**wheels**  52:12,13
52:16,19 63:18,19
**when's**  44:6
**whereof**  77:21
**white**  32:23
**wife**  9:18,25 10:20
13:10,14,22 14:3
15:9 18:25 20:23
21:22 31:14 35:17
37:5 43:22 50:1
52:11 56:21 60:6

62:4,14 63:1 64:1
64:13 66:19 67:14
67:25 68:17,25
70:6,19,23 71:1,9
71:11,24 72:11
73:1,11,18,23
**wife's**  61:2
**william**  1:5,14 2:5
2:17 3:4 4:8 6:5
6:12 8:11,12,16
15:17 29:14 40:8
76:19
**wilshire**  3:12
**wit**  74:11
**witness**  8:8 17:7
25:4 29:6 31:18
31:22 35:12 41:10
43:2,13 44:3
59:25 77:21
**witnessed**  12:17
12:22 71:9 73:13
**witnesses**  77:8
**woman**  23:3
**word**  50:8 69:8
**work**  5:4 9:14
15:3 22:20 25:1
42:25 43:11 58:25
59:7 69:5
**worked**  22:21
28:11 56:14
**write**  50:10,13
**writer**  64:24
**writing**  17:14
**writings**  17:21
19:10,17,20,24
20:11,22
**written**  21:4,13,23
21:25 51:11
**wrote**  51:12,15
**wvgx**  1:7 2:7

**yeah**  30:13 31:22
32:14 33:10 48:24
49:3 52:9 59:11
60:23
**year**  24:17 27:6
30:4,4 31:1 34:12
56:6
**years**  15:24 16:3
31:10 34:17 35:8
42:7
**young**  30:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT C

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3

4

5    WILLIAM MCGEE,                    )
                                       )
6              Plaintiff,              )
                                       )
7         vs.                          )     Case No. 3:19-cv-00513
                                       )     MMA (WVGx)
8    MERCEDES-BENZ USA, LLC, and )
     DOES 1 through 10,                )
9    inclusive,                        )
                                       )
10             Defendants.             )
     _____/

11

12

13

14             DEPOSITION OF ARLENE MCGEE

15               Carlsbad, California

16         Wednesday, September 4, 2019

17

18

19

20

21   Reported by:

22   BARBARA A. BAKER

23   RPR, CSR No. 13033

24   Job No. 3500380

25   Pages 1 - 96

                                      Page 1

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   WILLIAM MCGEE,          )
                            )
 6        Plaintiff,        )
                            )
 7   vs.                    )   Case No. 3:19-cv-00513
                            )   MMA (WVGx)
 8   MERCEDES-BENZ USA, LLC, and )
     DOES 1 through 10,     )
 9   inclusive,             )
                            )
10        Defendants.       )
     _____/
11
12
13
14
15
16
17        Deposition of ARLENE MCGEE, taken on behalf of
18   Defendant at 701 Palomar Airport Road, Suite 250,
19   Carlsbad, California, beginning at 10:24 a.m. and ending
20   at 12:36 p.m. on September 4, 2019, before BARBARA A.
21   BAKER, Certified Shorthand Reporter No. 13033.
22
23
24
25
                                              Page 2
```

```
 1                  I N D E X
 2                                        Page
 3   EXAMINATION BY MR. GRECO               6
 4
 5            E X H I B I T S
 6   NUMBER        DESCRIPTION          PAGE
 7   Exhibit 1  Amended Notice of Taking Videotaped    17
               Deposition of Nonparty Witness Arlene
 8             McGee and Demand for Production of
               Documents and Things
 9
     Exhibit 2  Plaintiff's documents produced per     17
10             Exhibit 1 category requests
11   Exhibit 3  Pre-Invoice Accounting 685141, dated   49
               12/30/2015, Bates MBUSA 000009
12
     Exhibit 4  Invoice Accounting 688866, dated       51
13             2/22/16, Bates MBUSA 000010
14   Exhibit 5  Invoice Accounting 690344, dated       54
               3/15/2016, Bates MBUSA 000011
15
     Exhibit 6  Invoice Accounting 691945, dated       55
16             4/6/2016, Bates MBUSA 000012 - 000014
17   Exhibit 7  Pre-Invoice Accounting 693042, dated   60
               4/22/16, Bates MBUSA 000015 - 000016
18
     Exhibit 8  Invoice Accounting 705072, dated       63
19             10/07/16, Bates MBUSA 000019
20   Exhibit 9  Invoice Accounting 706559, dated       64
               10/28/16, Bates MBUSA 000020 - 000021
21
     Exhibit 10 Invoice 720159, dated 05/16/17,        65
22             Bates MBUSA 000022 - 000024
23   Exhibit 11 Invoice 732089, dated 11/02/2017,      66
               Bates MBUSA
24
     Exhibit 12 Invoice Accounting 736234, 1/05/18,    76
25             Bates MBUSA 000034 - 037
                                              Page 4
```

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4       LAW OFFICES OF WILLIAM R. McGEE
         BY: DEANNA M. WALLACE
 5       Attorney at Law
         701 Palomar Airport Road
 6       Suite 250
         Carlsbad, California  92011
 7       760.438.1047
         760.438.1056  Fax
 8       deannalemonlaw@gmail.com
 9
     For Defendant:
10
         LEHRMAN LAW GROUP
11       BY: ANTHONY PAUL GRECO
         Attorney at Law
12       12121 Wilshire Boulevard
         Suite 1300
13       Los Angeles, California  90025
         310.917.4500
14       310.917.5677  Fax
15
     Also Present:
16
         WILLIAM R. McGee
17
18
19
20
21
22
23
24
25
                                              Page 3
```

```
 1            E X H I B I T S
              (Continued)
 2
 3   NUMBER        DESCRIPTION          PAGE
 4   Exhibit 13 Invoice Accounting 744427, dated   81
               5/08/2017, Bates MBUSA 000051
 5
     Exhibit 14 Invoice Accounting 744815, dated   82
 6             5/14/2018, Bates MBUSA 000052
 7   Exhibit 15 Invoice Accounting 745770, dated   83
               5/23/2018, Bates MBUSA 000053
 8
     Exhibit 16 Invoice Accounting 749474, 7/17/18,  85
 9             Bates MBUSA 000054 - 55
10   Exhibit 17 Hoehn Motors Work Order 680597,    88
               1/10/19, Bates MBUSA 000065 - 068
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 5
```

2 (Pages 2 - 5)

1    Carlsbad, California, September 4, 2019,
2        10:24 a.m.
3
4
5        ARLENE MCGEE,
6    Having been first duly sworn, testifies as follows:
7
8        EXAMINATION
9 BY MR. GRECO:
10   Q   Okay.  Can you please state and spell your name
11 for the record.
12   A   Arlene McGee, A-r-l-e-n-e, M-c-G-e-e.
13   Q   All right.  Mrs. McGee, my name is
14 Anthony Greco.  I'm an attorney for Mercedes-Benz
15 U.S.A., LLC.
16       And we're here to take your deposition
17 regarding a lawsuit that your husband, Bill McGee, filed
18 against Mercedes-Benz U.S.A. LLC.
19       Have you ever had your deposition taken before?
20   A   Yes.
21   Q   When was that?
22   A   Probably 2010, 2000- --
23 probably 2010 -- '11 -- 2011, I'm sure.
24   Q   Without getting too specific for me, what kind
25 of case was that?

Page 6

1    noes as opposed to nods and shaking of the head.  Okay?
2    A   Yes.
3    Q   By the same token -- I've taken several of
4    these.  And a lot of times people want to describe some
5    of the problems they may have had with a vehicle by
6    bouncing up and down in their chair to show the car was
7    shaking, or they want to, you know, point to let me know
8    which light inside of the car wasn't working.
9        Those things the court reporter cannot take
10   down.  So we're looking for your best verbal description
11   of any problems you might have had with the vehicle in
12   this case.  Okay?
13   A   Okay.
14   Q   If you don't understand a question that I've
15   asked you at any point, just let me know, and I will do
16   my best to rephrase it.  Okay?
17   A   Okay.
18   Q   However, if you don't tell me that you did not
19   understand the question, I'm going to proceed as if you
20   understood it fully.  Okay?
21   A   Okay.
22   Q   There will be times today when I will ask you
23   for your best estimate.  And I'm entitled to your best
24   estimate, but you're not required to guess.  And I don't
25   want you to.

Page 8

1    A   Divorce.
2    Q   All right.  Well, since it's been a while since
3 you've had your deposition taken, I'm still going to run
4 through some of the ground rules that will, hopefully,
5 make this go a little more smoothly and get us all out
6 of here in an efficient manner.  Okay?
7    A   Em-hmm.
8    Q   All right.  The first thing I need you to
9 remember is that, although this is somewhat informal,
10 and we're sitting here in Mr. McGee's office instead of
11 in a court of law, the oath that you just took is the
12 same oath that you would take in front of a judge and a
13 jury.
14       It carries with it the same obligation to tell
15 the truth and the same penalty of perjury should you
16 not.
17       Do you understand that?
18   A   Yes.
19   Q   The second most important thing I need you to
20 remember is that the court reporter is writing down
21 everything that you and I say.  So it's very important
22 that you and I take turns when we're speaking.  Okay?
23   A   Yes.
24   Q   It's also very important that you give us
25 verbal responses today.  So we're looking for yeses and

Page 7

1        The typical example that I use to try and show
2    people the difference between a guess and an estimate is
3    this:  If I were to ask you how much money you have in
4    your wallet right now, you'd probably be able to think
5    back to the last time you went to an ATM, the stuff
6    you've bought between then and now, and give me a
7    reasonable idea of how much money is in your wallet
8    based off that information.
9        However, if I asked you to tell me how much
10   money is in my wallet right now, you have no idea the
11   last time I went to an ATM.  You don't know the kind of
12   stuff that I bought between then and now.  In fact, you
13   don't even know if I have a wallet.
14       So that would be a complete guess because it
15   would be based on no information at all.
16       Do you understand that difference between a
17   guess and an estimate?
18   A   Yes.
19   Q   This isn't an endurance test.  It's not a
20   marathon.  If you ever need a break, just let me know,
21   and we can go ahead and take that break.  All right?
22   A   Okay.
23   Q   After the deposition, you will get a booklet
24   that contains a transcript of the deposition.  At that
25   time, you're going to have an opportunity to make any

Page 9

3 (Pages 6 - 9)

1  changes that you think are necessary.
2      However, I caution you that if you make any
3  significant changes, such as changing a yes to a no,
4  that's something that myself or Mercedes-Benz' other
5  attorneys can comment on. And it may affect your
6  credibility such at the time of trial.
7      Do you understand that?
8  A  Yes.
9  Q  Okay. Have you taken any medication in the
10  last 24 hours that might impair you ability to recall or
11  remember events in this case?
12  A  No.
13  Q  Have you taken any drugs or alcohol in the last
14  24 hours?
15  A  Yes.
16  Q  Would the drugs or alcohol that you've taken
17  impair your ability to remember the events of this case?
18  A  No.
19  Q  Okay. Is there any reason why we can't go
20  forward today with your best testimony?
21  A  No.
22  Q  Do you have any questions for me before we
23  begin?
24  A  No.
25  Q  What's your date of birth?

Page 10

1  remember.
2      MR. McGEE: HR maybe?
3      THE WITNESS: HR. What was I doing? I'm
4  thinking accounting.
5  BY MR. GRECO:
6  Q  All right. Where were you working at? By HR,
7  you mean human resources; right?
8  A  Yes.
9  Q  Where were you working in human resources?
10  A  Unite Eurotherapy. It's Euro -- Unite, and
11  then Eurotherapy.
12  Q  How long have you been working with Unite
13  Eurotherapy?
14  A  Three years.
15  Q  What was your title at Unite Eurotherapy?
16  A  Human resources manager.
17  Q  Did you have any other jobs in the last five
18  years?
19  A  Yes.
20  Q  All right. What other jobs?
21  A  I worked at the Loft Hair Design.
22  Q  When were you working at the Loft Hair Design?
23  A  From 2011 to 2015.
24  Q  What were you doing there?
25  A  Management.

Page 12

1  A  1/25/70.
2  Q  And what's the highest level of education that
3  you've attained?
4  A  Some college.
5  Q  Where did you attend college?
6  A  I went to Long Beach State.
7  Q  Did you study anything in particular there, or
8  was it just general ed- --
9  A  Just general.
10  Q  Have you ever done any coursework related to
11  the repair and maintenance of automobiles?
12  A  No.
13  Q  Do you ever work on automobiles in your free
14  time?
15  A  No.
16  Q  Do you ever perform any of the maintenance on
17  any of the cars that you've owned, such as checking the
18  oil, rotating the tires; anything like that?
19  A  No.
20  Q  Are you currently employed?
21  A  No.
22  Q  When was the last time you were employed?
23  A  November of '18.
24  Q  What were you doing then?
25  A  I was doing -- I'm not even sure why I can't

Page 11

1  Q  The entire time from 2011 to 2015?
2  A  Yes.
3  Q  Where is the Loft Hair Design located?
4  A  It is no longer in existence.
5  Q  When it was in existence, when you were working
6  there, do you recall where it was located?
7  A  It was located in Escondido and then moved to
8  Carlsbad.
9  Q  Do you recall the exact address?
10  A  In Escondido, I think it was 106 West Grand
11  Avenue, Escondido, 92025. Not positive of Carlsbad. We
12  weren't there very long before it closed.
13  Q  Okay. What about Unite Eurotherapy, what was
14  the business address?
15  A  It moved, also, to -- I don't know the number.
16  But it was Whiptail Loop, Carlsbad.
17  Q  Okay. Was it at the Whiptail Loop address the
18  entire time you were working there?
19  A  No.
20  Q  Do you recall any other addresses it was at?
21  A  It was in Carlsbad. I cannot remember the
22  exact address.
23  Q  Does that cover all the places you've worked
24  from 2011 up until you left Unite Eurotherapy in 2018?
25  A  Yes.

Page 13

4 (Pages 10 - 13)

1    Q   What's your current home address?
2    A   106 -- sorry. 1601 -- I get so nervous.
3   Sorry. South Pacific Street, B2, Oceanside, California,
4   92054.
5    Q   Who lives with you there?
6    A   My husband, William McGee.
7    Q   Anyone else?
8    A   No.
9    Q   Do you have any children that are driving age
10  or older?
11   A   Yes.
12   Q   How many?
13   A   Two.
14   Q   Where do they live?
15   A   One lives in Vista. The other lives in
16  Chattanooga, Tennessee.
17   Q   What's the name of the child that lives in
18  Chattanooga?
19   A   Alexandra Pankey, P-a-n-k-e-y.
20   Q   And how long has she been in Chattanooga?
21   A   Since March of '19.
22   Q   Have you lived at the 1601 South Pacific
23  address for the last five years?
24   A   No.
25   Q   Where did you live before the South Pacific

Page 14

1    A   No.
2    Q   If I had a pie chart which showed me the
3   percentage of different drivers for the subject vehicle,
4   what percentage would be you and what percentage would
5   be other people?
6    A   It would be, I would say, 90 percent me.
7    Q   And who makes up the other 10 percent?
8    A   My husband. My mom might get a half a percent.
9    Q   So probably about 9.5 percent to Mr. McGee and
10  maybe .5 percent for your mom?
11   A   Yes.
12   Q   And what is your mom's name?
13   A   Margie Chavez, C-h-a-v-e-z.
14   Q   Is it Margie, M-a-r-g-i-e?
15   A   Correct.
16   Q   Do you know Margie's address?
17   A   Yes. 1846 Amie, A-m-i-e, Court, San Marcos,
18  California, 92069.
19   Q   Mrs. McGee, please don't be offended. I have
20  to ask this question of everybody.
21      Have you ever been convicted of a felony?
22   A   No.
23   Q   All right.
24      MR. GRECO: Let's go ahead and mark, as
25  Exhibit 1, the Amended Notice of Taking the Deposition

Page 16

1   Street address?
2    A   In Poway.
3    Q   And do you recall the exact address?
4    A   I don't. It's Cascade Crossing, Poway.
5    Q   All right. Does the Cascade Crossing address
6   and the current address at South Pacific Street -- does
7   that cover all the places that you've lived while you've
8   been driving the subject vehicle?
9       When I say the "subject vehicle," I'm referring
10  to the Mercedes-Benz C350 that is the subject of this
11  lawsuit.
12      Do you understand that?
13   A   Yes.
14   Q   Okay. Does the South Pacific address and the
15  Cascade Crossing address cover all the places you've
16  lived while driving the subject vehicle?
17   A   Yes.
18   Q   We had talked about Alexandra moved to
19  Chattanooga in March.
20   A   Correct.
21   Q   What's the name of your other child that lives
22  in Vista?
23   A   Serena, S-e-r-e-n-a, Percy.
24   Q   To your knowledge, has Alexandra or Serena ever
25  driven the subject vehicle?

Page 15

1   of Arlene McGee.
2       (Exhibit 1 marked)
3   BY MR. GRECO:
4    Q   Mrs. McGee, have you ever seen this document
5   before?
6    A   No.
7    Q   Okay. Well, this is the Notice of Deposition.
8   It tells you, you know, the date, time, and where we're
9   taking the deposition.
10      But also included in it, if you turn to
11  Roman Numeral No. II, it says "Documents requested to be
12  produced."
13   A   Okay.
14   Q   All right. So along with the Notice of
15  Deposition, there is also a request that you bring with
16  you some documents related to the vehicle.
17      And I understand that those documents have been
18  produced in this stack.
19      MR. GRECO: Which I'm going to go ahead and
20  mark as Exhibit 2.
21      (Exhibit 2 marked)
22  BY MR. GRECO:
23   Q   And so Exhibit 2 contains the documents that
24  were produced on your behalf by your counsel today. And
25  all I want to do right now is run through the various

Page 17

5 (Pages 14 - 17)

1  categories of documents and see if there is anything
2  that you can think of that might exist beyond what was
3  already produced to us today.  Okay?
4      All right.  The first category asks for all
5  writings regarding the acquisition of the subject
6  vehicle.
7      I did see that the sale contract is sort of the
8  first set of documents here.  And it looks like there's,
9  I guess, a vehicle transfer form and agreement to
10  furnish insurance.
11      Are these all the documents that you have in
12  your possession, custody, or control related to
13  acquisition of the vehicle?
14  A  All right.  Can you repeat what -- which ones I
15  am supposed to have?
16  Q  So I was just wondering if in this stack you
17  produced to us everything that you have that's related
18  to your -- well, I suppose it's your husband's purchase
19  of the vehicle.
20      But I just wanted to know if there's anything
21  else you can think of that you guys received at the time
22  that you bought the vehicle other than what's in this
23  stack of documents here.
24  A  I don't believe so.
25  Q  Okay.

Page 18

1  Q  So there was never a time that you took it in,
2  and nobody handed you anything to document that you
3  visited there?
4  A  Well, I guess when I go in to get my tires
5  filled.  And they said that they don't give me anything.
6  Q  Okay.  Do you recall how many times you brought
7  the vehicle in to have air put in the tires?  Maybe your
8  best estimate would be appropriate here.
9  A  I would say at least six times.
10  Q  Did you always take it to Mercedes-Benz in
11  Escondido for that?
12  A  No.
13  Q  Did you ever take it to Escondido for that?
14  A  Yes.
15  Q  What were the other dealerships that you took
16  it to, that you can recall?
17  A  Carlsbad.
18  Q  Is that Hoehn Motors?
19  A  I believe so.
20  Q  Do you recall how many times you've taken it to
21  Escondido versus Hoehn Motors?
22  A  Hoehn, I've only taken it once.
23  Q  Okay.  So your best estimate is five times to
24  Escondido and the one time to Hoehn?
25  A  Correct.

Page 20

1      MS. WALLACE:  Can we go off the record real
2  quick?
3      MR. GRECO:  Sure.
4      (Recess)
5      MR. GRECO:  Go back on.
6  BY MR. GRECO:
7  Q  All right.  So the second category asks for all
8  writings related to the maintenance and repair of the
9  vehicle.
10      I notice that there were a number of repair
11  orders from Mercedes-Benz of Escondido.
12      Have you produced to your counsel and to us
13  today all of the repair records that you have for the
14  subject vehicle?
15  A  I believe so.
16  Q  Okay.  Did you ever take the vehicle to any
17  non-Mercedes-Benz dealership for any work?
18  A  No.
19  Q  You never took it to a Jiffy Lube or anything
20  like that?
21  A  No.
22  Q  Did you receive some kind of paperwork every
23  time that you brought the vehicle to a Mercedes-Benz
24  dealership?
25  A  Yes.

Page 19

1  Q  Okay.  I think before I asked for writings
2  related to the condition of the vehicle.  I'm assuming
3  that that generally is the repair orders we already
4  have.
5      But one -- some other things that are included
6  in writings are things like photographs, videos of the
7  vehicle.
8      Do you have any photographs or videos of the
9  vehicle?
10  A  No.
11  Q  Okay.  I believe in here I did see documents
12  regarding insurance coverage.  I don't think I did.
13      Is the vehicle currently insured?
14  A  Yes.
15  Q  Okay.  What is the insurance company?
16  A  Triple A.
17  Q  Okay.
18      MR. GRECO:  Counsel, do you have any objection
19  to producing a copy of the insurance card that shows the
20  insurance covering the subject vehicle in the next two
21  weeks?
22      MS. WALLACE:  No.
23      MR. GRECO:  Okay.
24  BY MR. GRECO:
25  Q  Has the vehicle ever been in an accident?

Page 21

6 (Pages 18 - 21)

1    A  No.
2    Q  Okay.  And when I say "accident," sometimes
3  people assume that I mean that, you know, one car coming
4  into contact with another.
5        In that, I also include anything that might
6  have caused damage to the vehicle, such as backing into
7  a mailbox or something like that that required repair.
8        So has it ever been in that kind of an
9  accident?
10   A  No.
11   Q  Okay.  Category 6 asks about writings relating
12  to any non-conformities that you contend are in the
13  vehicle for the sake of today.
14        Let's just say non-conformity is any problem
15  you might have had with the car.  I assume that includes
16  the repair orders that we've already seen.
17        Do you have any other writings that you can
18  think of that might describe any of the problems you
19  have had with the car such as e-mails, correspondence
20  with the dealership?  Anything like that?
21   A  No.
22   Q  Category 7 asks for all writings related to
23  communications with Mercedes-Benz USA, LLC.
24        Now, I want to draw a slight distinction here.
25  Mercedes-Benz USA, LLC, is a completely different entity
Page 22

1  within two weeks or so, you guys will go ahead and shoot
2  those over if she actually does have any?
3        MS. WALLACE:  Yes.
4  BY MR. GRECO:
5    Q  Do you ever exchange any e-mails with the folks
6  at the dealerships?
7    A  I don't believe so.
8    Q  Okay.
9        MR. GRECO:  So can we just reach the same
10  agreement that Mrs. McGee will check her e-mail to see
11  if she's got anything?
12        MS. WALLACE:  Yes.
13        MR. GRECO:  Okay.
14  BY MR. GRECO:
15   Q  All right.  Any other written correspondence
16  that you can think of?
17   A  No.
18   Q  Okay.  My understanding is that the vehicle was
19  paid for upfront.
20        Do you have the same understanding?
21   A  Yes.
22   Q  Okay.  So you personally haven't made any
23  payments on the vehicle; right?
24   A  Right.
25   Q  And the payment upfront was made by Mr. McGee;
Page 24

1  than any of the dealerships that you might have dealt
2  with.
3        Did you ever have any written communications
4  with anyone at Mercedes-Benz USA, LLC?
5    A  No.
6    Q  All right.  So Category 8 asks the same
7  questions about written communications with any
8  dealerships.  I think we already covered this.
9        But did you ever have any text messages or
10  anything with service advisors or people like that from
11  the dealership?
12   A  Yes.
13   Q  Okay.  I think -- let me ask you this:  Have
14  you -- do you currently have any text correspondence
15  with any of the service advisors at the dealership?
16   A  Like on my phone or am I currently texting
17  with?
18   Q  On your phone, do you still have any text
19  messages that you might have exchanged with the
20  dealership?
21   A  It is possible.
22   Q  Okay.
23        MR. GRECO:  So can we just reach an agreement
24  that Mrs. McGee will go ahead and look on her phone, see
25  if she's still got anything, and the same agreement that
Page 23

1  right?
2    A  Correct.
3    Q  Has the vehicle ever had to be towed?
4    A  No.
5    Q  Was there ever a time that you had to pay for a
6  rental car out of your own money?
7    A  No.
8    Q  Was there ever a time that you asked a
9  Mercedes-Benz dealership for a loaner car and you did
10  not get one?
11   A  No.
12   Q  Did you have any aftermarket equipment
13  installed on the vehicle?
14   A  No.
15   Q  Did you have the windows tinted?
16   A  No.
17   Q  You don't have any fancy spinning rims on the
18  car?
19   A  No.
20   Q  Have you tried to sell the vehicle?
21   A  No.
22   Q  Have you gone on Kelley Blue Book or any other
23  website to look at what the current value of the vehicle
24  is?
25   A  No.
Page 25

7 (Pages 22 - 25)

1  Q  Do you have a California driver's license?
2  A  Yes.
3  Q  How long have you had a California driver's
4  license for?
5  A  Since I was 16.
6  Q  Okay.  Are you licensed to drive in any other
7  states?
8  A  No.
9  Q  Other than the divorce proceedings we already
10  talked about, have you been involved in any other
11  lawsuits?
12  A  No.
13  Q  Have you ever asked a manufacturer to
14  repurchase or replace a vehicle that you owned before?
15  A  No.
16  Q  To your knowledge, has anyone in your immediate
17  family, any brothers, sisters, your husband or your
18  children asked for a manufacturer to repurchase or
19  replace a vehicle?
20  A  No.
21  Q  Before driving -- well, actually, let me ask
22  you this first:  Do you have any other vehicles that you
23  drive other than the subject vehicle?
24  A  Yes.
25  Q  Okay.  What other vehicles do you drive

Page 26

1  Jeep and the subject vehicle changed at all over the
2  time that you've owned the subject vehicle, or has it
3  always been about 90/10?
4  A  It definitely changes depending on what we're
5  doing.
6  Q  Okay.  And so what kind of circumstances would
7  make it change?
8  A  Well, when we had our dog, it was more
9  comfortable or if I'm driving more people, I would take
10  the Jeep.  If we were moving, I was always driving the
11  Jeep.
12  Q  All right.  Any other vehicles that you drive,
13  other than the Jeep and the subject vehicle?
14  A  No.
15  Q  Any other vehicles during the entire time that
16  you have owned the subject vehicle that you have driven,
17  other than the Jeep?
18  A  No.
19  Q  Okay.  How about before the purchase of this
20  subject vehicle, what were you driving?
21  A  A Toyota Solara.
22  Q  Do you recall the year of that car?
23  A  That was -- I think it was a 2005.
24  Q  Did you purchase or lease it?
25  A  Purchase.

Page 28

1  currently?
2  A  We have a Jeep Cherokee.
3  Q  Do you know the year of the car, the Cherokee?
4  A  2012.
5  Q  Did you purchase that car?
6  A  No.
7  Q  Did your husband purchase it?
8  A  Yes.
9  Q  With the same pie chart for the Jeep Cherokee,
10  what percentage of driving would be you and what
11  percentage of driving would be other people?
12  A  I would say I probably drive it 20 percent of
13  the time, and my husband would drive it 80 percent.
14  Q  All right.  And for sticking with my pie chart,
15  because I love my pie charts, your personal driving,
16  what percentage of your personal driving is the subject
17  vehicle and what percentage of it is other vehicles?
18  A  I would say 90 percent would be the Mercedes
19  and 10 percent is the Jeep.
20  Q  And have you owned that Jeep the entire --
21  well, have you and your husband owned that Jeep the
22  entire time that you've had the vehicle that's the
23  subject of this lawsuit?
24  A  Yes.
25  Q  Has the percentage of your driving between the

Page 27

1  Q  Did you purchase it new?
2  A  Yes.
3  Q  So would you have purchased it sometime
4  around 2004? 2005?
5  A  Yes.
6  Q  Do you recall having any particular problems
7  with the Toyota Solara?
8  A  No.
9  Q  How about the Jeep, have you had any particular
10  problems with that vehicle?
11  A  No.
12  Q  What about before the Toyota Solara, do you
13  recall what you were driving?
14  A  Too many cars.
15  Q  Okay.  Let's just put a pin in 2005.
16  Were there any other vehicles that you were
17  driving, other than the Toyota Solara, the Jeep
18  Cherokee, and the subject vehicle, between 2005 and
19  today?
20  A  No.
21  Q  Have you had any other Mercedes-Benz vehicles
22  other than the subject vehicle?
23  A  No.
24  Q  Can you think of any cars that you've driven
25  where you had, you know, what you would consider to be

Page 29

8 (Pages 26 - 29)

1  significant problems with them when you had to take it
2  into the shop a lot?
3      MS. WALLACE: Ever?
4  BY MR. GRECO:
5      Q   Ever.  Anything that sticks out in your mind.
6      A   Unfortunately, I had a fun Alfa Romeo, and that
7  was just problematic all the time.
8      Q   Okay.  Was it under warranty when you were
9  having problems with it?
10     A   No.  We bought it used.
11     Q   Okay.  Any other problems stand out to you in
12  particular?
13     A   The water pump, because nobody carried it.  So
14  it took like three weeks to get.
15     Q   Anything else?
16     A   No.
17     Q   Do you have an estimate for about how long ago
18  you had the Alfa Romeo?
19     A   Probably about 2000.
20     MR. McGEE: I'm guessing that's not the one
21  question you wanted to ask.
22  BY MR. GRECO:
23     Q   All right.  Because I think it's a better copy,
24  I'd like to stick with Exhibit 2 to look at the purchase
25  contract.

Page 30

1      A   No.
2      Q   Okay.  Did you take the vehicle for a test
3  drive?
4      A   No.
5      Q   Did you take any vehicle for a test driver?
6      A   Any vehicle at Mercedes-Benz or . . .
7      Q   Yeah, on that day.  Sometimes -- the reason I
8  ask that is because sometimes people take the actual car
9  that they're buying, but sometimes they give them a
10  different car that's a similar car, but it's not the
11  right color or whatever.
12         So what I want to know is, you know, did you
13  drive another C350?
14     A   No.
15     Q   Did you drive any cars when you were at the
16  dealership to purchase the subject vehicle?
17     A   No.
18     Q   Do you know if your husband took the subject
19  vehicle for a test drive?
20     A   Yes.
21     Q   Did you ride along with him?
22     A   No.
23     Q   Do you know if anyone rode along with him?
24     A   No.
25     Q   Do you recall the sales representative that you

Page 32

1      So if you could turn back to Exhibit 2.  And I
2  think we already discussed that your husband purchased
3  the vehicle; right?
4      A   Correct.
5      Q   All right.  Where you with him at the time that
6  the vehicle was purchased?
7      A   Yes.
8      Q   All right.  Do you recall around when that was?
9      A   Yes.  It was December 31st of '15.
10     Q   And if you look at the third page of Exhibit 2,
11  the very bottom, it has a date of 12/29/15.
12         Does December 29th sound about right?
13     A   Yes.
14     Q   All right.  At least it was somewhere around
15  that time?
16     A   Uh-huh.
17     Q   Okay.
18     MS. WALLACE:  Is that a yes?
19     THE WITNESS:  Yes.
20  BY MR. GRECO:
21     Q   Were you with your husband when he purchased
22  the vehicle?
23     A   Yes.
24     Q   Did you participate in the negotiations for the
25  vehicle price at all?

Page 31

1  guys were working with?
2      A   I remember him.  I wouldn't remember his name.
3      Q   Okay.  Was there any particular features of the
4  C350 that were important to you in making the decision
5  to buy that car?
6      A   Yes.  It just had to be cute.
7      Q   It's a coupe; right?
8      A   Yes.
9      Q   Did you look any other brands of vehicles,
10  other than Mercedes, before making a decision to
11  purchase this one?
12     A   Yes.
13     Q   What other types vehicles did you look at?
14     A   Audi's and Cadillac.
15     Q   Is there any reason why you chose Mercedes-Benz
16  over Audi or a Cadillac?
17     A   My husband.
18     Q   What do you mean by that?
19     A   I'm -- I honestly just want a car that's really
20  cute and safe and easy to drive.  So I don't know much
21  about cars, and I get nervous test-driving them.  So I
22  just left it to him.
23     Q   Okay.
24     A   Keep me safe, make it cute.
25     Q   Do you know what the current mileage on the

Page 33

9 (Pages 30 - 33)

**Page 34**

1 vehicle is?
2    A   I think it's 42,000.
3    Q   Did you drive the vehicle to the deposition
4 today?
5    A   Yes.
6    Q   About how far is your husband's office, where
7 we're at today, from your house, if you can estimate for
8 me?
9    A   Five miles.
10    Q   Okay.  In those five miles, did you experience
11 any problems with the vehicle?
12    A   No.
13    Q   How frequently do you drive the car today in --
14 you know, let's say in the last month?  How many times a
15 week do you drive the car?
16    A   In a week, usually at least five.
17    Q   And right after the vehicle was purchased back
18 in 2015 -- the end of 2015, going into 2016, about how
19 frequently per week did you drive the subject vehicle?
20    A   Same.  At least five.
21    Q   And so what is the primary use for it?  Is it
22 just to run your errands and do your daily stuff?
23    A   Correct.
24    Q   Okay.  At the beginning when you first
25 purchased the vehicle, you were still working at -- was

**Page 35**

1 it Unite Eurotherapy?  Right?
2    A   Correct.
3    Q   Okay.  So did you use it to commute to work?
4    A   Yes.
5    Q   Okay.  But because you're no longer working,
6 that's not necessary?
7    A   Correct.
8    Q   Okay.  Do you have an estimate for about how
9 far your work at Unite Eurotherapy was from the house
10 you were living at the time in Poway?
11    A   Yes.  It was 22 miles.
12    Q   Okay.  Is that an estimate, or did you know
13 that exactly?
14    A   I know exactly because I put it in my Waze.
15    Q   Okay.  Did you work five days a week?
16    A   Four.
17    Q   And then otherwise, did you typically use the
18 car just to run daily errands; those types of things?
19    A   Yes.
20    Q   Have you ever taken this vehicle on any trips
21 that are over 100 miles?
22    A   Yes.
23    Q   What kind of trips have you taken it on?
24    A   Up to Monterey, California.
25    Q   How many times have you been to Monterey in the

**Page 36**

1 subject vehicle?
2    A   Once.
3    Q   Did you experience any problems in the vehicle
4 on that trip up to Monterey?
5    A   No.
6    Q   Can you think of anyone who has driven the
7 subject vehicle other than your husband, your mom that
8 half percent of the time, and yourself?
9    A   No.
10    Q   No other trips other than to Monterey that you
11 can think of?
12    A   I believe that is it.
13    Q   Okay.  All right.  To the best of your
14 recollection and in no particular order, can you
15 describe any of the problems that you've had with the
16 subject vehicle?
17    A   Yes.  The tires always need air.  I did have a
18 light bulb that they did replace just in the drive
19 because I was getting a message.
20    Q   When you say "a light bulb," was it a headlamp?
21 A light bulb inside the car?
22    A   It was a taillight.  And the only other thing
23 I'm having right now is my brake doesn't fully come out.
24    Q   All right.  Which brake are you talking about?
25    A   The parking brake.

**Page 37**

1    Q   Okay.  The time that the taillight was
2 replaced, did you have to bring the car in repeatedly
3 for that, or did they do that in one visit?
4    A   It was just a message.  So I pulled it in.
5        And they said, "I don't see what's wrong, but
6 we'll replace the bulb."
7        So it just -- they did it in the drive.  I
8 don't even think I got a repair.
9    Q   Have you ever seen a message about that again?
10    A   No.
11    Q   Okay.  And when did you first start
12 experiencing this issue with the parking brake not fully
13 pulling out?
14    A   A couple months ago.
15    Q   Have you taken it into a dealership for that?
16    A   I have.
17    Q   How many times?
18    A   Just once.
19    Q   And is it an ongoing problem?
20    A   Yes.
21    Q   Does the parking brake engage when you pull it
22 out even if it doesn't pull out fully?
23    A   Well, this is what they said, because they just
24 did it in the drive when I was getting my air.
25        So he said, "You really have to pull it.  I

10 (Pages 34 - 37)

1 mean, it's just started. But you have to really pull it
2 and then release."
3      And so I asked him. I said, "Well, I usually
4 pull it, and the light stays on. So is it really still
5 engaged?"
6      And he said yes.
7      So now I do that. But it's still sometimes
8 staying on and -- but he said if it's a problem, you
9 have to do a whole brake assembly thing. I forgot to
10 tell you that.
11   Q   When you say, "It's still staying on," what do
12 you mean by that?
13   A   Well, it's like you have to -- like, if you
14 pull it and hold it, it -- sometimes it doesn't turn
15 off. So you have to just make sure that it goes off.
16   Q   So I guess my understanding is that the parking
17 brake is engaging.
18      So the issue is you're not sure whether or not
19 it's turning off?
20   A   Yeah. He said if the light is on, the brake is
21 still engaged. So . . .
22   Q   Okay. So is the light coming -- is the light
23 turning off when you pull it really hard and all the way
24 back?
25   A   Sometimes.

Page 38

1   Q   Okay. Do you notice any difficulty driving the
2 vehicle even when the -- when you feel like you have
3 disengaged and the light is still on?
4   A   Well, I don't drive. I just mess with it until
5 it goes, especially because he told me don't drive with
6 the brake.
7   Q   Okay. I mean, you say that like that's a very
8 normal response. But you would be surprised how many
9 people will do all kinds of things to cars even if the
10 parking brake is on. So, yeah.
11      MS. WALLACE: We get to hear them all.
12 BY MR. GRECO:
13   Q   All right. Okay. Now, one of the things that
14 we discussed briefly off the record -- I did ask you if
15 you had sent any communications, written communications,
16 to Mercedes-Benz USA.
17      But I think I failed to ask you whether or not
18 you had received any. And it's also possible those
19 technically were received by your husband.
20      But I'd like you to go back to Exhibit 2. And
21 if you go to the fourth page of Exhibit 2, this appears
22 to be a recall notice from Mercedes-Benz USA, LLC.
23      Have you seen this notice before?
24   A   Yes.
25   Q   All right. For the sake of the record, it

Page 39

1 states at the top, it reads, "Important Safety Recall
2 Interim Notice." And it's from Mercedes-Benz USA, LLC,
3 Christian Treiber, Vice President of Customer Services.
4      And the date is February 2019. And it's
5 addressed to William R. McGee.
6      So do you recall receiving this notice?
7   A   Yes.
8   Q   Okay. And has Mercedes-Benz -- well, sorry.
9      Let me ask you this: What was your
10 understanding of this notice when you received it?
11   A   Just that the airbag was defective. But right
12 now they didn't have a fix for it.
13   Q   Do you have an understanding of the type of
14 airbag that's in the vehicle?
15   A   No.
16   Q   Okay. From this notice, did you have an
17 understanding of which airbag in the car the issue was
18 with?
19   A   Yes.
20   Q   Okay. And which airbag was that?
21   A   The passenger.
22   Q   When you're driving the vehicle, the five times
23 a week or so that you typically drive it, is there
24 somebody that is typically a passenger in the car with
25 you?

Page 40

1   A   No.
2   Q   Okay. When you were driving to work, back when
3 you still used to work at Unite Eurotherapy, was there
4 somebody that was typically a passenger in the vehicle
5 with you?
6   A   No.
7   Q   How frequently, if you can estimate for me, is
8 there a passenger in the vehicle with you when you were
9 driving?
10   A   Usually, when I am driving, it would be my mom
11 or my younger daughter.
12   Q   That was Serena?
13   A   Correct.
14   Q   Okay. All right. Are you able to give me an
15 idea, a percentage idea, of how frequently either your
16 mom or Serena is riding as a passenger in the car?
17   A   I'm not even -- I am not sure how to answer
18 because it's -- well, we go to lunch.
19   Q   Okay. How many times in the last month has
20 your mom -- if you're able to estimate for me, how many
21 times in the last month has your mom ridden as a
22 passenger in the vehicle?
23   A   Probably three.
24   Q   And how many times has Serena ridden as a
25 passenger in the vehicle?

Page 41

11 (Pages 38 - 41)

1    A   Probably six.
2    Q   Okay.  I think you mentioned that it's
3  basically if you're going to lunch together or something
4  like that?
5    A   Yes.
6    Q   And was last month an unusual month for you, or
7  is that pretty typical?
8    A   Pretty typical.
9    Q   Okay.  I understand it's a coupe.
10       Does it also have a backseat?
11   A   It does.
12   Q   Have you had any conversations with anyone at
13  the Mercedes-Benz dealerships about this recall notice?
14   A   Yes.
15   Q   Okay.  Who have you talked to?
16   A   I can't remember my service advisor's name.  I
17  think his last name was like I-s-l-a.  But my service
18  advisor.
19   Q   Okay.  Do you recall when you had -- well,
20  strike that.
21       How many conversations do you recall having
22  with your service advisor about this recall?
23   A   Two.
24   Q   And do you recall when the first one was?
25   A   I believe it was when I received this notice.

Page 42

1    Q   If we turn to the second -- the page right
2  after the recall notice, there's a business card there
3  that has Chris Islas.
4        Is that your service advisor?
5    A   Yes.
6    Q   Okay.  And looking at the page that follows
7  immediately after that, do you know what this is a copy
8  of?
9    A   This is a copy of the phone number that Chris
10  wrote down for Mercedes that I could call to find out
11  if -- what was the status.
12   Q   Okay.  That was on August 23, 2019?
13   A   I believe that's my husband's writing.
14   Q   Do you recall if that conversation took place
15  on or around August 23rd of 2019 with Chris?
16   A   Probably.
17   Q   So it was pretty recent?
18   A   Yes.
19   Q   And it sounds to me like the tires needing air
20  and the issue with the brake don't particularly concern
21  you with the vehicle.
22       Is that accurate, or am I misstating your
23  testimony?
24   A   The brake bothers me because it's annoying.
25   Q   Okay.

Page 44

1  I had brought my car in for some service and asked him.
2    Q   Do you recall anything that he said?
3    A   He said that they don't have a date as to when
4  it's going to happen.  There's a lot of people, and
5  people have been waiting a couple years to get theirs.
6  So he didn't know much.
7    Q   Okay.  Have you ever read anything in the news
8  about the Takata airbag recall?
9    A   No.
10   Q   All right.  So you mentioned that there were
11  two conversations that you had with your service
12  advisor.
13       Did we basically cover the substance of the
14  first one?
15   A   Yes.
16   Q   And what about the second one?
17   A   The second one, I just asked him if they have
18  some update.  And he looked on his computer.  He said
19  I'm like class three, or I'm in the third group and gave
20  me a phone number that I could call to get more
21  information.
22       But on his computer, they didn't have any
23  information for him.
24   Q   Did you call that phone number?
25   A   I did not.  I gave it to my husband.

Page 43

1    A   The tires, I have been dealing with it ever
2  since I got the car.  It's only annoying because you
3  have to take it in because of the light.  But . . .
4    Q   When you say "the light," are you referring to
5  the tire pressure monitor?
6    A   Because they have to reset it.
7    Q   And so how does that display in the vehicle?
8  Where does it appear?  Does it appear in the instrument
9  cluster behind the steering wheel?
10   A   Yes.  And it shows the whole vehicle and the
11  four tires and what their pressure is.
12   Q   Okay.  And when you say that the tires need
13  air, is it all four tires at once, or does it seem to go
14  from one to the other?
15   A   It's -- usually when it comes on, it's more
16  than one tire.  It's usually not all four.  This last
17  time, I believe it was three.
18   Q   Okay.  Does there seem to be any rhyme or
19  reason to which ones need it?
20   A   No.
21   Q   Okay.  There's not one that typically needs air
22  more than any of the others?
23   A   No.
24   Q   So it sounds like both of those things you
25  described as more annoying than anything else; right?

Page 45

12 (Pages 42 - 45)

1    A    The brake is annoying but is more worrisome
2  because it might be an issue.
3    Q    Okay.
4    A    Per my service advisor.
5    Q    But he told you if you bring it in for repair,
6  it's going to maybe require a significant repair?
7    A    Yes.
8    Q    Okay.  And have you brought it in for that
9  repair?
10   A    I just brought it -- I just had them tell me
11 this when I brought it in for my tire pressure.  So I
12 have not brought it back.
13   Q    Okay.  So is that recently that that happened?
14   A    Yes.
15   Q    So is it on the same visit that you talked to
16 Chris about the recall the second time?
17   A    Correct.
18   Q    All right.  So it's probably sometime around
19 August 23, 2019?
20   A    Yes.
21   Q    Okay.  All right.  So you understand that your
22 husband has asked that the vehicle be repurchased or
23 replaced from Mercedes-Benz; right?
24   A    Yes.
25   Q    Okay.  What's your understanding of why he's
                                                    Page 46

1    Q    Okay.  And so from your perspective as the
2  person who primarily drives the car, your main issue is
3  that the recall makes you feel nervous when driving the
4  vehicle?
5    A    If I have a passenger; correct.
6    Q    But when you're driving alone, you don't feel
7  nervous?
8    A    No.  Because it's not my airbag.
9    Q    Okay.  Other than the Jeep Grand Cherokee, do
10 you know if your husband owns any other vehicles?
11   A    Yes.
12   Q    What other vehicle?
13   A    And Aston Martin.
14   Q    Is that the vehicle that he typically drives?
15   A    He typically drives the Jeep.
16   Q    Okay.  Have you ever driven the Aston Martin?
17   A    Down the street.  That's it.  It scares me.
18   Q    Why does it scare you?
19   A    Because it has a really long nose, and you have
20 to know how to go over a bump so it doesn't scrape.  Too
21 much for me.
22   Q    Okay.  What kind of gas do you put in the car?
23   A    Premium.
24   Q    Just whatever the highest level is at any gas
25 station you go to?
                                                    Page 48

1  asked that the vehicle be repurchased or replaced, if
2  you have any?
3    A    Well, I believe a lot of it is because the
4  recall.  I mean, regardless if there's a fix, it
5  basically says it could potentially kill my passenger.
6  So it's a little scary.
7    I mean, as his wife, somewhat paranoid of
8  things like that, I don't even like to get my tires
9  rotated because I feel like all the lugs are going to
10 fall off after.
11   Q    Has that ever happened to you when your tires
12 have been rotated?
13   A    No.  But, funny, we rented a car, and the lugs
14 flew off.  So now it's a reality.
15   MS. WALLACE:  The look you just gave.
16   MR. GRECO:  No.  I actually had that happen
17 when I was 16 years old.  I was driving the family
18 minivan.  I picked it up from a tire shop.
19   And they forgot to, you know, secure the lugs
20 on the vehicle and power torque them back on.  And one
21 of the wheels came off when I was driving home.
22 BY MR. GRECO:
23   Q    But it's never happened with your
24 Mercedes-Benz; correct?
25   A    No.
                                                    Page 47

1    A    Ninety-one.
2    Q    Okay.
3    MR. GRECO:  All right.  Let's go off the
4  record.  Let's take five minutes.  And we'll do the
5  repair orders after this.  And we'll probably be done
6  very shortly.
7    (Recess)
8    MR. GRECO:  I'm going to go ahead and mark, as
9  Exhibit 3, Mercedes-Benz of Escondido Repair
10 Order 671305.  The mileage report on the repair order at
11 that time was -- actually, let's skip that one.  I'm
12 sorry.  Strike that.
13   We'll mark, as Exhibit 3, Mercedes-Benz of
14 Escondido Repair Order 685141.  The mileage reported on
15 the repair order is 58 miles.  And the repair order was
16 opened on December 30, 2015.
17   (Exhibit 3 marked)
18 BY MR. GRECO:
19   Q    Mrs. McGee, could you just take a moment to
20 review that repair order and let me know when you're
21 finished.
22   A    Okay.
23   Q    All right.  And so this repair order looks to
24 me like it was right around the time of the purchase of
25 the vehicle on December 30th of 2015.
                                                    Page 49

                                    13 (Pages 46 - 49)

1      Is that correct; that it's right around when
2  you guys purchased the car?
3      A  Yes.
4      Q  All right.  There's a line A on here that says,
5  "Swapped wheel."
6      Do you have any idea of why the dealership
7  might have swapped wheels?
8      A  Yes.
9      Q  Okay.  Why is that?
10     A  Because we got cuter wheels.
11     Q  All right.  In what way were the wheels cuter?
12     A  They are, what, AMG wheels.
13     Q  So they were Mercedes-Benz wheels; right?
14     A  Correct.
15     Q  Okay.  And do know if you guys purchased those
16  from the dealership, or did you bring them in from
17  somewhere else?
18     A  From the dealership.
19     Q  Okay.
20     A  I believe they swapped on a different car on
21  the lot.
22     Q  All right.  What about the AMG wheels did you
23  prefer to the wheels that were already installed on the
24  car?
25     A  Oh, it was my husband.

Page 50

1      Q  Okay.  Do you know if the same wheels are still
2  on the car?
3      A  Yes.
4      Q  Are they still on the car?
5      A  Yes.
6      Q  So this being either the day you bought the
7  vehicle or the day after you bought the vehicle.
8      Do you recall having any complaints or problems
9  with the vehicle on December 30th of 2015?
10     A  No.
11     Q  Okay.
12     MR. GRECO:  We are going to go ahead and mark,
13  as Exhibit 4, Mercedes-Benz of Escondido Repair
14  Order 688866.  The mileage reported on the vehicle at
15  that time was 2,339 and the repair order was opened on
16  February 22, 2016.
17     (Exhibit 4 marked)
18  BY MR. GRECO:
19     Q  Okay.  Mrs. McGee, please take a moment to
20  review what we marked as Exhibit 4 and let me know when
21  you are finished.
22     A  I'm finished.
23     Q  Okay.  All right.  To me, this repair order
24  looks like it's solely for a complimentary car wash.
25     Do recall if you took the vehicle in for a car

Page 51

1  wash on February 22, 2016?
2      A  I don't recall, but I'm sure I did.
3      Q  Okay.
4      MS. WALLACE:  You don't recall what you had for
5  lunch on February 22, 2016?
6      THE WITNESS:  No.
7  BY MR. GRECO:
8      Q  So did you get complimentary car washes from
9  Mercedes-Benz of Escondido?
10     A  Yes.
11     Q  Do you recall how frequently you would bring
12  the vehicle in for a wash?
13     A  I would say every other month, at best.
14     Q  Any particular reason why you would -- well,
15  strike that.
16     I assume that you had the car washed at other
17  places other than Mercedes-Benz of Escondido?
18     A  Yes.
19     Q  Okay.  Any particular reason why you would
20  sometimes bring it to Mercedes-Benz of Escondido and
21  sometimes go to other places?
22     A  Yes.  For one, Mercedes-Benz basically just
23  rinsed it off.  And they weren't convenient for their
24  hour.
25     I would go there, and there would be too many

Page 52

1  people.  So it -- that's why.
2      Q  Okay.  So basically, if it happened to be
3  convenient, you were already in the area and the line
4  wasn't too long, you would get it done there?
5      A  Correct.
6      Q  Okay.  Do you recall having any particular
7  complaints or problems with the car around
8  February 22, 2016?
9      A  No.
10     Q  All right.  If you were having a problem such
11  as needing air in your tires or something like that,
12  would you have mentioned it to the dealership when you
13  brought it in for the car wash?
14     A  Yes.
15     Q  Okay.  If you were having the problem with the
16  brake handle that you were expressing to me earlier,
17  would you have mentioned that also when you brought it
18  in for a car wash?
19     A  Yes.
20     Q  Okay.  So basically, if there were significant
21  problems and you happened to be there for a car wash,
22  you would have told someone at Mercedes-Benz of
23  Escondido that you were experiencing a problem with the
24  car?
25     A  Yes.

Page 53

14 (Pages 50 - 53)

1    Q   Okay.
2        MR. GRECO:  All right.  Let's mark, as
3  Exhibit 5, Mercedes-Benz of Escondido Repair
4  Order 690344.  The mileage reported on the vehicle at
5  that time:  3,109.  And the repair order was opened on
6  March 15, 2016.
7        (Exhibit 5 marked)
8  BY MR. GRECO:
9    Q   Okay.  Please take a moment to review and let
10  me know when you're finished.
11    A   I'm finished.
12    Q   Okay.  And I do apologize.  These questions are
13  going to get somewhat repetitive.  But do please still
14  remember to wait for me to finish the question before
15  you give me an answer.  Okay?
16    A   Okay.
17    Q   All right.  So this, to me, looks like another
18  repair order indicating that you received a
19  complimentary car wash.
20        Does it look like that way to you?
21    A   Yes.
22    Q   Okay.  Do you recall actually getting a car
23  wash on March 15, 2016?
24    A   No.
25    Q   All right.  Do you recall experiencing any

Page 54

1    Q   Do you know if there were any times that your
2  husband or anybody else brought it in?
3    A   No.
4    Q   Okay.  So to the best of your knowledge, it was
5  always you that brought the car in?
6    A   Yes.
7    Q   Okay.  What led you to bring the vehicle in on
8  April 6th of 2017, if you recall?
9    A   There was -- when I would open the door, there
10  was this loud clanking.
11    Q   All right.  So was it the driver's door?
12    A   Yes.
13    Q   Did you hear that noise coming from any other
14  doors?
15    A   No.
16    Q   Do you recall the first time that you noticed
17  that noise?
18    A   No.
19    Q   Would you have brought the vehicle in within a
20  few days of first hearing the noise?
21    A   Yes.
22    Q   So if this repair order was opened on
23  April 6, 2016, is it fair to say that within a few days
24  before April 6th was probably the first time you heard
25  the noise?

Page 56

1  particular problems with the vehicle in March of 2016?
2    A   No.
3    Q   Had you been experiencing any problems when you
4  brought the vehicle in for the car wash, would you have
5  expressed those to the folks at Mercedes-Benz of
6  Escondido?
7    A   Yes.
8        MR. GRECO:  Let's go ahead and mark, as
9  Exhibit 6, Mercedes-Benz of Escondido Repair
10  Order 691945.  The mileage reported on the vehicle at
11  that time was 4,034, and the repair order indicates it
12  was opened on April 6th of 2016.
13        (Exhibit 6 marked)
14  BY MR. GRECO:
15    Q   All right.  Mrs. McGee, please take a moment to
16  review what I've marked as Exhibit 6, and let me know
17  when you are finished.
18    A   I'm finished.
19    Q   Okay.  Did you bring the vehicle in for service
20  or repair on April 6, 2016?
21    A   Yes.
22    Q   All right.  Were you typically the person that
23  brought the vehicle in for any kind of service,
24  maintenance, or repairs that it needed?
25    A   Yes.

Page 55

1    A   Yes.
2    Q   Okay.  Did it happen every time when you opened
3  the door?
4    A   I don't recall.  I -- I feel it was, yes.
5    Q   Do you recall if you've experienced that noise
6  coming from the vehicle at any time after picking the
7  vehicle up from this repair visit?
8    A   I don't believe so.
9    Q   And I should have asked you.
10        Were you typically the person that also picks
11  the vehicle up after any work was performed on it?
12    A   Yes.
13    Q   Okay.  Do you recall any times where your
14  husband or anybody else might have picked the vehicle up
15  for you when Mercedes-Benz of Escondido or any of the
16  other dealerships completed work on the car?
17    A   No.
18    Q   Any other reasons why you brought the vehicle
19  in on this occasion?
20    A   I don't believe so, no.
21    Q   So I'll point to you that on the first page,
22  line B, that has, "Customer states wheels are full of
23  brake dust, even after one day of driving."
24        And that's on the first page.  And you'll see a
25  little b on the left-hand side.

Page 57

15 (Pages 54 - 57)

1    A  Yes.
2    Q  Okay.  Do you recall seeing brake dust on the
3  wheel?
4    A  Yes.  I think we weren't sure.  It seemed like
5  brake dust.  But it would just splatter my whole side.
6    Q  Do you recall having that problem with the
7  vehicle at any point after this repair visit?
8    A  Yes.
9    Q  Is it still a problem you're experiencing with
10  the vehicle?
11    A  Not as bad, but I think, yes.
12    Q  All right.  When you say it would splatter the
13  whole side, what do you mean?
14    A  It would just get like a -- like almost if you
15  ran over black dust, and it just would flick on the
16  side.
17    Q  Okay.  And so where do you see it on the car?
18    A  On the lower panel, on the back -- for the back
19  tires, mostly.  A little bit on the front tires.
20    Q  So is that on both sides of the vehicle?
21    A  Yes.
22    Q  Okay.  How frequent -- well, all right.
23       When is the last time you recall seeing
24  that kind of dust or black marks on the lower paneling
25  of the vehicle for any of the wheels?

Page 58

1    A  I believe it's on there right now.
2    Q  And what led you to believe that it was brake
3  dust as opposed to something else?
4    A  To me, it just looked like that because it was
5  more solid.
6    Q  What do you mean by "more solid"?
7    A  Rather than if you just ran over like something
8  wet, and it would be a little splotchy.  It was more
9  like a dust, a dusting.
10    Q  So what color is your vehicle?
11    A  White.
12    Q  Okay.  And the color of the dust that you are
13  seeing is black?
14    A  Correct.
15    Q  Do you see it on the vehicle at all times?
16       And so I'm trying to understand.  Is it
17  something that is occurring every single day you're
18  seeing some amount of black dust on the lower panel of
19  the vehicle near the wheels, or is it something that,
20  you know, occasionally you're noticing?
21    A  Generally, as soon as I wash my car, I notice
22  it.
23    Q  Okay.  Is it something that you only notice
24  after a car wash?  Like over time, if the vehicle gets a
25  little bit dirtier, like is it something that you no

Page 59

1  longer notice, or is it something that's only occurring
2  after you get the car washed?
3    A  I think I generally just visually see it like
4  the first couple days because my car is sparkly white.
5  Then it starts getting dirty.  So everything just blends
6  in.
7    Q  Okay.  So is it fair to say the dusting is
8  something that may still be there?  You just can't
9  notice it, you know, once you get three or four days
10  after a car wash?
11    A  Yes.  And it's definitely so much less than it
12  was when it was newer.
13    Q  Okay.  Any other problems that you recall
14  experiencing with the vehicle around April 6, 2016?
15    A  No.
16    Q  Okay.
17       MR. GRECO:  All right.  Let's mark, as
18  Exhibit 7, Mercedes-Benz of Escondido Repair
19  Order 693042.  Mileage reported on the vehicle at this
20  time was 4,181, and the repair order was opened on
21  April 22, 2016.
22       (Exhibit 7 marked)
23  BY MR. GRECO:
24    Q  All right.  Please take a moment to review what
25  we've marked as Exhibit 7, and let me know when you are

Page 60

1  finished.
2    A  Okay.  I'm finished.
3    Q  Okay.  Did you bring the vehicle in for service
4  or repair on April 22, 2016?
5    A  Yes.
6    Q  All right.  What led you to bring the vehicle
7  in on that occasion?
8    A  It seems that even though the door was fixed,
9  it was hanging up.  I think I remember that it was --
10  like, visually you could see it, like, not at the right
11  angle or so.  That's why I brought it in.
12    Q  Okay.  There's also a couple notes on here that
13  after the door was fixed, there might have been some
14  damage to the vehicle.
15       So you noticed some damage to the vehicle?
16    A  Yes.
17    Q  Do you recall that?
18    A  I saw that it said that it had a crack.  And
19  I'm -- I feel like I remember that.  I just can't -- I
20  remember that incident.  But visually, I can't remember
21  where it was.
22    Q  Okay.  So it's mentioning that near the rocker
23  panel the paint looked cracked.  There is also another
24  mention on here that, if you look at line C, the front
25  bumper was scratched.

Page 61

16 (Pages 58 - 61)

1      And then if we go all the way down to line G,
2  it also looks like there is a ding in the passenger rear
3  quarter panel.
4      A  Right.
5      Q  Okay.  Do you remember -- do you remember
6  picking the vehicle up after the last visit and seeing
7  that damage on the car?
8      A  Gosh, I can't remember it.  I do remember
9  seeing them.  I'm not -- just not positive when I saw
10 them.
11     Q  Okay.  Are those still issues with the vehicle
12 today?
13     A  No.  They repaired those.
14     Q  All right.  Did you pay anything for those
15 repairs?
16     A  No.
17     Q  Okay.  And as far as the door, after they
18 readjusted it on this visit, did you have any problems
19 with the door after that point?
20     A  I don't believe so.
21     Q  Do you recall having any other problems with
22 the vehicle on April 22, 2016?
23     A  It does mention my tire pressure, so probably
24 that.  But I don't remember anything else.
25         MR. GRECO:  Okay.  Let's go ahead and move onto

Page 62

1          MR. GRECO:  Let's mark, as Exhibit 9,
2  Mercedes-Benz of Escondido Repair Order 706559.  The
3  repair order was opened on October 28, 2016, and the
4  mileage reported on the repair order is 11,040.
5          (Exhibit 9 marked)
6  BY MR. GRECO:
7      Q  Mrs. McGee, please take a moment to review this
8  repair order and let me know when you are finished.
9      A  Okay.  I'm finished.
10     Q  Okay.  Did you bring the vehicle in for service
11 or repair on October 28, 2016?
12     A  Yes.
13     Q  All right.  What led you to bring the vehicle
14 in?
15     A  It looks like my 10,000-mile service.
16     Q  Okay.  Had you been having any other complaints
17 with the vehicle at that time, such as the brake handle,
18 the issue with the tire pressure monitor, any problems
19 with the doors, would you have mentioned those types of
20 things to the dealership when you brought it in for
21 your 10,000-mile service?
22     A  Yes.
23     Q  Do you recall experiencing any of those
24 problems on this date, October 28, 2016?
25     A  No.

Page 64

1  Exhibit 8.  This is Mercedes-Benz of Escondido Repair
2  Order 705072.  The mileage reported on the vehicle at
3  this time is 9,762.  And the repair order was opened on
4  October 7th of 2016.
5          (Exhibit 8 marked)
6  BY MR. GRECO:
7      Q  Mrs. McGee, please take a moment to review this
8  repair order and let me know when you are finished.
9      A  I am finished.
10     Q  Okay.  This looks like another complimentary
11 car wash.
12         Does it look that way to you?
13     A  Yes.
14     Q  Do you recall having your vehicle car-washed on
15 October 7th of 2016?
16     A  No.
17     Q  Do you recall experiencing any problems with
18 the vehicle on October 7th of 2016?
19     A  I would imagine that I have brought them in for
20 the tire pressure, which is probably why I got the car
21 wash.
22     Q  Okay.  But do you recall specifically any
23 instances where you were having issues with the tire
24 pressure in October of 2016?
25     A  Not specifically.

Page 63

1          MR. GRECO:  All right.  Let's go ahead and
2  mark, as Exhibit 10, Mercedes-Benz of Escondido Repair
3  Order 720159.  The repair order was opened on May 16th
4  of 2017.  And the mileage reported on the vehicle at
5  that time: 19,457.
6          (Exhibit 10 marked)
7  BY MR. GRECO:
8      Q  Okay.  Mrs. McGee, please take a moment to
9  review this repair order and let me know when you are
10 finished.
11     A  I'm finished.
12     Q  Okay.  Did you bring the vehicle in for service
13 or repair on May 16th of 2017?
14     A  Yes.
15     Q  What led you to bring the vehicle in on that
16 occasion?
17     A  It looks like my 20,000-mile.
18     Q  Do you remember experiencing any other -- or
19 any problems with the vehicle on May 16th of 2017?
20     A  It looks like I have them adjust my Bluetooth
21 because the volume wasn't going up.
22     Q  Is that a problem that you're still having with
23 the vehicle today?
24     A  No.
25     Q  All right.  Were they able to fix it on this

Page 65

17 (Pages 62 - 65)

1 occasion?
2    A  Yes.
3    Q  Okay.  Had you been having any other problems
4 with the car at that time, would you have mentioned them
5 to the people at Mercedes-Benz of Escondido?
6    A  Yes.
7    Q  Okay.
8       MR. GRECO:  Let's go ahead and mark, as
9 Exhibit 11, Mercedes-Benz of Escondido Repair
10 Order 732089.  The mileage reported on the vehicle at
11 this time is 25,953, and the repair order was opened on
12 November 2, 2017.
13       (Exhibit 11 marked)
14 BY MR. GRECO:
15    Q  Mrs. McGee, please take a moment to review this
16 repair order, and let me know when you are finished.
17    A  Okay.  I am finished.
18    Q  Okay.  Did you bring the vehicle in on this
19 occasion?
20    A  Yes.
21    Q  All right.  What led you to bring the car in on
22 this occasion?
23    A  Well, my car, when I would go to work in the
24 morning, it would just be super sluggish for some weird
25 reason, and it just wouldn't accelerate.  I couldn't get

Page 66

1    Q  coming home from work?
2    A  No.
3    Q  So only in the morning?
4    A  Correct.
5    Q  And did it occur at the beginning of your drive
6 to work or at the end of your drive to work or
7 throughout the entire time?
8    A  Throughout the entire time.
9    Q  And about how long -- how much time did it take
10 you to drive to work?
11    A  Thirty to forty minutes.
12    Q  Okay.  And this was when you were working for
13 Unite Eurotherapy?
14    A  Correct.
15    Q  And it was about a 22-mile drive?
16    A  Correct.
17    Q  And what route did you typically take from the
18 house in Poway to Unite?
19    A  Highway 15 to 78.
20    Q  And then I know you mentioned that you used
21 your Waze.
22    A  Yes.
23    Q  So was there just, you know, sort of minor
24 variations on the side streets that you might take, but
25 the main streets were always 15 to 78?

Page 68

1 it to go.
2    Q  All right.  When you say "sluggish," what do
3 you mean?
4    A  Well, normally, you know, you put your foot on
5 the gas, and it just goes.  It was like you were, like,
6 pushing really hard, like it's an older car.  Like, come
7 on baby.  And it just was slow to accelerate.
8    Q  Okay.  Do you recall when you first noticed
9 that being a problem with the vehicle?
10    A  I don't.
11    Q  All right.  Would it have been within a few
12 days of when you brought it in on November 2, 2017?
13    A  Yes.
14    Q  When I say a few days, I mean somewhere being
15 two to five.
16    A  Yes.
17    Q  All right.  You have the same understanding of
18 a few days?
19    A  Yes.
20    Q  Okay.  Do you recall how many times you
21 experienced this problem when you were driving to work?
22 Was it just one of those few days beforehand, or was it
23 on every single day?
24    A  It was on every single day.
25    Q  All right.  Did it also occur when you were

Page 67

1    A  Yes.
2    Q  And so when you would notice this sluggishness,
3 was it when you were accelerating from a light, from a
4 complete stop, or would it also occur while you were on
5 the freeway?
6    A  Probably from a complete stop.
7    Q  Is it still a problem that you're noticing with
8 the vehicle today?
9    A  No.
10    Q  Do you recall experiencing that problem after
11 this visit in November of 2017?
12    A  I can't remember.  But I feel like I brought it
13 in again.
14    Q  Okay.  Any other problems that you recall
15 having at this time, November of 2017?
16    A  I don't believe so.
17    Q  Okay.
18    A  Oh, yes.  Sorry.  The trim on my steering wheel
19 was peeling off.  It was like on the left side.
20    Q  Okay.  Was that something that they were able
21 to fix on this visit?
22    A  Yes.
23    Q  Okay.  Then I also see that -- if you look to
24 line C, and it's, "Customer states low pressure light
25 comes on."

Page 69

18 (Pages 66 - 69)

1    A   Yes.
2    Q   All right.  Now, was the low pressure light --
3    was that something that's been a problem since the very
4    beginning of your ownership of the car, or was it
5    something that started around this time, in November
6    of 2017?
7    A   Since the beginning.  And that is why I thought
8    some of those car washes have to be because I brought it
9    in for the tire pressure.
10   Q   All right.  Anything else that you can think of
11   that was a problem around the time of this visit on
12   November 2nd of 2017?
13   A   Well, I only had one thing.  But I'm sure most
14   people thought I was crazy.  Thought I would drive down
15   the freeway, there was one spot I would get crackling in
16   my car, like Bluetooth.
17   Q   Was --
18       THE WITNESS:  Do you get that, on the 15?  Do
19   you have it?
20   BY MR. GRECO:
21   Q   All right.
22   A   It's weird.
23   Q   So was it the same spot every single time?
24   A   Yes.
25   Q   All right.  Do you know which spot it was?  Are

1    you able to describe it for me?
2    A   Yes.  It's on the 15 freeway, right before
3    Mercedes of Escondido, like between Rancho Bernardo and
4    Mercedes of Escondido, that stretch.
5    Q   You said Rancho Bernardo?
6    A   Correct.
7    Q   Have --
8    A   And you'd be closer to Felicita.
9    Q   All right.  And you said the crackling in the
10   Bluetooth.
11       Is when you're --
12   A   I don't know.  It's like my whole car.
13   Q   So are you actually using the Bluetooth at the
14   time when you hear the sound, or does it occur when
15   you're not using the Bluetooth at all?
16   A   No.  I'm sure I'm saying that's it the
17   Bluetooth.  It just seems like electric -- I don't
18   know -- some electric field.
19       I don't know.  But it sounds like crackling
20   like above my head, like electrical.
21   Q   All right.  So I just want to -- so I want to
22   be sure.
23       Are you using the speakers or anything in the
24   vehicle when you hear the crackling sound?
25   A   Yes.

1    Q   Okay.  It's not that the crackling sound is
2    just occurring, and there's nothing on in the car?
3    A   Correct.
4    Q   Okay.  And so does it happen when you're using
5    your phone to talk to people, or is it only when you use
6    the radio?  Are you able to describe a little further?
7    A   I'm sure I don't talk to people when I would be
8    taking the stretch.  I just feel like when I would hit
9    that spot, you would hit like a staticky, crackling just
10   in that area.
11   Q   Okay.
12       MS. WALLACE:  I am going to have to go home and
13   try it.
14   BY MR. GRECO:
15   Q   Have you ever brought the -- have you ever
16   mentioned that problem to anyone at Mercedes-Benz of
17   Escondido or any other dealership?
18   A   Yes.
19   Q   Is that still something that you experience
20   today?
21   A   I don't drive that route anymore.
22   Q   All right.  Was it something that you continued
23   to experience while you were driving that route?
24   A   Yes.
25   Q   And that was on your commute to work?

1    A   Correct.
2    Q   Would it happen in the morning and the evening?
3    A   No, because I was on a different side of the
4    highway.
5    Q   So when would it happen?  The morning?
6    A   Yes.
7       MS. WALLACE:  And just for the record,
8    northbound; correct?
9       THE WITNESS:  Correct.
10   BY MR. GRECO:
11   Q   Do you recall when you told the dealership
12   about this problem or any dealership about the problem?
13   A   I don't recall.
14   Q   Okay.  When you go to Mercedes-Benz of
15   Escondido or to Hoehn -- let's go with service at
16   Mercedes-Benz of Escondido.
17       A lot of these dealerships have a very similar
18   process for when a customer comes in.  Typically, you
19   bring the car into the service drive.  You're greeted by
20   somebody.  And eventually, you meet with your service
21   advisor.
22       You describe the complaints you're having with
23   the car to the service advisor.  He writes them down or
24   types them up.  Shows you a copy of a work order.
25       Usually, the customer signs off on it.  And

19 (Pages 70 - 73)

1  then the dealership takes possession of the car.

2      Did you -- did Mercedes-Benz of Escondido have

3  that kind of a process when you would go in to see them?

4   A  Mercedes-Benz in Escondido, they actually had

5  this -- there was another guy that wasn't a service

6  advisor.

7      So different things like my, like, light, I

8  kind of felt like he was like, Oh, well, if I can handle

9  it in the drive, I'll do it.

10     So he did, like, my light bulb.  If I had the

11  tire pressure, he would say, "Oh, I'll take that."

12     You know, things like talking about my static,

13  he would take care of those.  I wouldn't see my service

14  advisor for things like that.

15  Q  Okay.  Do you recall -- did you have the same

16  guy that greeted you every time that was handling those

17  things?

18  A  I don't believe so.  I feel like they had a

19  couple different people.

20  Q  Okay.  Do you have an estimate for how many

21  times -- so it sounds to me like there were -- we

22  discussed this just a little bit before; that there were

23  times that you came, and you were not handed any

24  paperwork by the dealership when they were smaller

25  things like tire pressure, one time that you remember

Page 74

1  with the light.

2      Do you have an estimate for how many times you

3  went to the dealership, and they didn't produce any

4  paperwork for you?

5      I know we have the six times for the tire

6  pressure; right?  Were there any others?

7   A  There would be definitely my light bulb.  All I

8  did was buy a light bulb.  But they didn't give me a --

9  saying that they fixed it.  I just bought one.  They

10  plugged it in.

11  Q  Do you have a receipt for that light bulb?

12  A  I doubt it.

13  Q  Okay.

14     MR. GRECO:  Counsel, can we just reach an

15  agreement that if Mrs. McGee will look and see if she

16  has a receipt for a light bulb from Mercedes-Benz of

17  Escondido, if it exists or if she still has it, it can

18  be produced in two weeks?

19     MS. WALLACE:  Yes.

20     MR. GRECO:  Okay.

21  BY MR. GRECO:

22  Q  And so other than the light bulb, the times for

23  the tire pressure, any other times that you can think

24  of?

25  A  No.

Page 75

1   Q  And some of the tire pressure times, you

2  believe might have been when the vehicle was in for a

3  car wash?

4   A  Yes.

5   Q  Okay.  What about Hoehn Motors?  Did they have

6  the same process as Escondido, or how did it work when

7  you would bring it into Hoehn?

8   A  I'm new to Hoehn.  But you would pull it up,

9  and your service advisor would come out.

10  Q  Okay.

11     MR. GRECO:  All right.  Let's go ahead and

12  mark, as Exhibit 11, Mercedes-Benz -- I'm sorry.

13     Let's go ahead and mark, as Exhibit 12,

14  Mercedes-Benz of Escondido Repair Order 736234.  The

15  repair order was opened on January 5, 2018.  And the

16  mileage reported on the repair order is 28,113.

17     (Exhibit 12 marked)

18  BY MR. GRECO:

19  Q  Okay.  Mrs. McGee, please take a moment to

20  review this repair order, and let me know when you are

21  finished.

22  A  Okay.  I'm finished.

23  Q  Okay.  Did you bring the vehicle in on this

24  occasion to Mercedes-Benz of Escondido?

25  A  Yes.

Page 76

1   Q  Okay.  What led you to bring the vehicle in on

2  this occasion?

3   A  I believe it was for my 30,000.

4   Q  Okay.  Any other problems you were

5  experiencing -- well, any problems you were experiencing

6  with the vehicle at this time?

7   A  It looks like I just needed tires.

8   Q  If you go to the third page of the exhibit, if

9  you look at line F, there is a note here that has, "The

10  client states, on long drives when on the phone, call

11  drops out.  She has iPhone."

12     Do you recall any issues with the -- with your

13  phone dropping out when you were on calls?

14  A  Gosh, I honestly can't even remember that.  It

15  seems like I would.

16  Q  Do you have any idea what you might have meant

17  by "long drives"?

18  A  Probably just commuting to work.

19  Q  Okay.  I'm sorry.  I was going to go back

20  through my notes to see if I could find it.  I

21  understood that you had stopped working for Unite

22  Eurotherapy in 2018.

23     Were you still working for them in January

24  of 2018?

25  A  You know, I probably stopped working November

Page 77

20 (Pages 74 - 77)

1  of '17.
2    Q   Okay.  So as far as you can remember right now,
3  in January of 2018, you were no longer working for
4  Unite; right?
5    A   Right.
6    Q   Okay.  And you did mention that at some point
7  you drove the car to Monterey.
8    A   Yes.
9    Q   Any other long trips that you can think of?
10   A   I don't believe so.
11   Q   Okay.  Did you ever drive the vehicle up to LA?
12   A   Yes.
13   Q   How frequently do you take the car to
14  Los Angeles?
15   A   I think once.
16   Q   Okay.  Do you recall around when that was?
17   A   Yes.  It was -- had it to have been somewhere
18  in 2018.
19   Q   Okay.  Have you ever taken the vehicle to
20  Las Vegas?
21   A   No.
22   Q   On the time that you took it to Los Angeles, do
23  you recall experiencing any problems with the car on
24  that drive?
25   A   No.

Page 78

1        THE WITNESS:  I remember that visit.
2  BY MR. GRECO:
3    Q   All right.  Did you -- did you wait for the car
4  that day, or did you get a loaner car?
5    A   Oh, I waited.
6    Q   Okay.
7    A   That's my angry visit.
8    Q   You probably cleaned out all the cookies.
9    A   I know.  That's the problem.  You sit in there,
10  and they make you wait.  And you have these candies and
11  cookies in there.
12   Q   All right.  Do you recall about how long you
13  waited?
14   A   Yes.  It was supposed to be 25 minutes, and it
15  was an hour.  And they weren't even done.  So I didn't
16  get my car wash.
17       They were supposed to write on here -- which
18  I'm looking -- that they were going to give me a detail
19  the next time I came in.  But I don't think I ever went
20  back.
21   Q   Okay.
22   A   I'm still pissed.
23   Q   All right.  Okay.  Let's go ahead and move --
24  anything else that you can think of from this visit?
25   A   I think I got my tires.  I think that's it.

Page 80

1    Q   Okay.  Do you recall any time in the last six
2  months experiencing a problem with your phone dropping a
3  call?
4    A   No.
5    Q   Do you recall any specific times, at least as
6  you sit here today, when your phone would drop a call
7  while you were in the vehicle?
8    A   No.
9    Q   Okay.  All right.  So any -- any other
10  complaints that you can recall or remember that you were
11  having around January 5th of 2018?
12   A   I do see that they -- they updated my
13  navigation.
14   Q   All right.  And I see that on the second page
15  at line 8.
16       Do you recall requesting that they give you the
17  latest navigation updates?
18   A   No.  They said that there was an update.
19   Q   Do you recall if that was a navigation update
20  related to the software of the navigation unit or
21  whether it was just for updated maps?
22   A   I'm not sure.  But it took a really long time.
23  And I did not get my complimentary car wash.
24       MS. WALLACE:  We're adding to the lawsuit for
25  that.

Page 79

1    Q   Okay.  All right.  Were you experiencing any
2  problems with the navigation system in the vehicle?
3    A   No.
4    Q   Okay.  Do you ever recall experiencing any
5  problems with the navigation system in the vehicle?
6    A   No.
7    Q   Okay.
8        MR. GRECO:  Okay.  Let's go ahead and mark, as
9  Exhibit 13, this is Mercedes-Benz of Escondido Repair
10  Order 744427.  The mileage reported on the vehicle at
11  this time is 30,611.  That was opened on May 8, 2018.
12       (Exhibit 13 marked)
13  BY MR. GRECO:
14   Q   Okay.  Please take a moment to review this
15  repair order, and let me know when you're finished.
16   A   I'm finished.
17   Q   Okay.  This, to me, looks like another
18  complimentary car wash.
19       Does it look that way to you?
20   A   Yes.
21   Q   And do you recall having any specific problems
22  on May 8th of 2018?
23   A   No.
24   Q   Okay.  Do you actually recall if you brought
25  the vehicle in for a car wash on that day?

Page 81

21 (Pages 78 - 81)

1    A  I don't.
2    Q  Okay.
3        MR. GRECO:  All right.  We're marking, as
4  Exhibit 14, Mercedes-Benz of Escondido Repair
5  Order 744815.  The repair order was opened on May 14th
6  of 2018.  And the mileage reported on the vehicle was
7  30,729.
8        (Exhibit 14 marked)
9  BY MR. GRECO:
10   Q  Okay.  Please take a moment to review what
11 we've marked as Exhibit 14, and let me know when you are
12 finished.
13   A  I am finished.
14   Q  Okay.  This, again, looks like another
15 complimentary car wash.
16      Does it look that way to you?
17   A  Yes.
18   Q  Do you actually recall bringing your vehicle in
19 for a car wash on May 14th of 2018?
20   A  No.
21   Q  Do you recall having any problems or complaints
22 with the vehicle on May 14th of 2018?
23   A  No.
24   Q  Okay.
25      MR. GRECO:  Let's mark, as Exhibit 15,

Page 82

1    Do you remember if you ever got that detail or
2  if it might have been included in any of these car
3  washes?
4    A  I don't think so.  I -- we were living --
5  actually were living super, like, transiently close to
6  Mercedes.  So that's when I got them.
7    Q  Okay.  Oh, so at the time, you were living --
8  were you guys moving addresses at the time?
9    A  Yes.
10   Q  Okay.  Were you staying somewhere close to
11 Mercedes-Benz of Escondido?  Where were you staying at
12 the time?
13   A  The Escondido RV Resort.
14   Q  Okay.  Do you guys own an RV?
15   A  Yes.
16   Q  What kind of RV is it?
17   A  A --
18      MS. WALLACE:  A big one.
19      THE WITNESS:  -- big one.  Monaco Diplomat.
20 BY MR. GRECO:
21   Q  Okay.  Do you guys ever experience any problems
22 with the RV?
23   A  Yes.
24   Q  Any problems with the drive portion of the RV?
25   A  I don't know.

Page 84

1  Mercedes-Benz of Escondido Repair Order 745770.  The
2  repair order was opened on May 29th of 2018, and the
3  mileage reported on the vehicle at that time is 31,061.
4        (Exhibit 15 marked)
5  BY MR. GRECO:
6    Q  Okay.  Please take a moment to review this
7  repair order and let me when you are finished.
8    A  I am finished.
9    Q  All right.  This, again, looks like another
10 complimentary car wash.
11      Does it look that way to you?
12   A  Yes.
13   Q  Okay.  Do you recall having any particular
14 complaints or problems with the vehicle on May 29th
15 of 2018?
16   A  No.
17   Q  Do you actually recall bringing your vehicle in
18 for a car wash on this day?
19   A  No.
20   Q  You mentioned that there -- someone had offered
21 a detail for you after having to wait for the navigation
22 update back on January 5th of 2018.
23   A  Yes.
24   Q  All right.  You know, we looked at three car
25 washes in a row.

Page 83

1    Q  Okay.  You don't know?
2    A  I wouldn't know, yeah.
3    Q  Oh, okay.  I assume it's not a -- when you say
4  it's a large RV, I assume that it is not based on a
5  Mercedes vehicle.  By that I mean, is there a Mercedes
6  emblem anywhere on that car?
7    A  No.
8    Q  Okay.
9        MR. GRECO:  All right.  Let's go ahead and mark
10 as Exhibit 16.  This is Mercedes-Benz of Escondido
11 Repair Order 749474.  It was opened on July 17, 2018.
12 And the mileage reported on the vehicle was 32,438.
13      (Exhibit 16 marked)
14 BY MR. GRECO:
15   Q  All right.  Mrs. McGee, please take a moment to
16 review this repair order, and let me know when you are
17 finished.
18   A  Okay.
19   Q  Okay.  Did you bring the vehicle in for service
20 or repair on July 17th of 2018?
21   A  Yes.
22   Q  What led you to bring the vehicle in on that
23 occasion?
24   A  It looks like some campaign.  I'm not positive.
25   Q  Do you recall ever getting any other recall

Page 85

22 (Pages 82 - 85)

1 notices from Mercedes-Benz other than the Takata airbag
2 one?
3    A  It would be only my assumption that that's why
4 I went in for this.
5    Q  Okay.  I also see that there's another request
6 for a navigation update at line B.
7       Do you see that?
8    A  I do.
9    Q  Okay.  I am just asking because you mentioned
10 earlier it was possible that on the day that they did
11 the navigation update, it took a long time; that you
12 might never have brought the car back to Escondido again
13 after that.
14    A  Right.
15    Q  All right.  So is it possible that happened on
16 this repair visit and not the other one?
17    A  It could be.
18    Q  Okay.  But you don't know for sure?
19    A  No, because I -- yeah.  I never asked for a
20 navigation update.
21    Q  Okay.  So -- but as far as you can recall,
22 there was only one time where the navigation update
23 seemed to take a long time?
24    A  Yes.
25    Q  Okay.  And so it might have been this repair,
Page 86

1    Q  Do you recall if the dealership took possession
2 of the vehicle after you showed the individuals the
3 squeaking steering wheel?
4    A  I'm going to assume so because it does not
5 squeak anymore.
6    Q  Do you recall the last time that you heard a
7 squeaking noise coming from the steering wheel?
8    A  Huh-uh.
9    Q  Do you recall the first time you heard it?
10   A  No.
11   Q  Can you estimate for me how long it's been
12 since you've heard that noise?
13   A  At least since November.
14   Q  Just November of last year?
15   A  Yes, of '18.
16   Q  Okay.
17      MR. GRECO:  All right.  We're on the last one.
18 Okay.  Let's go ahead and mark as Exhibit 17.  This is
19 Hoehn Motors Repair Order 680597.
20      The mileage reported on the vehicle at this
21 time was 37,265.  And the repair order was opened on
22 January 10th of 2019.
23      (Exhibit 17 marked)
24 BY MR. GRECO:
25   Q  Mrs. McGee, please take a moment to review this
Page 88

1 but it also might have been the one back in January?
2    A  Correct.
3    Q  Okay.  All right.  Do you recall experiencing
4 any particular problems with the vehicle around
5 July 17th of 2018?
6    A  I don't believe so.
7    Q  Okay.  Did you ever experience any problems
8 with the steering of the vehicle?
9    A  Gosh, I feel like at one point there was like a
10 squeaking in there, not necessarily like hard to steer,
11 but I do feel like I remember a -- more of a kind of a
12 noise in there.
13   Q  Okay.  Did you ever bring the vehicle in for
14 that squeaking noise?
15   A  I believe so.
16   Q  Do you recall around when that was?
17   A  No.
18   Q  Did you ever demonstrate the squeaking noise
19 for anyone at a Mercedes-Benz dealership?
20   A  Yes.
21   Q  Who did you demonstrate it for?
22   A  Probably the guy in the -- in the service
23 drive.
24   Q  But not a service advisor?
25   A  No.
Page 87

1 repair order, and let me know when you are finished.
2    A  Okay.  I'm finished.
3    Q  Okay.  Did you bring the vehicle in on
4 January 10th of 2019?
5    A  Yes.
6    Q  And what led you to bring the vehicle in on
7 that occasion?
8    A  For a 40,000 service.
9    Q  All right.  Did you have any particular
10 complaints with the vehicle at that time, that you can
11 recall?
12   A  I believe that was the first time I asked them
13 about the recall.
14   Q  Other than that, do you recall having any other
15 complaints with the car?
16   A  I don't.
17   Q  There's a signature on the bottom left of that
18 page.
19   A  Uh-huh.
20   Q  Is that your signature?
21   A  Yes.
22   Q  And I'm speaking of the first page, which has a
23 little number on the bottom right that says
24 MBUSA 000065.
25   A  Yes.
Page 89

23 (Pages 86 - 89)

1    Q   All right.  And then if you turn to the very
2  last page of the exhibit, there's a signature on the
3  bottom left on that page as well, which is MBUSA 68.
4        Do you see that signature?
5    A   Yes.
6    Q   Is that your signature?
7    A   Yes.
8    Q   Okay.  Have you brought the vehicle in for
9  service or repair to any Mercedes-Benz dealership since
10 this date, January 10, 2019?
11   A   I brought it to Hoehn not long ago for my tire
12 pressure and asked them about my brake and the recall.
13   Q   And that was that August 23rd visit that we
14 spoke about before?
15   A   Yes.
16   Q   Okay.  And did you get a repair order for that
17 visit?
18   A   No.
19   Q   All right.  Was the only thing that the
20 dealership did was put air in your tires?
21   A   And check my brake.
22   Q   Okay.
23   A   And then Chris looked up on his computer for
24 the recall.
25   Q   Okay.  And so on that occasion, you did speak

Page 90

1  hard time accelerating.  That was the only time I've
2  ever felt it didn't handle well.
3    Q   And that's not something that's currently
4  occurring; correct?
5    A   That's correct.
6    Q   And to the best of your recollection, you can
7  recall it occurring after you brought the vehicle in for
8  that problem; right?
9    A   I don't recall.
10   Q   You don't recall the vehicle doing that at any
11 time in the last month?
12   A   No.
13   Q   In the last six months?
14   A   No.
15   Q   Okay.  Has your daughter, Serena, ever been in
16 the car with you when the tire pressure light has come
17 on?
18   A   No.
19   Q   Has your mom ever been in the vehicle with you
20 when the tire pressure light has come on?
21   A   No.
22   Q   Has your husband ever been in the vehicle with
23 you when the tire pressure light has come on?
24   A   No.
25   Q   Was anyone in the vehicle with you when you

Page 92

1  with a service advisor as opposed to just one of the
2  guys that greets you out in the front?
3    A   Yes.
4    Q   Okay.  And that was at Hoehn Motors?
5    A   Correct.
6    Q   Okay.  Have you ever seen any warning lights or
7  symbols display in the dash of the vehicle?
8    A   Yes.
9    Q   Okay.  Other than the tire pressure monitor?
10   A   And that I need gas.
11   Q   Okay.  So there we go.  So we got two.  There's
12 the tire pressure monitor and low fuel.
13       Any other ones that you've seen display in the
14 instrument cluster -- or I should say on the dash?
15   A   I don't believe so.
16   Q   Okay.  Has the vehicle ever broken down and
17 left you stranded anywhere?
18   A   No.
19   Q   We talked a little bit about there was a
20 squeaking noise you heard from the steering wheel.
21   A   Uh-huh, yes.
22   Q   Were there any other complaints that you
23 believe affecting the handling or the drivability of the
24 vehicle?
25   A   I think the only issue was when it was having a

Page 91

1  would experience the sluggishness when accelerating?
2    A   No.  But I do have -- sorry to backtrack.  This
3  last one, you were in my car for -- my husband was in my
4  car for -- the last time I had the tire pressure.
5    Q   Oh, okay.  And that was around August 23rd?
6    A   Yes.
7    Q   Was Mr. McGee driving, or were you driving?
8    A   I believe that time he was driving.
9    Q   When the two of you ride in the car together,
10 does he typically drive, or do you --
11   A   Yes, he does.
12   Q   Okay.  Can you think of anybody that was in the
13 vehicle with you when the steering wheel was squeaking?
14   A   No.
15   Q   Other than Mr. McGee being in the vehicle with
16 you the last time the tire pressure monitor alert came
17 on, can you think of anybody else that was in the
18 vehicle with you when you experienced any complaints
19 with it?
20   A   No.
21   Q   Okay.
22       MR. GRECO:  Counsel, let's go off the record.
23       (Discussion off the record)
24       MR. GRECO:  Well, first off, defense counsel is
25 going to request a certified copy and a CD.

Page 93

24 (Pages 90 - 93)

| | |
|---|---|
| 1    But other than that, let's stipulate to relieve | 1         CERTIFICATE |
| 2  the court reporter of her obligations under the Federal | 2 |
| 3  Rules of Civil Procedure. I'll offer to send the | 3    I, the undersigned, a Certified Shorthand |
| 4  original transcript to plaintiff's counsel, who will | 4  Reporter of the State of California, do hereby |
| 5  provide it to Mrs. McGee for review and signature under | 5  certify: |
| 6  penalty of perjury within 30 days. | 6    That the foregoing proceedings were taken |
| 7    If Ms. McGee makes any corrections or changes, | 7  before me at the time and place herein set forth; |
| 8  plaintiff's counsel will advise all counsel. If for | 8  that any witnesses in the foregoing proceedings, |
| 9  some reason the original is lost, misplaced or stolen, | 9  prior to testifying, were administered an oath; that |
| 10  we agree that a certified copy can be used in lieu of | 10  a record of the proceedings was made by me using |
| 11  the original for all purposes; that plaintiff's counsel | 11  machine shorthand which was thereafter transcribed |
| 12  will make the original of the deposition available upon | 12  under my direction; that the foregoing transcript is a |
| 13  request as needed. | 13  true record of the testimony given. |
| 14    MS. WALLACE: The only addition is that we | 14    Further, that if the foregoing pertains to the |
| 15  relieve the court reporter of her duties under the | 15  original transcript of a deposition in a Federal Case, |
| 16  Federal Code of Civil Procedure after she's transcribed | 16  before completion of the proceedings, review of the |
| 17  the deposition. | 17  transcript [] was [] was not requested. |
| 18    MR. GRECO: Exactly. Yes, thank you. So | 18    I further certify I am neither financially |
| 19  stipulated. | 19  interested in the action nor a relative or employee of |
| 20    MS. WALLACE: So stipulated. | 20  any attorney or any of the parties. |
| 21    (TIME NOTED IS 12:36 P.M.) | 21    IN WITNESS WHEREOF, I have this date subscribed |
| 22 | 22  my name. |
| 23 | 23  Dated: September 17, 2019 |
| 24 | 24    _Barbara A. Baker_ |
| 25 | 25    BARBARA A. BAKER, RPR, CSR No. 13033 |
| Page 94 | Page 96 |

| | |
|---|---|
| 1         DECLARATION | |
| 2 | |
| 3 | |
| 4    I hereby declare I am the deponent in the | |
| 5  within matter; that I have read the foregoing deposition | |
| 6  and know the contents thereof. And I declare that the | |
| 7  same is true of my knowledge except as to the matters | |
| 8  which are therein stated upon my information or belief. | |
| 9  And as to those matters, I believe it to be true. | |
| 10    I declare under the penalties of perjury of | |
| 11  the State of California that the foregoing is true and | |
| 12  correct. | |
| 13    Executed on the _____ day of | |
| 14  _____, 2019, at _____, | |
| 15  California. | |
| 16 | |
| 17 | |
| 18    _____ | |
| 19    ARLENE McGEE | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| Page 95 | |

25 (Pages 94 - 96)

**[000009 - 5/23/2018]**

| 0 |
| --- |

000009   4:11
000010   4:13
000011   4:14
000012   4:16
000014   4:16
000015   4:17
000016   4:17
000019   4:19
000020   4:20
000021   4:20
000022   4:22
000024   4:22
000034   4:25
000051   5:4
000052   5:6
000053   5:7
000054   5:9
000065   5:10 89:24
00513   1:7 2:7
037   4:25
05/16/17   4:21
068   5:10

| 1 |
| --- |

1   1:8,25 2:8 4:7,10
  16:25 17:2
1/05/18   4:24
1/10/19   5:10
1/25/70   11:1
10   1:8 2:8 4:21
  16:7 27:19 65:2,6
  90:10
10,000   64:15,21
10/07/16   4:19
10/28/16   4:20
100   35:21
106   13:10 14:2
10:24   2:19 6:2
10th   88:22 89:4

11   4:23 6:23 66:9
  66:13 76:12
11,040   64:4
11/02/2017   4:23
12   4:24 76:13,17
12/29/15   31:11
12/30/2015   4:11
12121   3:12
12:36   2:20 94:21
13   5:4 81:9,12
1300   3:12
13033   1:23 2:21
  96:25
14   5:5 82:4,8,11
14027   96:24
14th   82:5,19,22
15   5:7 31:9 54:6
  54:23 68:19,25
  70:18 71:2 82:25
  83:4
16   5:8 26:5 47:17
  85:10,13
1601   14:2,22
16th   65:3,13,19
17   4:7,9 5:10 78:1
  85:11 88:18,23
  96:23
17th   85:20 87:5
18   11:23 88:15
1846   16:17
19   14:21
19,457   65:5

| 2 |
| --- |

2   4:9 17:20,21,23
  30:24 31:1,10
  39:20,21 66:12
  67:12
2,339   51:15
2/22/16   4:13
20   27:12

20,000   65:17
2000   6:22 30:19
2004   29:4
2005   28:23 29:4,15
  29:18
2010   6:22,23
2011   6:23 12:23
  13:1,24
2012   27:4
2015   12:23 13:1
  34:18,18 49:16,25
  51:9
2016   34:18 51:16
  52:1,5 53:8 54:6
  54:23 55:1,12,20
  56:23 60:14,21
  61:4 62:22 63:4
  63:15,18,24 64:3
  64:11,24
2017   56:8 65:4,13
  65:19 66:12 67:12
  69:11,15 70:6,12
2018   13:24 76:15
  77:22,24 78:3,18
  79:11 81:11,22
  82:6,19,22 83:2,15
  83:22 85:11,20
  87:5
2019   1:16 2:20 6:1
  40:4 44:12,15
  46:19 88:22 89:4
  90:10 95:14 96:23
22   35:11 51:16
  52:1,5 53:8 60:21
  61:4 62:22 68:15
23   44:12 46:19
23rd   44:15 90:13
  93:5
24   10:10,14
25   80:14

25,953   66:11
250   2:18 3:6
28   64:3,11,24
28,113   76:16
29th   31:12 83:2,14
2nd   70:12

| 3 |
| --- |

3   4:11 49:9,13,17
3,109   54:5
3/15/2016   4:14
30   49:16 94:6
30,000   77:3
30,611   81:11
30,729   82:7
30th   49:25 51:9
31,061   83:3
310.917.4500   3:13
310.917.5677   3:14
31st   31:9
32,438   85:12
3500380   1:24
37,265   88:21
3:19   1:7 2:7

| 4 |
| --- |

4   1:16 2:20 4:12
  6:1 51:13,17,20
4,034   55:11
4,181   60:20
4/22/16   4:17
4/6/2016   4:16
40,000   89:8
42,000   34:2
49   4:11

| 5 |
| --- |

5   4:14 16:10 54:3
  54:7 76:15
5/08/2017   5:4
5/14/2018   5:6
5/23/2018   5:7

Page 1

[51 - arlene]

**51** 4:12
**54** 4:14
**55** 4:15 5:9
**58** 49:15
**5th** 79:11 83:22

**6**

**6** 4:3,15 22:11
  55:9,13,16,20
  56:23 60:14
**60** 4:17
**63** 4:18
**64** 4:20
**65** 4:21
**66** 4:23
**671305** 49:10
**68** 90:3
**680597** 5:10 88:19
**685141** 4:11 49:14
**688866** 4:12 51:14
**690344** 4:14 54:4
**691945** 4:15 55:10
**693042** 4:17 60:19
**6th** 55:12 56:8,24

**7**

**7** 4:17 22:22 60:18
  60:22,25
**7/17/18** 5:8
**701** 2:18 3:5
**705072** 4:18 63:2
**706559** 4:20 64:2
**720159** 4:21 65:3
**732089** 4:23 66:10
**736234** 4:24 76:14
**744427** 5:4 81:10
**744815** 5:5 82:5
**745770** 5:7 83:1
**749474** 5:8 85:11
**76** 4:24
**760.438.1047** 3:7

**760.438.1056** 3:7
**78** 68:19,25
**7th** 63:4,15,18

**8**

**8** 4:18 23:6 63:1,5
  79:15 81:11
**80** 27:13
**81** 5:4
**82** 5:5
**83** 5:7
**85** 5:8
**88** 5:10
**8th** 81:22

**9**

**9** 4:20 64:1,5
**9,762** 63:3
**9.5** 16:9
**90** 16:6 27:18
**90/10** 28:3
**90025** 3:13
**92011** 3:6
**92025** 13:11
**92054** 14:4
**92069** 16:18
**96** 1:25

**a**

**a.m.** 2:19 6:2
**ability** 10:10,17
**able** 9:4 41:14,20
  65:25 69:20 71:1
  72:6
**accelerate** 66:25
  67:7
**accelerating** 69:3
  92:1 93:1
**accident** 21:25
  22:2,9
**accounting** 4:11
  4:12,14,15,17,18
  4:20,24 5:4,5,7,8

12:4
**accurate** 44:22
**acquisition** 18:5
  18:13
**action** 96:19
**actual** 32:8
**adding** 79:24
**addition** 94:14
**address** 13:9,14,17
  13:22 14:1,23
  15:1,3,5,6,14,15
  16:16
**addressed** 40:5
**addresses** 13:20
  84:8
**adjust** 65:20
**administered** 96:9
**advise** 94:8
**advisor** 42:18,22
  43:12 44:4 46:4
  73:21,23 74:6,14
  76:9 87:24 91:1
**advisor's** 42:16
**advisors** 23:10,15
**affect** 10:5
**aftermarket** 25:12
**age** 14:9
**ago** 30:17 37:14
  90:11
**agree** 94:10
**agreement** 18:9
  23:23,25 24:10
  75:15
**ahead** 9:21 16:24
  17:19 23:24 24:1
  49:8 51:12 55:8
  62:25 65:1 66:8
  76:11,13 80:23
  81:8 85:9 88:18
**air** 20:7 36:17
  37:24 44:19 45:13

45:21 53:11 90:20
**airbag** 40:11,14,17
  40:20 43:8 48:8
  86:1
**airport** 2:18 3:5
**alcohol** 10:13,16
**alert** 93:16
**alexandra** 14:19
  15:18,24
**alfa** 30:6,18
**amended** 4:7
  16:25
**amg** 50:12,22
**amie** 16:17
**amount** 59:18
**angeles** 3:13 78:14
  78:22
**angle** 61:11
**angry** 80:7
**annoying** 44:24
  45:2,25 46:1
**answer** 41:17
  54:15
**anthony** 3:11 6:14
**anybody** 56:2
  57:14 93:12,17
**anymore** 72:21
  88:5
**apologize** 54:12
**appear** 45:8,8
**appearances** 3:1
**appears** 39:21
**appropriate** 20:8
**april** 55:12,20
  56:8,23,24 60:14
  60:21 61:4 62:22
**area** 53:3 72:10
**arlene** 1:14 2:17
  4:7 6:5,12 17:1
  95:19

Veritext Legal Solutions
866 299-5127

[asked - c]

**asked** 8:15 9:9
21:1 25:8 26:13
26:18 38:3 43:1
43:17 46:22 47:1
57:9 86:19 89:12
90:12
**asking** 86:9
**asks** 18:4 19:7
22:11,22 23:6
**assembly** 38:9
**assume** 22:3,15
52:16 85:3,4 88:4
**assuming** 21:2
**assumption** 86:3
**aston** 48:13,16
**atm** 9:5,11
**attained** 11:3
**attend** 11:5
**attorney** 3:5,11
6:14 96:20
**attorneys** 10:5
**audi** 33:16
**audi's** 33:14
**august** 44:12,15
46:19 90:13 93:5
**automobiles** 11:11
11:13
**available** 94:12
**avenue** 13:11

**b**

**b** 4:5 5:1 57:22,25
86:6
**b2** 14:3
**baby** 67:7
**back** 9:5 19:5 31:1
34:17 38:24 39:20
41:2 46:12 47:20
58:18,18 77:19
80:20 83:22 86:12
87:1

**backing** 22:6
**backseat** 42:10
**backtrack** 93:2
**bad** 58:11
**baker** 1:22 2:21
96:25
**barbara** 1:22 2:20
96:25
**based** 9:8,15 85:4
**basically** 42:3
43:13 47:5 52:22
53:2,20
**bates** 4:11,13,14
4:16,17,19,20,22
4:23,25 5:4,6,7,9
5:10
**beach** 11:6
**beginning** 2:19
34:24 68:5 70:4,7
**behalf** 2:17 17:24
**belief** 95:8
**believe** 18:24
19:15 20:19 21:11
24:7 36:12 42:25
44:13 45:17 47:3
50:20 57:8,20
59:1,2 62:20
69:16 74:18 76:2
77:3 78:10 87:6
87:15 89:12 91:15
91:23 93:8 95:9
**benz** 1:8 2:8 6:14
6:18 10:4 15:10
19:11,17,23 20:10
22:23,25 23:4
25:9 29:21 32:6
33:15 39:16,22
40:2,8 42:13
46:23 47:24 49:9
49:13 50:13 51:13
52:9,17,20,22

53:22 54:3 55:5,9
57:15 60:18 63:1
64:2 65:2 66:5,9
72:16 73:14,16
74:2,4 75:16
76:12,14,24 81:9
82:4 83:1 84:11
85:10 86:1 87:19
90:9
**bernardo** 71:3,5
**best** 8:10,16,23,23
10:20 20:8,23
36:13 52:13 56:4
92:6
**better** 30:23
**beyond** 18:2
**big** 84:18,19
**bill** 6:17
**birth** 10:25
**bit** 58:19 59:25
74:22 91:19
**black** 58:15,24
59:13,18
**blends** 60:5
**blue** 25:22
**bluetooth** 65:20
70:16 71:10,13,15
71:17
**book** 25:22
**booklet** 9:23
**bothers** 44:24
**bottom** 31:11
89:17,23 90:3
**bought** 9:6,12
18:22 30:10 51:6
51:7 75:9
**boulevard** 3:12
**bouncing** 8:6
**brake** 36:23,24,25
37:12,21 38:9,17
38:20 39:6,10

44:20,24 46:1
53:16 57:23 58:2
58:5 59:2 64:17
90:12,21
**brands** 33:9
**break** 9:20,21
**briefly** 39:14
**bring** 17:15 37:2
46:5 50:16 52:11
52:20 55:19 56:7
61:3,6 64:10,13
65:12,15 66:18,21
73:19 76:7,23
77:1 85:19,22
87:13 89:3,6
**bringing** 82:18
83:17
**broken** 91:16
**brothers** 26:17
**brought** 19:23
20:6 43:1 46:8,10
46:11,12 53:13,17
55:4,23 56:2,5,19
57:18 61:11 63:19
64:20 67:12 69:12
70:8 72:15 81:24
86:12 90:8,11
92:7
**bulb** 36:18,20,21
37:6 74:10 75:7,8
75:11,16,22
**bump** 48:20
**bumper** 61:25
**business** 13:14
44:2
**buy** 33:5 75:8
**buying** 32:9

**c**

**c** 6:12 16:13 61:24
69:24

Veritext Legal Solutions
866 299-5127

[c350 - correct]

**c350** 15:10 32:13
33:4
**cadillac** 33:14,16
**california** 1:2,15
2:2,19 3:6,13 6:1
14:3 16:18 26:1,3
35:24 95:11,15
96:4
**call** 43:20,24 44:10
77:10 79:3,6
**calls** 77:13
**campaign** 85:24
**candies** 80:10
**car** 8:6,8 22:3,15
22:19 25:6,9,18
27:3,5 28:22 32:8
32:10,10 33:5,19
34:13,15 35:18
36:21 37:2 40:17
40:24 41:16 43:1
45:2 47:13 48:2
48:22 50:2,20,24
51:2,4,24,25 52:8
52:16 53:7,13,18
53:21,24 54:19,22
55:4 56:5 57:16
58:17 59:21,24
60:2,4,10 62:7
63:11,14,20 66:4
66:21,23 67:6
70:4,8,16 71:12
72:2 73:19,23
74:1 76:3 78:7,13
78:23 79:23 80:3
80:4,16 81:18,25
82:15,19 83:10,18
83:24 84:2 85:6
86:12 89:15 92:16
93:3,4,9
**card** 21:19 44:2

**care** 74:13
**carlsbad** 1:15 2:19
3:6 6:1 13:8,11,16
13:21 20:17
**carried** 30:13
**carries** 7:14
**cars** 11:17 29:14
29:24 32:15 33:21
39:9
**cascade** 15:4,5,15
**case** 1:7 2:7 6:25
8:12 10:11,17
96:15
**categories** 18:1
**category** 4:10 18:4
19:7 22:11,22
23:6
**caused** 22:6
**caution** 10:2
**cd** 93:25
**certificate** 96:1
**certified** 2:21
93:25 94:10 96:3
**certify** 96:5,18
**chair** 8:6
**change** 28:7
**changed** 28:1
**changes** 10:1,3
28:4 94:7
**changing** 10:3
**chart** 16:2 27:9,14
**charts** 27:15
**chattanooga** 14:16
14:18,20 15:19
**chavez** 16:13
**check** 24:10 90:21
**checking** 11:17
**cherokee** 27:2,3,9
29:18 48:9
**child** 14:17 15:21

**children** 14:9
26:18
**chose** 33:15
**chris** 44:3,9,15
46:16 90:23
**christian** 40:3
**circumstances**
28:6
**civil** 94:3,16
**clanking** 56:10
**class** 43:19
**cleaned** 80:8
**client** 77:10
**close** 84:5,10
**closed** 13:12
**closer** 71:8
**cluster** 45:9 91:14
**code** 94:16
**college** 11:4,5
**color** 32:11 59:10
59:12
**come** 36:23 67:6
76:9 92:16,20,23
**comes** 45:15 69:25
73:18
**comfortable** 28:9
**coming** 22:3 38:22
56:13 57:6 68:1
88:7
**comment** 10:5
**communications**
22:23 23:3,7
39:15,15
**commute** 35:3
72:25
**commuting** 77:18
**company** 21:15
**complaints** 51:8
53:7 64:16 73:22
79:10 82:21 83:14
89:10,15 91:22

93:18
**complete** 9:14
69:4,6
**completed** 57:16
**completely** 22:25
**completion** 96:16
**complimentary**
51:24 52:8 54:19
63:10 79:23 81:18
82:15 83:10
**computer** 43:18
43:22 90:23
**concern** 44:20
**condition** 21:2
**conformities**
22:12
**conformity** 22:14
**consider** 29:25
**contact** 22:4
**contains** 9:24
17:23
**contend** 22:12
**contents** 95:6
**continued** 5:1
72:22
**contract** 18:7
30:25
**control** 18:12
**convenient** 52:23
53:3
**conversation**
44:14
**conversations**
42:12,21 43:11
**convicted** 16:21
**cookies** 80:8,11
**copy** 21:19 30:23
44:7,9 73:24
93:25 94:10
**correct** 15:20
16:15 20:25 25:2

Veritext Legal Solutions
866 299-5127

[correct - drive]

31:4 34:23 35:2,7
41:13 46:17 47:24
48:5 50:1,14 53:5
59:14 68:4,14,16
71:6 72:3 73:1,8,9
87:2 91:5 92:4,5
95:12
corrections 94:7
correspondence
22:19 23:14 24:15
counsel 17:24
19:12 21:18 75:14
93:22,24 94:4,8,8
94:11
coupe 33:7 42:9
couple 37:14 43:5
60:4 61:12 74:19
coursework 11:10
court 1:1 2:1 7:11
7:20 8:9 16:17
94:2,15
cover 13:23 15:7
15:15 43:13
coverage 21:12
covered 23:8
covering 21:20
crack 61:18
cracked 61:23
crackling 70:15
71:9,19,24 72:1,9
crazy 70:14
credibility 10:6
crossing 15:4,5,15
csr 1:23 96:25
current 14:1 15:6
25:23 33:25
currently 11:20
21:13 23:14,16
27:1 92:3
custody 18:12

customer 40:3
57:22 69:24 73:18
73:25
cute 33:6,20,24
cuter 50:10,11
cv 1:7 2:7

d

d 4:1
daily 34:22 35:18
damage 22:6
61:14,15 62:7
dash 91:7,14
date 10:25 17:8
31:11 40:4 43:3
64:24 90:10 96:21
dated 4:11,12,14
4:15,17,18,20,21
4:23 5:4,5,7 96:23
daughter 41:11
92:15
day 32:7 51:6,7
57:23 59:17 67:23
67:24 80:4 81:25
83:18 86:10 95:13
days 35:15 56:20
56:23 60:4,9
67:12,14,18,22
94:6
dealership 19:17
19:24 22:20 23:11
23:15,20 25:9
32:16 37:15 50:6
50:16,18 53:12
64:20 72:17 73:11
73:12 74:1,24
75:3 87:19 88:1
90:9,20
dealerships 20:15
23:1,8 24:6 42:13
57:16 73:17

dealing 45:1
dealt 23:1
deanna 3:4
deannalemonlaw
3:8
december 31:9,12
49:16,25 51:9
decision 33:4,10
declaration 95:1
declare 95:4,6,10
defective 40:11
defendant 2:18
3:9
defendants 1:10
2:10
defense 93:24
definitely 28:4
60:11 75:7
demand 4:8
demonstrate
87:18,21
depending 28:4
deponent 95:4
deposition 1:14
2:17 4:7 6:16,19
7:3 9:23,24 16:25
17:7,9,15 34:3
94:12,17 95:5
96:15
describe 8:4 22:18
36:15 71:1 72:6
73:22
described 45:25
description 4:6
5:3 8:10
design 12:21,22
13:3
detail 80:18 83:21
84:1
difference 9:2,16

different 16:3
22:25 32:10 50:20
73:3 74:7,19
difficulty 39:1
ding 62:2
diplomat 84:19
direction 96:12
dirtier 59:25
dirty 60:5
discussed 31:2
39:14 74:22
discussion 93:23
disengaged 39:3
display 45:7 91:7
91:13
distinction 22:24
district 1:1,2 2:1,2
divorce 7:1 26:9
document 17:4
20:2
documents 4:8,9
17:11,16,17,23
18:1,8,11,23 21:11
dog 28:8
doing 11:24,25
12:3,24 28:5
92:10
door 56:9,11 57:3
61:8,13 62:17,19
doors 56:14 64:19
doubt 75:12
draw 22:24
drivability 91:23
drive 26:6,23,25
27:12,13 28:12
32:3,13,15,19
33:20 34:3,13,15
34:19 36:18 37:7
37:24 39:4,5
40:23 68:5,6,10,15
70:14 72:21 73:19

[drive - find]

74:9 78:11,24
  84:24 87:23 93:10
**driven**  15:25
  28:16 29:24 36:6
  48:16
**driver**  32:5
**driver's**  26:1,3
  56:11
**drivers**  16:3
**drives**  48:2,14,15
  77:10,17
**driving**  14:9 15:8
  15:16 26:21 27:10
  27:11,15,16,25
  28:9,10,20 29:13
  29:17 33:21 39:1
  40:22 41:2,9,10
  47:17,21 48:3,6
  57:23 67:21 72:23
  93:7,7,8
**drop**  79:6
**dropping**  77:13
  79:2
**drops**  77:11
**drove**  78:7
**drugs**  10:13,16
**duly**  6:6
**dust**  57:23 58:2,5
  58:15,24 59:3,9,12
  59:18
**dusting**  59:9 60:7
**duties**  94:15

**e**

**e**  4:1,5 5:1 6:12,12
  6:12,12 14:19
  15:23,23 16:13,14
  16:17 22:19 24:5
  24:10
**earlier**  53:16
  86:10

**easy**  33:20
**ed**  11:8
**education**  11:2
**efficient**  7:6
**either**  41:15 51:6
**electric**  71:17,18
**electrical**  71:20
**em**  7:7
**emblem**  85:6
**employed**  11:20
  11:22
**employee**  96:19
**endurance**  9:19
**engage**  37:21
**engaged**  38:5,21
**engaging**  38:17
**entire**  13:1,18
  27:20,22 28:15
  68:7,8
**entitled**  8:23
**entity**  22:25
**equipment**  25:12
**errands**  34:22
  35:18
**escondido**  13:7,10
  13:11 19:11 20:11
  20:13,21,24 49:9
  49:14 51:13 52:9
  52:17,20 53:23
  54:3 55:6,9 57:15
  60:18 63:1 64:2
  65:2 66:5,9 71:3,4
  72:17 73:15,16
  74:2,4 75:17 76:6
  76:14,24 81:9
  82:4 83:1 84:11
  84:13 85:10 86:12
**especially**  39:5
**estimate**  8:23,24
  9:2,17 20:8,23
  30:17 34:7 35:8

35:12 41:7,20
  74:20 75:2 88:11
**euro**  12:10
**eurotherapy**
  12:10,11,13,15
  13:13,24 35:1,9
  41:3 68:13 77:22
**evening**  73:2
**events**  10:11,17
**eventually**  73:20
**everybody**  16:20
**exact**  13:9,22 15:3
**exactly**  35:13,14
  94:18
**examination**  4:3
  6:8
**example**  9:1
**exchange**  24:5
**exchanged**  23:19
**executed**  95:13
**exhibit**  4:7,9,10,11
  4:12,14,15,17,18
  4:20,21,23,24 5:4
  5:5,7,8,10 16:25
  17:2,20,21,23
  30:24 31:1,10
  39:20,21 49:9,13
  49:17 51:13,17,20
  54:3,7 55:9,13,16
  60:18,22,25 63:1,5
  64:1,5 65:2,6 66:9
  66:13 76:12,13,17
  77:8 81:9,12 82:4
  82:8,11,25 83:4
  85:10,13 88:18,23
  90:2
**exist**  18:2
**existence**  13:4,5
**exists**  75:17
**experience**  34:10
  36:3 72:19,23

84:21 87:7 93:1
**experienced**  57:5
  67:21 93:18
**experiencing**
  37:12 53:23 54:25
  55:3 58:9 60:14
  63:17 64:23 65:18
  69:10 77:5,5
  78:23 79:2 81:1,4
  87:3
**expressed**  55:5
**expressing**  53:16

**f**

**f**  77:9
**fact**  9:12
**failed**  39:17
**fair**  56:23 60:7
**fall**  47:10
**family**  26:17 47:17
**fancy**  25:17
**far**  34:6 35:9
  62:17 78:2 86:21
**fax**  3:7,14
**features**  33:3
**february**  40:4
  51:16 52:1,5 53:8
**federal**  94:2,16
  96:15
**feel**  39:2 47:9 48:3
  48:6 57:4 61:19
  69:12 72:8 74:18
  87:9,11
**felicita**  71:8
**felony**  16:21
**felt**  74:8 92:2
**field**  71:18
**filed**  6:17
**filled**  20:5
**financially**  96:18
**find**  44:10 77:20

Page 6

[finish - hoehn]

**finish** 54:14
**finished** 49:21
  51:21,22 54:10,11
  55:17,18 61:1,2
  63:8,9 64:8,9
  65:10,11 66:16,17
  76:21,22 81:15,16
  82:12,13 83:7,8
  85:17 89:1,2
**first** 6:6 7:8 18:4,8
  26:22 34:24 37:11
  42:24 43:14 56:16
  56:20,24 57:21,24
  60:4 67:8 88:9
  89:12,22 93:24
**five** 12:17 14:23
  20:23 34:9,10,16
  34:20 35:15 40:22
  49:4 67:15
**fix** 40:12 47:4
  65:25 69:21
**fixed** 61:8,13 75:9
**flew** 47:14
**flick** 58:15
**folks** 24:5 55:5
**follows** 6:6 44:6
**foot** 67:4
**foregoing** 95:5,11
  96:6,8,12,14
**forgot** 38:9 47:19
**form** 18:9
**forth** 96:7
**forty** 68:11
**forward** 10:20
**four** 35:16 45:11
  45:13,16 60:9
**fourth** 39:21
**free** 11:13
**freeway** 69:5
  70:15 71:2

**frequent** 58:22
**frequently** 34:13
  34:19 41:7,15
  52:11 78:13
**front** 7:12 58:19
  61:24 91:2
**fuel** 91:12
**full** 57:22
**fully** 8:20 36:23
  37:12,22
**fun** 30:6
**funny** 47:13
**furnish** 18:10
**further** 72:6 96:14
  96:18

**g**

**g** 6:12 16:14 62:1
**gas** 48:22,24 67:5
  91:10
**general** 11:8,9
**generally** 21:3
  59:21 60:3
**getting** 6:24 36:19
  37:24 54:22 60:5
  85:25
**give** 7:24 9:6 20:5
  32:9 41:14 54:15
  75:8 79:16 80:18
**given** 96:13
**gmail.com** 3:8
**go** 7:5 9:21 10:19
  16:24 17:19 19:1
  19:5 20:4 23:24
  24:1 39:20,21
  41:18 45:13 48:20
  48:25 49:3,8
  51:12 52:21,25
  55:8 62:1,25 65:1
  66:8,23 67:1
  72:12 73:14,15
  74:3 76:11,13

77:8,19 80:23
  81:8 85:9 88:18
  91:11 93:22
**goes** 38:15 39:5
  67:5
**going** 7:3 8:19
  9:25 17:19 34:18
  42:3 43:4 46:6
  47:9 49:8 51:12
  54:13 65:21 72:12
  77:19 80:18 88:4
  93:25
**gosh** 62:8 77:14
  87:9
**grand** 13:10 48:9
**greco** 3:11 4:3 6:9
  6:14 12:5 16:24
  17:3,19,22 19:3,5
  19:6 21:18,23,24
  23:23 24:4,9,13,14
  30:4,22 31:20
  39:12 47:16,22
  49:3,8,18 51:12,18
  52:7 54:2,8 55:8
  55:14 60:17,23
  62:25 63:6 64:1,6
  65:1,7 66:8,14
  70:20 72:14 73:10
  75:14,20,21 76:11
  76:18 80:2 81:8
  81:13 82:3,9,25
  83:5 84:20 85:9
  85:14 88:17,24
  93:22,24 94:18
**greeted** 73:19
  74:16
**greets** 91:2
**ground** 7:4
**group** 3:10 43:19
**guess** 8:24 9:2,14
  9:17 18:9 20:4

38:16
**guessing** 30:20
**guy** 74:5,16 87:22
**guys** 18:21 24:1
  33:1 50:2,15 84:8
  84:14,21 91:2

**h**

**h** 4:5 5:1 16:13
**hair** 12:21,22 13:3
**half** 16:8 36:8
**hand** 57:25
**handed** 20:2 74:23
**handle** 53:16
  64:17 74:8 92:2
**handling** 74:16
  91:23
**hanging** 61:9
**happen** 43:4 47:16
  57:2 72:4 73:2,5
**happened** 46:13
  47:11,23 53:2,21
  86:15
**hard** 38:23 67:6
  87:10 92:1
**head** 8:1 71:20
**headlamp** 36:20
**hear** 39:11 56:13
  71:14,24
**heard** 56:24 88:6,9
  88:12 91:20
**hearing** 56:20
**highest** 11:2 48:24
**highway** 68:19
  73:4
**hit** 72:8,9
**hmm** 7:7
**hoehn** 5:10 20:18
  20:21,22,24 73:15
  76:5,7,8 88:19
  90:11 91:4

[hold - lives]

**hold**  38:14
**home**  14:1 47:21
  68:1 72:12
**honestly**  33:19
  77:14
**hopefully**  7:4
**hour**  52:24 80:15
**hours**  10:10,14
**house**  34:7 35:9
  68:18
**hr**  12:2,3,6
**huh**  31:16 88:8
  89:19 91:21
**human**  12:7,9,16
**husband**  6:17 14:6
  16:8 26:17 27:7
  27:13,21 31:2,21
  32:18 33:17 36:7
  39:19 43:25 46:22
  48:10 50:25 56:2
  57:14 92:22 93:3
**husband's**  18:18
  34:6 44:13

**i**

**idea**  9:7,10 41:15
  41:15 50:6 77:16
**ii**  17:11
**imagine**  63:19
**immediate**  26:16
**immediately**  44:7
**impair**  10:10,17
**important**  7:19,21
  7:24 33:4 40:1
**incident**  61:20
**include**  22:5
**included**  17:10
  21:5 84:2
**includes**  22:15
**inclusive**  1:9 2:9
**indicates**  55:11

**indicating**  54:18
**individuals**  88:2
**informal**  7:9
**information**  9:8
  9:15 43:21,23
  95:8
**inside**  8:8 36:21
**installed**  25:13
  50:23
**instances**  63:23
**instrument**  45:8
  91:14
**insurance**  18:10
  21:12,15,19,20
**insured**  21:13
**interested**  96:19
**interim**  40:2
**invoice**  4:11,12,14
  4:15,17,18,20,21
  4:23,24 5:4,5,7,8
**involved**  26:10
**iphone**  77:11
**islas**  44:3
**issue**  37:12 38:18
  40:17 44:20 46:2
  48:2 64:18 91:25
**issues**  62:11 63:23
  77:12

**j**

**january**  76:15
  77:23 78:3 79:11
  83:22 87:1 88:22
  89:4 90:10
**jeep**  27:2,9,19,20
  27:21 28:1,10,11
  28:13,17 29:9,17
  48:9,15
**jiffy**  19:19
**job**  1:24
**jobs**  12:17,20

**judge**  7:12
**july**  85:11,20 87:5
**jury**  7:13

**k**

**k**  14:19
**keep**  33:24
**kelley**  25:22
**kill**  47:5
**kind**  6:24 9:11
  19:22 22:8 28:6
  35:23 48:22 55:23
  58:24 74:3,8
  84:16 87:11
**kinds**  39:9
**know**  8:7,7,15
  9:11,13,20 13:15
  16:16 17:8 18:20
  22:3 27:3 29:25
  32:12,12,18,23
  33:20,25 34:14
  35:12,14 43:6
  44:7 47:19 48:10
  48:20 49:20 50:15
  51:1,20 54:10
  55:16 56:1 59:20
  60:9,25 63:8 64:8
  65:9 66:16 67:4
  68:20,23 70:25
  71:12,18,19 74:12
  75:5 76:20 77:25
  80:9 81:15 82:11
  83:24 84:25 85:1
  85:2,16 86:18
  89:1 95:6
**knowledge**  15:24
  26:16 56:4 95:7

**l**

**l**  6:12 42:17
**la**  78:11

**large**  85:4
**las**  78:20
**latest**  79:17
**law**  3:4,5,10,11
  7:11
**lawsuit**  6:17 15:11
  27:23 79:24
**lawsuits**  26:11
**lease**  28:24
**led**  56:7 59:2 61:6
  64:13 65:15 66:21
  77:1 85:22 89:6
**left**  13:24 33:22
  57:25 69:19 89:17
  90:3 91:17
**lehrman**  3:10
**level**  11:2 48:24
**license**  26:1,4
**licensed**  26:6
**lieu**  94:10
**light**  8:8 36:18,20
  36:21 38:4,20,22
  38:22 39:3 45:3,4
  69:3,24 70:2 74:7
  74:10 75:1,7,8,11
  75:16,22 92:16,20
  92:23
**lights**  91:6
**line**  50:4 53:3
  57:22 61:24 62:1
  69:24 77:9 79:15
  86:6
**little**  7:5 47:6
  57:25 58:19 59:8
  59:25 72:6 74:22
  89:23 91:19
**live**  14:14,25
**lived**  14:22 15:7
  15:16
**lives**  14:5,15,15,17
  15:21

[living - minor]

**living**  35:10 84:4,5
  84:7
**llc**  1:8 2:8 6:15,18
  22:23,25 23:4
  39:22 40:2
**loaner**  25:9 80:4
**located**  13:3,6,7
**loft**  12:21,22 13:3
**long**  11:6 12:12
  13:12 14:20 26:3
  30:17 48:19 53:4
  68:9 77:10,17
  78:9 79:22 80:12
  86:11,23 88:11
  90:11
**longer**  13:4 35:5
  60:1 78:3
**look**  23:24 25:23
  30:24 31:10 33:9
  33:13 47:15 54:20
  61:24 63:12 69:23
  75:15 77:9 81:19
  82:16 83:11
**looked**  43:18 59:4
  61:23 83:24 90:23
**looking**  7:25 8:10
  44:6 80:18
**looks**  18:8 49:23
  51:24 54:17 62:2
  63:10 64:15 65:17
  65:20 77:7 81:17
  82:14 83:9 85:24
**loop**  13:16,17
**los**  3:13 78:14,22
**lost**  94:9
**lot**  8:4 30:2 43:4
  47:3 50:21 73:17
**loud**  56:10
**love**  27:15
**low**  69:24 70:2
  91:12

**lower**  58:18,24
  59:18
**lube**  19:19
**lugs**  47:9,13,19
**lunch**  41:18 42:3
  52:5

**m**

**m**  3:4 6:12 16:14
  16:17
**machine**  96:11
**mail**  24:10
**mailbox**  22:7
**mails**  22:19 24:5
**main**  48:2 68:25
**maintenance**
  11:11,16 19:8
  55:24
**making**  33:4,10
**management**
  12:25
**manager**  12:16
**manner**  7:6
**manufacturer**
  26:13,18
**maps**  79:21
**marathon**  9:20
**march**  14:21
  15:19 54:6,23
  55:1
**marcos**  16:17
**margie**  16:13,14
**margie's**  16:16
**mark**  16:24 17:20
  49:8,13 51:12
  54:2 55:8 60:17
  64:1 65:2 66:8
  76:12,13 81:8
  82:25 85:9 88:18
**marked**  17:2,21
  49:17 51:17,20
  54:7 55:13,16

  60:22,25 63:5
  64:5 65:6 66:13
  76:17 81:12 82:8
  82:11 83:4 85:13
  88:23
**marking**  82:3
**marks**  58:24
**martin**  48:13,16
**matter**  95:5
**matters**  95:7,9
**mbusa**  4:11,13,14
  4:16,17,19,20,22
  4:23,25 5:4,6,7,9
  5:10 89:24 90:3
**mcgee**  1:5,14 2:5
  2:17 3:4,16 4:8
  6:5,12,13,17 12:2
  14:6 16:9,19 17:1
  17:4 23:24 24:10
  24:25 30:20 40:5
  49:19 51:19 55:15
  63:7 64:7 65:8
  66:15 75:15 76:19
  85:15 88:25 93:7
  93:15 94:5,7
  95:19
**mcgee's**  7:10
**mean**  12:7 22:3
  33:18 38:1,12
  39:7 47:4,7 58:13
  59:6 67:3,14 85:5
**meant**  77:16
**medication**  10:9
**meet**  73:20
**mention**  61:24
  62:23 78:6
**mentioned**  42:2
  43:10 53:12,17
  64:19 66:4 68:20
  72:16 83:20 86:9

**mentioning**  61:22
**mercedes**  1:8 2:8
  6:14,18 10:4
  15:10 19:11,17,23
  20:10 22:23,25
  23:4 25:9 27:18
  29:21 32:6 33:10
  33:15 39:16,22
  40:2,8 42:13
  44:10 46:23 47:24
  49:9,13 50:13
  51:13 52:9,17,20
  52:22 53:22 54:3
  55:5,9 57:15
  60:18 63:1 64:2
  65:2 66:5,9 71:3,4
  72:16 73:14,16
  74:2,4 75:16
  76:12,14,24 81:9
  82:4 83:1 84:6,11
  85:5,5,10 86:1
  87:19 90:9
**mess**  39:4
**message**  36:19
  37:4,9
**messages**  23:9,19
**mile**  64:15,21
  65:17 68:15
**mileage**  33:25
  49:10,14 51:14
  54:4 55:10 60:19
  63:2 64:4 65:4
  66:10 76:16 81:10
  82:6 83:3 85:12
  88:20
**miles**  34:9,10
  35:11,21 49:15
**mind**  30:5
**minivan**  47:18
**minor**  68:23

[minutes - okay]

minutes 49:4
68:11 80:14
misplaced 94:9
misstating 44:22
mma 1:7 2:7
mom 16:8,10 36:7
41:10,16,20,21
92:19
mom's 16:12
moment 49:19
51:19 54:9 55:15
60:24 63:7 64:7
65:8 66:15 76:19
81:14 82:10 83:6
85:15 88:25
monaco 84:19
money 9:3,7,10
25:6
monitor 45:5
64:18 91:9,12
93:16
monterey 35:24
35:25 36:4,10
78:7
month 34:14
41:19,21 42:6,6
52:13 92:11
months 37:14 79:2
92:13
morning 66:24
68:3 73:2,5
motors 5:10 20:18
20:21 76:5 88:19
91:4
move 62:25 80:23
moved 13:7,15
15:18
moving 28:10 84:8

**n**

n 4:1 6:12 14:19
15:23
name 6:10,13
14:17 15:21 16:12
33:2 42:16,17
96:22
navigation 79:13
79:17,19,20 81:2,5
83:21 86:6,11,20
86:22
near 59:19 61:22
necessarily 87:10
necessary 10:1
35:6
need 7:8,19 9:20
36:17 45:12,19
91:10
needed 55:24 77:7
94:13
needing 44:19
53:11
needs 45:21
negotiations 31:24
neither 96:18
nervous 14:2
33:21 48:3,7
never 19:19 20:1
47:23 86:12,19
new 29:1 76:8
newer 60:12
news 43:7
ninety 49:1
nods 8:1
noes 8:1
noise 56:13,17,20
56:25 57:5 87:12
87:14,18 88:7,12
91:20
non 19:17 22:12
22:14

nonparty 4:7
normal 39:8
normally 67:4
northbound 73:8
nose 48:19
note 77:9
noted 94:21
notes 61:12 77:20
notice 4:7 16:25
17:7,14 19:10
39:1,22,23 40:2,6
40:10,16 42:13,25
44:2 59:21,23
60:1,9 69:2
noticed 56:16
61:15 67:8
notices 86:1
noticing 59:20
69:7
november 11:23
66:12 67:12 69:11
69:15 70:5,12
77:25 88:13,14
number 4:6 5:3
13:15 19:10 43:20
43:24 44:9 89:23
numeral 17:11

**o**

oath 7:11,12 96:9
objection 21:18
obligation 7:14
obligations 94:2
occasion 57:19
61:7 65:16 66:1
66:19,22 76:24
77:2 85:23 89:7
90:25
occasionally 59:20
occur 67:25 68:5
69:4 71:14

occurring 59:17
60:1 72:2 92:4,7
oceanside 14:3
october 63:4,15,18
63:24 64:3,11,24
offended 16:19
offer 94:3
offered 83:20
office 7:10 34:6
offices 3:4
oh 50:25 69:18
74:8,11 80:5 84:7
85:3 93:5
oil 11:18
okay 6:10 7:6,22
8:1,12,13,16,17,20
8:21 9:22 10:9,19
13:13,17 15:14
17:7,13 18:3,25
19:16 20:6,23
21:1,11,15,17,23
22:2,11 23:13,22
24:8,13,18,22 26:6
26:25 28:6,19
29:15 30:8,11
31:17 32:2 33:3
33:23 34:10,24
35:3,5,8,12,15
36:13 37:1,11
38:22 39:1,7,13
40:8,16,20 41:2,14
41:19 42:2,9,15,19
43:7 44:6,12,25
45:12,18,21 46:3,8
46:13,21,25 48:1,9
48:16,22 49:2,22
50:9,15,19 51:1,11
51:19,23 52:3,19
53:2,6,15,20 54:1
54:9,12,15,16,22
55:19 56:4,7 57:2

[okay - point]

57:13 58:2,17,22
59:12,23 60:7,13
60:16 61:2,3,12,22
62:5,11,17,25
63:10,22 64:9,10
64:16 65:8,12
66:3,7,17,18 67:8
67:20 68:12 69:14
69:17,20,23 72:1,4
72:11 73:14 74:15
74:20 75:13,20
76:5,10,19,22,23
77:1,4,19 78:2,6
78:11,16,19 79:1,9
80:6,21,23 81:1,4
81:7,8,14,17,24
82:2,10,14,24 83:6
83:13 84:7,10,14
84:21 85:1,3,8,18
85:19 86:5,9,18,21
86:25 87:3,7,13
88:16,18 89:2,3
90:8,16,22,25 91:4
91:6,9,11,16 92:15
93:5,12,21

**old** 47:17
**older** 14:10 67:6
**once** 20:22 36:2
37:18 45:13 60:9
78:15
**ones** 18:14 45:19
91:13
**ongoing** 37:19
**open** 56:9
**opened** 49:16
51:15 54:5 55:12
56:22 57:2 60:20
63:3 64:3 65:3
66:11 76:15 81:11
82:5 83:2 85:11
88:21

**opportunity** 9:25
**opposed** 8:1 59:3
91:1
**order** 5:10 36:14
49:10,10,14,15,15
49:20,23 51:14,15
51:23 54:4,5,18
55:10,11 56:22
60:19,20 63:2,3,8
64:2,3,4,8 65:3,3,9
66:10,11,16 73:24
76:14,15,16,20
81:10,15 82:5,5
83:1,2,7 85:11,16
88:19,21 89:1
90:16
**orders** 19:11 21:3
22:16 49:5
**original** 94:4,9,11
94:12 96:15
**owned** 11:17
26:14 27:20,21
28:2,16
**ownership** 70:4
**owns** 48:10

**p**

**p** 14:19
**p.m.** 2:20 94:21
**pacific** 14:3,22,25
15:6,14
**page** 4:2,6 5:3
31:10 39:21 44:1
44:6 57:21,24
77:8 79:14 89:18
89:22 90:2,3
**pages** 1:25
**paid** 24:19
**paint** 61:23
**palomar** 2:18 3:5
**panel** 58:18 59:18
61:23 62:3

**paneling** 58:24
**pankey** 14:19
**paperwork** 19:22
74:24 75:4
**paranoid** 47:7
**parking** 36:25
37:12,21 38:16
39:10
**participate** 31:24
**particular** 11:7
29:6,9 30:12 33:3
36:14 52:14,19
53:6 55:1 83:13
87:4 89:9
**particularly** 44:20
**parties** 96:20
**passenger** 40:21
40:24 41:4,8,16,22
41:25 47:5 48:5
62:2
**paul** 3:11
**pay** 25:5 62:14
**payment** 24:25
**payments** 24:23
**peeling** 69:19
**penalties** 95:10
**penalty** 7:15 94:6
**people** 8:4 9:2
16:5 22:3 23:10
27:11 28:9 32:8
39:9 43:4,5 53:1
66:5 70:14 72:5,7
74:19
**percent** 16:6,7,8,9
16:10 27:12,13,18
27:19 36:8
**percentage** 16:3,4
16:4 27:10,11,16
27:17,25 41:15
**percy** 15:23

**perform** 11:16
**performed** 57:11
**perjury** 7:15 94:6
95:10
**person** 48:2 55:22
57:10
**personal** 27:15,16
**personally** 24:22
**perspective** 48:1
**pertains** 96:14
**phone** 23:16,18,24
43:20,24 44:9
72:5 77:10,13
79:2,6
**photographs** 21:6
21:8
**picked** 47:18
57:14
**picking** 57:6 62:6
**picks** 57:10
**pie** 16:2 27:9,14
27:15
**pin** 29:15
**pissed** 80:22
**place** 44:14 96:7
**places** 13:23 15:7
15:15 52:17,21
**plaintiff** 1:6 2:6
3:3
**plaintiff's** 4:9 94:4
94:8,11
**please** 6:10 16:19
51:19 54:9,13
55:15 60:24 63:7
64:7 65:8 66:15
76:19 81:14 82:10
83:6 85:15 88:25
**plugged** 75:10
**point** 8:7,15 57:21
58:7 62:19 78:6
87:9

Veritext Legal Solutions
866 299-5127

[portion - related]

portion  84:24
positive  13:11
  62:9 85:24
possession  18:12
  74:1 88:1
possible  23:21
  39:18 86:10,15
potentially  47:5
poway  15:2,4
  35:10 68:18
power  47:20
pre  4:11,17
prefer  50:23
premium  48:23
present  3:15
president  40:3
pressure  45:5,11
  46:11 62:23 63:20
  63:24 64:18 69:24
  70:2,9 74:11,25
  75:6,23 76:1
  90:12 91:9,12
  92:16,20,23 93:4
  93:16
pretty  42:7,8
  44:17
price  31:25
primarily  48:2
primary  34:21
prior  96:9
probably  6:22,23
  9:4 16:9 27:12
  30:19 41:23 42:1
  44:16 46:18 49:5
  56:24 62:23 63:20
  69:6 77:18,25
  80:8 87:22
problem  22:14
  37:19 38:8 53:10
  53:15,23 58:6,9
  65:22 67:9,21

69:7,10 70:3,11
  72:16 73:12,12
  79:2 80:9 92:8
problematic  30:7
problems  8:5,11
  22:18 29:6,10
  30:1,9,11 34:11
  36:3,15 51:8 53:7
  53:21 55:1,3
  60:13 62:18,21
  63:17 64:18,24
  65:19 66:3 69:14
  77:4,5 78:23 81:2
  81:5,21 82:21
  83:14 84:21,24
  87:4,7
procedure  94:3,16
proceed  8:19
proceedings  26:9
  96:6,8,10,16
process  73:18 74:3
  76:6
produce  75:3
produced  4:9
  17:12,18,24 18:3
  18:17 19:12 75:18
producing  21:19
production  4:8
provide  94:5
pull  37:21,22,25
  38:1,4,14,23 76:8
pulled  37:4
pulling  37:13
pump  30:13
purchase  18:18
  27:5,7 28:19,24,25
  29:1 30:24 32:16
  33:11 49:24
purchased  29:3
  31:2,6,21 34:17,25
  50:2,15

purposes  94:11
pushing  67:6
put  20:7 29:15
  35:14 48:22 67:4
  90:20

q

quarter  62:3
question  8:14,19
  16:20 30:21 54:14
questions  10:22
  23:7 54:12
quick  19:2

r

r  3:4,16 6:12 15:23
  16:14 40:5
radio  72:6
ran  58:15 59:7
rancho  71:3,5
reach  23:23 24:9
  75:14
read  43:7 95:5
readjusted  62:18
reads  40:1
real  19:1
reality  47:14
really  33:19 37:25
  38:1,4,23 48:19
  67:6 79:22
rear  62:2
reason  10:19 32:7
  33:15 45:19 52:14
  52:19 66:25 94:9
reasonable  9:7
reasons  57:18
recall  10:10 13:6,9
  13:20 15:3 20:6
  20:16,20 28:22
  29:6,13 31:8
  32:25 39:22 40:1
  40:6 42:13,19,21

42:22,24 43:2,8
  44:2,14 46:16
  47:4 48:3 51:8,25
  52:2,4,11 53:6
  54:22,25 56:8,16
  57:4,5,13 58:2,6
  58:23 60:13 61:17
  62:21 63:14,17,22
  64:23 67:8,20
  69:10,14 73:11,13
  74:15 77:12 78:16
  78:23 79:1,5,10,16
  79:19 80:12 81:4
  81:21,24 82:18,21
  83:13,17 85:25,25
  86:21 87:3,16
  88:1,6,9 89:11,13
  89:14 90:12,24
  92:7,9,10
receipt  75:11,16
receive  19:22
received  18:21
  39:18,19 40:10
  42:25 54:18
receiving  40:6
recess  19:4 49:7
recollection  36:14
  92:6
record  6:11 19:1
  39:14,25 49:4
  73:7 93:22,23
  96:10,13
records  19:13
referring  15:9
  45:4
regarding  6:17
  18:5 21:12
regardless  47:4
related  11:10
  17:16 18:12,17
  19:8 21:2 22:22

[related - see]

79:20
**relating** 22:11
**relative** 96:19
**release** 38:2
**relieve** 94:1,15
**remember** 7:9,20
  10:11,17 12:1
  13:21 33:2,2
  42:16 54:14 61:9
  61:19,20,20 62:5,5
  62:8,8,24 65:18
  69:12 74:25 77:14
  78:2 79:10 80:1
  84:1 87:11
**rental** 25:6
**rented** 47:13
**repair** 11:11 19:8
  19:10,13 21:3
  22:7,16 37:8 46:5
  46:6,9 49:5,9,10
  49:14,15,15,20,23
  51:13,15,23 54:3,5
  54:18 55:9,11,20
  56:22 57:7 58:7
  60:18,20 61:4
  63:1,3,8 64:2,3,4,8
  64:11 65:2,3,9,13
  66:9,11,16 76:14
  76:15,16,20 81:9
  81:15 82:4,5 83:1
  83:2,7 85:11,16,20
  86:16,25 88:19,21
  89:1 90:9,16
**repaired** 62:13
**repairs** 55:24
  62:15
**repeat** 18:14
**repeatedly** 37:2
**repetitive** 54:13
**rephrase** 8:16

**replace** 26:14,19
  36:18 37:6
**replaced** 37:2
  46:23 47:1
**report** 49:10
**reported** 1:21
  49:14 51:14 54:4
  55:10 60:19 63:2
  64:4 65:4 66:10
  76:16 81:10 82:6
  83:3 85:12 88:20
**reporter** 2:21 7:20
  8:9 94:2,15 96:4
**representative**
  32:25
**repurchase** 26:14
  26:18
**repurchased**
  46:22 47:1
**request** 17:15 86:5
  93:25 94:13
**requested** 17:11
  96:17
**requesting** 79:16
**requests** 4:10
**require** 46:6
**required** 8:24 22:7
**reset** 45:6
**resort** 84:13
**resources** 12:7,9
  12:16
**response** 39:8
**responses** 7:25
**review** 49:20
  51:20 54:9 55:16
  60:24 63:7 64:7
  65:9 66:15 76:20
  81:14 82:10 83:6
  85:16 88:25 94:5
  96:16

**rhyme** 45:18
**ridden** 41:21,24
**ride** 32:21 93:9
**riding** 41:16
**right** 6:13 7:2,8
  9:4,10,21 12:6,7
  12:20 15:5 16:23
  17:14,25 18:4,14
  19:7 23:6 24:15
  24:23,24 25:1
  27:14 28:12 30:23
  31:3,5,8,12,14
  32:11 33:7 34:17
  35:1 36:13,23,24
  39:13,25 40:11
  41:14 43:10 44:1
  45:25 46:18,21,23
  49:3,23,24 50:1,4
  50:11,13,22 51:23
  53:10 54:2,17,25
  55:15,22 56:11
  58:12,22 59:1
  60:17,24 61:6,10
  62:4,14 64:13
  65:1,25 66:21
  67:2,11,17,25 70:2
  70:10,21,25 71:2,9
  71:21 72:22 75:6
  76:11 78:2,4,5
  79:9,14 80:3,12,23
  81:1 82:3 83:9,24
  85:9,15 86:14,15
  87:3 88:17 89:9
  89:23 90:1,19
  92:8
**rims** 25:17
**rinsed** 52:23
**road** 2:18 3:5
**rocker** 61:22
**rode** 32:23

**roman** 17:11
**romeo** 30:6,18
**rotated** 47:9,12
**rotating** 11:18
**route** 68:17 72:21
  72:23
**row** 83:25
**rpr** 1:23 96:25
**rules** 7:4 94:3
**run** 7:3 17:25
  34:22 35:18
**rv** 84:13,14,16,22
  84:24 85:4

**S**

**s** 4:5 5:1 15:23
  42:17
**safe** 33:20,24
**safety** 40:1
**sake** 22:13 39:25
**sale** 18:7
**sales** 32:25
**san** 16:17
**saw** 61:18 62:9
**saying** 71:16 75:9
**says** 17:11 47:5
  50:4 89:23
**scare** 48:18
**scares** 48:17
**scary** 47:6
**scrape** 48:20
**scratched** 61:25
**second** 7:19 19:7
  43:16,17 44:1
  46:16 79:14
**secure** 47:19
**see** 18:1,7 21:11
  23:24 24:10 37:5
  57:24 58:17 59:15
  60:3 61:10 69:23
  74:3,13 75:15
  77:20 79:12,14

[see - sure]

| | | | |
|---|---|---|---|
| 86:5,7 90:4 | significant 10:3 | southern 1:2 2:2 | steer 87:10 |
| seeing 58:2,23 | 30:1 46:6 53:20 | sparkly 60:4 | steering 45:9 |
| 59:13,18 62:6,9 | signs 73:25 | speak 90:25 | 69:18 87:8 88:3,7 |
| seen 17:4 22:16 | similar 32:10 | speakers 71:23 | 91:20 93:13 |
| 37:9 39:23 91:6 | 73:17 | speaking 7:22 | stick 30:24 |
| 91:13 | single 59:17 67:23 | 89:22 | sticking 27:14 |
| sell 25:20 | 67:24 70:23 | specific 6:24 79:5 | sticks 30:5 |
| send 94:3 | sisters 26:17 | 81:21 | stipulate 94:1 |
| sent 39:15 | sit 79:6 80:9 | specifically 63:22 | stipulated 94:19 |
| september 1:16 | sitting 7:10 | 63:25 | 94:20 |
| 2:20 6:1 96:23 | six 20:9 42:1 75:5 | spell 6:10 | stolen 94:9 |
| serena 15:23,24 | 79:1 92:13 | spinning 25:17 | stop 69:4,6 |
| 41:12,16,24 92:15 | skip 49:11 | splatter 58:5,12 | stopped 77:21,25 |
| service 23:10,15 | slight 22:24 | splotchy 59:8 | stranded 91:17 |
| 42:16,17,22 43:1 | slow 67:7 | spoke 90:14 | street 14:3 15:1,6 |
| 43:11 44:4 46:4 | sluggish 66:24 | spot 70:15,23,25 | 48:17 |
| 55:19,23 61:3 | 67:2 | 72:9 | streets 68:24,25 |
| 64:10,15,21 65:12 | sluggishness 69:2 | squeak 88:5 | stretch 71:4 72:8 |
| 73:15,19,20,23 | 93:1 | squeaking 87:10 | strike 42:20 49:12 |
| 74:5,13 76:9 | smaller 74:24 | 87:14,18 88:3,7 | 52:15 |
| 85:19 87:22,24 | smoothly 7:5 | 91:20 93:13 | study 11:7 |
| 89:8 90:9 91:1 | software 79:20 | stack 17:18 18:16 | stuff 9:5,12 34:22 |
| services 40:3 | solara 28:21 29:7 | 18:23 | subject 15:8,9,10 |
| set 18:8 96:7 | 29:12,17 | stand 30:11 | 15:16,25 16:3 |
| shaking 8:1,7 | solely 51:24 | start 37:11 | 18:5 19:14 21:20 |
| shoot 24:1 | solid 59:5,6 | started 38:1 70:5 | 26:23 27:16,23 |
| shop 30:2 47:18 | somebody 40:24 | starts 60:5 | 28:1,2,13,16,20 |
| shorthand 2:21 | 41:4 73:20 | state 6:10 11:6 | 29:18,22 32:16,18 |
| 96:3,11 | somewhat 7:9 | 95:11 96:4 | 34:19 36:1,7,16 |
| shortly 49:6 | 47:7 54:13 | stated 95:8 | subscribed 96:21 |
| show 8:6 9:1 | soon 59:21 | states 1:1 2:1 26:7 | substance 43:13 |
| showed 16:2 88:2 | sorry 14:2,3 40:8 | 40:1 57:22 69:24 | suite 2:18 3:6,12 |
| shows 21:19 45:10 | 49:12 69:18 76:12 | 77:10 | super 66:24 84:5 |
| 73:24 | 77:19 93:2 | static 74:12 | suppose 18:18 |
| side 57:25 58:5,13 | sort 18:7 68:23 | staticky 72:9 | supposed 18:15 |
| 58:16 68:24 69:19 | sound 31:12 71:14 | station 48:25 | 80:14,17 |
| 73:3 | 71:24 72:1 | status 44:11 | sure 6:23 11:25 |
| sides 58:20 | sounds 44:19 | staying 38:8,11 | 19:3 38:15,18 |
| signature 89:17,20 | 45:24 71:19 74:21 | 84:10,11 | 41:17 52:2 58:4 |
| 90:2,4,6 94:5 | south 14:3,22,25 | stays 38:4 | 70:13 71:16,22 |
| 96:24 | 15:6,14 | | 72:7 79:22 86:18 |

[surprised - two]

| | | | |
|---|---|---|---|
| **surprised** 39:8 | **testifying** 96:9 | 20:24 25:5,8 | **title** 12:15 |
| **swapped** 50:5,7,20 | **testimony** 10:20 | 27:13,22 28:2,15 | **today** 7:25 8:22 |
| **sworn** 6:6 | 44:23 96:13 | 30:7 31:5,15 | 10:20 17:24 18:3 |
| **symbols** 91:7 | **text** 23:9,14,18 | 35:10 36:8 37:1 | 19:13 22:13 29:19 |
| **system** 81:2,5 | **texting** 23:16 | 45:17 46:16 49:11 | 34:4,7,13 62:12 |
| **t** | **thank** 94:18 | 49:24 51:15 54:5 | 65:23 69:8 72:20 |
| **t** 4:5 5:1 | **theirs** 43:5 | 55:11 56:16,24 | 79:6 |
| **taillight** 36:22 | **thereof** 95:6 | 57:2,6 58:23 | **token** 8:3 |
| 37:1 | **thing** 7:8,19 36:22 | 59:24 60:20 63:3 | **told** 39:5 46:5 |
| **takata** 43:8 86:1 | 38:9 70:13 90:19 | 64:17 65:5 66:4 | 53:22 73:11 |
| **take** 6:16 7:12,22 | **things** 4:8 8:9 21:5 | 66:11 68:7,8,9 | **top** 40:1 |
| 8:9 9:21 19:16 | 21:6 35:18 39:9 | 69:15 70:5,11,23 | **torque** 47:20 |
| 20:10,13 28:9 | 39:13 45:24 47:8 | 71:14 74:16,25 | **towed** 25:3 |
| 30:1 32:2,5,8 45:3 | 64:20 74:7,12,14 | 77:6 78:22 79:1 | **toyota** 28:21 29:7 |
| 49:4,19 51:19 | 74:17,25 | 79:22 80:19 81:11 | 29:12,17 |
| 54:9 55:15 60:24 | **think** 9:4 10:1 | 83:3 84:7,8,12 | **transcribed** 94:16 |
| 63:7 64:7 65:8 | 13:10 18:2,21 | 86:11,22,23 88:6,9 | 96:11 |
| 66:15 68:9,17,24 | 21:1,12 22:18 | 88:21 89:10,12 | **transcript** 9:24 |
| 74:11,13 76:19 | 23:8,13 24:16 | 92:1,1,11 93:4,8 | 94:4 96:12,15,17 |
| 78:13 81:14 82:10 | 28:23 29:24 30:23 | 93:16 94:21 96:7 | **transfer** 18:9 |
| 83:6 85:15 86:23 | 31:2 34:2 36:6,11 | **times** 8:4,22 20:6 | **transiently** 84:5 |
| 88:25 | 37:8 39:17 42:2 | 20:9,20,23 34:14 | **treiber** 40:3 |
| **taken** 2:17 6:19 | 42:17 58:4,11 | 35:25 37:17 40:22 | **trial** 10:6 |
| 7:3 8:3 10:9,13,16 | 60:3 61:9 70:10 | 41:19,21,24 56:1 | **tried** 25:20 |
| 20:20,22 35:20,23 | 75:23 78:9,15 | 57:13 59:15 67:20 | **trim** 69:18 |
| 37:15 78:19 96:6 | 80:19,24,25,25 | 74:21,23 75:2,5,22 | **trip** 36:4 |
| **takes** 74:1 | 84:4 91:25 93:12 | 75:23 76:1 79:5 | **triple** 21:16 |
| **talk** 72:5,7 | 93:17 | **tinted** 25:15 | **trips** 35:20,23 |
| **talked** 15:18 26:10 | **thinking** 12:4 | **tire** 45:5,16 46:11 | 36:10 78:9 |
| 42:15 46:15 91:19 | **third** 31:10 43:19 | 47:18 62:23 63:20 | **true** 95:7,9,11 |
| **talking** 36:24 | 77:8 | 63:23 64:18 70:9 | 96:13 |
| 74:12 | **thirty** 68:11 | 74:11,25 75:5,23 | **truth** 7:15 |
| **technically** 39:19 | **thought** 70:7,14 | 76:1 90:11 91:9 | **try** 9:1 72:13 |
| **tell** 7:14 8:18 9:9 | 70:14 | 91:12 92:16,20,23 | **trying** 59:16 |
| 38:10 46:10 | **three** 12:14 30:14 | 93:4,16 | **turn** 17:10 31:1 |
| **tells** 17:8 | 41:23 43:19 45:17 | **tires** 11:18 20:4,7 | 38:14 44:1 90:1 |
| **tennessee** 14:16 | 60:9 83:24 | 36:17 44:19 45:1 | **turning** 38:19,23 |
| **test** 9:19 32:2,5,19 | **time** 9:5,11,25 | 45:11,12,13 47:8 | **turns** 7:22 |
| 33:21 | 10:6 11:14,22 | 47:11 53:11 58:19 | **two** 14:13 21:20 |
| **testifies** 6:6 | 13:1,18 17:8 | 58:19 77:7 80:25 | 24:1 42:23 43:11 |
| | 18:21 19:23 20:1 | 90:20 | 67:15 75:18 91:11 |

[two - weird]

93:9
**type** 40:13
**types** 33:13 35:18
  64:19 73:24
**typical** 9:1 42:7,8
**typically** 35:17
  40:23,24 41:4
  45:21 48:14,15
  55:22 57:10 68:17
  73:18 93:10

**u**

**u.s.a.** 6:15,18
**uh** 31:16 88:8
  89:19 91:21
**undersigned** 96:3
**understand** 7:17
  8:14,19 9:16 10:7
  15:12 17:17 42:9
  46:21 59:16
**understanding**
  24:18,20 38:16
  40:10,13,17 46:25
  67:17
**understood** 8:20
  77:21
**unfortunately**
  30:6
**unit** 79:20
**unite** 12:10,10,12
  12:15 13:13,24
  35:1,9 41:3 68:13
  68:18 77:21 78:4
**united** 1:1 2:1
**unusual** 42:6
**update** 43:18
  79:18,19 83:22
  86:6,11,20,22
**updated** 79:12,21
**updates** 79:17
**upfront** 24:19,25

**usa** 1:8 2:8 22:23
  22:25 23:4 39:16
  39:22 40:2
**use** 9:1 34:21 35:3
  35:17 72:5
**usually** 34:16 38:3
  41:10 45:15,16
  73:25

**v**

**v** 16:13
**value** 25:23
**variations** 68:24
**various** 17:25
**vegas** 78:20
**vehicle** 8:5,11 15:8
  15:9,16,25 16:3
  17:16 18:6,9,13,19
  18:22 19:9,14,16
  19:23 20:7 21:2,7
  21:9,13,20,25 22:6
  22:13 24:18,23
  25:3,13,20,23
  26:14,19,23 27:17
  27:22 28:1,2,13,16
  28:20 29:10,18,22
  31:3,6,22,25 32:2
  32:5,6,16,19 34:1
  34:3,11,17,19,25
  35:20 36:1,3,7,16
  39:2 40:14,22
  41:4,8,22,25 44:21
  45:7,10 46:22
  47:1,20 48:4,12,14
  49:25 51:7,7,9,14
  51:25 52:12 54:4
  55:1,4,10,19,23
  56:7,19 57:6,7,11
  57:14,18 58:7,10
  58:20,25 59:10,15
  59:19,24 60:14,19
  61:3,6,14,15 62:6

62:11,22 63:2,14
  63:18 64:10,13,17
  65:4,12,15,19,23
  66:10,18 67:9
  69:8 71:24 76:2
  76:23 77:1,6
  78:11,19 79:7
  81:2,5,10,25 82:6
  82:18,22 83:3,14
  83:17 85:5,12,19
  85:22 87:4,8,13
  88:2,20 89:3,6,10
  90:8 91:7,16,24
  92:7,10,19,22,25
  93:13,15,18
**vehicles** 26:22,25
  27:17 28:12,15
  29:16,21 33:9,13
  48:10
**verbal** 7:25 8:10
**versus** 20:21
**vice** 40:3
**videos** 21:6,8
**videotaped** 4:7
**visit** 37:3 46:15
  57:7 58:7 62:6,18
  69:11,21 70:11
  80:1,7,24 86:16
  90:13,17
**visited** 20:3
**vista** 14:15 15:22
**visually** 60:3
  61:10,20
**volume** 65:21
**vs** 1:7 2:7

**w**

**wait** 54:14 80:3,10
  83:21
**waited** 80:5,13
**waiting** 43:5

**wallace** 3:4 19:1
  21:22 24:3,12
  30:3 31:18 39:11
  47:15 52:4 72:12
  73:7 75:19 79:24
  84:18 94:14,20
**wallet** 9:4,7,10,13
**want** 8:4,7,25
  17:25 22:24 32:12
  33:19 71:21,21
**wanted** 18:20
  30:21
**warning** 91:6
**warranty** 30:8
**wash** 51:24 52:1
  52:12 53:13,18,21
  54:19,23 55:4
  59:21,24 60:10
  63:11,21 76:3
  79:23 80:16 81:18
  81:25 82:15,19
  83:10,18
**washed** 52:16 60:2
  63:14
**washes** 52:8 70:8
  83:25 84:3
**water** 30:13
**way** 38:23 50:11
  54:20 62:1 63:12
  81:19 82:16 83:11
**waze** 35:14 68:21
**we've** 22:16 60:25
  82:11
**website** 25:23
**wednesday** 1:16
**week** 34:15,16,19
  35:15 40:23
**weeks** 21:21 24:1
  30:14 75:18
**weird** 66:24 70:22

**[went - z]**

went   9:5,11 11:6
　75:3 80:19 86:4
west   13:10
wet   59:8
wheel   45:9 50:5
　58:3 69:18 88:3,7
　91:20 93:13
wheels   47:21 50:7
　50:10,11,12,13,22
　50:23 51:1 57:22
　58:25 59:19
whereof   96:21
whiptail   13:16,17
white   59:11 60:4
wife   47:7
william   1:5 2:5 3:4
　3:16 14:6 40:5
wilshire   3:12
windows   25:15
witness   4:7 12:3
　31:19 52:6 70:18
　73:9 80:1 84:19
　96:21
witnesses   96:8
wondering   18:16
work   5:10 11:13
　19:17 35:3,9,15
　41:2,3 57:11,16
　66:23 67:21 68:1
　68:6,6,10 72:25
　73:24 76:6 77:18
worked   12:21
　13:23
working   8:8 12:6
　12:9,12,22 13:5,18
　33:1 34:25 35:5
　68:12 77:21,23,25
　78:3
worrisome   46:1
write   80:17

writes   73:23
writing   7:20 44:13
writings   18:5 19:8
　21:1,6 22:11,17,22
written   23:3,7
　24:15 39:15
wrong   37:5
wrote   44:10
wvgx   1:7 2:7

| x |
|---|

x   4:1,5 5:1

| y |
|---|

y   14:19
yeah   32:7 38:20
　39:10 85:2 86:19
year   27:3 28:22
　88:14
years   12:14,18
　14:23 43:5 47:17
yeses   7:25
younger   41:11

| z |
|---|

z   16:13

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**

OMB Control No.:  2127-0004

# Part 573 Safety Recall Report          19V-010

**Manufacturer Name :**  Mercedes-Benz USA, LLC.
**Submission Date :**  JAN 09, 2019
**NHTSA Recall No. :**  19V-010
**Manufacturer Recall No. :**  NR



**NHTSA**
NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION

---

**Manufacturer Information :**
Manufacturer Name :  Mercedes-Benz USA, LLC.
Address :  13470 International Parkway
Jacksonville FL 32218
Company phone :  1-877-496-3691

**Population :**
Number of potentially involved : 288,779
Estimated percentage with defect :   1 %

---

**Vehicle Information :**

Vehicle  1 :  2012-2014 Mercedes-Benz C250
Vehicle Type :  LIGHT VEHICLES
Body Style :  4-DOOR
Power Train :  GAS
Descriptive Information :   GF4H 204.047 44,240 vehicles.The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates :  MAR 21, 2011 - MAY 15, 2014
VIN Range  1 : Begin :             NR            End :  NR          ☐ Not sequential

---

Vehicle  2 :  2012-2015 Mercedes-Benz C250 COUPE
Vehicle Type :  LIGHT VEHICLES
Body Style :  2-DOOR
Power Train :  GAS
Descriptive Information :   GJ4H 204.347 12,262 Vehicles.The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates :  APR 09, 2011 - JUN 12, 2015
VIN Range  1 : Begin :             NR            End :  NR          ☐ Not sequential

---

Vehicle  3 :  2010-2011 Mercedes-Benz C300
Vehicle Type :  LIGHT VEHICLES
Body Style :  4-DOOR
Power Train :  GAS
Descriptive Information :   GF5E 204.054 2,932 Vehicles. The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates :  JUN 11, 2009 - JUL 04, 2011

---

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report          19V-010

| | | |
|---|---|---|
| VIN Range 1 : Begin : | NR | End : NR ☐ Not sequential |

| | |
|---|---|
| Vehicle 4 : | 2010-2012 Mercedes-Benz C300 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GF8B 204.081 29,809 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | JUN 03, 2009 - JUN 12, 2012 |
| VIN Range 1 : Begin : | NR                End : NR        ☐ Not sequential |

| | |
|---|---|
| Vehicle 5 : | 2012-2014 Mercedes-Benz C350 |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GF5H 204.057 1,870 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | APR 21, 2011 - APR 14, 2014 |
| VIN Range 1 : Begin : | NR                End : NR        ☐ Not sequential |

| | |
|---|---|
| Vehicle 6 : | 2013-2014 Mercedes-Benz C300 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GF8A 204 080 41,074 Vehicles. The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | FEB 14, 2012 - MAY 15, 2014 |
| VIN Range 1 : Begin : | NR                End : NR        ☐ Not sequential |

| | |
|---|---|
| Vehicle 7 : | 2010-2011 Mercedes-Benz C350 |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GF5G 204.056 425 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | JUN 18, 2009 - JUL 07, 2011 |
| VIN Range 1 : Begin : | NR                End : NR        ☐ Not sequential |

# Part 573 Safety Recall Report          19V-010

|  |  |
|---|---|
| Vehicle 8 : | 2012-2015 Mercedes-Benz C350 COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GJ5H 204.357 1,421 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : JUN 22, 2011 - JUN 10, 2015

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

|  |  |
|---|---|
| Vehicle 9 : | 2010-2014 Mercedes-Benz C63 AMG |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GF7H 204.077 1,015 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : JUL 02, 2009 - APR 24, 2014

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

|  |  |
|---|---|
| Vehicle 10 : | 2012-2015 Mercedes-Benz C63 AMG COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GJ7H 204.377 1,125 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : MAY 06, 2011 - MAY 29, 2015

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

|  |  |
|---|---|
| Vehicle 11 : | 2015-2017 Mercedes-Benz E400 CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KK6F 207.465 7,432 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : SEP 02, 2014 - DEC 21, 2016

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

# Part 573 Safety Recall Report    **19V-010**

| | |
|---|---|
| Vehicle 12 : | 2013-2015 Mercedes-Benz GLK250 BLUETEC 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | DIESEL |
| Descriptive Information : | GG0E 204.904 8,519 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 01, 2012 - MAY 20, 2015 |
| VIN Range 1 : Begin : | NR          End :  NR          ☐ Not sequential |

| | |
|---|---|
| Vehicle 13 : | 2012-2015 Mercedes-Benz C350 COUPE 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GJ8J 204.388 2,633 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 02, 2011 - JUN 15, 2015 |
| VIN Range 1 : Begin : | NR          End :  NR          ☐ Not sequential |

| | |
|---|---|
| Vehicle 14 : | 2012-2014 Mercedes-Benz E350 4MATIC COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KJ8J 207.388 3,521 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | OCT 10, 2011 - SEP 15, 2014 |
| VIN Range 1 : Begin : | NR          End :  NR          ☐ Not sequential |

| | |
|---|---|
| Vehicle 15 : | 2011-2011 Mercedes-Benz E350 CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KK5G 207.456 1,775 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 12, 2009 - APR 19, 2011 |
| VIN Range 1 : Begin : | NR          End :  NR          ☐ Not sequential |

# Part 573 Safety Recall Report

## 19V-010

| | |
|---|---|
| Vehicle 16 : | 2012-2014 Mercedes-Benz E350 CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KK5K 207.459 11,407 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : APR 06, 2011 - SEP 24, 2014

VIN Range 1 : Begin :          NR          End : NR          ☐ Not sequential

| | |
|---|---|
| Vehicle 17 : | 2010-2011 Mercedes-Benz E350 COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KJ5G 207.356 1,193 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : MAR 10, 2009 - MAY 17, 2011

VIN Range 1 : Begin :          NR          End : NR          ☐ Not sequential

| | |
|---|---|
| Vehicle 18 : | 2012-2014 Mercedes-Benz E350 COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KJ5K 207.359 6,767 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : MAY 25, 2011 - SEP 02, 2014

VIN Range 1 : Begin :          NR          End : NR          ☐ Not sequential

| | |
|---|---|
| Vehicle 19 : | 2015-2017 Mercedes-Benz E400 4MATIC COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KJ6H 207.367 3,592 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : MAY 17, 2014 - DEC 12, 2016

VIN Range 1 : Begin :          NR          End : NR          ☐ Not sequential

# Part 573 Safety Recall Report

## 19V-010

|  |  |
|---|---|
| Vehicle 20 : | 2015-2017 Mercedes-Benz E400 COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KJ6F 207.365 4,176 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : SEP 01, 2014 - DEC 12, 2016

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

|  |  |
|---|---|
| Vehicle 21 : | 2011-2011 Mercedes-Benz E550 CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KK7C 207.472 849 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : NOV 10, 2009 - MAY 23, 2011

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

|  |  |
|---|---|
| Vehicle 22 : | 2012-2017 Mercedes-Benz E550 CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KK7D 207.473 3,596 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : AUG 25, 2011 - DEC 14, 2016

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

|  |  |
|---|---|
| Vehicle 23 : | 2010-2011 Mercedes-Benz E550 COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KJ7C 207.372 478 Vehicles |

The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : MAR 13, 2009 - MAY 30, 2011

VIN Range 1 : Begin :          NR          End :  NR          ☐ Not sequential

# Part 573 Safety Recall Report

## 19V-010

Vehicle 24 : 2012-2017 Mercedes-Benz E550 COUPE
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : KJ7D 207.373 1618 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates : SEP 07, 2011 - NOV 25, 2016
VIN Range 1 : Begin : 　　NR　　End : NR　　☐ Not sequential

Vehicle 25 : 2013-2015 Mercedes-Benz GLK350
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : GG5H 204.957 32,763 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates : JAN 27, 2012 - JUN 09, 2015
VIN Range 1 : Begin : 　　NR　　End : NR　　☐ Not sequential

Vehicle 26 : 2010-2012 Mercedes-Benz GLK350 4MATIC
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : GAS
Descriptive Information : GG8H 204.987 18,706 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates : SEP 03, 2008 - JUN 14, 2012
VIN Range 1 : Begin : 　　NR　　End : NR　　☐ Not sequential

Vehicle 27 : 2011-2014 Mercedes-Benz SLS AMG
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : RJ7H 197.377 519 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates : DEC 22, 2009 - MAR 22, 2014
VIN Range 1 : Begin : 　　NR　　End : NR　　☐ Not sequential

# Part 573 Safety Recall Report          19V-010

| | |
|---|---|
| Vehicle 28 : | 2010-2012 Mercedes-Benz GLK350 |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | GAS |
| Descriptive Information : | GG5G 204.956 1,578 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | MAR 17, 2009 - JUL 16, 2012 |
| VIN Range  1 : Begin : | NR          End :  NR          ☐ Not sequential |

| | |
|---|---|
| Vehicle 29 : | 2013-2015 Mercedes-Benz GLK350 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | GAS |
| Descriptive Information : | GG8J 204.988 41,108 Vehicles. |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | FEB 01, 2012 - JUN 19, 2015 |
| VIN Range  1 : Begin : | NR          End :  NR          ☐ Not sequential |

| | |
|---|---|
| Vehicle 30 : | 2013-2014 Mercedes-Benz SLS-AMG |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | RJ7J 197.378 102 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 13, 2012 - JUN 18, 2014 |
| VIN Range  1 : Begin : | NR          End :  NR          ☐ Not sequential |

| | |
|---|---|
| Vehicle 31 : | 2013-2014 Mercedes-Benz SLS AMG CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | RK7J 197.478 133 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators.  Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 15, 2012 - JUN 26, 2014 |
| VIN Range  1 : Begin : | NR          End :  NR          ☐ Not sequential |

# Part 573 Safety Recall Report                    19V-010

| | |
|---|---|
| Vehicle 32 : | 2012-2012 Mercedes-Benz SLS AMG CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | RK7H 197.477 141 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | JUL 01, 2011 - OCT 02, 2012 |
| VIN Range  1 : Begin : | NR          End :  NR                    ☐ Not sequential |

**Description of Defect :**

Description of the Defect :   Certain Mercedes-Benz vehicles are equipped with passenger-side front airbags provided by the supplier Joyson Safety Systems (JSS) / TK Global LLC ("Takata"). On January 2, 2019 Takata filed another Defect Information Report with NHTSA announcing a defect in some of the subject inflators.

Daimler AG ("DAG"), the manufacturer of Mercedes-Benz vehicles, is not aware of any confirmed field incidents with the subject Takata PSPI-2 inflators. However, based on the information above and out of an abundance of caution, DAG will conduct a voluntary recall of the vehicles equipped with the subject Takata PSPI-2 inflators in zones A, B, and C in the United States as identified by Takata in the Defect Information Report.

FMVSS 1 :   NR

FMVSS 2 :   NR

Description of the Safety Risk :   According to Takata, activation of a non-desiccated ammonium nitrate inflator with degraded propellant may cause the inflator to rupture and explode. An exploding inflator may cause metal fragments to pass through the air bag and into the vehicle interior at high speed, which may result in injury or death to vehicle occupants.

Description of the Cause :   According to Takata, "... The propellant wafers in some of the subject inflators may degrade over time, which could lead to over-aggressive combustion in the event the air bag is activated. Overly aggressive combustion creates excessive internal pressure when the inflator is activated, which may cause the inflator body to rupture. Based upon Takata's and TK Global's investigation to date, the potential for such ruptures occurs in some of the subject inflators after several years of exposure to persistent conditions of high absolute humidity, high temperatures, and high temperature cycling. The potential for rupture may also be influenced by other factors, including the specific vehicle environment, the inflator and propellant configuration, and manufacturing variability."

Identification of Any Warning that can Occur :   None

# Part 573 Safety Recall Report          19V-010

**Supplier Identification :**

**Component Manufacturer**

    Name : TK Holdings / Joyson Safety Systems

 Address : Bahnweg 1
           Achaffenburg FOREIGN STATES 63743

 Country : Germany

---

**Chronology :**

On January 2, 2019, Takata submitted a Defect Information Report to NHTSA per the schedule agreed to by NHTSA in the May 4, 2016 Amendment to the Coordinated Remedy Order. DAG decided to recall the corresponding vehicles with the subject Takata PSPI-2 inflators in accordance with the 3rd Amendment to the Consent Order. This step is taken by DAG as a reaction to Takata's filing of the Defect Information Report and out of an abundance of caution.

---

**Description of Remedy :**

Description of Remedy Program :  Authorized Mercedes-Benz dealers will replace the passenger-side front airbag modules in the potentially affected Mercedes-Benz vehicles. Mercedes-Benz USA will provide notice regarding pre-notice reimbursement to owners in the customer letter.

How Remedy Component Differs from Recalled Component :  The remedy component does not contain PSAN propellant.

Identify How/When Recall Condition was Corrected in Production :  NR

---

**Recall Schedule :**

Description of Recall Schedule :  Owners will be notified by an interim letter starting in early February 2019.

Dealers will be notified of the pending voluntary recall campaign in or about January 2019. A copy of all communications will be provided when available.

Planned Dealer Notification Date :  JAN 16, 2019 - NR

Planned Owner Notification Date :  FEB 01, 2019 - NR

* NR - Not Reported

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**



**IMPORTANT SAFETY RECALL INTERIM NOTICE**
This notice applies to your vehicle
VIN: WDDGJ8JB1FG421404
Replace Passenger-side Airbag Module
MBUSA Recall #2019010001 – PND TAK PHASE 4

**Mercedes-Benz USA, LLC**

**Christian Treiber**
Vice President
Customer Services

 

February, 2019

2019010001
WDDGJ8JB1FG421404
William R McGee
1601 S Pacific St Unit B2
Oceanside, CA 92054-5817

⁞|ᵢ|ᵢ||||||ᵢ|ᵢ₁₁₁||ᵢᵢ₁₁||||ᵢᵢ₁||ᵢ₁ᵢ₁||ᵢᵢ||ᵢ||ᵢₚ₁₁||||||

> - A safety defect exists in your vehicle.
> - Remedy parts are not yet available for your vehicle.
> - We will contact you again once parts are available.

Dear Mercedes-Benz Owner:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

Mercedes-Benz USA has decided that a defect, which relates to motor vehicle safety, exists in certain Model Year 2010–2017 C-Class, E-Class Coupe/Cabrio, GLK-Class, and SLS-Class Mercedes-Benz vehicles. Our records indicate that your vehicle is included in the affected population of vehicles.

| | |
|---|---|
| *What is the CONCERN?* | The passenger-side airbag in your vehicle is affected by this recall based on the defect decision of TK Holdings, Inc. ("Takata"). Under certain circumstances during a crash that necessitates frontal airbag deployment, the defect in your passenger-side airbag inflator may cause the airbag to explode. **A passenger-side inflator explosion during deployment could result in sharp metal fragments striking the front passenger or other occupants, possibly causing serious injury or death.** |
| *What will MBUSA do?* | We want to assure you that Mercedes-Benz USA, through our parent company Daimler AG, is taking all necessary measures to remedy this situation for you. We are also working closely with the National Highway Traffic Safety Administration ("NHTSA") and airbag suppliers to provide a remedy as soon as possible, and to prioritize repairs according to risk factors identified through testing. **Unfortunately, replacement parts are not yet available for your vehicle, but we will contact you again once parts become available.** You may visit **www.mbusa.com/recall** and enter your vehicle model, Model Year, and State your vehicle is registered to check when remedy parts will be available. |
| *What should YOU do?* | As soon as a suitable replacement part is available for your vehicle, we will send another letter notifying you to bring your vehicle to your local Authorized Mercedes-Benz dealer to repair your vehicle **free of charge.** In the meantime, **please visit www.MBUSA.com/mercedes/recall** and **enter your 17 digit Vehicle Identification Number** ("VIN") in the VIN Look-up tool, then **enter your most recent contact information.** We also encourage you to sign up for recall alerts at **www.nhtsa.gov/alerts.** |


To enter your most recent contact information from your smartphone, scan the QR code to the left.

| | |
|---|---|
| *Information for Owners* | In the event that you are no longer the vehicle owner, or have had a change of address, please complete the reverse side and return the updated information in the enclosed envelope. If this is a leased vehicle and the lessor and registered owner receive this notice, please forward this information by first class mail to the lessee within 10 business days to comply with Federal Regulations. |

For additional questions about this recall, please visit www.mbusa.com, and select "Contact Us," to view our Frequently Asked Questions (keyword "Takata"). To contact the MBUSA Customer Assistance Center, use the "Email/Write" section under Customer Support, or call our Takata hotline at 1-877-496-3691.

If an authorized Mercedes-Benz dealer for any reason is unable to remedy the situation without charge, or within a reasonable amount of time, pursuant to law 49 U.S.C. Chapter 301, you may submit a complaint to the Administrator, NHTSA, 1200 New Jersey Avenue, S.E., Washington, D.C. 20590 or call the toll-free Auto Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153); or go to http://www.safercar.gov.

We apologize for any inconvenience this situation may cause you, but your safety is of utmost concern to Mercedes-Benz.

Sincerely,

*[signature]*

Mercedes-Benz USA, LLC
A Daimler Company
One Mercedes-Benz Drive
Sandy Springs, GA 3032E
Phone (770) 705-060C

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**

| From: | Tony Greco |
|---|---|
| To: | "Deanna Wallace"; "William R Mcgee" |
| Cc: | Benson Douglas; "Debbie Dahlen (DDahlen@lehrmanlawgroup.com)"; "Carrie Maseredjian"; Grace Sagara; Tra"Shon Pugh |
| Subject: | McGee v. MBUSA: Meet and Confer in Advance of MSJ |
| Date: | Monday, December 9, 2019 7:17:00 PM |

Hi Deanna and Bill:

I actually do not see a requirement that we comply with Rule 7-3 and meet and confer before MBUSA files a MSJ or in the alternative MSA, and it also looks like we've still got some time. I thought originally the Motion had to be heard before 1/24 but a second review looks like it just needs to be filed before then. Regardless, and out of an abundance of caution in case I missed something in the local rules, MBUSA's position is generally summed up in the below.

If you guys have a chance we can certainly discuss it but I think you're kind of aware of the arguments anyway. If you have an opportunity to talk tomorrow, please let me know:

**A.   Federal Preemption**

State law is preempted when it "conflicts with, or frustrate[s] federal law." People v. Burlington Northern Santa Fe Railroad, 209 Cal. App. 4th 1513, 1521 (2012). Preemption is not limited to state statutes or regulations, but extends to judgments entered on state law claims. Indeed, the Supreme Court repeatedly has found that "[state] regulation can be as effectively exerted through an award of damages as through some form of preventive relief." (Cipollone v. Liggett Group, 505 U.S. 504, 521 (1992) (citation omitted).) This is because "[t]he obligation to pay compensation can be, indeed is designed to be, a potent method of governing conduct and controlling policy." (Id.; see also Pokorny v. Ford Motor Co., 902 F.2d 1116, 1122 (3d Cir. 1990) ["[C]ommon law liability may create a conflict with federal law, just as other types of state law can."].)

The Federal Safety Act authorizes the United States Secretary of Transportation to commence proceedings related to potential motor vehicle safety defects. (49 U.S.C. § 30166.) The Safety Act's sweeping provisions vest jurisdiction in the Secretary to investigate and to determine whether any motor vehicle contains a safety defect, and, if it does, to require the manufacturer to notify vehicle owners and remedy the defect. (49 U.S.C. §§ 30111, 30118, 30120, subds. (a)(l)(A).)

The Secretary has delegated to the NHTSA authority to administer the Safety Act. (49 C.F.R. §§ 501.1, 501.2.) Therefore, the NHTSA has exclusive authority in "enforcing Federal motor vehicle safety standards and associated regulations, investigating possible safety-related defects, and making non-compliance and defect determinations." (49 C.F.R. § 554.1.) The comprehensive nature of NHTSA's regulatory authority is evidenced by the detailed provisions for the investigation, notification, and remediation of motor vehicle safety defects as set forth in the applicable regulations. (See generally 49 C.F.R. § 501 et seq.; see also In re Bridgestone/Firestone Inc., ATX, ATIII & Wilderness Tires Prods. Liab, Litig., 153 F. Supp. 2d 935, 946 (S.D. Ind. 2001) ["In the Safety Act, Congress set out a comprehensive scheme for providing prospective relief from motor vehicle safety defects."].)

On November 3, 2015, the NHTSA issued a Coordinated Remedy Order (CRO) that established a Coordinated Remedy Program that sets forth the requirements and obligations of certain motor vehicle manufacturers and Takata in connection with the recall and remedy of certain types of

Takata air bag inflators. This CRO has been updated and amended over the last four years to reflect the ongoing needs of the coordinated recall over time. Such amendments and updates are only done with the express authorization and cooperation of manufacturers and the NHTSA. Plaintiff's passenger airbag is subject to the CRO as are MBUSA's responsibilities in how and when it distributes parts. MBUSA cannot distribute the parts before it is allowed to. Allowing plaintiff to argue that the Subject Vehicle is a lemon due to the inadequacy or unavailability of airbag parts would frustrate and interfere with the purposes and objectives of the Coordinated Remedy Program established by NHTSA to best achieve the objective of promoting vehicle safety. In short, plaintiff's theories of liability would transform MBUSA's compliance with federal law into a violation of state law. This is impermissible. Plaintiff's argument that parts were unavailable or delayed in violation of the Song-Beverly Act, is preempted. (See Pliva, 564 U.S. at 617-621, 623-626.)

**B.      Liability Under the Song-Beverly Consumer Warranty Act.**

Plaintiff has admitted that beyond the perceived concerns over the Takata Airbag Recall, his vehicle has otherwise suffered no impairment to its use, value, or safety which was not repaired in a reasonable number of attempts to qualify it for repurchase under an express warranty theory for purposes of Song-Beverly. (Cal. Civ. Code §1793.2, subd. (d)(2)(B).)

MBUSA is, independent of the federal preemption argument, not liable under the Song-Beverly Consumer Warranty Act for this proactive safety recall issued as a result of a defect created by Takata.

Under California Civil Code 1793.2 (b): " . . . [D]elay caused by conditions beyond the control of the manufacturer or its representatives shall serve to extend this 30-day requirement. Where delay arises, conforming goods shall be tendered as soon as possible following termination of the condition giving rise to the delay."

The fact that parts are unavailable is beyond the control of Mercedes-Benz USA, LLC —whether that is attributed to Takata or to the mandates of the NHTSA. MBUSA cannot perform a remedy when it has no parts available. California law never requires impossibilities. (Cal. Civ. Code § 3531.)

MBUSA's position is that the case requires a dismissal.

If you don't have the opportunity to discuss tomorrow we can arrange something telephonically later this week.

Thanks.

Anthony P. Greco
**Lehrman Law Group**
12121 Wilshire Boulevard
Suite 1300
Los Angeles, CA  90025
(424) 208-8414
(310) 917-5677 (FAX)
tgreco@lehrmanlawgroup.com

**Please consider the *environment* before printing this e-mail.**
The information transmitted through this e-mail is intended only for the personal and

confidential use of the recipient(s) named herein.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete the original.

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 12121 Wilshire Blvd., Suite 1300, Los Angeles, CA 90025.

On January 24, 2020, I served, in the manner indicated below, the foregoing document described as **DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, California addressed as follows:

[]  **BY MAIL**: I caused to be delivered by US mail by placing a true copy thereof enclosed in sealed envelopes.  I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[]  **BY GSO OVERNIGHT:**  I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees.

[X]  **CM/ECF**: I caused such document to be delivered to the e-mail address indicated on the attached SERVICE LIST using the CM/ECF system, which sends notice of electronic filing (NEF) to all counsel of record in this action.

[]  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X]  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed January 24, 2020, at Los Angeles, California.

_____
/s/ *Sonja Robertson*
Sonja Robertson

365.436.TG - 00456660.DOC                     1                     3:19-cv-00513 MMA (WVGx)

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE LIST**
**MERCEDES-BENZ USA, LLC/MCGEE, WILLIAM**
**(M127-436)(365.436)**
**Case No. 3:19-cv-00513 MMA (WVGx)**
**Page 1**

Deanna M. Wallace, Esq.                    Attorneys for Plaintiff
Kevin A. Alexander II, Esq.                WILLIAM R. MCGEE
LAW OFFICES OF WILLIAM R. MCGEE, APLC
701 Palomar Airport Road, Suite 250
Carlsbad, CA  92011
(760) 438-1047
(760) 438-1056 (FAX)
DeannaLemonLaw@gmail.com
Kevin.LemonLaw@gmail.com

**DECLARATION OF BENSON Y. DOUGLAS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA,**
**LLC'S MOTION FOR SUMMARY JUDGMENT**