```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5    WILLIAM R. McGEE,              )
                                     )
 6              Plaintiff,           )
                                     )
 7         vs.                       )     Case No. 3:19-cv-00513
                                     )     MMA (WVGx)
 8    MERCEDES-BENZ USA, LLC, and    )
      DOES 1 through 10,             )
 9    inclusive,                     )
                                     )
10              Defendants.          )
      _____/
11
12
13
14             DEPOSITION OF WILLIAM R. McGEE
15                  Carlsbad, California
16             Wednesday, September 4, 2019
17
18
19
20
21    Reported by:
22    BARBARA A. BAKER
23    RPR, CSR No. 13033
24    Job No. 3500380
25    Pages 1 - 77
```

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
WILLIAM R. McGEE,              )
                               )
        Plaintiff,             )
                               )
   vs.                         )   Case No. 3:19-cv-00513
                               )   MMA (WVGx)
MERCEDES-BENZ USA, LLC, and    )
DOES 1 through 10,             )
inclusive,                     )
                               )
        Defendants.            )
_____/
```

Deposition of WILLIAM R. McGEE, taken on behalf of Defendants at 701 Palomar Airport Road, Suite 250, Carlsbad, California, beginning at ** a.m. and ending at ** : P.m. on September 4, 2019, before BARBARA A. BAKER, Certified Shorthand Reporter No. 13033.

Page 2

APPEARANCES:

For Plaintiff:

LAW OFFICES OF WILLIAM R. McGEE, APLC
BY:  DEANNA M. WALLACE
Attorney at Law
701 Palomar Airport Road
Suite 250
Carlsbad, California  92011
760.438.1047
760.438.1056 Fax
deannalemonlaw@gmail.com

For Defendant:

LEHRMAN LAW GROUP
BY:  ANTHONY PAUL GRECO
Attorney at Law
12121 Wilshire Boulevard
Suite 1300
Los Angeles, California  90025
310.917.4500
310.917.5677 Fax
[!E-MAIL2]

Page 3

I N D E X

| | Page |
|---|---|
| EXAMINATION BY MR. GRECO | 6 |

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Second Amended Notice of Taking Videotaped Deposition of Plaintiff William R. McGee and Demand for Production of Documents | 15 |
| Exhibit 2 | Plaintiff's documents produced per Exhibit 1 category requests | 16 |
| Exhibit 3 | Legal C1C Report, Bates MBUSA 000001 - 000004 | 28 |
| Exhibit 4 | Group of documents with cover page entitled "Deal_Lead_Sheet," Bates MBUSA 000520 - 560 | 52 |
| Exhibit 5 | Pre-Invoice Accounting 691945, 04/16/16, Bates MBUSA 000012 - 014 | 61 |
| Exhibit 6 | Pre-Invoice Accounting 693042, 04/22/16, Bates MBUSA 000015 - 016 | 64 |
| Exhibit 7 | Invoice No. 706559, 10/28/16, Bates MBUSA 000020 - 021 | 66 |
| Exhibit 8 | Invoice No. 720159, 05/16/17, Bates MBUSA 000022 - 024 | 67 |
| Exhibit 9 | Invoice No. 732089, 11/02/17, Bates MBUSA 000025 - 027 | 68 |
| Exhibit 10 | Invoice Accounting 736234, 1/05/18, Bates MBUSA 000034 - 037 | 70 |
| Exhibit 11 | Invoice Accounting 749474, 7/17/18, Bates MBUSA 000054 - 55 | 71 |

Page 4

E X H I B I T S
(Continued)

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 12 | Hoehn Motors Work Order 680597, 1/10/19, Bates MBUSA 000065 - 068 | 72 |

Page 5

2 (Pages 2 - 5)

**Page 6**

1　　　Carlsbad, California, September 4, 2019,
2　　　　　　12:51 p.m.
3
4
5　　　　　WILLIAM R. McGEE,
6　　Having been first duly sworn, testifies as follows:
7
8　　　　　　EXAMINATION
9　BY MR. GRECO:
10　　Q　Can you please state and spell your name for
11　the record.
12　　A　William McGee. W-i-l-l-i-a-m, M-c-G-e-e.
13　　Q　All right, Mr. McGee. My name is Tony Greco.
14　And I'm an attorney for Mercedes-Benz USA, LLC.
15　　　We're here to take your deposition regarding a
16　lawsuit, which you filed against Mercedes-Benz USA, LLC.
17　　　Have you ever had your deposition taken before?
18　　A　No.
19　　Q　All right. What do you do for a living,
20　Mr. McGee?
21　　A　I'm am attorney.
22　　Q　Okay. And how many depositions have you taken,
23　if you can estimate for me?
24　　A　This will be a really rough estimate. Maybe a
25　couple hundred.

**Page 7**

1　　Q　Okay. And so do you feel sufficiently
2　comfortable with the process of taking a deposition that
3　there is no need for us to run through all the
4　admonitions before getting started with this today?
5　　A　Yes, I do.
6　　Q　All right. Okay. I do have to ask you: Have
7　you taken any medication in the last 24 hours that you
8　feel would impair your ability to remember any of the
9　events related to this case?
10　　A　I have not.
11　　Q　Okay. Have you had any drugs or alcohol in the
12　last 24 hours that you feel would impair your ability to
13　remember the events of this case?
14　　A　No.
15　　Q　All right. Mr. McGee, what's your date of
16　birth?
17　　A　January 16, 1959.
18　　Q　And you mentioned earlier that you're an
19　attorney.
20　　　Licensed here in the State of California;
21　correct?
22　　A　Yes.
23　　Q　All right. Are you barred in any other states?
24　　A　No.
25　　Q　When did you receive your law degree?

**Page 8**

1　　A　1985.
2　　Q　What kind of law do you currently practice?
3　　A　I specialize in Lemon Law cases.
4　　Q　Is this specifically California Lemon Law?
5　　A　Well, yes; although, I guess I could say my
6　firm also does cases in Nevada and Arizona as well.
7　　　MS. WALLACE: And federal.
8　　　THE WITNESS: And federal cases, yes.
9　BY MR. GRECO:
10　　Q　And what is the name of your firm?
11　　A　The Law Offices of William R. McGee.
12　　Q　Okay. And the Law Offices of William R. McGee
13　is also representing you in this lawsuit; correct?
14　　A　That's correct.
15　　Q　What is the current address for the Law Offices
16　of William R. McGee?
17　　A　701 Palomar Airport Road, Suite 250, Carlsbad
18　California 92011.
19　　Q　You mentioned that you received your California
20　bar license in 1985.
21　　　Have you ever practiced in any areas of law
22　other than the California Lemon Law?
23　　A　Yes.
24　　Q　How long have you been specializing in Lemon
25　Law cases?

**Page 9**

1　　A　Since 1987.
2　　Q　When you say specialize in Lemon Law cases,
3　what do you mean?
4　　A　Well, it's evolved somewhat over time. But by
5　specializing in, I mean that my practice today is by and
6　large exclusively Lemon Law cases or cases under the
7　Song Beverly Consumer Warranty Act.
8　　Q　When you say "by and large," are you able to
9　give me a percentage of how many of your cases are under
10　the Song Beverly Consumer Warranty Act? And a rough
11　estimate is fine.
12　　A　Ninety-nine -- well, 95 percent.
13　　Q　And the other five percent are -- you mentioned
14　that your firm does some work in November and Arizona.
15　　　Is the other five percent made up of the Lemon
16　Law cases in Nevada and Arizona?
17　　A　And federal cases, yes.
18　　Q　As I just deposed your wife, I know that you're
19　married.
20　　　What address do you live at?
21　　A　1601 South Pacific Street, Unit B2, Oceanside,
22　California, 92054.
23　　Q　And how long have you lived there?
24　　A　Since November of 2018.
25　　Q　Does anyone, other than your wife, live with

3 (Pages 6 - 9)

866 299-5127

1 you at that address?
2   A  No.
3   Q  All right.  So this lawsuit is regarding a
4 Mercedes-Benz C350.  If I refer to that as the subject
5 vehicle, do you know what vehicle I'm talking about?
6   A  Yes.
7   Q  The entire time -- strike that.
8      Did you purchase the subject vehicle?
9   A  Yes, I did.
10   Q  And the entire time that you owned the subject
11 vehicle, have you lived anywhere other than the
12 South Pacific address you just gave me?
13   A  Yes.
14   Q  Where else did you live?
15   A  I lived at 14360 Cascade Crossing, Poway,
16 California, until February of 2018.  And then in
17 February 2018, we lived at the Escondido RV Resort in
18 our motor home until we moved into our present address
19 in November of 2018.
20   Q  Did anyone, other than your wife, live with you
21 at that house in Poway while you owned the subject
22 vehicle?
23   A  No.
24   Q  Do you have any children that are older than
25 driving age?

Page 10

1   A  I have two children, both driving age.
2   Q  Okay.  And what are the names of your children?
3   A  Meghan and Patrick.
4   Q  Do they live in California?
5   A  No.
6   Q  Have they lived in California at any point
7 while you owned the subject vehicle?
8   A  Yes.
9   Q  Is Meghan's last name McGee?
10   A  As of a week and a half ago, no.
11   Q  Congratulations.
12   A  Thank you.
13   Q  And so did she live in California up until a
14 week ago?
15   A  No.  She lives in Colorado and moved to
16 Colorado in November of 2015, I believe.
17   Q  To your knowledge, has Meghan ever driven the
18 subject vehicle?
19   A  I don't believe so, no.
20   Q  To your knowledge, has she ever been a
21 passenger in the subject vehicle?
22   A  More than likely.
23   Q  Do you recall any specific times that she was a
24 passenger in the subject vehicle?
25   A  I don't.

Page 11

1   Q  What about Patrick, is his last name McGee?
2   A  Yes.
3   Q  I'm sorry.  What is Meghan's new last name?
4   A  Sloan.
5   Q  S-l-o-a-n?
6   A  That's correct.
7   Q  No "e"?
8   A  No "e."
9   Q  To your knowledge, has Patrick ever been a
10 passenger in the subject vehicle?
11   A  More than likely.
12   Q  To your knowledge, has he ever driven the
13 subject vehicle?
14   A  No.
15   Q  To your knowledge, has Patrick or -- let me do
16 them one at a time.
17      To your knowledge, has Meghan witnessed any
18 problems with the subject vehicle when she was a
19 passenger?
20   A  No.
21   Q  And what about Patrick, to your knowledge, has
22 he witnessed any particular problems with the subject
23 vehicle when he was a passenger?
24   A  No.
25   Q  If I had a pie chart which showed the

Page 12

1 percentage of drivers for the subject vehicle, what
2 percentage of that pie chart would be you as the driver
3 of the vehicle, and what percentage would be the other
4 people?
5   A  I would be somewhere between five and ten
6 percent.
7   Q  And so the other 90 to 95 percent, to your
8 knowledge, what other drivers are there that would make
9 up that 90 to 95 percent?
10   A  My wife.
11   Q  To your knowledge, has your mother-in-law ever
12 driven the subject vehicle?
13   A  Not that I was aware of.
14   Q  I think your wife mentioned that she also has
15 two children.
16      I assume those are your stepchildren?
17   A  Correct.
18   Q  To your knowledge, have they ever driven the
19 subject vehicle?
20   A  To my knowledge, they have not driven the
21 vehicle.
22   Q  Other than yourself and your wife, can you
23 think of anyone that's driven the subject vehicle, to
24 your knowledge?
25   A  Only dealership personnel.

Page 13

4 (Pages 10 - 13)

1   Q   Okay.  Okay.  Mr. McGee, before we do the depo
2  notice, is there any particular reason why you would
3  ever drive the subject vehicle as opposed to your wife
4  driving the subject vehicle?
5   A   Typically, the only time that would occur would
6  be if she needed the Jeep Grand Cherokee because she
7  either needed to haul some stuff that was too big for
8  the Mercedes, or if she were carrying passengers.
9   Q   Okay.  So if she's driving the -- okay.  I also
10  understand -- let me ask you this:  Other than the
11  subject vehicle, are there any other vehicles that you
12  currently own?
13   A   Yes.
14   Q   Okay.  What vehicles do you currently own?
15   A   I also own an Aston Martin, and I own a Monaco
16  Motor Home.
17   Q   And between the Aston Martin and the Jeep and
18  the subject vehicle, are you able to give me an idea of
19  the percentage of time you spend driving each vehicle?
20   A   Yes.
21   Q   Okay.  How would you split those up?
22   A   I would say the Jeep would be 65 percent.  The
23  Aston would be 30 percent or so.  And the Mercedes-Benz
24  might be five percent, if that.
25   Q   Okay.

Page 14

1   A   Yes, it is.
2   Q   Okay.  And I think our firm has been using
3  probably the same deposition notice for several years.
4       Are you generally familiar with what they look
5  like when they come out of Lehrman Law Group?
6   A   I am.
7   Q   Okay.  So you didn't really feel like there was
8  a need for you to go and review it in detail?
9   A   That's correct.
10   Q   Okay.  And I will represent that it is similar
11  to the other deposition notices you've seen before.
12       If you turn to Roman Numeral No. II, along with
13  the date and time, the location of the deposition, it
14  also reflects that certain documents be produced.
15       MR. GRECO:  I am going to go ahead and mark, as
16  Exhibit 2, a copy of the documents that you and your
17  counsel, on your behalf, produced today.
18       (Exhibit 2 marked)
19  BY MR. GRECO:
20   Q   All right.  Mr. McGee, before we get further
21  along into the deposition here, the first thing I wanted
22  to do was just go through the different categories where
23  we requested documents and see if you could think of
24  anything else that might be out there beyond the
25  documents that were produced today.

Page 16

1   A   Probably less than five percent.
2   Q   All right.  So which vehicle do you typically
3  use when you're commuting to work?
4   A   Typically, the Jeep.
5   Q   So are there any particular occasions or
6  reasons when -- reasons why you would use the
7  Aston Martin over the Jeep?
8   A   It's a nice day.  It's a convertible.
9   Q   If you and your wife would be driving together
10  over the weekends, do you typical take the Aston Martin?
11   A   If the weather is such that I could put the top
12  down, then, yes.  On the weekends, it's highly likely
13  that we would be driving the Aston Martin.
14       MR. GRECO:  Let's go ahead and mark, as
15  Exhibit 1, the Amended -- we marked as Exhibit 1 the
16  Second Amended Notice of Taking the Deposition of
17  William R. McGee.
18       (Exhibit 1 marked)
19  BY MR. GRECO:
20   Q   Mr. McGee, have you seen this notice before?
21   A   I think I just briefly saw the cover sheet when
22  it came into our office.
23   Q   Okay.  Are you -- I just want to say, our firms
24  have had several cases together over the years.
25       Is that accurate?

Page 15

1       Did you have an opportunity to review the
2  documents contained in Exhibit 2 before the deposition?
3   A   Not before.  But I have just now.
4   Q   Oh, okay.  All right.
5       MS. WALLACE:  Hold on a second.  He asked about
6  this.  Did you review these documents?
7       THE WITNESS:  Oh, I'm sorry.  I was thinking of
8  Exhibit 1.
9       Before today, I did not review these documents
10  that I have today.
11  BY MR. GRECO:
12   Q   Okay.  All right.
13       So the very first category just asks for each
14  and every writing in your possession, custody, or
15  control related to the acquisition of the vehicle.
16       Are all the documents related to the
17  acquisition of the vehicle that you have in your
18  possession, custody, or control contained within
19  Exhibit 2?
20   A   I believe they are.
21   Q   Okay.  The second category asks for writings
22  related to maintenance or repairs of the vehicle.
23       I noticed that there were a series of repair
24  orders in here.
25       Has the vehicle ever been taken anywhere other

Page 17

5 (Pages 14 - 17)

**Page 18**

1 than Mercedes-Benz of Escondido or Hoehn Mercedes-Benz,
2 to your knowledge, for service or maintenance?
3    A  No.
4    Q  Did you personally ever bring the vehicle into
5 Mercedes-Benz of Escondido or Hoehn Motors?
6    A  Not that I can recall.
7    Q  Were you present at any times that the vehicle
8 was brought into Mercedes-Benz of Escondido or Hoehn
9 Motors?
10    A  Yes.
11    Q  Do you recall when those times were?
12    A  Not specifically.
13    Q  Do you recall how many times you were present?
14 And your best estimate is fine.
15    A  I can say I was not at Hoehn.  I would say I
16 maybe was at Escondido Motors possibly on three or four
17 of the occasions.
18    Q  All right.  Do you recall around when the last
19 time was that you were present at Mercedes-Benz of
20 Escondido?
21    A  No.
22    Q  Do you know if it was within the last six
23 months?
24    A  It was not.
25    Q  Was your wife with you at the same time when

**Page 19**

1 you were at Mercedes-Benz of Escondido on those three or
2 four occasions?
3    A  Yes.
4    Q  Do you recall why the vehicle was being brought
5 in on any of the three or four occasions you were
6 present?
7    A  The only specific one that kind of occurs to me
8 is when the driver's side door had become misaligned and
9 was catching as you opened and closed it.
10    Q  Category 3 asks for writings related to
11 opportunities for Mercedes-Benz USA to repair the
12 vehicle.
13       Are the repair orders contained in Exhibit 2
14 all the documents that you have related to repair
15 opportunities given to Mercedes-Benz?
16    A  To my knowledge, yes.
17    Q  Category 4 asks for all writings related to the
18 condition of the vehicle other than the repair orders
19 contained in Exhibit 2.
20       Can you think of any other writings that would
21 describe the condition of the vehicle at any point in
22 time?
23    A  No.
24    Q  Category 5 asks for writings regarding
25 insurance coverage of the subject vehicle.

**Page 20**

1       MR. GRECO:  But, Counsel, I think we already
2 reached a stipulation that Mrs. McGee can, at least,
3 provide us with the insurance card for it; correct?
4       MS. WALLACE:  Correct.
5       MR. GRECO:  Or if that wants to come from
6 Mr. McGee, it doesn't matter to me as long as we have
7 one copy of it.  Okay?
8       MS. WALLACE:  Sure.
9       MR. GRECO:  All right.
10 BY MR. GRECO:
11    Q  Category 6 asks for all writings related to any
12 non-conformities that are alleged to be in the subject
13 vehicle.
14       Now, I understand that you probably have a
15 legal definition in your mind as to what a
16 non-conformity is.  But for the sake of right now, I
17 just want to broaden it to any problem at all with the
18 car.
19       Other than the repair orders that we have here,
20 there's also a letter from Mercedes-Benz regarding a
21 recall that's contained in there.
22       Can you think of any other writings that would
23 document any problems that you and your wife had with
24 the vehicle?
25    A  No.

**Page 21**

1    Q  And do you know if there are any photographs or
2 videos of the vehicle?
3    A  Not that I'm aware of.
4    Q  Okay.  Did you have any written communication
5 with Mercedes-Benz USA, LLC?
6    A  Only the letter that I received from them.
7    Q  What letter was that?
8    A  The recall notice.
9    Q  Okay.  And you understand the difference
10 between Mercedes-Benz USA, LLC, and the dealerships;
11 correct?
12    A  I do.
13    Q  Did you personally have any written
14 communication with any of the Mercedes-Benz dealerships
15 that the vehicle was taken to?
16    A  No.
17    Q  Regarding this particular vehicle, do you
18 recall having any communications with any Mercedes-Benz
19 dealerships at all?
20    A  I had some communication with Escondido Motors
21 on one or two of those occasions when I was there with
22 my wife.
23    Q  Okay.  And I'm sorry.  I meant written
24 communication.
25    A  Oh, no, no written communications.

6 (Pages 18 - 21)

1    Q   As far as your discussions with dealership on
2  the one or two occasions that you were there, you
3  mentioned that the one time that you recall was that the
4  driver's side door had become misaligned.
5       Do you recall the substance of the conversation
6  that you had with the folks at Mercedes-Benz of
7  Escondido?
8    A   It's a -- it's a vague recollection.  I recall
9  that I think we had to come back a second time for the
10 issue.
11      On those occasions that I was there, it's
12 usually because I was either dropping Arlene off or
13 picking her up.
14      But on this one occasion, I do recall the
15 service advisor -- I think it was the service advisor --
16 being very apologetic about the fact that the door was
17 still hanging up.
18      And I recall some conversation about the prior
19 time the car was there for that.  The technician that he
20 wanted to work on the car wasn't available.
21      And so someone else had worked on it that
22 probably wasn't as qualified to do that job as the guy
23 that he wanted to use.  And that guy was there now.  And
24 he was trying to assure us that it would get done right.
25   Q   Do you recall who the service advisor was at

Page 22

1  right?
2    A   Just one payment.
3    Q   Just one.
4       To your knowledge, has any aftermarket
5  equipment or accessories been installed on the vehicle?
6    A   No.
7    Q   Have you done any research into the current
8  value of the vehicle?
9    A   Yes.
10   Q   And what kind of research have you done?
11   A   At the early neutral evaluation conference for
12 this case, which I knew had a settlement conference-type
13 element to it, I believe I did a Kelley Blue Book
14 valuation on the car in preparation for that hearing.
15   Q   Okay.  So did you just go on Kelley Blue Book
16 on your computer and punch in the mileage for the car,
17 the year, make and model and see what number came up?
18   A   That's about it.
19   Q   When you selected the condition of the vehicle,
20 what condition did you select?
21   A   I don't recall.
22   Q   Do you recall what the options are for
23 conditions on Kelley Blue Book?
24      MS. WALLACE:  I'm just going to -- hold on.
25 I'm going to belatedly object as far as attorney/client

Page 24

1  the time?
2    A   I don't.
3    Q   Do you recall if it was a man or a woman?
4    A   It was a man.
5    Q   You said that there might have been other
6  conversations that you've had.
7       Do you recall any specifics about any other
8  conversations with the dealership personnel?
9    A   No.
10   Q   To your knowledge, has the vehicle ever been in
11 an accident?
12   A   No.
13   Q   So I take it no insurance claim has ever been
14 made on the vehicle?
15   A   No.
16   Q   And you were the person that purchased the
17 vehicle; right?
18   A   Yes.
19   Q   And did you buy the vehicle outright on the day
20 you purchased it?
21   A   Yes.
22   Q   So there -- one of the things I'm always
23 looking for inside these Exhibit 2's is the payment
24 history.
25      But there is no payment history for this car;

Page 23

1  privilege and work product.
2       I'm going to let you go ahead and answer, Bill,
3  but I just don't want to waive that objection.
4       THE WITNESS:  I believe there is poor, good,
5  and excellent.  Those are the three that stick out.
6  BY MR. GRECO:
7    Q   Okay.  Do you recall if you used poor as the
8  condition of the vehicle?
9    A   I don't think I would have used poor.
10   Q   And you don't recall if you used good or
11 excellent?
12   A   That's correct.
13   Q   But would it have been one of those two?
14   A   I believe so.
15   Q   Any particular reason why you would have picked
16 good as opposed to excellent that you can think of?
17   A   Only if that was the default.
18   Q   But otherwise, you believe the vehicle is in
19 excellent condition?
20   A   I think other than the issue that's the subject
21 of this lawsuit, the vehicle is in excellent condition.
22   Q   Do you recall what number the Kelley Blue Book
23 website came up with for the value of the car?
24   A   I don't.
25   Q   And I don't specifically, off the top of my

Page 25

7 (Pages 22 - 25)

1 head, recall the date of the early neutral evaluation
2 conference. But do you?
3     A   My best estimate is it was in the spring. I'm
4 thinking maybe April-ish.
5     Q   That sounds about right to me, too. I just
6 want to try to get an idea of when you would have been
7 checking.
8         And so is it fair to say that whatever that
9 date was, it was within a few days of that day?
10    A   Yes, that's very fair.
11    Q   Okay. By a few days, I mean somewhere between
12 three and five days.
13    A   Definitely.
14    Q   Okay. Do you recall the mileage on the vehicle
15 at the time?
16    A   No.
17    Q   Do you know the mileage on the vehicle today?
18    A   I believe it's in the low 40s, or, I should
19 say, the low 40,000s.
20    Q   All right. Other than this case, have you been
21 a party to any other lawsuits?
22    A   I've been a party to a divorce.
23    Q   But other than that, you've never been a
24 plaintiff or a defendant in a lawsuit?
25    A   I don't believe so.

Page 26

1     Q   Have you ever requested that another
2 manufacturer repurchase or replace your automobile?
3     A   Yes.
4     Q   Okay. When was that?
5     A   I would say approximately 2008.
6     Q   And what was the year, make and model, if you
7 can recall?
8     A   It involved a 2005 Maserati Quattroporte.
9     Q   What kind of problems were you experiencing
10 with that car?
11    A   The transmission.
12    Q   What kind of problems with the transmission?
13    A   It had a slipping issue.
14    Q   So by slipping issue, were you feeling, you
15 know, a jerk or a jolt when you were driving the car?
16    A   No. What you would feel when accelerating from
17 a stop would be an extreme hesitation before the car
18 would -- before the transmission would engage.
19    Q   Was that a vehicle that you were driving?
20    A   Yes.
21    Q   Was anybody else driving it?
22    A   No.
23    Q   And when did you purchase that vehicle?
24    A   Sometime in 2005, I believe.
25    Q   Okay. And was the vehicle ultimately

Page 27

1 repurchased by Maserati?
2     A   It was replaced.
3     Q   Was it replaced with another 2005 Quattro?
4     A   No. It was replaced with a 2008 Quattro. By
5 that time, Maserati had come out with a new transmission
6 that replaced the prior transmission.
7     Q   Did you make that -- the request that the
8 vehicle be replaced or repurchased, did you make as an
9 individual, or did you make it through your law firm?
10    A   I personally contacted the rep for Maserati
11 that I worked with on many other cases, and asked if
12 Maserati would replace my vehicle based upon a fairly
13 extensive repair history that I had.
14    Q   And they agreed to do that?
15    A   They did.
16    Q   Any other vehicles that you've had replaced or
17 repurchased by a manufacturer?
18    A   No.
19        MR. GRECO: Mr. McGee, just to clarify
20 something I know we've already discussed at one point.
21        I'm going to mark as Exhibit 3. This is a copy
22 of the Mercedes-Benz Legal C1C report related to the
23 subject vehicle.
24        (Exhibit 3 marked)
25 ///

Page 28

1 BY MR. GRECO:
2     Q   Please take a moment to review this exhibit,
3 and let me know when you're finished.
4         MS. WALLACE: He just has to ask you one
5 question.
6         THE WITNESS: Okay.
7 BY MR. GRECO:
8     Q   Mr. McGee, have you seen a Mercedes-Benz Legal
9 C1C report before?
10    A   I have not.
11    Q   Not in any of the other cases?
12    A   No.
13    Q   At the top you can see that there's customer
14 information. It has your name, William R. McGee.
15        And then is that your home phone number
16 underneath?
17    A   That's actually my cell number.
18    Q   Okay. And then is that address that's listed
19 in that first box there your prior address in Poway?
20    A   Yes.
21    Q   Okay. And then underneath it, it has vehicle
22 information. And this goes on for several pages.
23        Typically in these reports, there's the
24 communications between the customer. But it also lists
25 all the vehicles associated with a customer's name.

Page 29

8 (Pages 26 - 29)

1   A  I will say that cell phone number makes no
2  sense to me.  I don't have any cell phones like that.
3   Q  Okay.  Now, having looked at this exhibit, do
4  you recognize the year, make -- sorry -- the year and
5  model of any of the vehicles between pages one and four?
6   MS. WALLACE:  What do you mean by recognize?
7   MR. GRECO:  Well, first, I wanted to know if he
8  recognizes them at all.
9  BY MR. GRECO:
10   Q  And second, the follow-up question is for you.
11   Have you owned any of the vehicles that are
12  listed here?  So if that helps guide you.
13   A  Yeah.  Looking at Page 1, I've owned none of
14  those vehicles.  And I have not owned -- let me go back.
15  I've owned several Mercedes vehicles in the past.
16   I know I leased three Mercedes wagons when my
17  children were young kind of back to back, to back.
18   I -- well, no.  I see on Page 2 there's a 2004
19  E320.  I don't know if that's a wagon or not.  Plus it's
20  silver.  So that would not have been mine.
21   No.  So none of the cars on Page 2 are cars
22  that I've ever owned.
23   On Page 3 at the top there, there is a 1988
24  300TE in diamond blue.  I bought a used Mercedes-Benz
25  diamond blue wagon from Escondido Motors.
Page 30

1   It might have been an '88.  The year I'm not
2  sure of.  I ended up trading that car in.
3   Q  Do you recall what dealer you traded it in to?
4   A  I believe it would have been Escondido Motors.
5   Q  Okay.
6   A  In fact, I know it was Escondido Motors now
7  that I think about it.
8   Q  Do you recall when you traded it in?
9   A  No.
10   Q  Or an estimate for how many years ago it might
11  have been?
12   A  I remember the fact that I was taking it down
13  to get a coffee cup holder.  Back then they didn't have
14  one, and my wife really wanted a coffee cup holder.
15   And I ended up with a brand new wagon that
16  was --
17   MS. WALLACE:  With a coffee cup holder.
18   THE WITNESS:  -- that was on the showroom
19  floor, which I always referred to as my $55,000 cup
20  holder.
21   MS. WALLACE:  That's funny.
22   THE WITNESS:  And -- yeah.
23  BY MR. GRECO:
24   Q  Okay.
25   A  And that was -- I'm thinking roughly 2000 --
Page 31

1  maybe around 2000.  But that's a really rough estimate.
2   Q  Okay.
3   A  Going through the rest of these, I did own a
4  1988 -- I did own a black 300CE.  I bought that used
5  from a private party.  Sold it to a private party
6  sometime thereafter.
7   Q  Okay.
8   A  That's on Page 3.  That's like the second --
9  that's like the second car down.
10   Q  I think on Page 3, also, the one, two, three --
11  the fourth box here, that's the subject vehicle;
12  correct?
13   A  Well, let's see.  Where are we looking?  Oh,
14  yeah, that looks like -- that looks like the subject
15  vehicle, yes.
16   Q  Okay.
17   A  I've never owned a CLK 550.
18   The top of Page 4 looks like -- is that the
19  subject vehicle again?
20   Q  Yes.
21   A  It looks like it might be.
22   I've not owned a gray E500.  I've not owned a
23  white E500.  I've not owned a black E320.  And I've not
24  owned an R500.
25   Q  Okay.  So the most we pulled out is the subject
Page 32

1  vehicle and maybe two of these that you believe might
2  have been cars that you've owned at one point.
3   And they were all on Page 3; right?
4   A  I believe that is correct.
5   Q  Okay.
6   A  No, on Page 2, the second one down is a black
7  CL550, 2007.  That very well might have been a car I
8  owned.
9   Q  Okay.
10   A  Yeah.
11   Q  Okay.  Now, the Mercedes-Benz that you have
12  owned, do you recall having any particular complaints,
13  problems, or issues with those cars?
14   A  On the which?
15   Q  On the Mercedes-Benz vehicles that you owned,
16  other than the subject vehicle.
17   A  No.
18   Q  So even if we include all of the ones that we
19  went through that are contained in Exhibit 3, up to
20  possibly four vehicles, three vehicles other than the
21  subject vehicle, you don't recall having any particular
22  problems with those cars?
23   A  I don't.
24   And in looking at this, there's another on
25  Page 2, the third one down, is an Asp -- Aspen Green
Page 33

9 (Pages 30 - 33)

Page 34

```
 1  E320S.  I did lease a green Mercedes wagon after the
 2  blue cup holder wagon.  So that car very well may have
 3  been mine.
 4     Q  Okay.  Do you recall having any problems with
 5  that car?
 6     A  No.
 7     Q  Okay.
 8     A  All right.  So as I'm looking at more details
 9  here, on the fourth one down on Page 2, the 2000 S500 --
10  no.
11        I had a CL500 that was blue.  And it would have
12  been about a 2000 model year.  Not an S.  So that
13  couldn't have been mine.  I thought maybe that was a CL.
14  Okay.
15     Q  Okay.  All right.  Do you recall having any
16  particular problems with any Mercedes-Benz over the
17  years other than whatever the issues are in this
18  lawsuit?
19        MS. WALLACE:  Mercedes-Benz that he's owned?
20  BY MR. GRECO:
21     Q  Mercedes-Benz that you've owned.
22     A  No.
23     Q  So I sort of asked whether or not you
24  recognized any of the vehicles that were in Exhibit 3.
25  And then I also went on to say, did you own any of them.
```
Page 34

Page 36

```
 1     Q  I take it the RV you only use when you go
 2  camping or on trips?
 3     A  That's correct.
 4     Q  Have you experienced any problems with the RV?
 5     A  No drivability problems.  Anyone who's owned an
 6  RV probably can recite many coach-related issues.
 7        But it's been a good motor home.  I don't have
 8  any issues with it.
 9     Q  And your understanding, the -- the chassis and
10  platform for the vehicle is not a Mercedes-Benz product
11  as far as you know; correct?
12     A  It is not.
13     Q  Have you had particular problems with the
14  Aston Martin?
15     A  No.
16     Q  Have you had any particular problems that you
17  can recall with the Jeep?
18     A  No.
19     Q  All right.  Because I think it's a better copy
20  and easier to read, let's go back to Exhibit 2.  The
21  first few pages are the purchase agreement for the
22  vehicle.  That will be the first three pages.
23        So is this a true and accurate copy of the
24  purchase agreement that you entered into for the subject
25  vehicle?
```
Page 36

Page 35

```
 1        Do you recognize any of the vehicles that we
 2  did not pull out as ones that you've owned?
 3     A  No.
 4     Q  Other than the Maserati and the subject
 5  vehicle, can you think of -- are there any cars that
 6  stand out in your mind as vehicles that you had any, you
 7  know, sort of particular repeat problems with over the
 8  years?
 9        MS. WALLACE:  Again, vehicles that he's owned?
10        MR. GRECO:  Yes.
11        MS. WALLACE:  Okay.
12        THE WITNESS:  No.
13  BY MR. GRECO:
14     Q  To your knowledge, has anyone in your immediate
15  family requested that a manufacturer repurchase or
16  replace an automobile?
17        And by "immediate family," I just mean wife,
18  your children, parents, brothers or sisters.
19     A  No.
20     Q  My understanding is that the vehicles you
21  currently own are a 2012 Jeep Grand Cherokee.
22     A  That's correct.
23     Q  The subject vehicle, the Aston Martin; and that
24  there's also an RV; is that correct?
25     A  That's correct.
```
Page 35

Page 37

```
 1     A  I think so.
 2     Q  Did you test-drive the vehicle before deciding
 3  to purchase it?
 4     A  Yes.
 5     Q  Did your wife go with you when you test-drove
 6  the vehicle?
 7     A  I don't believe so.
 8     Q  Did you go with the sales representative?
 9     A  Yes.
10     Q  Do you recall the name of the sales
11  representative?
12     A  No.
13     Q  When you took the vehicle on the test drive,
14  were you able to take it on the freeway?
15     A  I actually test-drove it more than once.  But,
16  yes.
17     Q  How many times did you test-drive it?
18     A  I believe twice.
19     Q  Any particular reason why you test-drove it
20  twice?
21     A  Yes.
22     Q  Why is that?
23     A  We were deciding on what car to get for Arlene.
24  We had pretty much determined we wanted a coupe but had
25  not decided on which coupe.
```
Page 37

10 (Pages 34 - 37)

Veritext Legal Solutions
866 299-5127

1    So we test-drove a Cadillac coupe. I don't
2 recall the model. We then test-drove an Audi A5, I
3 believe. And we were kind of deciding between those two
4 cars.
5    And I sort of, on my own, thought I would like
6 to see what sort of a coupe Mercedes has in that same
7 general category of car. By category, I mean size,
8 price range.
9    And so on my own, I went to Escondido Motors.
10 They had this C350 there. I asked to test-drive it.
11    To me, the test-drive of that car was far more
12 impressive than the other cars that I had test-driven.
13 And at that point, I was very much encouraging Arlene to
14 look at a Mercedes, the Mercedes-Benz.
15   Q  When you say much "more impressive," what did
16 you mean by that?
17   A  It drove much smoother; felt more solid.
18   Q  Were there any -- my understanding is you were
19 purchasing this car for Arlene; right?
20   A  Absolutely correct.
21   Q  Okay. Did she express to you anything that was
22 particularly important to her in deciding on what kind
23 of car she was going to get?
24   A  She is all about the looks.
25   Q  Okay. So there were no particular features

Page 38

1 that came with the C350 that were particularly important
2 to her as far as you know?
3   A  No. The only thing she expressed about the
4 features is she loved the fact that on the grille it's
5 got a little light that lights up the Mercedes star.
6 She thought that was very cool.
7   Q  Were there any particular features that were
8 important to you in making the decision to purchase this
9 over any of the other vehicles you looked at?
10   A  Yes. I wanted a car that was safe. I wanted a
11 car that accelerated smoothly, handled relatively
12 nimbly, and just felt solid.
13   Q  In your experience in driving the vehicle, have
14 there ever been times where you feel like it did not
15 accelerate smoothly?
16   A  I've never felt that.
17   Q  Have there ever been times that you feel like
18 it did not handle nimbly?
19   A  No.
20   Q  Are there times that you've driven the vehicle
21 and you felt unsafe in the vehicle?
22   A  Yes. I think from the point that we got the
23 recall notice. If I'm driving the vehicle and someone
24 is in the passenger seat, I have a safety concern.
25   Q  Okay. And when we're talking about the recall

Page 39

1 notice -- I believe that's the fourth page of Exhibit 2.
2   A  All right.
3   Q  Okay. For the sake of the record, this
4 document has Important Safety Recall Interim Notice
5 listed at the top.
6    It says that it's from Christian Treiber,
7 T-r-e-i-b-e-r, Vice President of Customer Services.
8 It's addressed to William R. McGee.
9    It appears to have the 1601 South Pacific
10 Street, Unit B2, listed as the address that it was sent
11 to.
12    Mr. McGee, does this appear to be an accurate
13 copy of the letter you received from Mercedes-Benz?
14   A  I believe it is.
15   Q  And did you receive this letter in February of
16 2019?
17   A  I don't recall. But that sounds about right.
18   Q  And earlier when you spoke about the recall, is
19 this the recall you're talking about?
20   A  Yes.
21   Q  Is the reason that you filed this lawsuit
22 because of this recall?
23   A  Yes.
24   Q  There are no other problems with the vehicle
25 that you feel are substantial impairment to its value or

Page 40

1 safety?
2   A  No.
3    MS. WALLACE: Objection. Calls for legal
4 conclusion.
5 BY MR. GRECO:
6   Q  Same question regarding its use. Are there any
7 other problems that you feel substantially impair the
8 vehicle's use other than potentially this recall?
9    MS. WALLACE: Same objection.
10    THE WITNESS: No.
11 BY MR. GRECO:
12   Q  Okay. So what's your understanding of the
13 issue that the recall is related to?
14   A  My understanding is what I read on the notice
15 that says, "Under certain circumstances during a crash
16 that necessitates frontal airbag deployment, the defect
17 in your passenger side airbag inflater may cause the
18 airbag to explode.
19    "A passenger side inflater explosion during
20 deployment could result in sharp metal fragments
21 striking the front passenger or other occupants possibly
22 causing serious injury or death."
23    It's pretty much the extent of my
24 understanding.
25   Q  Okay. Have you done any additional research

Page 41

11 (Pages 38 - 41)

**Page 42**

1 into the parts or remedy or the potential problems
2 related to this recall?
3    A No.
4    Q Are you familiar with -- as an attorney who
5 specializes in Lemon Law, are you familiar with any of
6 the litigation that has to do with Takata airbags over
7 the last -- at this point, it's almost ten years?
8    A Not particularly.
9    Q Are you familiar with any of the orders from
10 the National Highway Transportation and Safety
11 Administration regarding the priority of how these
12 airbags are replaced in particular vehicles?
13    A No.
14    Q Are you at all familiar with any lawsuits filed
15 by manufacturers against Takata for fraud?
16    A No.
17    Q Under California's Lemon Law, are you familiar
18 with any provisions that have to do with the
19 manufacturer's inability to repair a vehicle due to
20 circumstances out of -- outside of its control?
21    MS. WALLACE: Can you read that question back?
22    (Record read)
23    MS. WALLACE: I'm just going to object. It
24 calls for a legal conclusion. Potentially violates
25 attorney/client privilege and work product.

**Page 43**

1 But I'll let you answer.
2    THE WITNESS: I'm familiar with a section in
3 the Act that discusses that.
4 BY MR. GRECO:
5    Q Without going into the details of any
6 particular cases or parties involved or the vehicles
7 involved, have you filed any lawsuits on behalf of any
8 other consumers where the sole claim is based on the
9 Takata airbag recall?
10    MS. WALLACE: Objection. Violates
11 attorney/client and work product.
12    I'll let Bill answer.
13    THE WITNESS: I have filed lawsuits for clients
14 based upon recalls where parts have been unavailable. I
15 don't recall if any of those were specific to the -- to
16 the Takata airbag recall.
17 BY MR. GRECO:
18    Q Do you own the Aston Martin?
19    A Yes.
20    Q You also own the Jeep, too; right?
21    A Yes.
22    Q Have you ever told your wife to stop driving
23 the C350 altogether? Just park it; leave it in the
24 driveway and drive one of the other vehicles?
25    MS. WALLACE: I'm going to object based on

**Page 44**

1 attorney/client privilege and also spousal privilege.
2    If you want to answer, you can go ahead.
3    THE WITNESS: No, I have not told her to do
4 that.
5 BY MR. GRECO:
6    Q When's the last time you drove the subject
7 vehicle?
8    A I believe I drove it last weekend.
9    Q Was anyone a passenger in the vehicle at that
10 time?
11    A I take it back. I did not drive it last
12 weekend. I drove it probably about two weeks ago.
13    Q Was anyone a passenger in the vehicle at that
14 time?
15    A Yes. Arlene was.
16    Q Have you ever ridden as a passenger in the
17 vehicle in the last six months?
18    A Yes.
19    Q Do you have an estimate for how many times?
20    A In the last six months, maybe ten times.
21    Q When you were driving the car two weeks ago
22 with Arlene as a passenger, was she sitting in the
23 backseat or the front passenger seat?
24    A The front.
25    Q Do you recall where you were going?

**Page 45**

1    A We were going down to San Diego.
2    Q And about how long of a drive is that?
3    A Thirty-five miles.
4    Q Do you recall the time of day?
5    A Late afternoon or early evening. Late
6 afternoon.
7    Q Was it a -- do you recall what day of the week
8 it was?
9    A It was a weekday.
10    Q So did you take the 5 South to get there?
11    A Yes.
12    Q Was there traffic?
13    A Yes.
14    Q How would you describe traffic? Was it light?
15 Heavy?
16    A It was heavy towards the end.
17    Q Do you recall the highest speed you were able
18 to get the vehicle up to while you were driving?
19    A Not specifically, no.
20    Q But you weren't at a crawl the entire time
21 going less than 20 miles an hour?
22    A Definitely not.
23    Q Do you recall if you were able to get the
24 vehicle up to 45 miles per hour?
25    A Yes.

12 (Pages 42 - 45)

1    Q   What about 60 miles per hour?
2    A   Yes.
3    Q   And I take it then you drove back from
4   San Diego at some point, too; correct?
5    A   That's correct.
6    Q   All right.  Do you recall what day you drove
7   back?
8    A   Same night.
9    Q   Was there less traffic at that time?
10    A   Much less.
11    Q   Did Arlene ride in the passenger seat?
12    A   Yes.
13    Q   The front passenger seat?
14    A   Yes.
15    Q   Were you able to get the vehicle up to 60 miles
16   an hour on the way back?
17    A   Yes.
18    Q   Did you tell Arlene to sit in the backseat of
19   the vehicle at any point?
20    A   I did not.
21    Q   And the six times you rode as a passenger, were
22   you always sitting in the front passenger seat?
23      MS. WALLACE:  Objection.  That misstates.
24   BY MR. GRECO:
25    Q   The six times that you recall riding in -- let

Page 46

1   the backseat of the vehicle as a passenger?
2    A   Yes, she has.
3    Q   On those occasions, was it because there was a
4   person or some object in the front passenger seat?
5    A   Yes.
6      MS. WALLACE:  Objection.  Calls for
7   speculation.
8   BY MR. GRECO:
9    Q   You mentioned that with the Maserati, you
10   had -- the Maserati Quattro that was repurchased, you
11   had called the rep that you had dealt with before.
12      I assume on pre-litigation demands?
13    A   That's correct.
14    Q   And asked if they could replace your vehicle.
15      Did you do that in this instance for the
16   Mercedes-Benz?
17    A   No.
18    Q   Is there any reason why you didn't call a rep
19   from Mercedes-Benz or call the Mercedes-Benz 1-800
20   number?
21    A   I didn't believe it would be productive.
22    Q   Are you aware that Mercedes-Benz participates
23   in the BBB Auto Line Arbitration program?
24    A   I think I'm -- yeah.  I'm probably aware of
25   that.

Page 48

1   me start over.
2      The six times that you estimated you might have
3   ridden in the vehicle since -- in the last six months as
4   a passenger, were you sitting in the front passenger
5   seat?
6    A   Yes.
7      MS. WALLACE:  It still misstates testimony.
8   But you're good.
9   BY MR. GRECO:
10    Q   Did that misstate your testimony in any way?
11    A   Yes.  You said in the roughly six times.  I
12   think my testimony was ten times.
13    Q   Okay.  So for those ten times, were you riding
14   in the passenger -- front passenger seat?
15    A   Yes.
16    Q   Have you ever ridden as a passenger in the
17   backseat of the vehicle?
18    A   Probably.
19    Q   On those occasions, was it because somebody
20   else was sitting in the front passenger seat?
21    A   Or there may have been some object there.
22    Q   But not because you felt unsafe sitting in the
23   front passenger seat?
24    A   No.
25    Q   To your knowledge, has Arlene ever ridden in

Page 47

1    Q   Is there any reason why you didn't pursue this
2   case under arbitration?
3    A   Yeah.  I don't care for the arbitration
4   procedures.
5    Q   You said you didn't believe it would be
6   productive to call Mercedes-Benz 1-800 number.
7      Is that accurate?
8    A   Yes.
9    Q   Why did you feel that way?
10    A   I didn't believe that they would -- actually, I
11   believe they would deny my claim.
12    Q   Okay.  Why did you think that?
13    A   It was just my experience telling me that.
14    Q   What kind of experience?
15    A   Dealing with Mercedes-Benz.
16    Q   Your experience as an attorney?
17    A   Yes.
18    Q   Okay.  And making pre-litigation demands on
19   behalf of your clients?
20    A   That is certainly a part of my experience, yes.
21    Q   Okay.  Can we go back to Exhibit 2.  Turn to --
22   I believe it's the sixth page of Exhibit 2.
23    A   All right.  I have it.
24    Q   Okay.  This, to me, appears to be a copy of a
25   note that has Mercedes-Benz on it.

Page 49

13 (Pages 46 - 49)

1    When I deposed your wife earlier, she mentioned
2 that some of this looked like your handwriting that
3 appears on this note.
4    Does any of this look like your handwriting?
5    A  Yes.
6    Q  What parts of this note look like your
7 handwriting?
8    A  The date, "8/23/19," the word "Sandy," and the
9 date, "May '20."
10   Q  Okay.  Why did you write the date on this note?
11   A  That's the date I called this number for
12 Mercedes-Benz USA.
13   Q  Okay.  Why did you write "Sandy," dash,
14 "May '20"?
15   A  Sandy was the Mercedes-Benz representative that
16 I spoke with.  Very nice lady.  And May '20 was her
17 estimate of when the parts may be available to repair
18 our car.
19   Q  About how long did that phone conversation
20 last?
21   A  Five to ten minutes.
22   Q  Do you recall anything else about it other than
23 asking Sandy when the repairs or the parts might be
24 available and her giving you the May of 2020
25 information?

Page 50

1    A  I just recall she was very friendly, attempted
2 to be informative.  I think she said something to assure
3 me that Mercedes-Benz was doing all it could do and
4 don't hesitate to call back if there was anything else
5 they could do to help me.
6    Q  Okay.  Did you ever have any conversations with
7 Chris Islas at Hoehn Motors?
8    A  No.
9    Q  And then, I take it, still sticking with that
10 last page we were looking at, the phone number that's
11 written there, and then MBUSA and the VIN number
12 provided underneath, do you have any idea who wrote
13 that?
14   A  It's my understanding from Arlene that Chris
15 wrote that on a Post-It note and gave it to her.
16   Q  All right.  Going back to the first three pages
17 of Exhibit 2, I'm looking at the first page.
18   Was the total sale price that you paid for the
19 vehicle, $60,687.84?
20   A  The total sale price -- no, that doesn't sound
21 right.  No, that's not -- that -- that is the price I
22 would have paid had I financed the car and made all 48
23 monthly car payments that they were proposing to me.
24   Q  Okay.  But instead, what you did was you
25 paid -- if we look at the second page, there's

Page 51

1 $54,798.15 at No. 7 down below.
2    Does that sound closer to what you would have
3 paid?
4    A  That sounds exactly what I would have paid.
5    Q  Okay.  Is that -- and that also included -- it
6 looks likes there's two optional service contracts that
7 were with the car if you look at the top of the page at
8 items L and M.
9    A  Yeah.  A maintenance plan as well as an
10 extended service plan.
11   Q  Okay.  Your wife also mentioned that some
12 wheels were swapped for the vehicle.
13   Do you recall the wheels being swapped on the
14 vehicle?
15   A  Yes.
16   Q  Do you recall the type of wheels that were
17 added to the vehicle in exchange for the ones already on
18 there?
19   A  My recollection is they were the wheels that
20 were on an AMG model.
21   MR. GRECO:  I'm going to mark as four.
22   (Exhibit 4 marked)
23 BY MR. GRECO:
24   Q  This is a copy of the deal jacket that we
25 received from Mercedes-Benz of Escondido.  I hadn't used

Page 52

1 it before because the copy of the contract that we have
2 in here is very difficult to read.
3    But there's just a few things that I want to
4 pull out, Mr. McGee.
5    If you go to the page that's marked
6 MBUSA 000527, there's a copy of a check and a credit
7 card receipt here.
8    Is that your signature on the copy of the
9 check?
10   A  Yes.
11   Q  All right.  It looks like the check was for
12 $46,798.15.
13   A  Correct.
14   Q  All right.  And then the credit card bill is
15 for 8,000?
16   A  Yes.
17   Q  All right.  Is that your signature on the
18 credit card receipt?
19   A  Yes.
20   Q  So that's the total amount that you paid for
21 the car; right?
22   A  The sum of those two numbers, yes.
23   Q  All right.  And if you turn to the page
24 that's marked MBUSA 000538.
25   A  Okay.

Page 53

14 (Pages 50 - 53)

1    Q  And you may also want to look at 000539.  All
2  right.
3      Did these two pages contain the two additional
4  service contracts that you purchased for the vehicle?
5    A  Yes.
6    Q  Okay.  And looking at 538, is that your
7  signature next to the customer's signature?
8    A  Yes.
9    Q  And the same on 539, is that your signature
10  next to the date under Buyer's Signature?
11    A  Yes.
12    Q  If you go to 000541, is that -- does that
13  appear to be your driver's license that's copied there?
14    A  It does.
15      MS. WALLACE:  And blown up.
16  BY MR. GRECO:
17    Q  And then if you turn to the following page,
18  there's an insurance card there.
19    A  Yes.
20    Q  While I understand we're going to get a copy of
21  the insurance card or -- that pertains to the particular
22  vehicle, is it the same insurance company that's
23  represented here?
24    A  Same insurance company, probably the same
25  policy number.

Page 54

1  repair and maintenance of automobiles?
2    A  No.
3    Q  You never took any shop classes in high school
4  or anything like that?
5    A  I took a semester of auto mech. in high school.
6  It might have been a year of auto mech.
7    Q  What did you learn, if you recall?
8    A  The basic operations of an internal combustion
9  gas engine.
10    Q  And since high school, have you taken any
11  coursework, any classes, or anything like that in the
12  repair and maintenance of automobiles?
13    A  No.
14    Q  You never worked at a dealership or for a
15  manufacturer?
16    A  No.
17      MR. GRECO:  Why don't we take five minutes?
18      (Recess)
19  BY MR. GRECO:
20    Q  Mr. McGee, do you recall taking any trips in
21  the vehicle by yourself or with your wife over a hundred
22  miles?
23    A  I can only recall two, I believe, that would
24  have been over a hundred miles.
25    Q  Okay.  All right.  Where did you go on those

Page 56

1    Q  Okay.  Okay.  We can put that aside.
2      Have you ever seen any warning lights come on
3  in the vehicle when you've been driving it?
4    A  I've seen the tire pressure light on.  I do not
5  recall any other warning lights.
6    Q  Have you ever put air in the vehicle's tires
7  yourself?
8    A  I have.
9    Q  And when you do that, do you just do that at a
10  gas station?
11    A  No.  I have a portable air compressor.
12    Q  Do you keep that in the C350?
13    A  No.
14    Q  Oh.  So do you just put air in the tires at
15  your house?
16    A  I haven't done that since we moved from Poway.
17  But when we lived in Poway, on occasion, I would do
18  that.
19    Q  What kind of gas do you put in the vehicle when
20  you drive it?
21    A  Premium.
22    Q  Have you performed any maintenance on the
23  vehicle yourself?
24    A  No.
25    Q  Do you have any particular training in the

Page 55

1  trips that you can recall?
2    A  One was up to Carmel/Monterey area.  And the
3  other was to LA/Beverly Hills area.
4    Q  Do you recall when you guys took the Monterey
5  trip, or can you give me an estimate?
6    A  Oh, boy.  I believe 2017 maybe.
7    Q  Okay.  What about to Beverly Hills?
8    A  That would have been probably the summer
9  of '19.
10    Q  Do you recall experiencing any particular
11  problems with the vehicle on the drive to Monterey?
12    A  I'm sorry.  I need to backtrack.  Summer of '18
13  would be the trip to LA, not '19.
14    Q  Do you recall experiencing any particular
15  problems with the vehicle on the trip to Monterey?
16    A  No.
17    Q  Do you recall experiencing any particular
18  problem with the vehicle on the trip to Beverly Hills?
19    A  No.
20    Q  Have there been any trips that you were
21  planning on taking in the vehicle that you had not taken
22  because of your concerns related to the recall?
23    A  On trips of really any length since the recall,
24  we have taken the Jeep.
25    Q  Between January 2016 and January of 2019, other

Page 57

15 (Pages 54 - 57)

1 than the trip to Monterey and the trip to Beverly Hills,
2 did you take any other driving trips that were more than
3 a hundred miles?
4 A  Yes.
5 Q  Do you recall how many?
6 A  No.
7 Q  More than one?
8 A  Yes.
9 Q  More than five?
10 A  What are the date parameters again?
11 Q  January 2016 and January of 2019.
12 A  I don't know if there would be more than five.
13 Possibly.
14 Q  Okay.  Can you recall any of those trips
15 specifically?
16 A  There was, I believe, one or two trips to the
17 San Luis Obispo area.
18 Q  And what vehicle did you take on those trips?
19 A  The Jeep.
20 Q  Any reason why you chose to take the Jeep
21 instead of the subject vehicle?
22 A  I don't recall presently.
23 Q  Okay.  And any other trips that you can recall
24 other than the one or two to the San Luis Obispo area?
25 A  I've driven to LA for work-related issues on a

Page 58

1 MR. GRECO:  Sure.
2 (Discussion off the record)
3 BY MR. GRECO:
4 Q  So, Mr. McGee, I believe earlier you had told
5 me that the only times you recall, if any, actually
6 being at a Mercedes-Benz dealership with your wife when
7 the car was brought in or picked up was the times that
8 you were dropping her off or picking her up from a
9 service appointment; right?
10 A  That's correct.
11 Q  Okay.  So would you have been with her on any
12 of the occasions that the vehicle just came in for a car
13 wash?
14 A  I don't believe I would have been there for any
15 of those.
16 Q  Or any occasion when she might have come by to
17 put air in the tires?
18 A  No.
19 Q  Okay.
20 MS. WALLACE:  Can I clarify?  Just air in the
21 tires because I believe there's some ROs that talk about
22 air in the tires but also some other issues.
23 MR. GRECO:  Yeah.  Anything that was -- my
24 understanding from Arlene's testimony --
25 BY MR. GRECO:

Page 60

1 handful of occasions.  Whether that's more than a
2 hundred miles or not, I don't know.  It's right in that
3 ballpark, I guess.
4 Q  The two trips -- one or two trips to San Luis
5 Obispo area, did Arlene come with you?
6 A  Yes.
7 Q  Any other trips that you took not for work that
8 you can recall with Arlene that were between
9 January 2016 and January 2019?
10 A  Over a hundred miles driving?
11 Q  Yeah.  Let's stick with over a hundred miles.
12 A  Not that I can recall right now.
13 Q  Do you know if you guys have ever taken the
14 subject vehicle to Mexico?
15 A  We have not.
16 Q  Have you driven to Mexico at any point since
17 January 2016?
18 A  We did drive down to Mexico for one vacation.
19 And I'm not sure if it was before or after January
20 of '16.
21 Q  Okay.  What vehicle did you take?
22 A  The Jeep.
23 Q  And Arlene was with you?
24 A  Yes.
25 THE WITNESS:  Let's go off the record.

Page 59

1 Q  And, Mr. McGee, you were present for your
2 wife's testimony earlier today; right?
3 A  Yes, I was.
4 Q  Okay.  My understanding from her testimony was
5 that there were certain times that she would come by
6 just to get a car wash or have air put in the tires, but
7 not necessarily had the vehicle brought back for
8 repairs.
9 Do you have the same understanding?
10 A  Yes.
11 Q  Okay.  The only times you would have been there
12 would have been times that the vehicle was actually
13 taken by the service department for maintenance or
14 repair?
15 A  That's correct.
16 Q  Okay.
17 MR. GRECO:  Let's go ahead and mark this as
18 Exhibit 5.  This is Mercedes-Benz of Escondido Repair
19 Order 691945.
20 The mileage recorded on the vehicle at that
21 time was 4,034.  And the open date of the repair order
22 is April 6th of 2016.
23 (Exhibit 5 marked)
24 BY MR. GRECO:
25 Q  All right.  Mr. McGee, if you could, please

Page 61

16 (Pages 58 - 61)

1 take a moment and review what we've marked as Exhibit 5,
2 and let me know when you're finished.
3    A  All right.
4    Q  Do you recall if you were with your wife when
5 she dropped the vehicle off for this service visit?
6    A  I may have been.
7    Q  Okay.  There's a service advisor listed up in
8 the left-hand corner:  Lawrence, L-a-w-r-e-n-c-e,
9 Borders, B-o-r-d-e-r-s.
10      Do you remember having any conversation with
11 anyone named Lawrence Borders at any point during the
12 history of this vehicle?
13   A  I don't.  I don't know.
14   Q  Okay.  Do you recall your wife ever telling you
15 that the vehicle had an issue where it was making a
16 clicking noise when opening or closing the driver's
17 door?
18   A  Yes.
19   Q  Did you ever personally hear a clicking noise
20 coming from the vehicle when opening or closing the
21 driver's door?
22   A  Yes.
23   Q  Do you recall having any conversations with any
24 dealership personnel related to that clicking noise?
25   A  Not specifically, but I might have.

Page 62

1    Q  Do you recall your wife ever telling you that
2 she saw brake dust on the vehicle?
3    A  Yes.
4    Q  Did you ever personally see any brake dust on
5 the vehicle?
6    A  I personally saw what she was referring to.  It
7 may very well be brake dust.  I'm not certain.
8    Q  Have you seen that on the vehicle recently?
9    A  Yes.
10   Q  What does it look like to you?
11   A  In parts, it looks like it could be brake dust
12 because it's sort of a cloudy film, if you will.  But
13 then there are also some more thicker streaks, almost
14 like some sort of liquid that is being blown back onto
15 the lower panel of the car.
16   Q  And have you seen that same -- just staying
17 with the dust that you mentioned, have you seen the same
18 dust near all four wheels on the lower panel?
19   A  I believe I have seen it on all four wheels.
20 But it seems to me that it is the two rears that are the
21 most pronounced.
22   Q  What about thicker streaking marks?
23   A  The same.
24   Q  Do you have an estimate for how many times
25 you've noticed this on the vehicle in the time you and

Page 63

1 your wife have owned it?
2    A  Dozens.
3      MR. GRECO:  Let's go ahead and mark as
4 Exhibit 6.  This is Mercedes-Benz of Escondido Repair
5 Order 693042.
6      The Repair Order is opened on April 22nd, 2016.
7 And the mileage is reported at -- as 4,181.
8      (Exhibit 6 marked)
9 BY MR. GRECO:
10   Q  Mr. McGee, please take a moment to review
11 Exhibit 6, and let me know when you're finished.
12   A  All right.
13   Q  Do you recall if you were with your wife when
14 she brought the vehicle to Mercedes-Benz of Escondido on
15 April 22nd, 2016?
16   A  I believe I was.
17   Q  Okay.  And is this the time that we were
18 speaking about earlier where there was an issue with the
19 door hanging?
20   A  Yes.
21   Q  Do you recall who you spoke to at Mercedes-Benz
22 of Escondido?
23   A  I just recall -- I believe it was our service
24 writer at the time.
25   Q  Do you recall anything more about the substance

Page 64

1 of that conversation other than what we've already
2 discussed?
3    A  I do recall something about this line item B
4 that talks about the lower door rocker panel paint being
5 cracked.
6      And I believe that was kind of -- that was
7 occurring where the door was actually hanging up.  And
8 so it was actually cracking the paint because the door
9 would open and close.  And it would literally hit
10 against the other panel.
11      I also do recall some discussion on line --
12 regarding line item C about the front bumper being
13 scratched that we had noticed when we had picked up the
14 car on the prior occasion.
15   Q  Okay.  There's also a line item G that mentions
16 a ding in the passenger rear quarter panel.
17      Do you recall ever seeing that?
18   A  That also rings a bell.  I don't have a lot of
19 recollection about that.  But I do -- I do seem to
20 recall us finding that as well.
21   Q  Okay.  Did you pay anything for any of the
22 repairs that were performed on this occasion?
23   A  No.
24   Q  And have you noticed any problems with the
25 driver door since this repair visit?

Page 65

17 (Pages 62 - 65)

1    A   No.
2    Q   And were all of the other items -- the
3  scratches and the dings, were those repaired to your
4  satisfaction on this visit?
5    A   Yes.
6        MR. GRECO:  I'm going to go ahead and mark that
7  as Exhibit 8.
8        MS. WALLACE:  Seven.
9        MR. GRECO:  Seven.  Thank you.  Exhibit 7,
10  Mercedes-Benz of Escondido Repair Order 706559.
11       The mileage reported on this repair order is
12  11,040.  And the repair order was opened on October 28,
13  2016.
14       (Exhibit 7 marked)
15  BY MR. GRECO:
16    Q   Mr. McGee, please take a moment to review this
17  repair order, and let me know when you're finished.
18    A   All right.
19    Q   Do you recall if you were with your wife when
20  she brought the vehicle in on October 28th, 2016?
21    A   I do not.
22    Q   Okay.  Do you recall ever coming in with her
23  for a maintenance visit?
24    A   It's possible.
25    Q   Okay.  Do you recall coming in with her for her

Page 66

1  that there was a particular point on the freeway when
2  she would hear a crackling static sound coming from the
3  Bluetooth and speakers above her head.
4        Did you ever experience anything like that?
5    A   Not that I recall.
6    Q   Okay.
7        MR. GRECO:  Mark as Exhibit No. 9.  This is
8  Mercedes-Benz of Escondido Repair Order 732089.
9        Mileage reported on the vehicle at this time
10  was 25,953.  It was opened on November 2, 2017.
11       (Exhibit 9 marked)
12  BY MR. GRECO:
13    Q   Mr. McGee, please take a moment to review this
14  repair order, and let me know when you are finished.
15    A   All right.
16    Q   All right.  Do you recall if you were with your
17  wife when he brought the vehicle in on November 2, 2017?
18    A   I don't recall.
19    Q   All right.  Do you recall being with her when
20  she picked the vehicle up?
21    A   I don't recall.
22    Q   Okay.  Did you ever experience any sluggishness
23  when trying to accelerate the vehicle?
24    A   No.
25    Q   Did your wife ever talk to you about

Page 68

1  10,000-mile maintenance visit?
2    A   I do not.
3    Q   Okay.
4        MR. GRECO:  I am going to mark Exhibit 8.  This
5  is Mercedes-Benz of Escondido Repair Order 720159.
6        It indicates it was opened on May 16, 2017.
7  The mileage reported on the vehicle at this time was
8  19,547.
9        (Exhibit 8 marked)
10  BY MR. GRECO:
11    Q   Mr. McGee, please take a moment to review this
12  repair order, and let me know when you're finished.
13    A   All right.
14    Q   Do you recall if you were with your wife when
15  she brought the vehicle in on May 16, 2017?
16    A   I don't recall.
17    Q   Okay.  If you turn to the second page of this
18  exhibit, there's a complaint on here for the -- line C.
19       "Customer states the volume on the Bluetooth
20  phone setting is not loud when using hands-free phone
21  feature."
22       Do you ever recall experiencing a problem like
23  that in the vehicle when you were in it?
24    A   I don't recall.
25    Q   During her deposition, your wife also mentioned

Page 67

1  experiencing that problem?
2    A   Yes.
3    Q   Do you recall what she told you?
4    A   I recall that she discussed that when she was
5  going to work in the morning, there were times where it
6  felt like, when she would go to accelerate, that the car
7  would hesitate or was basically acting sluggish.  I
8  think that was her word.
9    Q   Okay.  Did you ever try to see if you could
10  duplicate that in the car by driving it?
11    A   I didn't specifically attempt to duplicate it
12  as in take the car out first thing in the morning to see
13  what it would do.
14       On those occasions where I did drive the car, I
15  attempted to be kind of in tune to the issue to see if I
16  could detect something, and I did not.
17    Q   Okay.  Did you ever drive the car first thing
18  in the morning?
19    A   It's possible.  But I don't have a specific
20  recollection of doing that.
21    Q   Okay.  Okay.  Do you recall ever seeing the
22  chrome trim around the steering wheel, you know, peeling
23  or --
24    A   I think --
25    Q   -- or rubbing away?

Page 69

18 (Pages 66 - 69)

| Page 70 | Page 72 |
|---|---|
| 1   A   I think I saw that. | 1   A   I don't recall. |

1   A   I think I saw that.
2   Q   Do you know if that's still a problem with the
3   car?
4   A   I don't believe so.
5   Q   In the last six months, have you heard your
6   wife ever tell you that the car is still acting
7   sluggishly when she tries to accelerate it?
8   A   No.
9       MR. GRECO:  I'm going to have marked as
10  Exhibit 10.  This is Mercedes-Benz of Escondido Repair
11  Order 736234.
12      The mileage reported at the time of this repair
13  order was 28,113.  And it was opened on January 5, 2018.
14      (Exhibit 10 marked)
15  BY MR. GRECO:
16  Q   Mr. McGee, please take a moment to review this
17  repair order, and let me know when you're finished.
18  A   Okay.
19  Q   Do you recall if you were with your wife when
20  she brought the vehicle in on January 5th of 2018?
21  A   I don't recall.
22  Q   Okay.  Do you recall there being a time when
23  your wife -- or when the dealership installed a
24  navigation update, and it took a significant amount of
25  time for them to complete it?

Page 70

1   A   I recall my wife telling me about that episode.
2   Whether I actually ended up being there on that
3   occasion, I'm not sure.
4   Q   Okay.  When you were driving the vehicle, have
5   you ever experienced a call getting dropped while using
6   your phone?
7   A   Not that I can recall.
8   Q   Have you ever been in the vehicle with your
9   wife and witnessed a call that she's on being dropped?
10  A   Not that I can recall.
11  Q   Okay.  Do you recall if you were with your wife
12  when she picked the vehicle up on this visit to
13  Mercedes-Benz of Escondido?
14  A   I do not.
15      MR. GRECO:  Let's mark as Exhibit 11.  This is
16  Mercedes-Benz of Escondido Repair Order 749474.
17      The repair order was opened on July 17th of
18  2018.  The mileage reported on the vehicle is 32,438.
19      (Exhibit 11 marked)
20  BY MR. GRECO:
21  Q   Mr. McGee, please take a moment to review this
22  repair order, and let me know when you are finished.
23  A   All right.
24  Q   Do you recall if you were with your wife when
25  she brought the vehicle in on July 17, 2018?

Page 71

1   A   I don't recall.
2   Q   Okay.  Do you recall receiving any other recall
3   notices other than the Takata airbag recall?
4   A   I have a pretty vague recollection of getting
5   this recall notice.
6   Q   Do you recall if the recall was performed, you
7   know, within a few months of getting the notice?
8   A   I don't recall.  I would believe it was.  It
9   would be my habit to take the car in fairly quickly
10  after getting that kind of a notice.
11  Q   Okay.  Do you recall if you were with your wife
12  when she picked the vehicle up after repairs were
13  performed on this visit?
14  A   No.
15      MR. GRECO:  Let's have marked as Exhibit 12.
16  This is Hoehn Motors Repair Order 680597.
17      The mileage reported on the vehicle at that
18  time was 37,265.  And the repair order was opened on
19  January 10, 2019.
20      (Exhibit 12 marked)
21  BY MR. GRECO:
22  Q   Okay.  Mr. McGee, please take a moment to
23  review this repair order, and let me know when you're
24  finished.
25  A   All right.

Page 72

1   Q   Were you with your wife when she brought the
2   vehicle to Hoehn Motors on January 10, 2019?
3   A   I was not.
4   Q   Okay.  Do you recall being with her when she
5   picked the vehicle up?
6   A   I was not.
7   Q   Okay.  Are there any problems or complaints
8   you've had with the operation of the vehicle that we
9   haven't discussed today?
10  A   No.
11  Q   Your wife mentioned that you had ridden as a
12  passenger in the car.  She also mentioned one of her
13  daughters who may have witnessed or observed some of her
14  complaints with the car as well as her mother.
15      Can you think of anybody else that's been in
16  the vehicle who might have seen the tire pressure
17  monitor light come on or any of the other complaints
18  that your wife experienced with the car?
19  A   Not that I'm aware of.
20  Q   Has the vehicle ever had to be towed?
21  A   No.
22  Q   Did you ever have to pay for a rental car for
23  your wife while the vehicle was in the shop or for any
24  reason?
25  A   No.

Page 73

19 (Pages 70 - 73)

```
 1      MR. GRECO:  I don't have any other questions.
 2      MS. WALLACE:  Okay.  Me neither.
 3      MR. GRECO:  Okay.  Same stip?
 4      MS. WALLACE:  Same stip.
 5      MR. GRECO:  Okay.
 6      (TIME NOTED IS 2:55 P.M.)
 7
 8      (Whereupon the following stipulation agreed
 9  upon at the conclusion of the deposition of Arlene McGee
10  taken on September 4, 2019, was stipulated herein and is
11  reprinted for reference; to wit:
12      "MR. GRECO:  Well, first off, defense counsel
13  is going to request a certified copy and a CD.
14      But other than that, let's stipulate to relieve
15  the court reporter of her obligations under the Federal
16  Rules of Civil Procedure.  I'll offer to send the
17  original transcript to plaintiff's counsel, who will
18  provide it to Mrs. McGee for review and signature under
19  penalty of perjury within 30 days.
20      If Ms. McGee makes any corrections or changes,
21  plaintiff's counsel will advise all counsel.  If for
22  some reason the original is lost, misplaced or stolen,
23  we agree that a certified copy can be used in lieu of
24  the original for all purposes; that plaintiff's counsel
25  will make the original of the deposition available upon
```

Page 74

```
 1              DECLARATION
 2
 3
 4      I hereby declare I am the deponent in the
 5  within matter; that I have read the foregoing deposition
 6  and know the contents thereof.  And I declare that the
 7  same is true of my knowledge except as to the matters
 8  which are therein stated upon my information or belief.
 9  And as to those matters, I believe it to be true.
10      I declare under the penalties of perjury of
11  the State of California that the foregoing is true and
12  correct.
13      Executed on the _____ day of
14  _____, 2019, at _____,
15  California.
16
17
18      _____
19      WILLIAM R. McGEE
20
21
22
23
24
25
```

Page 76

```
 1  request as needed.
 2      MS. WALLACE:  The only addition is that we
 3  relieve the court reporter of her duties under the
 4  Federal Code of Civil Procedure after she's transcribed
 5  the deposition.
 6      MR. GRECO:  Exactly.  Yes, thank you.  So
 7  stipulated.
 8      MS. WALLACE:  So stipulated.")
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 75

```
 1              CERTIFICATE
 2
 3      I, the undersigned, a Certified Shorthand
 4  Reporter of the State of California, do hereby
 5  certify:
 6      That the foregoing proceedings were taken
 7  before me at the time and place herein set forth;
 8  that any witnesses in the foregoing proceedings,
 9  prior to testifying, were administered an oath; that
10  a record of the proceedings was made by me using
11  machine shorthand which was thereafter transcribed
12  under my direction; that the foregoing transcript is a
13  true record of the testimony given.
14      Further, that if the foregoing pertains to the
15  original transcript of a deposition in a Federal Case,
16  before completion of the proceedings, review of the
17  transcript [] was [] was not requested.
18      I further certify I am neither financially
19  interested in the action nor a relative or employee of
20  any attorney or any of the parties.
21      IN WITNESS WHEREOF, I have this date subscribed
22  my name.
23  Dated: September 17, 2019
24      Barbara A. Baker
25      BARBARA A. BAKER, RPR, CSR No. 13033
```

Page 77

20 (Pages 74 - 77)

[000001 - 7]

| 0 | | | |
|---|---|---|---|
| 000001 | 4:11 | | |
| 000004 | 4:11 | | |
| 000012 | 4:15 | | |
| 000015 | 4:16 | | |
| 000020 | 4:18 | | |
| 000022 | 4:19 | | |
| 000025 | 4:21 | | |
| 000034 | 4:22 | | |
| 000054 | 4:24 | | |
| 000065 | 5:5 | | |
| 000520 | 4:13 | | |
| 000527 | 53:6 | | |
| 000538 | 53:24 | | |
| 000539 | 54:1 | | |
| 000541 | 54:12 | | |
| 00513 | 1:7 2:7 | | |
| 014 | 4:15 | | |
| 016 | 4:16 | | |
| 021 | 4:18 | | |
| 024 | 4:19 | | |
| 027 | 4:21 | | |
| 037 | 4:22 | | |
| 04/16/16 | 4:15 | | |
| 04/22/16 | 4:16 | | |
| 05/16/17 | 4:19 | | |
| 068 | 5:5 | | |

**1**

1   1:8,25 2:8 4:7,10
   15:15,15,18 17:8
   30:13
1-800   48:19 49:6
1/05/18   4:22
1/10/19   5:5
10   1:8 2:8 4:22
   70:10,14 72:19
   73:2
10,000   67:1
10/28/16   4:17

11   4:23 71:15,19
11,040   66:12
11/02/17   4:20
12   5:4 72:15,20
12121   3:12
12:51   6:2
1300   3:12
13033   1:23 2:21
   77:25
14027   77:24
14360   10:15
15   4:7
16   4:9 7:17 59:20
   67:6,15
1601   9:21 40:9
17   71:25 77:23
17th   71:17
18   57:12
19   57:9,13
19,547   67:8
1959   7:17
1985   8:1,20
1987   9:1
1988   30:23 32:4

**2**

2   4:9 16:16,18
   17:2,19 19:13,19
   30:18,21 33:6,25
   34:9 36:20 40:1
   49:21,22 51:17
   68:10,17
2's   23:23
20   45:21 50:9,14
   50:16
2000   31:25 32:1
   34:9,12
2004   30:18
2005   27:8,24 28:3
2007   33:7
2008   27:5 28:4

2012   35:21
2015   11:16
2016   57:25 58:11
   59:9,17 61:22
   64:6,15 66:13,20
2017   57:6 67:6,15
   68:10,17
2018   9:24 10:16,17
   10:19 70:13,20
   71:18,25
2019   1:16 2:20 6:1
   40:16 57:25 58:11
   59:9 72:19 73:2
   74:10 76:14 77:23
2020   50:24
22nd   64:6,15
24   7:7,12
25,953   68:10
250   2:18 3:6 8:17
28   4:11 66:12
28,113   70:13
28th   66:20
2:55   74:6

**3**

3   4:11 19:10 28:21
   28:24 30:23 32:8
   32:10 33:3,19
   34:24
30   14:23 74:19
300ce   32:4
300te   30:24
310.917.4500   3:13
310.917.5677   3:14
32,438   71:18
3500380   1:24
37,265   72:18
3:19   1:7 2:7

**4**

4   1:16 2:20 4:12
   6:1 19:17 32:18

52:22 74:10
4,034   61:21
4,181   64:7
40,000s   26:19
40s   26:18
45   45:24
46,798.15.   53:12
48   51:22

**5**

5   4:14 19:24 45:10
   61:18,23 62:1
   70:13
52   4:12
538   54:6
539   54:9
54,798.15   52:1
55   4:24
55,000   31:19
550   32:17
560   4:13
5th   70:20

**6**

6   4:3,16 20:11
   64:4,8,11
60   46:1,15
60,687.84   51:19
61   4:14
64   4:16
65   14:22
66   4:17
67   4:19
68   4:20
680597   5:4 72:16
691945   4:14 61:19
693042   4:16 64:5
6th   61:22

**7**

7   4:17 52:1 66:9
   66:14

Page 1

[7/17/18 - back]

**7/17/18** 4:23
**70** 4:22
**701** 2:18 3:5 8:17
**706559** 4:17 66:10
**71** 4:23
**72** 5:4
**720159** 4:19 67:5
**732089** 4:20 68:8
**736234** 4:22 70:11
**749474** 4:23 71:16
**760.438.1047** 3:7
**760.438.1056** 3:7
**77** 1:25

**8**

**8** 4:19 66:7 67:4,9
**8,000** 53:15
**8/23/19** 50:8
**88** 31:1

**9**

**9** 4:20 68:7,11
**90** 13:7,9
**90025** 3:13
**92011** 3:6 8:18
**92054** 9:22
**95** 9:12 13:7,9

**a**

**a.m.** 2:19
**a5** 38:2
**ability** 7:8,12
**able** 9:8 14:18
    37:14 45:17,23
    46:15
**absolutely** 38:20
**accelerate** 39:15
    68:23 69:6 70:7
**accelerated** 39:11
**accelerating** 27:16
**accessories** 24:5
**accident** 23:11

**accounting** 4:14
    4:16,22,23
**accurate** 15:25
    36:23 40:12 49:7
**acquisition** 17:15
    17:17
**act** 9:7,10 43:3
**acting** 69:7 70:6
**action** 77:19
**added** 52:17
**addition** 75:2
**additional** 41:25
    54:3
**address** 8:15 9:20
    10:1,12,18 29:18
    29:19 40:10
**addressed** 40:8
**administered** 77:9
**administration**
    42:11
**admonitions** 7:4
**advise** 74:21
**advisor** 22:15,15
    22:25 62:7
**aftermarket** 24:4
**afternoon** 45:5,6
**age** 10:25 11:1
**ago** 11:10,14 31:10
    44:12,21
**agree** 74:23
**agreed** 28:14 74:8
**agreement** 36:21
    36:24
**ahead** 15:14 16:15
    25:2 44:2 61:17
    64:3 66:6
**air** 55:6,11,14
    60:17,20,22 61:6
**airbag** 41:16,17,18
    43:9,16 72:3

**airbags** 42:6,12
**airport** 2:18 3:5
    8:17
**alcohol** 7:11
**alleged** 20:12
**altogether** 43:23
**amended** 4:7
    15:15,16
**amg** 52:20
**amount** 53:20
    70:24
**angeles** 3:13
**answer** 25:2 43:1
    43:12 44:2
**anthony** 3:11
**anybody** 27:21
    73:15
**aplc** 3:4
**apologetic** 22:16
**appear** 40:12
    54:13
**appearances** 3:1
**appears** 40:9
    49:24 50:3
**appointment** 60:9
**approximately**
    27:5
**april** 26:4 61:22
    64:6,15
**arbitration** 48:23
    49:2,3
**area** 57:2,3 58:17
    58:24 59:5
**areas** 8:21
**arizona** 8:6 9:14
    9:16
**arlene** 22:12 37:23
    38:13,19 44:15,22
    46:11,18 47:25
    51:14 59:5,8,23
    74:9

**arlene's** 60:24
**aside** 55:1
**asked** 17:5 28:11
    34:23 38:10 48:14
**asking** 50:23
**asks** 17:13,21
    19:10,17,24 20:11
**asp** 33:25
**aspen** 33:25
**associated** 29:25
**assume** 13:16
    48:12
**assure** 22:24 51:2
**aston** 14:15,17,23
    15:7,10,13 35:23
    36:14 43:18
**attempt** 69:11
**attempted** 51:1
    69:15
**attorney** 3:5,11
    6:14,21 7:19
    24:25 42:4,25
    43:11 44:1 49:16
    77:20
**audi** 38:2
**auto** 48:23 56:5,6
**automobile** 27:2
    35:16
**automobiles** 56:1
    56:12
**available** 22:20
    50:17,24 74:25
**aware** 13:13 21:3
    48:22,24 73:19

**b**

**b** 4:5 5:1 40:7 62:9
    65:3
**b2** 9:21 40:10
**back** 22:9 30:14
    30:17,17,17 31:13
    36:20 42:21 44:11

[back - check]

46:3,7,16 49:21
51:4,16 61:7
63:14
**backseat** 44:23
46:18 47:17 48:1
**backtrack** 57:12
**baker** 1:22 2:20
77:25
**ballpark** 59:3
**bar** 8:20
**barbara** 1:22 2:20
77:25
**barred** 7:23
**based** 28:12 43:8
43:14,25
**basic** 56:8
**basically** 69:7
**bates** 4:11,13,15
4:16,18,19,21,22
4:24 5:5
**bbb** 48:23
**beginning** 2:19
**behalf** 2:17 16:17
43:7 49:19
**belatedly** 24:25
**belief** 76:8
**believe** 11:16,19
17:20 24:13 25:4
25:14,18 26:18,25
27:24 31:4 33:1,4
37:7,18 38:3 40:1
40:14 44:8 48:21
49:5,10,11,22
56:23 57:6 58:16
60:4,14,21 63:19
64:16,23 65:6
70:4 72:8 76:9
**bell** 65:18
**benz** 1:8 2:8 6:14
6:16 10:4 14:23
18:1,1,5,8,19 19:1

19:11,15 20:20
21:5,10,14,18 22:6
28:22 29:8 30:24
33:11,15 34:16,19
34:21 36:10 38:14
40:13 48:16,19,19
48:22 49:6,15,25
50:12,15 51:3
52:25 60:6 61:18
64:4,14,21 66:10
67:5 68:8 70:10
71:13,16
**best** 18:14 26:3
**better** 36:19
**beverly** 9:7,10
57:3,7,18 58:1
**beyond** 16:24
**big** 14:7
**bill** 25:2 43:12
53:14
**birth** 7:16
**black** 32:4,23 33:6
**blown** 54:15 63:14
**blue** 24:13,15,23
25:22 30:24,25
34:2,11
**bluetooth** 67:19
68:3
**book** 24:13,15,23
25:22
**borders** 62:9,11
**bought** 30:24 32:4
**boulevard** 3:12
**box** 29:19 32:11
**boy** 57:6
**brake** 63:2,4,7,11
**brand** 31:15
**briefly** 15:21
**bring** 18:4
**broaden** 20:17

**brothers** 35:18
**brought** 18:8 19:4
60:7 61:7 64:14
66:20 67:15 68:17
70:20 71:25 73:1
**bumper** 65:12
**buy** 23:19
**buyer's** 54:10

| c |
| --- |

**c** 6:12 62:8 65:12
67:18
**c1c** 4:11 28:22
29:9
**c350** 10:4 38:10
39:1 43:23 55:12
**cadillac** 38:1
**california** 1:2,15
2:2,19 3:6,13 6:1
7:20 8:4,18,19,22
9:22 10:16 11:4,6
11:13 76:11,15
77:4
**california's** 42:17
**call** 48:18,19 49:6
51:4 71:5,9
**called** 48:11 50:11
**calls** 41:3 42:24
48:6
**camping** 36:2
**car** 20:18 22:19,20
23:25 24:14,16
25:23 27:10,15,17
31:2 32:9 33:7
34:2,5 37:23 38:7
38:11,19,23 39:10
39:11 44:21 50:18
51:22,23 52:7
53:21 60:7,12
61:6 63:15 65:14
69:6,10,12,14,17
70:3,6 72:9 73:12

73:14,18,22
**card** 20:3 53:7,14
53:18 54:18,21
**care** 49:3
**carlsbad** 1:15 2:19
3:6 6:1 8:17
**carmel** 57:2
**carrying** 14:8
**cars** 30:21,21 33:2
33:13,22 35:5
38:4,12
**cascade** 10:15
**case** 1:7 2:7 7:9,13
24:12 26:20 49:2
77:15
**cases** 8:3,6,8,25
9:2,6,6,9,16,17
15:24 28:11 29:11
43:6
**catching** 19:9
**categories** 16:22
**category** 4:10
17:13,21 19:10,17
19:24 20:11 38:7
38:7
**cause** 41:17
**causing** 41:22
**cd** 74:13
**cell** 29:17 30:1,2
**certain** 16:14
41:15 61:5 63:7
**certainly** 49:20
**certificate** 77:1
**certified** 2:21
74:13,23 77:3
**certify** 77:5,18
**changes** 74:20
**chart** 12:25 13:2
**chassis** 36:9
**check** 53:6,9,11

[checking - dealt]

checking  26:7
cherokee  14:6
  35:21
children  10:24
  11:1,2 13:15
  30:17 35:18
chose  58:20
chris  51:7,14
christian  40:6
chrome  69:22
circumstances
  41:15 42:20
civil  74:16 75:4
cl  34:13
cl500  34:11
cl550  33:7
claim  23:13 43:8
  49:11
clarify  28:19
  60:20
classes  56:3,11
clicking  62:16,19
  62:24
client  24:25 42:25
  43:11 44:1
clients  43:13 49:19
clk  32:17
close  65:9
closed  19:9
closer  52:2
closing  62:16,20
cloudy  63:12
coach  36:6
code  75:4
coffee  31:13,14,17
colorado  11:15,16
combustion  56:8
come  16:5 20:5
  22:9 28:5 55:2
  59:5 60:16 61:5
  73:17

comfortable  7:2
coming  62:20
  66:22,25 68:2
communication
  21:4,14,20,24
communications
  21:18,25 29:24
commuting  15:3
company  54:22,24
complaint  67:18
complaints  33:12
  73:7,14,17
complete  70:25
completion  77:16
compressor  55:11
computer  24:16
concern  39:24
concerns  57:22
conclusion  41:4
  42:24 74:9
condition  19:18,21
  24:19,20 25:8,19
  25:21
conditions  24:23
conference  24:11
  24:12 26:2
conformities
  20:12
conformity  20:16
congratulations
  11:11
consumer  9:7,10
consumers  43:8
contacted  28:10
contain  54:3
contained  17:2,18
  19:13,19 20:21
  33:19
contents  76:6
continued  5:2

contract  53:1
contracts  52:6
  54:4
control  17:15,18
  42:20
conversation  22:5
  22:18 50:19 62:10
  65:1
conversations
  23:6,8 51:6 62:23
convertible  15:8
cool  39:6
copied  54:13
copy  16:16 20:7
  28:21 36:19,23
  40:13 49:24 52:24
  53:1,6,8 54:20
  74:13,23
corner  62:8
correct  7:21 8:13
  8:14 12:6 13:17
  16:9 20:3,4 21:11
  25:12 32:12 33:4
  35:22,24,25 36:3
  36:11 38:20 46:4
  46:5 48:13 53:13
  60:10 61:15 76:12
corrections  74:20
counsel  16:17 20:1
  74:12,17,21,21,24
coupe  37:24,25
  38:1,6
couple  6:25
coursework  56:11
court  1:1 2:1
  74:15 75:3
cover  4:12 15:21
coverage  19:25
cracked  65:5
cracking  65:8

crackling  68:2
crash  41:15
crawl  45:20
credit  53:6,14,18
crossing  10:15
csr  1:23 77:25
cup  31:13,14,17
  31:19 34:2
current  8:15 24:7
currently  8:2
  14:12,14 35:21
custody  17:14,18
customer  29:13,24
  40:7 67:19
customer's  29:25
  54:7
cv  1:7 2:7

**d**

d  4:1 62:9
dash  50:13
date  7:15 16:13
  26:1,9 50:8,9,10
  50:11 54:10 58:10
  61:21 77:21
dated  77:23
daughters  73:13
day  15:8 23:19
  26:9 45:4,7 46:6
  76:13
days  26:9,11,12
  74:19
deal  4:13 52:24
dealer  31:3
dealership  13:25
  22:1 23:8 56:14
  60:6 62:24 70:23
dealerships  21:10
  21:14,19
dealing  49:15
dealt  48:11

[deanna - executed]

deanna  3:4
deannalemonlaw
  3:8
death  41:22
decided  37:25
deciding  37:2,23
  38:3,22
decision  39:8
declaration  76:1
declare  76:4,6,10
default  25:17
defect  41:16
defendant  3:9
  26:24
defendants  1:10
  2:10,18
defense  74:12
definitely  26:13
  45:22
definition  20:15
degree  7:25
demand  4:8
demands  48:12
  49:18
deny  49:11
department  61:13
deployment  41:16
  41:20
depo  14:1
deponent  76:4
deposed  9:18 50:1
deposition  1:14
  2:17 4:7 6:15,17
  7:2 15:16 16:3,11
  16:13,21 17:2
  67:25 74:9,25
  75:5 76:5 77:15
depositions  6:22
describe  19:21
  45:14

description  4:6
  5:3
detail  16:8
details  34:8 43:5
detect  69:16
determined  37:24
diamond  30:24,25
diego  45:1 46:4
difference  21:9
different  16:22
difficult  53:2
ding  65:16
dings  66:3
direction  77:12
discussed  28:20
  65:2 69:4 73:9
discusses  43:3
discussion  60:2
  65:11
discussions  22:1
district  1:1,2 2:1,2
divorce  26:22
document  20:23
  40:4
documents  4:8,9
  4:12 16:14,16,23
  16:25 17:2,6,9,16
  19:14
doing  51:3 69:20
door  19:8 22:4,16
  62:17,21 64:19
  65:4,7,8,25
dozens  64:2
drivability  36:5
drive  14:3 37:2,13
  37:17 38:10,11
  43:24 44:11 45:2
  55:20 57:11 59:18
  69:14,17
driven  11:17
  12:12 13:12,18,20

  13:23 38:12 39:20
  58:25 59:16
driver  13:2 65:25
driver's  19:8 22:4
  54:13 62:16,21
drivers  13:1,8
driveway  43:24
driving  10:25 11:1
  14:4,9,19 15:9,13
  27:15,19,21 39:13
  39:23 43:22 44:21
  45:18 55:3 58:2
  59:10 69:10 71:4
dropped  62:5 71:5
  71:9
dropping  22:12
  60:8
drove  37:5,15,19
  38:1,2,17 44:6,8
  44:12 46:3,6
drugs  7:11
due  42:19
duly  6:6
duplicate  69:10,11
dust  63:2,4,7,11
  63:17,18
duties  75:3

e

e  3:14 4:1,5 5:1
  6:12,12 12:7,8
  40:7,7 62:8,8,9
e320  30:19 32:23
e320s  34:1
e500  32:22,23
earlier  7:18 40:18
  50:1 60:4 61:2
  64:18
early  24:11 26:1
  45:5
easier  36:20

either  14:7 22:12
element  24:13
employee  77:19
encouraging  38:13
ended  31:2,15
  71:2
engage  27:18
engine  56:9
entered  36:24
entire  10:7,10
  45:20
entitled  4:13
episode  71:1
equipment  24:5
escondido  10:17
  18:1,5,8,16,20
  19:1 21:20 22:7
  30:25 31:4,6 38:9
  52:25 61:18 64:4
  64:14,22 66:10
  67:5 68:8 70:10
  71:13,16
estimate  6:23,24
  9:11 18:14 26:3
  31:10 32:1 44:19
  50:17 57:5 63:24
estimated  47:2
evaluation  24:11
  26:1
evening  45:5
events  7:9,13
evolved  9:4
exactly  52:4 75:6
examination  4:3
  6:8
excellent  25:5,11
  25:16,19,21
exchange  52:17
exclusively  9:6
executed  76:13

[exhibit - guys]

exhibit  4:7,9,10,11
  4:12,14,16,17,19
  4:20,22,23 5:4
  15:15,15,18 16:16
  16:18 17:2,8,19
  19:13,19 23:23
  28:21,24 29:2
  30:3 33:19 34:24
  36:20 40:1 49:21
  49:22 51:17 52:22
  61:18,23 62:1
  64:4,8,11 66:7,9
  66:14 67:4,9,18
  68:7,11 70:10,14
  71:15,19 72:15,20
experience  39:13
  49:13,14,16,20
  68:4,22
experienced  36:4
  71:5 73:18
experiencing  27:9
  57:10,14,17 67:22
  69:1
explode  41:18
explosion  41:19
express  38:21
expressed  39:3
extended  52:10
extensive  28:13
extent  41:23
extreme  27:17

**f**

fact  22:16 31:6,12
  39:4
fair  26:8,10
fairly  28:12 72:9
familiar  16:4 42:4
  42:5,9,14,17 43:2
family  35:15,17
far  22:1 24:25
  36:11 38:11 39:2

fax  3:7,14
feature  67:21
features  38:25
  39:4,7
february  10:16,17
  40:15
federal  8:7,8 9:17
  74:15 75:4 77:15
feel  7:1,8,12 16:7
  27:16 39:14,17
  40:25 41:7 49:9
feeling  27:14
felt  38:17 39:12,16
  39:21 47:22 69:6
filed  6:16 40:21
  42:14 43:7,13
film  63:12
financed  51:22
financially  77:18
finding  65:20
fine  9:11 18:14
finished  29:3 62:2
  64:11 66:17 67:12
  68:14 70:17 71:22
  72:24
firm  8:6,10 9:14
  16:2 28:9
firms  15:23
first  6:6 16:21
  17:13 29:19 30:7
  36:21,22 51:16,17
  69:12,17 74:12
five  9:13,15 13:5
  14:24 15:1 26:12
  45:3 50:21 56:17
  58:9,12
floor  31:19
folks  22:6
follow  30:10
following  54:17
  74:8

follows  6:6
foregoing  76:5,11
  77:6,8,12,14
forth  77:7
four  18:16 19:2,5
  30:5 33:20 52:21
  63:18,19
fourth  32:11 34:9
  40:1
fragments  41:20
fraud  42:15
free  67:20
freeway  37:14
  68:1
friendly  51:1
front  41:21 44:23
  44:24 46:13,22
  47:4,14,20,23 48:4
  65:12
frontal  41:16
funny  31:21
further  16:20
  77:14,18

**g**

g  6:12 65:15
gas  55:10,19 56:9
general  38:7
generally  16:4
getting  7:4 71:5
  72:4,7,10
give  9:9 14:18 57:5
given  19:15 77:13
giving  50:24
gmail.com  3:8
go  15:14 16:8,15
  16:22 24:15 25:2
  30:14 36:1,20
  37:5,8 44:2 49:21
  53:5 54:12 56:25
  59:25 61:17 64:3
  66:6 69:6

goes  29:22
going  16:15 24:24
  24:25 25:2 28:21
  32:3 38:23 42:23
  43:5,25 44:25
  45:1,21 51:16
  52:21 54:20 66:6
  67:4 69:5 70:9
  74:13
good  25:4,10,16
  36:7 47:8
grand  14:6 35:21
gray  32:22
greco  3:11 4:3 6:9
  6:13 8:9 15:14,19
  16:15,19 17:11
  20:1,5,9,10 25:6
  28:19 29:1,7 30:7
  30:9 31:23 34:20
  35:10,13 41:5,11
  43:4,17 44:5
  46:24 47:9 48:8
  52:21,23 54:16
  56:17,19 60:1,3,23
  60:25 61:17,24
  64:3,9 66:6,9,15
  67:4,10 68:7,12
  70:9,15 71:15,20
  72:15,21 74:1,3,5
  74:12 75:6
green  33:25 34:1
grille  39:4
group  3:10 4:12
  16:5
guess  8:5 59:3
guide  30:12
guy  22:22,23
guys  57:4 59:13

[h - legal]

**h**

h   4:5 5:1
habit   72:9
half   11:10
hand   62:8
handful   59:1
handle   39:18
handled   39:11
hands   67:20
handwriting   50:2
  50:4,7
hanging   22:17
  64:19 65:7
haul   14:7
head   26:1 68:3
hear   62:19 68:2
heard   70:5
hearing   24:14
heavy   45:15,16
help   51:5
helps   30:12
hesitate   51:4 69:7
hesitation   27:17
high   56:3,5,10
highest   45:17
highly   15:12
highway   42:10
hills   57:3,7,18
  58:1
history   23:24,25
  28:13 62:12
hit   65:9
hoehn   5:4 18:1,5,8
  18:15 51:7 72:16
  73:2
hold   17:5 24:24
holder   31:13,14,17
  31:20 34:2
home   10:18 14:16
  29:15 36:7

**hour**   45:21,24
  46:1,16
hours   7:7,12
house   10:21 55:15
hundred   6:25
  56:21,24 58:3
  59:2,10,11

**i**

idea   14:18 26:6
  51:12
ii   16:12
immediate   35:14
  35:17
impair   7:8,12 41:7
impairment   40:25
important   38:22
  39:1,8 40:4
impressive   38:12
  38:15
inability   42:19
include   33:18
included   52:5
inclusive   1:9 2:9
indicates   67:6
individual   28:9
inflater   41:17,19
information   29:14
  29:22 50:25 76:8
informative   51:2
injury   41:22
inside   23:23
installed   24:5
  70:23
instance   48:15
insurance   19:25
  20:3 23:13 54:18
  54:21,22,24
interested   77:19
interim   40:4
internal   56:8

**invoice**   4:14,16,17
  4:19,20,22,23
involved   27:8 43:6
  43:7
ish   26:4
islas   51:7
issue   22:10 25:20
  27:13,14 41:13
  62:15 64:18 69:15
issues   33:13 34:17
  36:6,8 58:25
  60:22
item   65:3,12,15
items   52:8 66:2

**j**

jacket   52:24
january   7:17
  57:25,25 58:11,11
  59:9,9,17,19 70:13
  70:20 72:19 73:2
jeep   14:6,17,22
  15:4,7 35:21
  36:17 43:20 57:24
  58:19,20 59:22
jerk   27:15
job   1:24 22:22
jolt   27:15
july   71:17,25

**k**

keep   55:12
kelley   24:13,15,23
  25:22
kind   8:2 19:7
  24:10 27:9,12
  30:17 38:3,22
  49:14 55:19 65:6
  69:15 72:10
knew   24:12
know   9:18 10:5
  18:22 21:1 26:17

27:15 28:20 29:3
  30:7,16,19 31:6
  35:7 36:11 39:2
  58:12 59:2,13
  62:2,13 64:11
  66:17 67:12 68:14
  69:22 70:2,17
  71:22 72:7,23
  76:6
knowledge   11:17
  11:20 12:9,12,15
  12:17,21 13:8,11
  13:18,20,24 18:2
  19:16 23:10 24:4
  35:14 47:25 76:7

**l**

l   6:12,12 12:5 52:8
  62:8
la   57:3,13 58:25
lady   50:16
large   9:6,8
late   45:5,5
law   3:4,5,10,11
  7:25 8:2,3,4,11,12
  8:15,21,22,25 9:2
  9:6,16 13:11 16:5
  28:9 42:5,17
lawrence   62:8,11
lawsuit   6:16 8:13
  10:3 25:21 26:24
  34:18 40:21
lawsuits   26:21
  42:14 43:7,13
lead   4:13
learn   56:7
lease   34:1
leased   30:16
leave   43:23
left   62:8
legal   4:11 20:15
  28:22 29:8 41:3

[legal - minutes]

42:24

**lehrman** 3:10 16:5

**lemon** 8:3,4,22,24
9:2,6,15 42:5,17

**length** 57:23

**letter** 20:20 21:6,7
40:13,15

**license** 8:20 54:13

**licensed** 7:20

**lieu** 74:23

**light** 39:5 45:14
55:4 73:17

**lights** 39:5 55:2,5

**likes** 52:6

**line** 48:23 65:3,11
65:12,15 67:18

**liquid** 63:14

**listed** 29:18 30:12
40:5,10 62:7

**lists** 29:24

**literally** 65:9

**litigation** 42:6
48:12 49:18

**little** 39:5

**live** 9:20,25 10:14
10:20 11:4,13

**lived** 9:23 10:11
10:15,17 11:6
55:17

**lives** 11:15

**living** 6:19

**llc** 1:8 2:8 6:14,16
21:5,10

**location** 16:13

**long** 8:24 9:23
20:6 45:2 50:19

**look** 16:4 38:14
50:4,6 51:25 52:7
54:1 63:10

**looked** 30:3 39:9
50:2

**looking** 23:23
30:13 32:13 33:24
34:8 51:10,17
54:6

**looks** 32:14,14,18
32:21 38:24 52:6
53:11 63:11

**los** 3:13

**lost** 74:22

**lot** 65:18

**loud** 67:20

**loved** 39:4

**low** 26:18,19

**lower** 63:15,18
65:4

**luis** 58:17,24 59:4

**m**

**m** 3:4 6:12,12 52:8

**machine** 77:11

**mail2** 3:14

**maintenance**
17:22 18:2 52:9
55:22 56:1,12
61:13 66:23 67:1

**making** 39:8 49:18
62:15

**man** 23:3,4

**manufacturer**
27:2 28:17 35:15
56:15

**manufacturer's**
42:19

**manufacturers**
42:15

**mark** 15:14 16:15
28:21 52:21 61:17
64:3 66:6 67:4
68:7 71:15

**marked** 15:15,18
16:18 28:24 52:22
53:5,24 61:23

62:1 64:8 66:14
67:9 68:11 70:9
70:14 71:19 72:15
72:20

**marks** 63:22

**married** 9:19

**martin** 14:15,17
15:7,10,13 35:23
36:14 43:18

**maserati** 27:8 28:1
28:5,10,12 35:4
48:9,10

**matter** 20:6 76:5

**matters** 76:7,9

**mbusa** 4:11,13,15
4:16,18,19,21,22
4:24 5:5 51:11
53:6,24

**mcgee** 1:5,14 2:5
2:17 3:4 4:8 6:5
6:12,13,20 7:15
8:11,12,16 11:9
12:1 14:1 15:17
15:20 16:20 20:2
20:6 28:19 29:8
29:14 40:8,12
53:4 56:20 60:4
61:1,25 64:10
66:16 67:11 68:13
70:16 71:21 72:22
74:9,18,20 76:19

**mean** 9:3,5 26:11
30:6 35:17 38:7
38:16

**meant** 21:23

**mech** 56:5,6

**medication** 7:7

**meghan** 11:3,17
12:17

**meghan's** 11:9
12:3

**mentioned** 7:18
8:19 9:13 13:14
22:3 48:9 50:1
52:11 63:17 67:25
73:11,12

**mentions** 65:15

**mercedes** 1:8 2:8
6:14,16 10:4 14:8
14:23 18:1,1,5,8
18:19 19:1,11,15
20:20 21:5,10,14
21:18 22:6 28:22
29:8 30:15,16,24
33:11,15 34:1,16
34:19,21 36:10
38:6,14,14 39:5
40:13 48:16,19,19
48:22 49:6,15,25
50:12,15 51:3
52:25 60:6 61:18
64:4,14,21 66:10
67:5 68:8 70:10
71:13,16

**metal** 41:20

**mexico** 59:14,16
59:18

**mile** 67:1

**mileage** 24:16
26:14,17 61:20
64:7 66:11 67:7
68:9 70:12 71:18
72:17

**miles** 45:3,21,24
46:1,15 56:22,24
58:3 59:2,10,11

**mind** 20:15 35:6

**mine** 30:20 34:3
34:13

**minutes** 50:21
56:17

Page 8

[misaligned - order]

**misaligned**  19:8
 22:4
**misplaced**  74:22
**misstate**  47:10
**misstates**  46:23
 47:7
**mma**  1:7 2:7
**model**  24:17 27:6
 30:5 34:12 38:2
 52:20
**moment**  29:2 62:1
 64:10 66:16 67:11
 68:13 70:16 71:21
 72:22
**monaco**  14:15
**monitor**  73:17
**monterey**  57:2,4
 57:11,15 58:1
**monthly**  51:23
**months**  18:23
 44:17,20 47:3
 70:5 72:7
**morning**  69:5,12
 69:18
**mother**  13:11
 73:14
**motor**  10:18 14:16
 36:7
**motors**  5:4 18:5,9
 18:16 21:20 30:25
 31:4,6 38:9 51:7
 72:16 73:2
**moved**  10:18
 11:15 55:16

**n**

**n**  4:1 12:5 62:8
**name**  6:10,13 8:10
 11:9 12:1,3 29:14
 29:25 37:10 77:22
**named**  62:11

**names**  11:2
**national**  42:10
**navigation**  70:24
**near**  63:18
**necessarily**  61:7
**necessitates**  41:16
**need**  7:3 16:8
 57:12
**needed**  14:6,7 75:1
**neither**  74:2 77:18
**neutral**  24:11 26:1
**nevada**  8:6 9:16
**never**  26:23 32:17
 39:16 56:3,14
**new**  12:3 28:5
 31:15
**nice**  15:8 50:16
**night**  46:8
**nimbly**  39:12,18
**nine**  9:12
**ninety**  9:12
**noise**  62:16,19,24
**non**  20:12,16
**note**  49:25 50:3,6
 50:10 51:15
**noted**  74:6
**notice**  4:7 14:2
 15:16,20 16:3
 21:8 39:23 40:1,4
 41:14 72:5,7,10
**noticed**  17:23
 63:25 65:13,24
**notices**  16:11 72:3
**november**  9:14,24
 10:19 11:16 68:10
 68:17
**number**  4:6 5:3
 24:17 25:22 29:15
 29:17 30:1 48:20
 49:6 50:11 51:10
 51:11 54:25

**numbers**  53:22
**numeral**  16:12

**o**

**o**  12:5 62:9
**oath**  77:9
**obispo**  58:17,24
 59:5
**object**  24:25 42:23
 43:25 47:21 48:4
**objection**  25:3
 41:3,9 43:10
 46:23 48:6
**obligations**  74:15
**observed**  73:13
**occasion**  22:14
 55:17 60:16 65:14
 65:22 71:3
**occasions**  15:5
 18:17 19:2,5
 21:21 22:2,11
 47:19 48:3 59:1
 60:12 69:14
**occupants**  41:21
**occur**  14:5
**occurring**  65:7
**occurs**  19:7
**oceanside**  9:21
**october**  66:12,20
**offer**  74:16
**office**  15:22
**offices**  3:4 8:11,12
 8:15
**oh**  17:4,7 21:25
 32:13 55:14 57:6
**okay**  6:22 7:1,6,11
 8:12 11:2 14:1,1,9
 14:9,14,21,25
 15:23 16:2,7,10
 17:4,12,21 20:7
 21:4,9,23 24:15
 25:7 26:11,14

27:4,25 29:6,18,21
 30:3 31:5,24 32:2
 32:7,16,25 33:5,9
 33:11 34:4,7,14,15
 35:11 38:21,25
 39:25 40:3 41:12
 41:25 47:13 49:12
 49:18,21,24 50:10
 50:13 51:6,24
 52:5,11 53:23,25
 54:6 55:1,1 56:25
 57:7 58:14,23
 59:21 60:11,19
 61:4,11,16 62:7,14
 64:17 65:15,21
 66:22,25 67:3,17
 68:6,22 69:9,17,21
 69:21 70:18,22
 71:4,11 72:2,11,22
 73:4,7 74:2,3,5
**older**  10:24
**once**  37:15
**ones**  33:18 35:2
 52:17
**open**  61:21 65:9
**opened**  19:9 64:6
 66:12 67:6 68:10
 70:13 71:17 72:18
**opening**  62:16,20
**operation**  73:8
**operations**  56:8
**opportunities**
 19:11,15
**opportunity**  17:1
**opposed**  14:3
 25:16
**optional**  52:6
**options**  24:22
**order**  5:4 61:19,21
 64:5,6 66:10,11,12
 66:17 67:5,12

Veritext Legal Solutions
866 299-5127

[order - probably]

68:8,14 70:11,13
70:17 71:16,17,22
72:16,18,23
**orders** 17:24
19:13,18 20:19
42:9
**original** 74:17,22
74:24,25 77:15
**outright** 23:19
**outside** 42:20
**owned** 10:10,21
11:7 30:11,13,14
30:15,22 32:17,22
32:22,23,24 33:2,8
33:12,15 34:19,21
35:2,9 36:5 64:1

**p**

**p.m.** 2:20 6:2 74:6
**pacific** 9:21 10:12
40:9
**page** 4:2,6,12 5:3
30:13,18,21,23
32:8,10,18 33:3,6
33:25 34:9 40:1
49:22 51:10,17,25
52:7 53:5,23
54:17 67:17
**pages** 1:25 29:22
30:5 36:21,22
51:16 54:3
**paid** 51:18,22,25
52:3,4 53:20
**paint** 65:4,8
**palomar** 2:18 3:5
8:17
**panel** 63:15,18
65:4,10,16
**parameters** 58:10
**parents** 35:18
**park** 43:23

**part** 49:20
**participates** 48:22
**particular** 12:22
14:2 15:5 21:17
25:15 33:12,21
34:16 35:7 36:13
36:16 37:19 38:25
39:7 42:12 43:6
54:21 55:25 57:10
57:14,17 68:1
**particularly** 38:22
39:1 42:8
**parties** 43:6 77:20
**parts** 42:1 43:14
50:6,17,23 63:11
**party** 26:21,22
32:5,5
**passenger** 11:21
11:24 12:10,19,23
39:24 41:17,19,21
44:9,13,16,22,23
46:11,13,21,22
47:4,4,14,14,16,20
47:23 48:1,4
65:16 73:12
**passengers** 14:8
**patrick** 11:3 12:1
12:9,15,21
**paul** 3:11
**pay** 65:21 73:22
**payment** 23:23,25
24:2
**payments** 51:23
**peeling** 69:22
**penalties** 76:10
**penalty** 74:19
**people** 13:4
**percent** 9:12,13,15
13:6,7,9 14:22,23
14:24 15:1

**percentage** 9:9
13:1,2,3 14:19
**performed** 55:22
65:22 72:6,13
**perjury** 74:19
76:10
**person** 23:16 48:4
**personally** 18:4
21:13 28:10 62:19
63:4,6
**personnel** 13:25
23:8 62:24
**pertains** 54:21
77:14
**phone** 29:15 30:1
50:19 51:10 67:20
67:20 71:6
**phones** 30:2
**photographs** 21:1
**picked** 25:15 60:7
65:13 68:20 71:12
72:12 73:5
**picking** 22:13 60:8
**pie** 12:25 13:2
**place** 77:7
**plaintiff** 1:6 2:6
3:3 4:7 26:24
**plaintiff's** 4:9
74:17,21,24
**plan** 52:9,10
**planning** 57:21
**platform** 36:10
**please** 6:10 29:2
61:25 64:10 66:16
67:11 68:13 70:16
71:21 72:22
**plus** 30:19
**point** 11:6 19:21
28:20 33:2 38:13
39:22 42:7 46:4
46:19 59:16 62:11

**percentage** 68:1
**policy** 54:25
**poor** 25:4,7,9
**portable** 55:11
**possession** 17:14
17:18
**possible** 66:24
69:19
**possibly** 18:16
33:20 41:21 58:13
**post** 51:15
**potential** 42:1
**potentially** 41:8
42:24
**poway** 10:15,21
29:19 55:16,17
**practice** 8:2 9:5
**practiced** 8:21
**pre** 4:14,16 48:12
49:18
**premium** 55:21
**preparation** 24:14
**present** 10:18 18:7
18:13,19 19:6
61:1
**presently** 58:22
**president** 40:7
**pressure** 55:4
73:16
**pretty** 37:24 41:23
72:4
**price** 38:8 51:18
51:20,21
**prior** 22:18 28:6
29:19 65:14 77:9
**priority** 42:11
**private** 32:5,5
**privilege** 25:1
42:25 44:1,1
**probably** 15:1
16:3 20:14 22:22

[probably - repairs]

36:6 44:12 47:18
48:24 54:24 57:8
**problem**  20:17
57:18 67:22 69:1
70:2
**problems**  12:18,22
20:23 27:9,12
33:13,22 34:4,16
35:7 36:4,5,13,16
40:24 41:7 42:1
57:11,15 65:24
73:7
**procedure**  74:16
75:4
**procedures**  49:4
**proceedings**  77:6
77:8,10,16
**process**  7:2
**produced**  4:9
16:14,17,25
**product**  25:1
36:10 42:25 43:11
**production**  4:8
**productive**  48:21
49:6
**program**  48:23
**pronounced**  63:21
**proposing**  51:23
**provide**  20:3
74:18
**provided**  51:12
**provisions**  42:18
**pull**  35:2 53:4
**pulled**  32:25
**punch**  24:16
**purchase**  10:8
27:23 36:21,24
37:3 39:8
**purchased**  23:16
23:20 54:4

**purchasing**  38:19
**purposes**  74:24
**pursue**  49:1
**put**  15:11 55:1,6
55:14,19 60:17
61:6

**q**

**qualified**  22:22
**quarter**  65:16
**quattro**  28:3,4
48:10
**quattroporte**  27:8
**question**  29:5
30:10 41:6 42:21
**questions**  74:1
**quickly**  72:9

**r**

**r**  1:5,14 2:5,17 3:4
4:8 6:5 8:11,12,16
15:17 29:14 40:7
40:7,8 62:8,9,9
76:19
**r500**  32:24
**range**  38:8
**reached**  20:2
**read**  36:20 41:14
42:21,22 53:2
76:5
**really**  6:24 16:7
31:14 32:1 57:23
**rear**  65:16
**rears**  63:20
**reason**  14:2 25:15
37:19 40:21 48:18
49:1 58:20 73:24
74:22
**reasons**  15:6,6
**recall**  11:23 18:6
18:11,13,18 19:4
20:21 21:8,18

22:3,5,8,14,18,25
23:3,7 24:21,22
25:7,10,22 26:1,14
27:7 31:3,8 33:12
33:21 34:4,15
36:17 37:10 38:2
39:23,25 40:4,17
40:18,19,22 41:8
41:13 42:2 43:9
43:15,16 44:25
45:4,7,17,23 46:6
46:25 50:22 51:1
52:13,16 55:5
56:7,20,23 57:1,4
57:10,14,17,22,23
58:5,14,22,23 59:8
59:12 60:5 62:4
62:14,23 63:1
64:13,21,23,25
65:3,11,17,20
66:19,22,25 67:14
67:16,22,24 68:5
68:16,18,19,21
69:3,4,21 70:19,21
70:22 71:1,7,10,11
71:24 72:1,2,2,3,5
72:6,6,8,11 73:4
**recalls**  43:14
**receipt**  53:7,18
**receive**  7:25 40:15
**received**  8:19 21:6
40:13 52:25
**receiving**  72:2
**recess**  56:18
**recite**  36:6
**recognize**  30:4,6
35:1
**recognized**  34:24
**recognizes**  30:8
**recollection**  22:8
52:19 65:19 69:20

72:4
**record**  6:11 40:3
42:22 59:25 60:2
77:10,13
**recorded**  61:20
**refer**  10:4
**reference**  74:11
**referred**  31:19
**referring**  63:6
**reflects**  16:14
**regarding**  6:15
10:3 19:24 20:20
21:17 41:6 42:11
65:12
**related**  7:9 17:15
17:16,22 19:10,14
19:17 20:11 28:22
36:6 41:13 42:2
57:22 58:25 62:24
**relative**  77:19
**relatively**  39:11
**relieve**  74:14 75:3
**remedy**  42:1
**remember**  7:8,13
31:12 62:10
**rental**  73:22
**rep**  28:10 48:11,18
**repair**  17:23 19:11
19:13,14,18 20:19
28:13 42:19 50:17
56:1,12 61:14,18
61:21 64:4,6
65:25 66:10,11,12
66:17 67:5,12
68:8,14 70:10,12
70:17 71:16,17,22
72:16,18,23
**repaired**  66:3
**repairs**  17:22
50:23 61:8 65:22
72:12

Veritext Legal Solutions
866 299-5127

[repeat - smoother]

repeat 35:7
replace 27:2 28:12
  35:16 48:14
replaced 28:2,3,4
  28:6,8,16 42:12
report 4:11 28:22
  29:9
reported 1:21 64:7
  66:11 67:7 68:9
  70:12 71:18 72:17
reporter 2:21
  74:15 75:3 77:4
reports 29:23
represent 16:10
representative
  37:8,11 50:15
represented 54:23
representing 8:13
reprinted 74:11
repurchase 27:2
  35:15
repurchased 28:1
  28:8,17 48:10
request 28:7 74:13
  75:1
requested 16:23
  27:1 35:15 77:17
requests 4:10
research 24:7,10
  41:25
resort 10:17
rest 32:3
result 41:20
review 16:8 17:1,6
  17:9 29:2 62:1
  64:10 66:16 67:11
  68:13 70:16 71:21
  72:23 74:18 77:16
ridden 44:16 47:3
  47:16,25 73:11

ride 46:11
riding 46:25 47:13
right 6:13,19 7:6
  7:15,23 10:3 15:2
  16:20 17:4,12
  18:18 20:9,16
  22:24 23:17 24:1
  26:5,20 33:3 34:8
  34:15 36:19 38:19
  40:2,17 43:20
  46:6 49:23 51:16
  51:21 53:11,14,17
  53:21,23 54:2
  56:25 59:2,12
  60:9 61:2,25 62:3
  64:12 66:18 67:13
  68:15,16,19 71:23
  72:25
rings 65:18
road 2:18 3:5 8:17
rocker 65:4
rode 46:21
roman 16:12
ros 60:21
rough 6:24 9:10
  32:1
roughly 31:25
  47:11
rpr 1:23 77:25
rubbing 69:25
rules 74:16
run 7:3
rv 10:17 35:24
  36:1,4,6

s
s 4:5 5:1 12:5
  34:12 62:9
s500 34:9
safe 39:10
safety 39:24 40:4
  41:1 42:10

sake 20:16 40:3
sale 51:18,20
sales 37:8,10
san 45:1 46:4
  58:17,24 59:4
sandy 50:8,13,15
  50:23
satisfaction 66:4
saw 15:21 63:2,6
  70:1
says 40:6 41:15
school 56:3,5,10
scratched 65:13
scratches 66:3
seat 39:24 44:23
  46:11,13,22 47:5
  47:14,20,23 48:4
second 4:7 15:16
  17:5,21 22:9
  30:10 32:8,9 33:6
  51:25 67:17
section 43:2
see 16:23 24:17
  29:13 30:18 32:13
  38:6 63:4 69:9,12
  69:15
seeing 65:17 69:21
seen 15:20 16:11
  29:8 55:2,4 63:8
  63:16,17,19 73:16
select 24:20
selected 24:19
semester 56:5
send 74:16
sense 30:2
sent 40:10
september 1:16
  2:20 6:1 74:10
  77:23
series 17:23

serious 41:22
service 18:2 22:15
  22:15,25 52:6,10
  54:4 60:9 61:13
  62:5,7 64:23
services 40:7
set 77:7
setting 67:20
settlement 24:12
seven 66:8,9
sharp 41:20
sheet 4:13 15:21
shop 56:3 73:23
shorthand 2:21
  77:3,11
showed 12:25
showroom 31:18
side 19:8 22:4
  41:17,19
signature 53:8,17
  54:7,7,9,10 74:18
  77:24
significant 70:24
silver 30:20
similar 16:10
sisters 35:18
sit 46:18
sitting 44:22 46:22
  47:4,20,22
six 18:22 44:17,20
  46:21,25 47:2,3,11
  70:5
sixth 49:22
size 38:7
slipping 27:13,14
sloan 12:4
sluggish 69:7
sluggishly 70:7
sluggishness 68:22
smoother 38:17

[smoothly - time]

smoothly  39:11,15
sold  32:5
sole  43:8
solid  38:17 39:12
somebody  47:19
somewhat  9:4
song  9:7,10
sorry  12:3 17:7
  21:23 30:4 57:12
sort  34:23 35:7
  38:5,6 63:12,14
sound  51:20 52:2
  68:2
sounds  26:5 40:17
  52:4
south  9:21 10:12
  40:9 45:10
southern  1:2 2:2
speakers  68:3
speaking  64:18
specialize  8:3 9:2
specializes  42:5
specializing  8:24
  9:5
specific  11:23 19:7
  43:15 69:19
specifically  8:4
  18:12 25:25 45:19
  58:15 62:25 69:11
specifics  23:7
speculation  48:7
speed  45:17
spell  6:10
spend  14:19
split  14:21
spoke  40:18 50:16
  64:21
spousal  44:1
spring  26:3
stand  35:6

star  39:5
start  47:1
started  7:4
state  6:10 7:20
  76:11 77:4
stated  76:8
states  1:1 2:1 7:23
  67:19
static  68:2
station  55:10
staying  63:16
steering  69:22
stepchildren  13:16
stick  25:5 59:11
sticking  51:9
stip  74:3,4
stipulate  74:14
stipulated  74:10
  75:7,8
stipulation  20:2
  74:8
stolen  74:22
stop  27:17 43:22
streaking  63:22
streaks  63:13
street  9:21 40:10
strike  10:7
striking  41:21
stuff  14:7
subject  10:4,8,10
  10:21 11:7,18,21
  11:24 12:10,13,18
  12:22 13:1,12,19
  13:23 14:3,4,11,18
  19:25 20:12 25:20
  28:23 32:11,14,19
  32:25 33:16,21
  35:4,23 36:24
  44:6 58:21 59:14
subscribed  77:21

substance  22:5
  64:25
substantial  40:25
substantially  41:7
sufficiently  7:1
suite  2:18 3:6,12
  8:17
sum  53:22
summer  57:8,12
sure  20:8 31:2
  59:19 60:1 71:3
swapped  52:12,13
sworn  6:6

| t |
|---|

t  4:5 5:1 40:7
takata  42:6,15
  43:9,16 72:3
take  6:15 15:10
  23:13 29:2 36:1
  37:14 44:11 45:10
  46:3 51:9 56:17
  58:2,18,20 59:21
  62:1 64:10 66:16
  67:11 68:13 69:12
  70:16 71:21 72:9
  72:22
taken  2:17 6:17,22
  7:7 17:25 21:15
  56:10 57:21,24
  59:13 61:13 74:10
  77:6
talk  60:21 68:25
talking  10:5 39:25
  40:19
talks  65:4
technician  22:19
tell  46:18 70:6
telling  49:13 62:14
  63:1 71:1
ten  13:5 42:7
  44:20 47:12,13

50:21
test  37:2,5,13,15
  37:17,19 38:1,2,10
  38:11,12
testifies  6:6
testifying  77:9
testimony  47:7,10
  47:12 60:24 61:2
  61:4 77:13
thank  11:12 66:9
  75:6
thereof  76:6
thicker  63:13,22
thing  16:21 39:3
  69:12,17
things  23:22 53:3
think  13:14,23
  15:21 16:2,23
  19:20 20:1,22
  22:9,15 25:9,16,20
  31:7 32:10 35:5
  36:19 37:1 39:22
  47:12 48:24 49:12
  51:2 69:8,24 70:1
  73:15
thinking  17:7 26:4
  31:25
third  33:25
thirty  45:3
thought  34:13
  38:5 39:6
three  18:16 19:1,5
  25:5 26:12 30:16
  32:10 33:20 36:22
  51:16
time  9:4 10:7,10
  12:16 14:5,19
  16:13 18:19,25
  19:22 22:3,9,19
  23:1 26:15 28:5
  44:6,10,14 45:4,20

[time - wallace]

46:9 61:21 63:25
64:17,24 67:7
68:9 70:12,22,25
72:18 74:6 77:7
**times** 11:23 18:7
18:11,13 37:17
39:14,17,20 44:19
44:20 46:21,25
47:2,11,12,13 60:5
60:7 61:5,11,12
63:24 69:5
**tire** 55:4 73:16
**tires** 55:6,14 60:17
60:21,22 61:6
**today** 7:4 9:5
16:17,25 17:9,10
26:17 61:2 73:9
**told** 43:22 44:3
60:4 69:3
**tony** 6:13
**top** 15:11 25:25
29:13 30:23 32:18
40:5 52:7
**total** 51:18,20
53:20
**towed** 73:20
**traded** 31:3,8
**trading** 31:2
**traffic** 45:12,14
46:9
**training** 55:25
**transcribed** 75:4
77:11
**transcript** 74:17
77:12,15,17
**transmission**
27:11,12,18 28:5,6
**transportation**
42:10
**treiber** 40:6

**tries** 70:7
**trim** 69:22
**trip** 57:5,13,15,18
58:1,1
**trips** 36:2 56:20
57:1,20,23 58:2,14
58:16,18,23 59:4,4
59:7
**true** 36:23 76:7,9
76:11 77:13
**try** 26:6 69:9
**trying** 22:24 68:23
**tune** 69:15
**turn** 16:12 49:21
53:23 54:17 67:17
**twice** 37:18,20
**two** 11:1 13:15
21:21 22:2 25:13
32:10 33:1 38:3
44:12,21 52:6
53:22 54:3,3
56:23 58:16,24
59:4,4 63:20
**type** 24:12 52:16
**typical** 15:10
**typically** 14:5 15:2
15:4 29:23

**u**

**ultimately** 27:25
**unavailable** 43:14
**underneath** 29:16
29:21 51:12
**undersigned** 77:3
**understand** 14:10
20:14 21:9 54:20
**understanding**
35:20 36:9 38:18
41:12,14,24 51:14
60:24 61:4,9
**unit** 9:21 40:10

**united** 1:1 2:1
**unsafe** 39:21
47:22
**update** 70:24
**usa** 1:8 2:8 6:14,16
19:11 21:5,10
50:12
**use** 15:3,6 22:23
36:1 41:6,8
**usually** 22:12

**v**

**vacation** 59:18
**vague** 22:8 72:4
**valuation** 24:14
**value** 24:8 25:23
40:25
**vehicle** 10:5,5,8,11
10:22 11:7,18,21
11:24 12:10,13,18
12:23 13:1,3,12,19
13:21,23 14:3,4,11
14:18,19 15:2
17:15,17,22,25
18:4,7 19:4,12,18
19:21,25 20:13,24
21:2,15,17 23:10
23:14,17,19 24:5,8
24:19 25:8,18,21
26:14,17 27:19,23
27:25 28:8,12,23
29:21 32:11,15,19
33:1,16,21 35:5,23
36:10,22,25 37:2,6
37:13 39:13,20,21
39:23 40:24 42:19
44:7,9,13,17 45:18
45:24 46:15,19
47:3,17 48:1,14
51:19 52:12,14,17
54:4,22 55:3,19,23
56:21 57:11,15,18

57:21 58:18,21
59:14,21 60:12
61:7,12,20 62:5,12
62:15,20 63:2,5,8
63:25 64:14 66:20
67:7,15,23 68:9,17
68:20,23 70:20
71:4,8,12,18,25
72:12,17 73:2,5,8
73:16,20,23
**vehicle's** 41:8 55:6
**vehicles** 14:11,14
28:16 29:25 30:5
30:11,14,15 33:15
33:20,20 34:24
35:1,6,9,20 39:9
42:12 43:6,24
**vice** 40:7
**videos** 21:2
**videotaped** 4:7
**vin** 51:11
**violates** 42:24
43:10
**visit** 62:5 65:25
66:4,23 67:1
71:12 72:13
**volume** 67:19
**vs** 1:7 2:7

**w**

**w** 6:12 62:8
**wagon** 30:19,25
31:15 34:1,2
**wagons** 30:16
**waive** 25:3
**wallace** 3:4 8:7
17:5 20:4,8 24:24
29:4 30:6 31:17
31:21 34:19 35:9
35:11 41:3,9
42:21,23 43:10,25
46:23 47:7 48:6

[wallace - young]

| | | x |
|---|---|---|
| 54:15 60:20 66:8 74:2,4 75:2,8 | 62:4,14 63:1 64:1 64:13 66:19 67:14 | **x** 4:1,5 5:1 |

54:15 60:20 66:8
74:2,4 75:2,8
**want** 15:23 20:17
25:3 26:6 44:2
53:3 54:1
**wanted** 16:21
22:20,23 30:7
31:14 37:24 39:10
39:10
**wants** 20:5
**warning** 55:2,5
**warranty** 9:7,10
**wash** 60:13 61:6
**way** 46:16 47:10
49:9
**we've** 28:20 62:1
65:1
**weather** 15:11
**website** 25:23
**wednesday** 1:16
**week** 11:10,14
45:7
**weekday** 45:9
**weekend** 44:8,12
**weekends** 15:10
15:12
**weeks** 44:12,21
**went** 33:19 34:25
38:9
**wheel** 69:22
**wheels** 52:12,13
52:16,19 63:18,19
**when's** 44:6
**whereof** 77:21
**white** 32:23
**wife** 9:18,25 10:20
13:10,14,22 14:3
15:9 18:25 20:23
21:22 31:14 35:17
37:5 43:22 50:1
52:11 56:21 60:6

62:4,14 63:1 64:1
64:13 66:19 67:14
67:25 68:17,25
70:6,19,23 71:1,9
71:11,24 72:11
73:1,11,18,23
**wife's** 61:2
**william** 1:5,14 2:5
2:17 3:4 4:8 6:5
6:12 8:11,12,16
15:17 29:14 40:8
76:19
**wilshire** 3:12
**wit** 74:11
**witness** 8:8 17:7
25:4 29:6 31:18
31:22 35:12 41:10
43:2,13 44:3
59:25 77:21
**witnessed** 12:17
12:22 71:9 73:13
**witnesses** 77:8
**woman** 23:3
**word** 50:8 69:8
**work** 5:4 9:14
15:3 22:20 25:1
42:25 43:11 58:25
59:7 69:5
**worked** 22:21
28:11 56:14
**write** 50:10,13
**writer** 64:24
**writing** 17:14
**writings** 17:21
19:10,17,20,24
20:11,22
**written** 21:4,13,23
21:25 51:11
**wrote** 51:12,15
**wvgx** 1:7 2:7

**x**

**x** 4:1,5 5:1

**y**

**yeah** 30:13 31:22
32:14 33:10 48:24
49:3 52:9 59:11
60:23
**year** 24:17 27:6
30:4,4 31:1 34:12
56:6
**years** 15:24 16:3
31:10 34:17 35:8
42:7
**young** 30:17

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.