1        UNITED STATES DISTRICT COURT
2        SOUTHERN DISTRICT OF CALIFORNIA
3
4
5   WILLIAM MCGEE,                    )
                                      )
6            Plaintiff,               )
                                      )
7        vs.                          )    Case No. 3:19-cv-00513
                                      )    MMA (WVGx)
8   MERCEDES-BENZ USA, LLC, and )
    DOES 1 through 10,                )
9   inclusive,                        )
                                      )
10           Defendants.              )
    _____/
11
12
13
14           DEPOSITION OF ARLENE MCGEE
15              Carlsbad, California
16         Wednesday, September 4, 2019
17
18
19
20
21   Reported by:
22   BARBARA A. BAKER
23   RPR, CSR No. 13033
24   Job No. 3500380
25   Pages 1 - 96

                                            Page 1

**Page 2**

```
 1      UNITED STATES DISTRICT COURT
 2      SOUTHERN DISTRICT OF CALIFORNIA
 3
 4
 5  WILLIAM MCGEE,        )
                         )
 6      Plaintiff,       )
                         )
 7  vs.                  )  Case No. 3:19-cv-00513
                         )  MMA (WVGx)
 8  MERCEDES-BENZ USA, LLC, and )
    DOES 1 through 10,       )
 9  inclusive,             )
                         )
10      Defendants.      )
    _____/
11
12
13
14
15
16
17      Deposition of ARLENE MCGEE, taken on behalf of
18  Defendant at 701 Palomar Airport Road, Suite 250,
19  Carlsbad, California, beginning at 10:24 a.m. and ending
20  at 12:36 p.m. on September 4, 2019, before BARBARA A.
21  BAKER, Certified Shorthand Reporter No. 13033.
22
23
24
25
```

**Page 3**

```
 1  APPEARANCES:
 2
 3  For Plaintiff:
 4      LAW OFFICES OF WILLIAM R. McGEE
        BY: DEANNA M. WALLACE
 5      Attorney at Law
        701 Palomar Airport Road
 6      Suite 250
        Carlsbad, California  92011
 7      760.438.1047
        760.438.1056  Fax
 8      deannalemonlaw@gmail.com
 9
    For Defendant:
10
        LEHRMAN LAW GROUP
11      BY: ANTHONY PAUL GRECO
        Attorney at Law
12      12121 Wilshire Boulevard
        Suite 1300
13      Los Angeles, California  90025
        310.917.4500
14      310.917.5677  Fax
15
    Also Present:
16
        WILLIAM R. McGee
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1              I N D E X
 2                            Page
 3  EXAMINATION BY MR. GRECO          6
 4
 5          E X H I B I T S
 6  NUMBER       DESCRIPTION       PAGE
 7  Exhibit 1  Amended Notice of Taking Videotaped   17
            Deposition of Nonparty Witness Arlene
 8          McGee and Demand for Production of
            Documents and Things
 9
    Exhibit 2  Plaintiff's documents produced per    17
10          Exhibit 1 category requests
11  Exhibit 3  Pre-Invoice Accounting 685141, dated   49
            12/30/2015, Bates MBUSA 000009
12
    Exhibit 4  Invoice Accounting 688866, dated      51
13          2/22/16, Bates MBUSA 000010
14  Exhibit 5  Invoice Accounting 690344, dated      54
            3/15/2016, Bates MBUSA 000011
15
    Exhibit 6  Invoice Accounting 691945, dated      55
16          4/6/2016, Bates MBUSA 000012 - 000014
17  Exhibit 7  Pre-Invoice Accounting 693042, dated   60
            4/22/16, Bates MBUSA 000015 - 000016
18
    Exhibit 8  Invoice Accounting 705072, dated      63
19          10/07/16, Bates MBUSA 000019
20  Exhibit 9  Invoice Accounting 706559, dated      64
            10/28/16, Bates MBUSA 000020 - 000021
21
    Exhibit 10  Invoice 720159, dated 05/16/17,      65
22          Bates MBUSA 000022 - 000024
23  Exhibit 11  Invoice 732089, dated 11/02/2017,    66
            Bates MBUSA
24
    Exhibit 12  Invoice Accounting 736234, 1/05/18,  76
25          Bates MBUSA 000034 - 037
```

**Page 5**

```
 1          E X H I B I T S
            (Continued)
 2
 3  NUMBER       DESCRIPTION       PAGE
 4  Exhibit 13  Invoice Accounting 744427, dated     81
            5/08/2017, Bates MBUSA 000051
 5
    Exhibit 14  Invoice Accounting 744815, dated     82
 6          5/14/2018, Bates MBUSA 000052
 7  Exhibit 15  Invoice Accounting 745770, dated     83
            5/23/2018, Bates MBUSA 000053
 8
    Exhibit 16  Invoice Accounting 749474, 7/17/18,  85
 9          Bates MBUSA 000054 - 55
10  Exhibit 17  Hoehn Motors Work Order 680597,      88
            1/10/19, Bates MBUSA 000065 - 068
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

**Page 6**

1      Carlsbad, California, September 4, 2019,
2      10:24 a.m.
3
4
5      ARLENE MCGEE,
6 Having been first duly sworn, testifies as follows:
7
8      EXAMINATION
9 BY MR. GRECO:
10   Q   Okay. Can you please state and spell your name
11 for the record.
12   A   Arlene McGee, A-r-l-e-n-e, M-c-G-e-e.
13   Q   All right. Mrs. McGee, my name is
14 Anthony Greco. I'm an attorney for Mercedes-Benz
15 U.S.A., LLC.
16      And we're here to take your deposition
17 regarding a lawsuit that your husband, Bill McGee, filed
18 against Mercedes-Benz U.S.A. LLC.
19      Have you ever had your deposition taken before?
20   A   Yes.
21   Q   When was that?
22   A   Probably 2010, 2000- --
23 probably 2010 -- '11 -- 2011, I'm sure.
24   Q   Without getting too specific for me, what kind
25 of case was that?

**Page 7**

1   A   Divorce.
2   Q   All right. Well, since it's been a while since
3 you've had your deposition taken, I'm still going to run
4 through some of the ground rules that will, hopefully,
5 make this go a little more smoothly and get us all out
6 of here in an efficient manner. Okay?
7   A   Em-hmm.
8   Q   All right. The first thing I need you to
9 remember is that, although this is somewhat informal,
10 and we're sitting here in Mr. McGee's office instead of
11 in a court of law, the oath that you just took is the
12 same oath that you would take in front of a judge and a
13 jury.
14      It carries with it the same obligation to tell
15 the truth and the same penalty of perjury should you
16 not.
17      Do you understand that?
18   A   Yes.
19   Q   The second most important thing I need you to
20 remember is that the court reporter is writing down
21 everything that you and I say. So it's very important
22 that you and I take turns when we're speaking. Okay?
23   A   Yes.
24   Q   It's also very important that you give us
25 verbal responses today. So we're looking for yeses and

**Page 8**

1 noes as opposed to nods and shaking of the head. Okay?
2   A   Yes.
3   Q   By the same token -- I've taken several of
4 these. And a lot of times people want to describe some
5 of the problems they may have had with a vehicle by
6 bouncing up and down in their chair to show the car was
7 shaking, or they want to, you know, point to let me know
8 which light inside of the car wasn't working.
9      Those things the court reporter cannot take
10 down. So we're looking for your best verbal description
11 of any problems you might have had with the vehicle in
12 this case. Okay?
13   A   Okay.
14   Q   If you don't understand a question that I've
15 asked you at any point, just let me know, and I will do
16 my best to rephrase it. Okay?
17   A   Okay.
18   Q   However, if you don't tell me that you did not
19 understand the question, I'm going to proceed as if you
20 understood it fully. Okay?
21   A   Okay.
22   Q   There will be times today when I will ask you
23 for your best estimate. And I'm entitled to your best
24 estimate, but you're not required to guess. And I don't
25 want you to.

**Page 9**

1      The typical example that I use to try and show
2 people the difference between a guess and an estimate is
3 this: If I were to ask you how much money you have in
4 your wallet right now, you'd probably be able to think
5 back to the last time you went to an ATM, the stuff
6 you've bought between then and now, and give me a
7 reasonable idea of how much money is in your wallet
8 based off that information.
9      However, if I asked you to tell me how much
10 money is in my wallet right now, you have no idea the
11 last time I went to an ATM. You don't know the kind of
12 stuff that I bought between then and now. In fact, you
13 don't even know if I have a wallet.
14      So that would be a complete guess because it
15 would be based on no information at all.
16      Do you understand that difference between a
17 guess and an estimate?
18   A   Yes.
19   Q   This isn't an endurance test. It's not a
20 marathon. If you ever need a break, just let me know,
21 and we can go ahead and take that break. All right?
22   A   Okay.
23   Q   After the deposition, you will get a booklet
24 that contains a transcript of the deposition. At that
25 time, you're going to have an opportunity to make any

3 (Pages 6 - 9)

1  changes that you think are necessary.
2      However, I caution you that if you make any
3  significant changes, such as changing a yes to a no,
4  that's something that myself or Mercedes-Benz' other
5  attorneys can comment on.  And it may affect your
6  credibility such at the time of trial.
7      Do you understand that?
8    A  Yes.
9    Q  Okay.  Have you taken any medication in the
10  last 24 hours that might impair you ability to recall or
11  remember events in this case?
12    A  No.
13    Q  Have you taken any drugs or alcohol in the last
14  24 hours?
15    A  Yes.
16    Q  Would the drugs or alcohol that you've taken
17  impair your ability to remember the events of this case?
18    A  No.
19    Q  Okay.  Is there any reason why we can't go
20  forward today with your best testimony?
21    A  No.
22    Q  Do you have any questions for me before we
23  begin?
24    A  No.
25    Q  What's your date of birth?

Page 10

1    A  1/25/70.
2    Q  And what's the highest level of education that
3  you've attained?
4    A  Some college.
5    Q  Where did you attend college?
6    A  I went to Long Beach State.
7    Q  Did you study anything in particular there, or
8  was it just general ed- --
9    A  Just general.
10    Q  Have you ever done any coursework related to
11  the repair and maintenance of automobiles?
12    A  No.
13    Q  Do you ever work on automobiles in your free
14  time?
15    A  No.
16    Q  Do you ever perform any of the maintenance on
17  any of the cars that you've owned, such as checking the
18  oil, rotating the tires; anything like that?
19    A  No.
20    Q  Are you currently employed?
21    A  No.
22    Q  When was the last time you were employed?
23    A  November of '18.
24    Q  What were you doing then?
25    A  I was doing -- I'm not even sure why I can't

Page 11

1  remember.
2      MR. McGEE:  HR maybe?
3      THE WITNESS:  HR.  What was I doing?  I'm
4  thinking accounting.
5  BY MR. GRECO:
6    Q  All right.  Where were you working at?  By HR,
7  you mean human resources; right?
8    A  Yes.
9    Q  Where were you working in human resources?
10    A  Unite Eurotherapy.  It's Euro -- Unite, and
11  then Eurotherapy.
12    Q  How long have you been working with Unite
13  Eurotherapy?
14    A  Three years.
15    Q  What was your title at Unite Eurotherapy?
16    A  Human resources manager.
17    Q  Did you have any other jobs in the last five
18  years?
19    A  Yes.
20    Q  All right.  What other jobs?
21    A  I worked at the Loft Hair Design.
22    Q  When were you working at the Loft Hair Design?
23    A  From 2011 to 2015.
24    Q  What were you doing there?
25    A  Management.

Page 12

1    Q  The entire time from 2011 to 2015?
2    A  Yes.
3    Q  Where is the Loft Hair Design located?
4    A  It is no longer in existence.
5    Q  When it was in existence, when you were working
6  there, do you recall where it was located?
7    A  It was located in Escondido and then moved to
8  Carlsbad.
9    Q  Do you recall the exact address?
10    A  In Escondido, I think it was 106 West Grand
11  Avenue, Escondido, 92025.  Not positive of Carlsbad.  We
12  weren't there very long before it closed.
13    Q  Okay.  What about Unite Eurotherapy, what was
14  the business address?
15    A  It moved, also, to -- I don't know the number.
16  But it was Whiptail Loop, Carlsbad.
17    Q  Okay.  Was it at the Whiptail Loop address the
18  entire time you were working there?
19    A  No.
20    Q  Do you recall any other addresses it was at?
21    A  It was in Carlsbad.  I cannot remember the
22  exact address.
23    Q  Does that cover all the places you've worked
24  from 2011 up until you left Unite Eurotherapy in 2018?
25    A  Yes.

Page 13

4 (Pages 10 - 13)

1    Q   What's your current home address?
2    A   106 -- sorry.  1601 -- I get so nervous.
3    Sorry.  South Pacific Street, B2, Oceanside, California,
4    92054.
5    Q   Who lives with you there?
6    A   My husband, William McGee.
7    Q   Anyone else?
8    A   No.
9    Q   Do you have any children that are driving age
10   or older?
11   A   Yes.
12   Q   How many?
13   A   Two.
14   Q   Where do they live?
15   A   One lives in Vista.  The other lives in
16   Chattanooga, Tennessee.
17   Q   What's the name of the child that lives in
18   Chattanooga?
19   A   Alexandra Pankey, P-a-n-k-e-y.
20   Q   And how long has she been in Chattanooga?
21   A   Since March of '19.
22   Q   Have you lived at the 1601 South Pacific
23   address for the last five years?
24   A   No.
25   Q   Where did you live before the South Pacific

Page 14

1    A   No.
2    Q   If I had a pie chart which showed me the
3    percentage of different drivers for the subject vehicle,
4    what percentage would be you and what percentage would
5    be other people?
6    A   It would be, I would say, 90 percent me.
7    Q   And who makes up the other 10 percent?
8    A   My husband.  My mom might get a half a percent.
9    Q   So probably about 9.5 percent to Mr. McGee and
10   maybe .5 percent for your mom?
11   A   Yes.
12   Q   And what is your mom's name?
13   A   Margie Chavez, C-h-a-v-e-z.
14   Q   Is it Margie, M-a-r-g-i-e?
15   A   Correct.
16   Q   Do you know Margie's address?
17   A   Yes.  1846 Amie, A-m-i-e, Court, San Marcos,
18   California, 92069.
19   Q   Mrs. McGee, please don't be offended.  I have
20   to ask this question of everybody.
21       Have you ever been convicted of a felony?
22   A   No.
23   Q   All right.
24       MR. GRECO:  Let's go ahead and mark, as
25   Exhibit 1, the Amended Notice of Taking the Deposition

Page 16

1    Street address?
2    A   In Poway.
3    Q   And do you recall the exact address?
4    A   I don't.  It's Cascade Crossing, Poway.
5    Q   All right.  Does the Cascade Crossing address
6    and the current address at South Pacific Street -- does
7    that cover all the places that you've lived while you've
8    been driving the subject vehicle?
9        When I say the "subject vehicle," I'm referring
10   to the Mercedes-Benz C350 that is the subject of this
11   lawsuit.
12       Do you understand that?
13   A   Yes.
14   Q   Okay.  Does the South Pacific address and the
15   Cascade Crossing address cover all the places you've
16   lived while driving the subject vehicle?
17   A   Yes.
18   Q   We had talked about Alexandra moved to
19   Chattanooga in March.
20   A   Correct.
21   Q   What's the name of your other child that lives
22   in Vista?
23   A   Serena, S-e-r-e-n-a, Percy.
24   Q   To your knowledge, has Alexandra or Serena ever
25   driven the subject vehicle?

Page 15

1    of Arlene McGee.
2        (Exhibit 1 marked)
3    BY MR. GRECO:
4    Q   Mrs. McGee, have you ever seen this document
5    before?
6    A   No.
7    Q   Okay.  Well, this is the Notice of Deposition.
8    It tells you, you know, the date, time, and where we're
9    taking the deposition.
10       But also included in it, if you turn to
11   Roman Numeral No. II, it says "Documents requested to be
12   produced."
13   A   Okay.
14   Q   All right.  So along with the Notice of
15   Deposition, there is also a request that you bring with
16   you some documents related to the vehicle.
17       And I understand that those documents have been
18   produced in this stack.
19       MR. GRECO:  Which I'm going to go ahead and
20   mark as Exhibit 2.
21       (Exhibit 2 marked)
22   BY MR. GRECO:
23   Q   And so Exhibit 2 contains the documents that
24   were produced on your behalf by your counsel today.  And
25   all I want to do right now is run through the various

Page 17

5 (Pages 14 - 17)

1 categories of documents and see if there is anything
2 that you can think of that might exist beyond what was
3 already produced to us today.  Okay?
4      All right.  The first category asks for all
5 writings regarding the acquisition of the subject
6 vehicle.
7      I did see that the sale contract is sort of the
8 first set of documents here.  And it looks like there's,
9 I guess, a vehicle transfer form and agreement to
10 furnish insurance.
11      Are these all the documents that you have in
12 your possession, custody, or control related to
13 acquisition of the vehicle?
14   A  All right.  Can you repeat what -- which ones I
15 am supposed to have?
16   Q  So I was just wondering if in this stack you
17 produced to us everything that you have that's related
18 to your -- well, I suppose it's your husband's purchase
19 of the vehicle.
20      But I just wanted to know if there's anything
21 else you can think of that you guys received at the time
22 that you bought the vehicle other than what's in this
23 stack of documents here.
24   A  I don't believe so.
25   Q  Okay.

1   Q  So there was never a time that you took it in,
2 and nobody handed you anything to document that you
3 visited there?
4   A  Well, I guess when I go in to get my tires
5 filled.  And they said that they don't give me anything.
6   Q  Okay.  Do you recall how many times you brought
7 the vehicle in to have air put in the tires?  Maybe your
8 best estimate would be appropriate here.
9   A  I would say at least six times.
10   Q  Did you always take it to Mercedes-Benz in
11 Escondido for that?
12   A  No.
13   Q  Did you ever take it to Escondido for that?
14   A  Yes.
15   Q  What were the other dealerships that you took
16 it to, that you can recall?
17   A  Carlsbad.
18   Q  Is that Hoehn Motors?
19   A  I believe so.
20   Q  Do you recall how many times you've taken it to
21 Escondido versus Hoehn Motors?
22   A  Hoehn, I've only taken it once.
23   Q  Okay.  So your best estimate is five times to
24 Escondido and the one time to Hoehn?
25   A  Correct.

1      MS. WALLACE:  Can we go off the record real
2 quick?
3      MR. GRECO:  Sure.
4      (Recess)
5      MR. GRECO:  Go back on.
6 BY MR. GRECO:
7   Q  All right.  So the second category asks for all
8 writings related to the maintenance and repair of the
9 vehicle.
10      I notice that there were a number of repair
11 orders from Mercedes-Benz of Escondido.
12      Have you produced to your counsel and to us
13 today all of the repair records that you have for the
14 subject vehicle?
15   A  I believe so.
16   Q  Okay.  Did you ever take the vehicle to any
17 non-Mercedes-Benz dealership for any work?
18   A  No.
19   Q  You never took it to a Jiffy Lube or anything
20 like that?
21   A  No.
22   Q  Did you receive some kind of paperwork every
23 time that you brought the vehicle to a Mercedes-Benz
24 dealership?
25   A  Yes.

1   Q  Okay.  I think before I asked for writings
2 related to the condition of the vehicle.  I'm assuming
3 that that generally is the repair orders we already
4 have.
5      But one -- some other things that are included
6 in writings are things like photographs, videos of the
7 vehicle.
8      Do you have any photographs or videos of the
9 vehicle?
10   A  No.
11   Q  Okay.  I believe in here I did see documents
12 regarding insurance coverage.  I don't think I did.
13      Is the vehicle currently insured?
14   A  Yes.
15   Q  Okay.  What is the insurance company?
16   A  Triple A.
17   Q  Okay.
18      MR. GRECO:  Counsel, do you have any objection
19 to producing a copy of the insurance card that shows the
20 insurance covering the subject vehicle in the next two
21 weeks?
22      MS. WALLACE:  No.
23      MR. GRECO:  Okay.
24 BY MR. GRECO:
25   Q  Has the vehicle ever been in an accident?

Veritext Legal Solutions
866 299-5127

1    A  No.
2    Q  Okay.  And when I say "accident," sometimes
3  people assume that I mean that, you know, one car coming
4  into contact with another.
5        In that, I also include anything that might
6  have caused damage to the vehicle, such as backing into
7  a mailbox or something like that that required repair.
8        So has it ever been in that kind of an
9  accident?
10    A  No.
11    Q  Okay.  Category 6 asks about writings relating
12  to any non-conformities that you contend are in the
13  vehicle for the sake of today.
14        Let's just say non-conformity is any problem
15  you might have had with the car.  I assume that includes
16  the repair orders that we've already seen.
17        Do you have any other writings that you can
18  think of that might describe any of the problems you
19  have had with the car such as e-mails, correspondence
20  with the dealership?  Anything like that?
21    A  No.
22    Q  Category 7 asks for all writings related to
23  communications with Mercedes-Benz USA, LLC.
24        Now, I want to draw a slight distinction here.
25  Mercedes-Benz USA, LLC, is a completely different entity
                                                    Page 22

1  than any of the dealerships that you might have dealt
2  with.
3        Did you ever have any written communications
4  with anyone at Mercedes-Benz USA, LLC?
5    A  No.
6    Q  All right.  So Category 8 asks the same
7  questions about written communications with any
8  dealerships.  I think we already covered this.
9        But did you ever have any text messages or
10  anything with service advisors or people like that from
11  the dealership?
12    A  Yes.
13    Q  Okay.  I think -- let me ask you this:  Have
14  you -- do you currently have any text correspondence
15  with any of the service advisors at the dealership?
16    A  Like on my phone or am I currently texting
17  with?
18    Q  On your phone, do you still have any text
19  messages that you might have exchanged with the
20  dealership?
21    A  It is possible.
22    Q  Okay.
23        MR. GRECO:  So can we just reach an agreement
24  that Mrs. McGee will go ahead and look on her phone, see
25  if she's still got anything, and the same agreement that
                                                    Page 23

1  within two weeks or so, you guys will go ahead and shoot
2  those over if she actually does have any?
3        MS. WALLACE:  Yes.
4  BY MR. GRECO:
5    Q  Do you ever exchange any e-mails with the folks
6  at the dealerships?
7    A  I don't believe so.
8    Q  Okay.
9        MR. GRECO:  So can we just reach the same
10  agreement that Mrs. McGee will check her e-mail to see
11  if she's got anything?
12        MS. WALLACE:  Yes.
13        MR. GRECO:  Okay.
14  BY MR. GRECO:
15    Q  All right.  Any other written correspondence
16  that you can think of?
17    A  No.
18    Q  Okay.  My understanding is that the vehicle was
19  paid for upfront.
20        Do you have the same understanding?
21    A  Yes.
22    Q  Okay.  So you personally haven't made any
23  payments on the vehicle; right?
24    A  Right.
25    Q  And the payment upfront was made by Mr. McGee;
                                                    Page 24

1  right?
2    A  Correct.
3    Q  Has the vehicle ever had to be towed?
4    A  No.
5    Q  Was there ever a time that you had to pay for a
6  rental car out of your own money?
7    A  No.
8    Q  Was there ever a time that you asked a
9  Mercedes-Benz dealership for a loaner car and you did
10  not get one?
11    A  No.
12    Q  Did you have any aftermarket equipment
13  installed on the vehicle?
14    A  No.
15    Q  Did you have the windows tinted?
16    A  No.
17    Q  You don't have any fancy spinning rims on the
18  car?
19    A  No.
20    Q  Have you tried to sell the vehicle?
21    A  No.
22    Q  Have you gone on Kelley Blue Book or any other
23  website to look at what the current value of the vehicle
24  is?
25    A  No.
                                                    Page 25

7 (Pages 22 - 25)

**Page 26**

```
1    Q   Do you have a California driver's license?
2    A   Yes.
3    Q   How long have you had a California driver's
4    license for?
5    A   Since I was 16.
6    Q   Okay.  Are you licensed to drive in any other
7    states?
8    A   No.
9    Q   Other than the divorce proceedings we already
10   talked about, have you been involved in any other
11   lawsuits?
12   A   No.
13   Q   Have you ever asked a manufacturer to
14   repurchase or replace a vehicle that you owned before?
15   A   No.
16   Q   To your knowledge, has anyone in your immediate
17   family, any brothers, sisters, your husband or your
18   children asked for a manufacturer to repurchase or
19   replace a vehicle?
20   A   No.
21   Q   Before driving -- well, actually, let me ask
22   you this first:  Do you have any other vehicles that you
23   drive other than the subject vehicle?
24   A   Yes.
25   Q   Okay.  What other vehicles do you drive
```

**Page 27**

```
1    currently?
2    A   We have a Jeep Cherokee.
3    Q   Do you know the year of the car, the Cherokee?
4    A   2012.
5    Q   Did you purchase that car?
6    A   No.
7    Q   Did your husband purchase it?
8    A   Yes.
9    Q   With the same pie chart for the Jeep Cherokee,
10   what percentage of driving would be you, and what
11   percentage of driving would be other people?
12   A   I would say I probably drive it 20 percent of
13   the time, and my husband would drive it 80 percent.
14   Q   All right.  And for sticking with my pie chart,
15   because I love my pie charts, your personal driving,
16   what percentage of your personal driving is the subject
17   vehicle and what percentage of it is other vehicles?
18   A   I would say 90 percent would be the Mercedes
19   and 10 percent is the Jeep.
20   Q   And have you owned that Jeep the entire --
21   well, have you and your husband owned that Jeep the
22   entire time that you've had the vehicle that's the
23   subject of this lawsuit?
24   A   Yes.
25   Q   Has the percentage of your driving between the
```

**Page 28**

```
1    Jeep and the subject vehicle changed at all over the
2    time that you've owned the subject vehicle, or has it
3    always been about 90/10?
4    A   It definitely changes depending on what we're
5    doing.
6    Q   Okay.  And so what kind of circumstances would
7    make it change?
8    A   Well, when we had our dog, it was more
9    comfortable or if I'm driving more people, I would take
10   the Jeep.  If we were moving, I was always driving the
11   Jeep.
12   Q   All right.  Any other vehicles that you drive,
13   other than the Jeep and the subject vehicle?
14   A   No.
15   Q   Any other vehicles during the entire time that
16   you have owned the subject vehicle that you have driven,
17   other than the Jeep?
18   A   No.
19   Q   Okay.  How about before the purchase of this
20   subject vehicle, what were you driving?
21   A   A Toyota Solara.
22   Q   Do you recall the year of that car?
23   A   That was -- I think it was a 2005.
24   Q   Did you purchase or lease it?
25   A   Purchase.
```

**Page 29**

```
1    Q   Did you purchase it new?
2    A   Yes.
3    Q   So would you have purchased it sometime
4    around 2004? 2005?
5    A   Yes.
6    Q   Do you recall having any particular problems
7    with the Toyota Solara?
8    A   No.
9    Q   How about the Jeep, have you had any particular
10   problems with that vehicle?
11   A   No.
12   Q   What about before the Toyota Solara, do you
13   recall what you were driving?
14   A   Too many cars.
15   Q   Okay.  Let's just put a pin in 2005.
16       Were there any other vehicles that you were
17   driving, other than the Toyota Solara, the Jeep
18   Cherokee, and the subject vehicle, between 2005 and
19   today?
20   A   No.
21   Q   Have you had any other Mercedes-Benz vehicles
22   other than the subject vehicle?
23   A   No.
24   Q   Can you think of any cars that you've driven
25   where you had, you know, what you would consider to be
```

1  significant problems with them when you had to take it
2  into the shop a lot?
3      MS. WALLACE: Ever?
4  BY MR. GRECO:
5      Q   Ever.  Anything that sticks out in your mind.
6      A   Unfortunately, I had a fun Alfa Romeo, and that
7  was just problematic all the time.
8      Q   Okay.  Was it under warranty when you were
9  having problems with it?
10     A   No.  We bought it used.
11     Q   Okay.  Any other problems stand out to you in
12  particular?
13     A   The water pump, because nobody carried it.  So
14  it took like three weeks to get.
15     Q   Anything else?
16     A   No.
17     Q   Do you have an estimate for about how long ago
18  you had the Alfa Romeo?
19     A   Probably about 2000.
20     MR. McGEE: I'm guessing that's not the one
21  question you wanted to ask.
22  BY MR. GRECO:
23     Q   All right.  Because I think it's a better copy,
24  I'd like to stick with Exhibit 2 to look at the purchase
25  contract.

Page 30

1      So if you could turn back to Exhibit 2.  And I
2  think we already discussed that your husband purchased
3  the vehicle; right?
4      A   Correct.
5      Q   All right.  Where you with him at the time that
6  the vehicle was purchased?
7      A   Yes.
8      Q   All right.  Do you recall around when that was?
9      A   Yes.  It was December 31st of '15.
10     Q   And if you look at the third page of Exhibit 2,
11  the very bottom, it has a date of 12/29/15.
12     Does December 29th sound about right?
13     A   Yes.
14     Q   All right.  At least it was somewhere around
15  that time?
16     A   Uh-huh.
17     Q   Okay.
18     MS. WALLACE: Is that a yes?
19     THE WITNESS: Yes.
20  BY MR. GRECO:
21     Q   Were you with your husband when he purchased
22  the vehicle?
23     A   Yes.
24     Q   Did you participate in the negotiations for the
25  vehicle price at all?

Page 31

1      A   No.
2      Q   Okay.  Did you take the vehicle for a test
3  drive?
4      A   No.
5      Q   Did you take any vehicle for a test driver?
6      A   Any vehicle at Mercedes-Benz or . . .
7      Q   Yeah, on that day.  Sometimes -- the reason I
8  ask that is because sometimes people take the actual car
9  that they're buying, but sometimes they give them a
10  different car that's a similar car, but it's not the
11  right color or whatever.
12     So what I want to know is, you know, did you
13  drive another C350?
14     A   No.
15     Q   Did you drive any cars when you were at the
16  dealership to purchase the subject vehicle?
17     A   No.
18     Q   Do you know if your husband took the subject
19  vehicle for a test drive?
20     A   Yes.
21     Q   Did you ride along with him?
22     A   No.
23     Q   Do you know if anyone rode along with him?
24     A   No.
25     Q   Do you recall the sales representative that you

Page 32

1  guys were working with?
2      A   I remember him.  I wouldn't remember his name.
3      Q   Okay.  Was there any particular features of the
4  C350 that were important to you in making the decision
5  to buy that car?
6      A   Yes.  It just had to be cute.
7      Q   It's a coupe; right?
8      A   Yes.
9      Q   Did you look any other brands of vehicles,
10  other than Mercedes, before making a decision to
11  purchase this one?
12     A   Yes.
13     Q   What other types vehicles did you look at?
14     A   Audi's and Cadillac.
15     Q   Is there any reason why you chose Mercedes-Benz
16  over Audi or a Cadillac?
17     A   My husband.
18     Q   What do you mean by that?
19     A   I'm -- I honestly just want a car that's really
20  cute and safe and easy to drive.  So I don't know much
21  about cars, and I get nervous test-driving them.  So I
22  just left it to him.
23     Q   Okay.
24     A   Keep me safe, make it cute.
25     Q   Do you know what the current mileage on the

Page 33

9 (Pages 30 - 33)

1 vehicle is?
2     A   I think it's 42,000.
3     Q   Did you drive the vehicle to the deposition
4 today?
5     A   Yes.
6     Q   About how far is your husband's office, where
7 we're at today, from your house, if you can estimate for
8 me?
9     A   Five miles.
10     Q   Okay. In those five miles, did you experience
11 any problems with the vehicle?
12     A   No.
13     Q   How frequently do you drive the car today in --
14 you know, let's say in the last month? How many times a
15 week do you drive the car?
16     A   In a week, usually at least five.
17     Q   And right after the vehicle was purchased back
18 in 2015 -- the end of 2015, going into 2016, about how
19 frequently per week did you drive the subject vehicle?
20     A   Same. At least five.
21     Q   And so what is the primary use for it? Is it
22 just to run your errands and do your daily stuff?
23     A   Correct.
24     Q   Okay. At the beginning when you first
25 purchased the vehicle, you were still working at -- was

Page 34

1 subject vehicle?
2     A   Once.
3     Q   Did you experience any problems in the vehicle
4 on that trip up to Monterey?
5     A   No.
6     Q   Can you think of anyone who has driven the
7 subject vehicle other than your husband, your mom that
8 half percent of the time, and yourself?
9     A   No.
10     Q   No other trips other than to Monterey that you
11 can think of?
12     A   I believe that is it.
13     Q   Okay. All right. To the best of your
14 recollection and in no particular order, can you
15 describe any of the problems that you've had with the
16 subject vehicle?
17     A   Yes. The tires always need air. I did have a
18 light bulb that they did replace just in the drive
19 because I was getting a message.
20     Q   When you say "a light bulb," was it a headlamp?
21 A light bulb inside the car?
22     A   It was a taillight. And the only other thing
23 I'm having right now is my brake doesn't fully come out.
24     Q   All right. Which brake are you talking about?
25     A   The parking brake.

Page 36

1 it Unite Eurotherapy? Right?
2     A   Correct.
3     Q   Okay. So did you use it to commute to work?
4     A   Yes.
5     Q   Okay. But because you're no longer working,
6 that's not necessary?
7     A   Correct.
8     Q   Okay. Do you have an estimate for about how
9 far your work at Unite Eurotherapy was from the house
10 you were living at the time in Poway?
11     A   Yes. It was 22 miles.
12     Q   Okay. Is that an estimate, or did you know
13 that exactly?
14     A   I know exactly because I put it in my Waze.
15     Q   Okay. Did you work five days a week?
16     A   Four.
17     Q   And then otherwise, did you typically use the
18 car just to run daily errands; those types of things?
19     A   Yes.
20     Q   Have you ever taken this vehicle on any trips
21 that are over 100 miles?
22     A   Yes.
23     Q   What kind of trips have you taken it on?
24     A   Up to Monterey, California.
25     Q   How many times have you been to Monterey in the

Page 35

1     Q   Okay. The time that the taillight was
2 replaced, did you have to bring the car in repeatedly
3 for that, or did they do that in one visit?
4     A   It was just a message. So I pulled it in.
5         And they said, "I don't see what's wrong, but
6 we'll replace the bulb."
7         So it just -- they did it in the drive. I
8 don't even think I got a repair.
9     Q   Have you ever seen a message about that again?
10     A   No.
11     Q   Okay. And when did you first start
12 experiencing this issue with the parking brake not fully
13 pulling out?
14     A   A couple months ago.
15     Q   Have you taken it into a dealership for that?
16     A   I have.
17     Q   How many times?
18     A   Just once.
19     Q   And is it an ongoing problem?
20     A   Yes.
21     Q   Does the parking brake engage when you pull it
22 out even if it doesn't pull out fully?
23     A   Well, this is what they said, because they just
24 did it in the drive when I was getting my air.
25         So he said, "You really have to pull it. I

Page 37

10 (Pages 34 - 37)

1 mean, it's just started.  But you have to really pull it
2 and then release."
3      And so I asked him.  I said, "Well, I usually
4 pull it, and the light stays on.  So is it really still
5 engaged?"
6      And he said yes.
7      So now I do that.  But it's still sometimes
8 staying on and -- but he said if it's a problem, you
9 have to do a whole brake assembly thing.  I forgot to
10 tell you that.
11   Q   When you say, "It's still staying on," what do
12 you mean by that?
13   A   Well, it's like you have to -- like, if you
14 pull it and hold it, it -- sometimes it doesn't turn
15 off.  So you have to just make sure that it goes off.
16   Q   So I guess my understanding is that the parking
17 brake is engaging.
18      So the issue is you're not sure whether or not
19 it's turning off?
20   A   Yeah.  He said if the light is on, the brake is
21 still engaged.  So . . .
22   Q   Okay.  So is the light coming -- is the light
23 turning off when you pull it really hard and all the way
24 back?
25   A   Sometimes.

Page 38

1      states at the top, it reads, "Important Safety Recall
2 Interim Notice."  And it's from Mercedes-Benz USA, LLC,
3 Christian Treiber, Vice President of Customer Services.
4      And the date is February 2019.  And it's
5 addressed to William R. McGee.
6      So do you recall receiving this notice?
7   A   Yes.
8   Q   Okay.  And has Mercedes-Benz -- well, sorry.
9      Let me ask you this:  What was your
10 understanding of this notice when you received it?
11   A   Just that the airbag was defective.  But right
12 now they didn't have a fix for it.
13   Q   Do you have an understanding of the type of
14 airbag that's in the vehicle?
15   A   No.
16   Q   Okay.  From this notice, did you have an
17 understanding of which airbag in the car the issue was
18 with?
19   A   Yes.
20   Q   Okay.  And which airbag was that?
21   A   The passenger.
22   Q   When you're driving the vehicle, the five times
23 a week or so that you typically drive it, is there
24 somebody that is typically a passenger in the car with
25 you?

Page 40

1   Q   Okay.  Do you notice any difficulty driving the
2 vehicle even when the -- when you feel like you have
3 disengaged and the light is still on?
4   A   Well, I don't drive.  I just mess with it until
5 it goes, especially because he told me don't drive with
6 the brake.
7   Q   Okay.  I mean, you say that like that's a very
8 normal response.  But you would be surprised how many
9 people will do all kinds of things to cars even if the
10 parking brake is on.  So, yeah.
11      MS. WALLACE:  We get to hear them all.
12 BY MR. GRECO:
13   Q   All right.  Okay.  Now, one of the things that
14 we discussed briefly off the record -- I did ask you if
15 you had sent any communications, written communications,
16 to Mercedes-Benz USA.
17      But I think I failed to ask you whether or not
18 you had received any.  And it's also possible those
19 technically were received by your husband.
20      But I'd like you to go back to Exhibit 2.  And
21 if you go to the fourth page of Exhibit 2, this appears
22 to be a recall notice from Mercedes-Benz USA, LLC.
23      Have you seen this notice before?
24   A   Yes.
25   Q   All right.  For the sake of the record, it

Page 39

1   A   No.
2   Q   Okay.  When you were driving to work, back when
3 you still used to work at Unite Eurotherapy, was there
4 somebody that was typically a passenger in the vehicle
5 with you?
6   A   No.
7   Q   How frequently, if you can estimate for me, is
8 there a passenger in the vehicle with you when you were
9 driving?
10   A   Usually, when I am driving, it would be my mom
11 or my younger daughter.
12   Q   That was Serena?
13   A   Correct.
14   Q   Okay.  All right.  Are you able to give me an
15 idea, a percentage idea, of how frequently either your
16 mom or Serena is riding as a passenger in the car?
17   A   I'm not even -- I am not sure how to answer
18 because it's -- well, we go to lunch.
19   Q   Okay.  How many times in the last month has
20 your mom -- if you're able to estimate for me, how many
21 times in the last month has your mom ridden as a
22 passenger in the vehicle?
23   A   Probably three.
24   Q   And how many times has Serena ridden as a
25 passenger in the vehicle?

Page 41

11 (Pages 38 - 41)

1   A   Probably six.
2   Q   Okay.  I think you mentioned that it's
3 basically if you're going to lunch together or something
4 like that?
5   A   Yes.
6   Q   And was last month an unusual month for you, or
7 is that pretty typical?
8   A   Pretty typical.
9   Q   Okay.  I understand it's a coupe.
10      Does it also have a backseat?
11   A   It does.
12   Q   Have you had any conversations with anyone at
13 the Mercedes-Benz dealerships about this recall notice?
14   A   Yes.
15   Q   Okay.  Who have you talked to?
16   A   I can't remember my service advisor's name.  I
17 think his last name was like I-s-l-a.  But my service
18 advisor.
19   Q   Okay.  Do you recall when you had -- well,
20 strike that.
21      How many conversations do you recall having
22 with your service advisor about this recall?
23   A   Two.
24   Q   And do you recall when the first one was?
25   A   I believe it was when I received this notice.

Page 42

1   Q   If we turn to the second -- the page right
2 after the recall notice, there's a business card there
3 that has Chris Islas.
4      Is that your service advisor?
5   A   Yes.
6   Q   Okay.  And looking at the page that follows
7 immediately after that, do you know what this is a copy
8 of?
9   A   This is a copy of the phone number that Chris
10 wrote down for Mercedes that I could call to find out
11 if -- what was the status.
12   Q   Okay.  That was on August 23, 2019?
13   A   I believe that's my husband's writing.
14   Q   Do you recall if that conversation took place
15 on or around August 23rd of 2019 with Chris?
16   A   Probably.
17   Q   So it was pretty recent?
18   A   Yes.
19   Q   And it sounds to me like the tires needing air
20 and the issue with the brake don't particularly concern
21 you with the vehicle.
22      Is that accurate, or am I misstating your
23 testimony?
24   A   The brake bothers me because it's annoying.
25   Q   Okay.

Page 44

1 I had brought my car in for some service and asked him.
2   Q   Do you recall anything that he said?
3   A   He said that they don't have a date as to when
4 it's going to happen.  There's a lot of people, and
5 people have been waiting a couple years to get theirs.
6 So he didn't know much.
7   Q   Okay.  Have you ever read anything in the news
8 about the Takata airbag recall?
9   A   No.
10   Q   All right.  So you mentioned that there were
11 two conversations that you had with your service
12 advisor.
13      Did we basically cover the substance of the
14 first one?
15   A   Yes.
16   Q   And what about the second one?
17   A   The second one, I just asked him if they have
18 some update.  And he looked on his computer.  He said
19 I'm like class three, or I'm in the third group and gave
20 me a phone number that I could call to get more
21 information.
22      But on his computer, they didn't have any
23 information for him.
24   Q   Did you call that phone number?
25   A   I did not.  I gave it to my husband.

Page 43

1   A   The tires, I have been dealing with it ever
2 since I got the car.  It's only annoying because you
3 have to take it in because of the light.  But . . .
4   Q   When you say "the light," are you referring to
5 the tire pressure monitor?
6   A   Because they have to reset it.
7   Q   And so how does that display in the vehicle?
8 Where does it appear?  Does it appear in the instrument
9 cluster behind the steering wheel?
10   A   Yes.  And it shows the whole vehicle and the
11 four tires and what their pressure is.
12   Q   Okay.  And when you say that the tires need
13 air, is it all four tires at once, or does it seem to go
14 from one to the other?
15   A   It's -- usually when it comes on, it's more
16 than one tire.  It's usually not all four.  This last
17 time, I believe it was three.
18   Q   Okay.  Does there seem to be any rhyme or
19 reason to which ones need it?
20   A   No.
21   Q   Okay.  There's not one that typically needs air
22 more than any of the others?
23   A   No.
24   Q   So it sounds like both of those things you
25 described as more annoying than anything else; right?

Page 45

12 (Pages 42 - 45)

1    A   The brake is annoying but is more worrisome
2   because it might be an issue.
3    Q   Okay.
4    A   Per my service advisor.
5    Q   But he told you if you bring it in for repair,
6   it's going to maybe require a significant repair?
7    A   Yes.
8    Q   Okay.  And have you brought it in for that
9   repair?
10    A   I just brought it -- I just had them tell me
11   this when I brought it in for my tire pressure.  So I
12   have not brought it back.
13    Q   Okay.  So is that recently that that happened?
14    A   Yes.
15    Q   So is it on the same visit that you talked to
16   Chris about the recall the second time?
17    A   Correct.
18    Q   All right.  So it's probably sometime around
19   August 23, 2019?
20    A   Yes.
21    Q   Okay.  All right.  So you understand that your
22   husband has asked that the vehicle be repurchased or
23   replaced from Mercedes-Benz; right?
24    A   Yes.
25    Q   Okay.  What's your understanding of why he's
Page 46

1    Q   Okay.  And so from your perspective as the
2   person who primarily drives the car, your main issue is
3   that the recall makes you feel nervous when driving the
4   vehicle?
5    A   If I have a passenger; correct.
6    Q   But when you're driving alone, you don't feel
7   nervous?
8    A   No.  Because it's not my airbag.
9    Q   Okay.  Other than the Jeep Grand Cherokee, do
10   you know if your husband owns any other vehicles?
11    A   Yes.
12    Q   What other vehicle?
13    A   And Aston Martin.
14    Q   Is that the vehicle that he typically drives?
15    A   He typically drives the Jeep.
16    Q   Okay.  Have you ever driven the Aston Martin?
17    A   Down the street.  That's it.  It scares me.
18    Q   Why does it scare you?
19    A   Because it has a really long nose, and you have
20   to know how to go over a bump so it doesn't scrape.  Too
21   much for me.
22    Q   Okay.  What kind of gas do you put in the car?
23    A   Premium.
24    Q   Just whatever the highest level is at any gas
25   station you go to?
Page 48

1   asked that the vehicle be repurchased or replaced, if
2   you have any?
3    A   Well, I believe a lot of it is because the
4   recall.  I mean, regardless if there's a fix, it
5   basically says it could potentially kill my passenger.
6   So it's a little scary.
7    I mean, as his wife, somewhat paranoid of
8   things like that, I don't even like to get my tires
9   rotated because I feel like all the lugs are going to
10   fall off after.
11    Q   Has that ever happened to you when your tires
12   have been rotated?
13    A   No.  But, funny, we rented a car, and the lugs
14   flew off.  So now it's a reality.
15    MS. WALLACE:  The look you just gave.
16    MR. GRECO:  No.  I actually had that happen
17   when I was 16 years old.  I was driving the family
18   minivan.  I picked it up from a tire shop.
19    And they forgot to, you know, secure the lugs
20   on the vehicle and power torque them back on.  And one
21   of the wheels came off when I was driving home.
22   BY MR. GRECO:
23    Q   But it's never happened with your
24   Mercedes-Benz; correct?
25    A   No.
Page 47

1    A   Ninety-one.
2    Q   Okay.
3    MR. GRECO:  All right.  Let's go off the
4   record.  Let's take five minutes.  And we'll do the
5   repair orders after this.  And we'll probably be done
6   very shortly.
7    (Recess)
8    MR. GRECO:  I'm going to go ahead and mark, as
9   Exhibit 3, Mercedes-Benz of Escondido Repair
10   Order 671305.  The mileage report on the repair order at
11   that time was -- actually, let's skip that one.  I'm
12   sorry.  Strike that.
13    We'll mark, as Exhibit 3, Mercedes-Benz of
14   Escondido Repair Order 685141.  The mileage reported on
15   the repair order is 58 miles.  And the repair order was
16   opened on December 30, 2015.
17    (Exhibit 3 marked)
18   BY MR. GRECO:
19    Q   Mrs. McGee, could you just take a moment to
20   review that repair order and let me know when you're
21   finished.
22    A   Okay.
23    Q   All right.  And so this repair order looks to
24   me like it was right around the time of the purchase of
25   the vehicle on December 30th of 2015.
Page 49

13 (Pages 46 - 49)

1      Is that correct; that it's right around when
2  you guys purchased the car?
3      A  Yes.
4      Q  All right.  There's a line A on here that says,
5  "Swapped wheel."
6      Do you have any idea of why the dealership
7  might have swapped wheels?
8      A  Yes.
9      Q  Okay.  Why is that?
10     A  Because we got cuter wheels.
11     Q  All right.  In what way were the wheels cuter?
12     A  They are, what, AMG wheels.
13     Q  So they were Mercedes-Benz wheels; right?
14     A  Correct.
15     Q  Okay.  And do know if you guys purchased those
16  from the dealership, or did you bring them in from
17  somewhere else?
18     A  From the dealership.
19     Q  Okay.
20     A  I believe they swapped on a different car on
21  the lot.
22     Q  All right.  What about the AMG wheels did you
23  prefer to the wheels that were already installed on the
24  car?
25     A  Oh, it was my husband.

Page 50

1      Q  Okay.  Do you know if the same wheels are still
2  on the car?
3      A  Yes.
4      Q  Are they still on the car?
5      A  Yes.
6      Q  So this being either the day you bought the
7  vehicle or the day after you bought the vehicle.
8      Do you recall having any complaints or problems
9  with the vehicle on December 30th of 2015?
10     A  No.
11     Q  Okay.
12     MR. GRECO:  We are going to go ahead and mark,
13  as Exhibit 4, Mercedes-Benz of Escondido Repair
14  Order 688866.  The mileage reported on the vehicle at
15  that time was 2,339 and the repair order was opened on
16  February 22, 2016.
17     (Exhibit 4 marked)
18  BY MR. GRECO:
19     Q  Okay.  Mrs. McGee, please take a moment to
20  review what we marked as Exhibit 4 and let me know when
21  you are finished.
22     A  I'm finished.
23     Q  Okay.  All right.  To me, this repair order
24  looks like it's solely for a complimentary car wash.
25     Do recall if you took the vehicle in for a car

Page 51

1  wash on February 22, 2016?
2      A  I don't recall, but I'm sure I did.
3      Q  Okay.
4      MS. WALLACE:  You don't recall what you had for
5  lunch on February 22, 2016?
6      THE WITNESS:  No.
7  BY MR. GRECO:
8      Q  So did you get complimentary car washes from
9  Mercedes-Benz of Escondido?
10     A  Yes.
11     Q  Do you recall how frequently you would bring
12  the vehicle in for a wash?
13     A  I would say every other month, at best.
14     Q  Any particular reason why you would -- well,
15  strike that.
16     I assume that you had the car washed at other
17  places other than Mercedes-Benz of Escondido?
18     A  Yes.
19     Q  Okay.  Any particular reason why you would
20  sometimes bring it to Mercedes-Benz of Escondido and
21  sometimes go to other places?
22     A  Yes.  For one, Mercedes-Benz basically just
23  rinsed it off.  And they weren't convenient for their
24  hour.
25     I would go there, and there would be too many

Page 52

1  people.  So it -- that's why.
2      Q  Okay.  So basically, if it happened to be
3  convenient, you were already in the area and the line
4  wasn't too long, you would get it done there?
5      A  Correct.
6      Q  Okay.  Do you recall having any particular
7  complaints or problems with the car around
8  February 22, 2016?
9      A  No.
10     Q  All right.  If you were having a problem such
11  as needing air in your tires or something like that,
12  would you have mentioned it to the dealership when you
13  brought it in for the car wash?
14     A  Yes.
15     Q  Okay.  If you were having the problem with the
16  brake handle that you were expressing to me earlier,
17  would you have mentioned that also when you brought it
18  in for a car wash?
19     A  Yes.
20     Q  Okay.  So basically, if there were significant
21  problems and you happened to be there for a car wash,
22  you would have told someone at Mercedes-Benz of
23  Escondido that you were experiencing a problem with the
24  car?
25     A  Yes.

Page 53

14 (Pages 50 - 53)

1   Q   Okay.
2       MR. GRECO:  All right.  Let's mark, as
3   Exhibit 5, Mercedes-Benz of Escondido Repair
4   Order 690344.  The mileage reported on the vehicle at
5   that time:  3,109.  And the repair order was opened on
6   March 15, 2016.
7       (Exhibit 5 marked)
8   BY MR. GRECO:
9   Q   Okay.  Please take a moment to review and let
10  me know when you're finished.
11  A   I'm finished.
12  Q   Okay.  And I do apologize.  These questions are
13  going to get somewhat repetitive.  But do please still
14  remember to wait for me to finish the question before
15  you give me an answer.  Okay?
16  A   Okay.
17  Q   All right.  So this, to me, looks like another
18  repair order indicating that you received a
19  complimentary car wash.
20      Does it look like that way to you?
21  A   Yes.
22  Q   Okay.  Do you recall actually getting a car
23  wash on March 15, 2016?
24  A   No.
25  Q   All right.  Do you recall experiencing any

Page 54

1   particular problems with the vehicle in March of 2016?
2   A   No.
3   Q   Had you been experiencing any problems when you
4   brought the vehicle in for the car wash, would you have
5   expressed those to the folks at Mercedes-Benz of
6   Escondido?
7   A   Yes.
8       MR. GRECO:  Let's go ahead and mark, as
9   Exhibit 6, Mercedes-Benz of Escondido Repair
10  Order 691945.  The mileage reported on the vehicle at
11  that time was 4,034, and the repair order indicates it
12  was opened on April 6th of 2016.
13      (Exhibit 6 marked)
14  BY MR. GRECO:
15  Q   All right.  Mrs. McGee, please take a moment to
16  review what I've marked as Exhibit 6, and let me know
17  when you are finished.
18  A   I'm finished.
19  Q   Okay.  Did you bring the vehicle in for service
20  or repair on April 6, 2016?
21  A   Yes.
22  Q   All right.  Were you typically the person that
23  brought the vehicle in for any kind of service,
24  maintenance, or repairs that it needed?
25  A   Yes.

Page 55

1   Q   Do you know if there were any times that your
2   husband or anybody else brought it in?
3   A   No.
4   Q   Okay.  So to the best of your knowledge, it was
5   always you that brought the car in?
6   A   Yes.
7   Q   Okay.  What led you to bring the vehicle in on
8   April 6th of 2017, if you recall?
9   A   There was -- when I would open the door, there
10  was this loud clanking.
11  Q   All right.  So was it the driver's door?
12  A   Yes.
13  Q   Did you hear that noise coming from any other
14  doors?
15  A   No.
16  Q   Do you recall the first time that you noticed
17  that noise?
18  A   No.
19  Q   Would you have brought the vehicle in within a
20  few days of first hearing the noise?
21  A   Yes.
22  Q   So if this repair order was opened on
23  April 6, 2016, is it fair to say that within a few days
24  before April 6th was probably the first time you heard
25  the noise?

Page 56

1   A   Yes.
2   Q   Okay.  Did it happen every time when you opened
3   the door?
4   A   I don't recall.  I -- I feel it was, yes.
5   Q   Do you recall if you've experienced that noise
6   coming from the vehicle at any time after picking the
7   vehicle up from this repair visit?
8   A   I don't believe so.
9   Q   And I should have asked you.
10      Were you typically the person that also picks
11  the vehicle up after any work was performed on it?
12  A   Yes.
13  Q   Okay.  Do you recall any times where your
14  husband or anybody else might have picked the vehicle up
15  for you when Mercedes-Benz of Escondido or any of the
16  other dealerships completed work on the car?
17  A   No.
18  Q   Any other reasons why you brought the vehicle
19  in on this occasion?
20  A   I don't believe so, no.
21  Q   So I'll point to you that on the first page,
22  line B, that has, "Customer states wheels are full of
23  brake dust, even after one day of driving."
24      And that's on the first page.  And you'll see a
25  little b on the left-hand side.

Page 57

15 (Pages 54 - 57)

1    A  Yes.
2    Q  Okay.  Do you recall seeing brake dust on the
3 wheel?
4    A  Yes.  I think we weren't sure.  It seemed like
5 brake dust.  But it would just splatter my whole side.
6    Q  Do you recall having that problem with the
7 vehicle at any point after this repair visit?
8    A  Yes.
9    Q  Is it still a problem you're experiencing with
10 the vehicle?
11   A  Not as bad, but I think, yes.
12   Q  All right.  When you say it would splatter the
13 whole side, what do you mean?
14   A  It would just get like a -- like almost if you
15 ran over black dust, and it just would flick on the
16 side.
17   Q  Okay.  And so where do you see it on the car?
18   A  On the lower panel, on the back -- for the back
19 tires, mostly.  A little bit on the front tires.
20   Q  So is that on both sides of the vehicle?
21   A  Yes.
22   Q  Okay.  How frequent -- well, all right.
23      When is the last time you recall seeing
24 that kind of dust or black marks on the lower paneling
25 of the vehicle for any of the wheels?

Page 58

1    A  I believe it's on there right now.
2    Q  And what led you to believe that it was brake
3 dust as opposed to something else?
4    A  To me, it just looked like that because it was
5 more solid.
6    Q  What do you mean by "more solid"?
7    A  Rather than if you just ran over like something
8 wet, and it would be a little splotchy.  It was more
9 like a dust, a dusting.
10   Q  So what color is your vehicle?
11   A  White.
12   Q  Okay.  And the color of the dust that you are
13 seeing is black?
14   A  Correct.
15   Q  Do you see it on the vehicle at all times?
16      And so I'm trying to understand.  Is it
17 something that is occurring every single day you're
18 seeing some amount of black dust on the lower panel of
19 the vehicle near the wheels, or is it something that,
20 you know, occasionally you're noticing?
21   A  Generally, as soon as I wash my car, I notice
22 it.
23   Q  Okay.  Is it something that you only notice
24 after a car wash?  Like over time, if the vehicle gets a
25 little bit dirtier, like is it something that you no

Page 59

1 longer notice, or is it something that's only occurring
2 after you get the car washed?
3    A  I think I generally just visually see it like
4 the first couple days because my car is sparkly white.
5 Then it starts getting dirty.  So everything just blends
6 in.
7    Q  Okay.  So is it fair to say the dusting is
8 something that may still be there?  You just can't
9 notice it, you know, once you get three or four days
10 after a car wash?
11   A  Yes.  And it's definitely so much less than it
12 was when it was newer.
13   Q  Okay.  Any other problems that you recall
14 experiencing with the vehicle around April 6, 2016?
15   A  No.
16   Q  Okay.
17      MR. GRECO:  All right.  Let's mark, as
18 Exhibit 7, Mercedes-Benz of Escondido Repair
19 Order 693042.  Mileage reported on the vehicle at this
20 time was 4,181, and the repair order was opened on
21 April 22, 2016.
22      (Exhibit 7 marked)
23 BY MR. GRECO:
24   Q  All right.  Please take a moment to review what
25 we've marked as Exhibit 7, and let me know when you are

Page 60

1 finished.
2    A  Okay.  I'm finished.
3    Q  Okay.  Did you bring the vehicle in for service
4 or repair on April 22, 2016?
5    A  Yes.
6    Q  All right.  What led you to bring the vehicle
7 in on that occasion?
8    A  It seems that even though the door was fixed,
9 it was hanging up.  I think I remember that it was --
10 like, visually you could see it, like, not at the right
11 angle or so.  That's why I brought it in.
12   Q  Okay.  There's also a couple notes on here that
13 after the door was fixed, there might have been some
14 damage to the vehicle.
15      So you noticed some damage to the vehicle?
16   A  Yes.
17   Q  Do you recall that?
18   A  I saw that it said that it had a crack.  And
19 I'm -- I feel like I remember that.  I just can't -- I
20 remember that incident.  But visually, I can't remember
21 where it was.
22   Q  Okay.  So it's mentioning that near the rocker
23 panel the paint looked cracked.  There is also another
24 mention on here that, if you look at line C, the front
25 bumper was scratched.

Page 61

16 (Pages 58 - 61)

1      And then if we go all the way down to line G,
2 it also looks like there is a ding in the passenger rear
3 quarter panel.
4    A   Right.
5    Q   Okay.  Do you remember -- do you remember
6 picking the vehicle up after the last visit and seeing
7 that damage on the car?
8    A   Gosh, I can't remember it.  I do remember
9 seeing them.  I'm not -- just not positive when I saw
10 them.
11   Q   Okay.  Are those still issues with the vehicle
12 today?
13   A   No.  They repaired those.
14   Q   All right.  Did you pay anything for those
15 repairs?
16   A   No.
17   Q   Okay.  And as far as the door, after they
18 readjusted it on this visit, did you have any problems
19 with the door after that point?
20   A   I don't believe so.
21   Q   Do you recall having any other problems with
22 the vehicle on April 22, 2016?
23   A   It does mention my tire pressure, so probably
24 that.  But I don't remember anything else.
25      MR. GRECO:  Okay.  Let's go ahead and move onto
                                                    Page 62

1 Exhibit 8.  This is Mercedes-Benz of Escondido Repair
2 Order 705072.  The mileage reported on the vehicle at
3 this time is 9,762.  And the repair order was opened on
4 October 7th of 2016.
5      (Exhibit 8 marked)
6 BY MR. GRECO:
7    Q   Mrs. McGee, please take a moment to review this
8 repair order and let me know when you are finished.
9    A   I am finished.
10   Q   Okay.  This looks like another complimentary
11 car wash.
12      Does it look that way to you?
13   A   Yes.
14   Q   Do you recall having your vehicle car-washed on
15 October 7th of 2016?
16   A   No.
17   Q   Do you recall experiencing any problems with
18 the vehicle on October 7th of 2016?
19   A   I would imagine that I have brought them in for
20 the tire pressure, which is probably why I got the car
21 wash.
22   Q   Okay.  But do you recall specifically any
23 instances where you were having issues with the tire
24 pressure in October of 2016?
25   A   Not specifically.
                                                    Page 63

1      MR. GRECO:  Let's mark, as Exhibit 9,
2 Mercedes-Benz of Escondido Repair Order 706559.  The
3 repair order was opened on October 28, 2016, and the
4 mileage reported on the repair order is 11,040.
5      (Exhibit 9 marked)
6 BY MR. GRECO:
7    Q   Mrs. McGee, please take a moment to review this
8 repair order and let me know when you are finished.
9    A   Okay.  I'm finished.
10   Q   Okay.  Did you bring the vehicle in for service
11 or repair on October 28, 2016?
12   A   Yes.
13   Q   All right.  What led you to bring the vehicle
14 in?
15   A   It looks like my 10,000-mile service.
16   Q   Okay.  Had you been having any other complaints
17 with the vehicle at that time, such as the brake handle,
18 the issue with the tire pressure monitor, any problems
19 with the doors, would you have mentioned those types of
20 things to the dealership when you brought it in for
21 your 10,000-mile service?
22   A   Yes.
23   Q   Do you recall experiencing any of those
24 problems on this date, October 28, 2016?
25   A   No.
                                                    Page 64

1      MR. GRECO:  All right.  Let's go ahead and
2 mark, as Exhibit 10, Mercedes-Benz of Escondido Repair
3 Order 720159.  The repair order was opened on May 16th
4 of 2017.  And the mileage reported on the vehicle at
5 that time:  19,457.
6      (Exhibit 10 marked)
7 BY MR. GRECO:
8    Q   Okay.  Mrs. McGee, please take a moment to
9 review this repair order and let me know when you are
10 finished.
11   A   I'm finished.
12   Q   Okay.  Did you bring the vehicle in for service
13 or repair on May 16th of 2017?
14   A   Yes.
15   Q   What led you to bring the vehicle in on that
16 occasion?
17   A   It looks like my 20,000-mile.
18   Q   Do you remember experiencing any other -- or
19 any problems with the vehicle on May 16th of 2017?
20   A   It looks like I have them adjust my Bluetooth
21 because the volume wasn't going up.
22   Q   Is that a problem that you're still having with
23 the vehicle today?
24   A   No.
25   Q   All right.  Were they able to fix it on this
                                                    Page 65

17 (Pages 62 - 65)

1 occasion?
2    A  Yes.
3    Q  Okay.  Had you been having any other problems
4 with the car at that time, would you have mentioned them
5 to the people at Mercedes-Benz of Escondido?
6    A  Yes.
7    Q  Okay.
8       MR. GRECO:  Let's go ahead and mark, as
9 Exhibit 11, Mercedes-Benz of Escondido Repair
10 Order 732089.  The mileage reported on the vehicle at
11 this time is 25,953, and the repair order was opened on
12 November 2, 2017.
13      (Exhibit 11 marked)
14 BY MR. GRECO:
15    Q  Mrs. McGee, please take a moment to review this
16 repair order, and let me know when you are finished.
17    A  Okay.  I am finished.
18    Q  Okay.  Did you bring the vehicle in on this
19 occasion?
20    A  Yes.
21    Q  All right.  What led you to bring the car in on
22 this occasion?
23    A  Well, my car, when I would go to work in the
24 morning, it would just be super sluggish for some weird
25 reason, and it just wouldn't accelerate.  I couldn't get
Page 66

1 coming home from work?
2    A  No.
3    Q  So only in the morning?
4    A  Correct.
5    Q  And did it occur at the beginning of your drive
6 to work or at the end of your drive to work or
7 throughout the entire time?
8    A  Throughout the entire time.
9    Q  And about how long -- how much time did it take
10 you to drive to work?
11    A  Thirty to forty minutes.
12    Q  Okay.  And this was when you were working for
13 Unite Eurotherapy?
14    A  Correct.
15    Q  And it was about a 22-mile drive?
16    A  Correct.
17    Q  And what route did you typically take from the
18 house in Poway to Unite?
19    A  Highway 15 to 78.
20    Q  And then I know you mentioned that you used
21 your Waze.
22    A  Yes.
23    Q  So was there just, you know, sort of minor
24 variations on the side streets that you might take, but
25 the main streets were always 15 to 78?
Page 68

1 it to go.
2    Q  All right.  When you say "sluggish," what do
3 you mean?
4    A  Well, normally, you know, you put your foot on
5 the gas, and it just goes.  It was like you were, like,
6 pushing really hard, like it's an older car.  Like, come
7 on baby.  And it just was slow to accelerate.
8    Q  Okay.  Do you recall when you first noticed
9 that being a problem with the vehicle?
10    A  I don't.
11    Q  All right.  Would it have been within a few
12 days of when you brought it in on November 2, 2017?
13    A  Yes.
14    Q  When I say a few days, I mean somewhere being
15 two to five.
16    A  Yes.
17    Q  All right.  You have the same understanding of
18 a few days?
19    A  Yes.
20    Q  Okay.  Do you recall how many times you
21 experienced this problem when you were driving to work?
22 Was it just one of those few days beforehand, or was it
23 on every single day?
24    A  It was on every single day.
25    Q  All right.  Did it also occur when you were
Page 67

1    A  Yes.
2    Q  And so when you would notice this sluggishness,
3 was it when you were accelerating from a light, from a
4 complete stop, or would it also occur while you were on
5 the freeway?
6    A  Probably from a complete stop.
7    Q  Is it still a problem that you're noticing with
8 the vehicle today?
9    A  No.
10    Q  Do you recall experiencing that problem after
11 this visit in November of 2017?
12    A  I can't remember.  But I feel like I brought it
13 in again.
14    Q  Okay.  Any other problems that you recall
15 having at this time, November of 2017?
16    A  I don't believe so.
17    Q  Okay.
18    A  Oh, yes.  Sorry.  The trim on my steering wheel
19 was peeling off.  It was like on the left side.
20    Q  Okay.  Was that something that they were able
21 to fix on this visit?
22    A  Yes.
23    Q  Okay.  Then I also see that -- if you look to
24 line C, and it's, "Customer states low pressure light
25 comes on."
Page 69

18 (Pages 66 - 69)

**Page 70**

1   A   Yes.
2   Q   All right.  Now, was the low pressure light --
3 was that something that's been a problem since the very
4 beginning of your ownership of the car, or was it
5 something that started around this time, in November
6 of 2017?
7   A   Since the beginning.  And that is why I thought
8 some of those car washes have to be because I brought it
9 in for the tire pressure.
10  Q   All right.  Anything else that you can think of
11 that was a problem around the time of this visit on
12 November 2nd of 2017?
13  A   Well, I only had one thing.  But I'm sure most
14 people thought I was crazy.  Thought I would drive down
15 the freeway, there was one spot I would get crackling in
16 my car, like Bluetooth.
17  Q   Was --
18      THE WITNESS:  Do you get that, on the 15?  Do
19 you have it?
20 BY MR. GRECO:
21  Q   All right.
22  A   It's weird.
23  Q   So was it the same spot every single time?
24  A   Yes.
25  Q   All right.  Do you know which spot it was?  Are

**Page 71**

1 you able to describe it for me?
2   A   Yes.  It's on the 15 freeway, right before
3 Mercedes of Escondido, like between Rancho Bernardo and
4 Mercedes of Escondido, that stretch.
5   Q   You said Rancho Bernardo?
6   A   Correct.
7   Q   Have --
8   A   And you'd be closer to Felicita.
9   Q   All right.  And you said the crackling in the
10 Bluetooth.
11      Is when you're --
12  A   I don't know.  It's like my whole car.
13  Q   So are you actually using the Bluetooth at the
14 time when you hear the sound, or does it occur when
15 you're not using the Bluetooth at all?
16  A   No.  I'm sure I'm saying that's it the
17 Bluetooth.  It just seems like electric -- I don't
18 know -- some electric field.
19      I don't know.  But it sounds like crackling
20 like above my head, like electrical.
21  Q   All right.  So I just want to -- so I want to
22 be sure.
23      Are you using the speakers or anything in the
24 vehicle when you hear the crackling sound?
25  A   Yes.

**Page 72**

1   Q   Okay.  It's not that the crackling sound is
2 just occurring, and there's nothing on in the car?
3   A   Correct.
4   Q   Okay.  And so does it happen when you're using
5 your phone to talk to people, or is it only when you use
6 the radio?  Are you able to describe a little further?
7   A   I'm sure I don't talk to people when I would be
8 taking the stretch.  I just feel like when I would hit
9 that spot, you would hit like a staticky, crackling just
10 in that area.
11  Q   Okay.
12      MS. WALLACE:  I am going to have to go home and
13 try it.
14 BY MR. GRECO:
15  Q   Have you ever brought the -- have you ever
16 mentioned that problem to anyone at Mercedes-Benz of
17 Escondido or any other dealership?
18  A   Yes.
19  Q   Is that still something that you experience
20 today?
21  A   I don't drive that route anymore.
22  Q   All right.  Was it something that you continued
23 to experience while you were driving that route?
24  A   Yes.
25  Q   And that was on your commute to work?

**Page 73**

1   A   Correct.
2   Q   Would it happen in the morning and the evening?
3   A   No, because I was on a different side of the
4 highway.
5   Q   So when would it happen?  The morning?
6   A   Yes.
7      MS. WALLACE:  And just for the record,
8 northbound; correct?
9      THE WITNESS:  Correct.
10 BY MR. GRECO:
11  Q   Do you recall when you told the dealership
12 about this problem or any dealership about the problem?
13  A   I don't recall.
14  Q   Okay.  When you go to Mercedes-Benz of
15 Escondido or to Hoehn -- let's go with service at
16 Mercedes-Benz of Escondido.
17      A lot of these dealerships have a very similar
18 process for when a customer comes in.  Typically, you
19 bring the car into the service drive.  You're greeted by
20 somebody.  And eventually, you meet with your service
21 advisor.
22      You describe the complaints you're having with
23 the car to the service advisor.  He writes them down or
24 types them up.  Shows you a copy of a work order.
25      Usually, the customer signs off on it.  And

19 (Pages 70 - 73)

1 then the dealership takes possession of the car.

2     Did you -- did Mercedes-Benz of Escondido have

3 that kind of a process when you would go in to see them?

4     A   Mercedes-Benz in Escondido, they actually had

5 this -- there was another guy that wasn't a service

6 advisor.

7     So different things like my, like, light, I

8 kind of felt like he was like, Oh, well, if I can handle

9 it in the drive, I'll do it.

10     So he did, like, my light bulb.  If I had the

11 tire pressure, he would say, "Oh, I'll take that."

12     You know, things like talking about my static,

13 he would take care of those.  I wouldn't see my service

14 advisor for things like that.

15     Q   Okay.  Do you recall -- did you have the same

16 guy that greeted you every time that was handling those

17 things?

18     A   I don't believe so.  I feel like they had a

19 couple different people.

20     Q   Okay.  Do you have an estimate for how many

21 times -- so it sounds to me like there were -- we

22 discussed this just a little bit before; that there were

23 times that you came, and you were not handed any

24 paperwork by the dealership when they were smaller

25 things like tire pressure, one time that you remember

Page 74

1 with the light.

2     Do you have an estimate for how many times you

3 went to the dealership, and they didn't produce any

4 paperwork for you?

5     I know we have the six times for the tire

6 pressure; right?  Were there any others?

7     A   There would be definitely my light bulb.  All I

8 did was buy a light bulb.  But they didn't give me a --

9 saying that they fixed it.  I just bought one.  They

10 plugged it in.

11     Q   Do you have a receipt for that light bulb?

12     A   I doubt it.

13     Q   Okay.

14     MR. GRECO:  Counsel, can we just reach an

15 agreement that if Mrs. McGee will look and see if she

16 has a receipt for a light bulb from Mercedes-Benz of

17 Escondido, if it exists or if she still has it, it can

18 be produced in two weeks?

19     MS. WALLACE:  Yes.

20     MR. GRECO:  Okay.

21 BY MR. GRECO:

22     Q   And so other than the light bulb, the times for

23 the tire pressure, any other times that you can think

24 of?

25     A   No.

Page 75

1     Q   And some of the tire pressure times, you

2 believe might have been when the vehicle was in for a

3 car wash?

4     A   Yes.

5     Q   Okay.  What about Hoehn Motors?  Did they have

6 the same process as Escondido, or how did it work when

7 you would bring it into Hoehn?

8     A   I'm new to Hoehn.  But you would pull it up,

9 and your service advisor would come out.

10     Q   Okay.

11     MR. GRECO:  All right.  Let's go ahead and

12 mark, as Exhibit 11, Mercedes-Benz -- I'm sorry.

13     Let's go ahead and mark, as Exhibit 12,

14 Mercedes-Benz of Escondido Repair Order 736234.  The

15 repair order was opened on January 5, 2018.  And the

16 mileage reported on the repair order is 28,113.

17     (Exhibit 12 marked)

18 BY MR. GRECO:

19     Q   Okay.  Mrs. McGee, please take a moment to

20 review this repair order, and let me know when you are

21 finished.

22     A   Okay.  I'm finished.

23     Q   Okay.  Did you bring the vehicle in on this

24 occasion to Mercedes-Benz of Escondido?

25     A   Yes.

Page 76

1     Q   Okay.  What led you to bring the vehicle in on

2 this occasion?

3     A   I believe it was for my 30,000.

4     Q   Okay.  Any other problems you were

5 experiencing -- well, any problems you were experiencing

6 with the vehicle at this time?

7     A   It looks like I just needed tires.

8     Q   If you go to the third page of the exhibit, if

9 you look at line F, there is a note here that has, "The

10 client states, on long drives when on the phone, call

11 drops out.  She has iPhone."

12     Do you recall any issues with the -- with your

13 phone dropping out when you were on calls?

14     A   Gosh, I honestly can't even remember that.  It

15 seems like I would.

16     Q   Do you have any idea what you might have meant

17 by "long drives"?

18     A   Probably just commuting to work.

19     Q   Okay.  I'm sorry.  I was going to go back

20 through my notes to see if I could find it.  I

21 understood that you had stopped working for Unite

22 Eurotherapy in 2018.

23     Were you still working for them in January

24 of 2018?

25     A   You know, I probably stopped working November

Page 77

20 (Pages 74 - 77)

1   of '17.
2       Q.  Okay.  So as far as you can remember right now,
3   in January of 2018, you were no longer working for
4   Unite; right?
5       A.  Right.
6       Q.  Okay.  And you did mention that at some point
7   you drove the car to Monterey.
8       A.  Yes.
9       Q.  Any other long trips that you can think of?
10      A.  I don't believe so.
11      Q.  Okay.  Did you ever drive the vehicle up to LA?
12      A.  Yes.
13      Q.  How frequently do you take the car to
14  Los Angeles?
15      A.  I think once.
16      Q.  Okay.  Do you recall around when that was?
17      A.  Yes.  It was -- had it to have been somewhere
18  in 2018.
19      Q.  Okay.  Have you ever taken the vehicle to
20  Las Vegas?
21      A.  No.
22      Q.  On the time that you took it to Los Angeles, do
23  you recall experiencing any problems with the car on
24  that drive?
25      A.  No.

Page 78

---

1       THE WITNESS:  I remember that visit.
2   BY MR. GRECO:
3       Q.  All right.  Did you -- did you wait for the car
4   that day, or did you get a loaner car?
5       A.  Oh, I waited.
6       Q.  Okay.
7       A.  That's my angry visit.
8       Q.  You probably cleaned out all the cookies.
9       A.  I know.  That's the problem.  You sit in there,
10  and they make you wait.  And you have these candies and
11  cookies in there.
12      Q.  All right.  Do you recall about how long you
13  waited?
14      A.  Yes.  It was supposed to be 25 minutes, and it
15  was an hour.  And they weren't even done.  So I didn't
16  get my car wash.
17          They were supposed to write on here -- which
18  I'm looking -- that they were going to give me a detail
19  the next time I came in.  But I don't think I ever went
20  back.
21      Q.  Okay.
22      A.  I'm still pissed.
23      Q.  All right.  Okay.  Let's go ahead and move --
24  anything else that you can think of from this visit?
25      A.  I think I got my tires.  I think that's it.

Page 80

---

1       Q.  Okay.  Do you recall any time in the last six
2   months experiencing a problem with your phone dropping a
3   call?
4       A.  No.
5       Q.  Do you recall any specific times, at least as
6   you sit here today, when your phone would drop a call
7   while you were in the vehicle?
8       A.  No.
9       Q.  Okay.  All right.  So any -- any other
10  complaints that you can recall or remember that you were
11  having around January 5th of 2018?
12      A.  I do see that they -- they updated my
13  navigation.
14      Q.  All right.  And I see that on the second page
15  at line 8.
16          Do you recall requesting that they give you the
17  latest navigation updates?
18      A.  No.  They said that there was an update.
19      Q.  Do you recall if that was a navigation update
20  related to the software of the navigation unit or
21  whether it was just for updated maps?
22      A.  I'm not sure.  But it took a really long time.
23  And I did not get my complimentary car wash.
24          MS. WALLACE:  We're adding to the lawsuit for
25  that.

Page 79

---

1       Q.  Okay.  All right.  Were you experiencing any
2   problems with the navigation system in the vehicle?
3       A.  No.
4       Q.  Okay.  Do you ever recall experiencing any
5   problems with the navigation system in the vehicle?
6       A.  No.
7       Q.  Okay.
8           MR. GRECO:  Okay.  Let's go ahead and mark, as
9   Exhibit 13, this is Mercedes-Benz of Escondido Repair
10  Order 744427.  The mileage reported on the vehicle at
11  this time is 30,611.  That was opened on May 8, 2018.
12          (Exhibit 13 marked)
13  BY MR. GRECO:
14      Q.  Okay.  Please take a moment to review this
15  repair order, and let me know when you're finished.
16      A.  I'm finished.
17      Q.  Okay.  This, to me, looks like another
18  complimentary car wash.
19          Does it look that way to you?
20      A.  Yes.
21      Q.  And do you recall having any specific problems
22  on May 8th of 2018?
23      A.  No.
24      Q.  Okay.  Do you actually recall if you brought
25  the vehicle in for a car wash on that day?

Page 81

21 (Pages 78 - 81)

1    A  I don't.
2    Q  Okay.
3        MR. GRECO:  All right.  We're marking, as
4  Exhibit 14, Mercedes-Benz of Escondido Repair
5  Order 744815.  The repair order was opened on May 14th
6  of 2018.  And the mileage reported on the vehicle was
7  30,729.
8        (Exhibit 14 marked)
9  BY MR. GRECO:
10   Q  Okay.  Please take a moment to review what
11 we've marked as Exhibit 14, and let me know when you are
12 finished.
13   A  I am finished.
14   Q  Okay.  This, again, looks like another
15 complimentary car wash.
16      Does it look that way to you?
17   A  Yes.
18   Q  Do you actually recall bringing your vehicle in
19 for a car wash on May 14th of 2018?
20   A  No.
21   Q  Do you recall having any problems or complaints
22 with the vehicle on May 14th of 2018?
23   A  No.
24   Q  Okay.
25      MR. GRECO:  Let's mark, as Exhibit 15,

Page 82

1    Q  Do you remember if you ever got that detail or
2  if it might have been included in any of these car
3  washes?
4    A  I don't think so.  I -- we were living --
5  actually were living super, like, transiently close to
6  Mercedes.  So that's when I got them.
7    Q  Okay.  Oh, so at the time, you were living --
8  were you guys moving addresses at the time?
9    A  Yes.
10   Q  Okay.  Were you staying somewhere close to
11 Mercedes-Benz of Escondido?  Where were you staying at
12 the time?
13   A  The Escondido RV Resort.
14   Q  Okay.  Do you guys own an RV?
15   A  Yes.
16   Q  What kind of RV is it?
17   A  A --
18      MS. WALLACE:  A big one.
19      THE WITNESS:  -- big one.  Monaco Diplomat.
20 BY MR. GRECO:
21   Q  Okay.  Do you guys ever experience any problems
22 with the RV?
23   A  Yes.
24   Q  Any problems with the drive portion of the RV?
25   A  I don't know.

Page 84

1  Mercedes-Benz of Escondido Repair Order 745770.  The
2  repair order was opened on May 29th of 2018, and the
3  mileage reported on the vehicle at that time is 31,061.
4        (Exhibit 15 marked)
5  BY MR. GRECO:
6    Q  Okay.  Please take a moment to review this
7  repair order and let me when you are finished.
8    A  I am finished.
9    Q  All right.  This, again, looks like another
10 complimentary car wash.
11      Does it look that way to you?
12   A  Yes.
13   Q  Okay.  Do you recall having any particular
14 complaints or problems with the vehicle on May 29th
15 of 2018?
16   A  No.
17   Q  Do you actually recall bringing your vehicle in
18 for a car wash on this day?
19   A  No.
20   Q  You mentioned that there -- someone had offered
21 a detail for you after having to wait for the navigation
22 update back on January 5th of 2018.
23   A  Yes.
24   Q  All right.  You know, we looked at three car
25 washes in a row.

Page 83

1    Q  Okay.  You don't know?
2    A  I wouldn't know, yeah.
3    Q  Oh, okay.  I assume it's not a -- when you say
4  it's a large RV, I assume that it is not based on a
5  Mercedes vehicle.  By that I mean, is there a Mercedes
6  emblem anywhere on that car?
7    A  No.
8    Q  Okay.
9        MR. GRECO:  All right.  Let's go ahead and mark
10 as Exhibit 16.  This is Mercedes-Benz of Escondido
11 Repair Order 749474.  It was opened on July 17, 2018.
12 And the mileage reported on the vehicle was 32,438.
13      (Exhibit 16 marked)
14 BY MR. GRECO:
15   Q  All right.  Mrs. McGee, please take a moment to
16 review this repair order, and let me know when you are
17 finished.
18   A  Okay.
19   Q  Okay.  Did you bring the vehicle in for service
20 or repair on July 17th of 2018?
21   A  Yes.
22   Q  What led you to bring the vehicle in on that
23 occasion?
24   A  It looks like some campaign.  I'm not positive.
25   Q  Do you recall ever getting any other recall

Page 85

22 (Pages 82 - 85)

**Page 86**

```
 1 notices from Mercedes-Benz other than the Takata airbag
 2 one?
 3    A  It would be only my assumption that that's why
 4 I went in for this.
 5    Q  Okay.  I also see that there's another request
 6 for a navigation update at line B.
 7       Do you see that?
 8    A  I do.
 9    Q  Okay.  I am just asking because you mentioned
10 earlier it was possible that on the day that they did
11 the navigation update, it took a long time; that you
12 might never have brought the car back to Escondido again
13 after that.
14    A  Right.
15    Q  All right.  So is it possible that happened on
16 this repair visit and not the other one?
17    A  It could be.
18    Q  Okay.  But you don't know for sure?
19    A  No, because I -- yeah.  I never asked for a
20 navigation update.
21    Q  Okay.  So -- but as far as you can recall,
22 there was only one time where the navigation update
23 seemed to take a long time?
24    A  Yes.
25    Q  Okay.  And so it might have been this repair,
```

**Page 88**

```
 1    Q  Do you recall if the dealership took possession
 2 of the vehicle after you showed the individuals the
 3 squeaking steering wheel?
 4    A  I'm going to assume so because it does not
 5 squeak anymore.
 6    Q  Do you recall the last time that you heard a
 7 squeaking noise coming from the steering wheel?
 8    A  Huh-uh.
 9    Q  Do you recall the first time you heard it?
10    A  No.
11    Q  Can you estimate for me how long it's been
12 since you've heard that noise?
13    A  At least since November.
14    Q  Just November of last year?
15    A  Yes, of '18.
16    Q  Okay.
17       MR. GRECO:  All right.  We're on the last one.
18 Okay.  Let's go ahead and mark as Exhibit 17.  This is
19 Hoehn Motors Repair Order 680597.
20       The mileage reported on the vehicle at this
21 time was 37,265.  And the repair order was opened on
22 January 10th of 2019.
23       (Exhibit 17 marked)
24 BY MR. GRECO:
25    Q  Mrs. McGee, please take a moment to review this
```

**Page 87**

```
 1 but it also might have been the one back in January?
 2    A  Correct.
 3    Q  Okay.  All right.  Do you recall experiencing
 4 any particular problems with the vehicle around
 5 July 17th of 2018?
 6    A  I don't believe so.
 7    Q  Okay.  Did you ever experience any problems
 8 with the steering of the vehicle?
 9    A  Gosh, I feel like at one point there was like a
10 squeaking in there, not necessarily like hard to steer,
11 but I do feel like I remember a -- more of a kind of a
12 noise in there.
13    Q  Okay.  Did you ever bring the vehicle in for
14 that squeaking noise?
15    A  I believe so.
16    Q  Do you recall around when that was?
17    A  No.
18    Q  Did you ever demonstrate the squeaking noise
19 for anyone at a Mercedes-Benz dealership?
20    A  Yes.
21    Q  Who did you demonstrate it for?
22    A  Probably the guy in the -- in the service
23 drive.
24    Q  But not a service advisor?
25    A  No.
```

**Page 89**

```
 1 repair order, and let me know when you are finished.
 2    A  Okay.  I'm finished.
 3    Q  Okay.  Did you bring the vehicle in on
 4 January 10th of 2019?
 5    A  Yes.
 6    Q  And what led you to bring the vehicle in on
 7 that occasion?
 8    A  For a 40,000 service.
 9    Q  All right.  Did you have any particular
10 complaints with the vehicle at that time, that you can
11 recall?
12    A  I believe that was the first time I asked them
13 about the recall.
14    Q  Other than that, do you recall having any other
15 complaints with the car?
16    A  I don't.
17    Q  There's a signature on the bottom left of that
18 page.
19    A  Uh-huh.
20    Q  Is that your signature?
21    A  Yes.
22    Q  And I'm speaking of the first page, which has a
23 little number on the bottom right that says
24 MBUSA 000065.
25    A  Yes.
```

1    Q   All right.  And then if you turn to the very
2    last page of the exhibit, there's a signature on the
3    bottom left on that page as well, which is MBUSA 68.
4        Do you see that signature?
5    A   Yes.
6    Q   Is that your signature?
7    A   Yes.
8    Q   Okay.  Have you brought the vehicle in for
9    service or repair to any Mercedes-Benz dealership since
10   this date, January 10, 2019?
11   A   I brought it to Hoehn not long ago for my tire
12   pressure and asked them about my brake and the recall.
13   Q   And that was that August 23rd visit that we
14   spoke about before?
15   A   Yes.
16   Q   Okay.  And did you get a repair order for that
17   visit?
18   A   No.
19   Q   All right.  Was the only thing that the
20   dealership did was put air in your tires?
21   A   And check my brake.
22   Q   Okay.
23   A   And then Chris looked up on his computer for
24   the recall.
25   Q   Okay.  And so on that occasion, you did speak

Page 90

1    hard time accelerating.  That was the only time I've
2    ever felt it didn't handle well.
3    Q   And that's not something that's currently
4    occurring; correct?
5    A   That's correct.
6    Q   And to the best of your recollection, you can
7    recall it occurring after you brought the vehicle in for
8    that problem; right?
9    A   I don't recall.
10   Q   You don't recall the vehicle doing that at any
11   time in the last month?
12   A   No.
13   Q   In the last six months?
14   A   No.
15   Q   Okay.  Has your daughter, Serena, ever been in
16   the car with you when the tire pressure light has come
17   on?
18   A   No.
19   Q   Has your mom ever been in the vehicle with you
20   when the tire pressure light has come on?
21   A   No.
22   Q   Has your husband ever been in the vehicle with
23   you when the tire pressure light has come on?
24   A   No.
25   Q   Was anyone in the vehicle with you when you

Page 92

1    with a service advisor as opposed to just one of the
2    guys that greets you out in the front?
3    A   Yes.
4    Q   Okay.  And that was at Hoehn Motors?
5    A   Correct.
6    Q   Okay.  Have you ever seen any warning lights or
7    symbols display in the dash of the vehicle?
8    A   Yes.
9    Q   Okay.  Other than the tire pressure monitor?
10   A   And that I need gas.
11   Q   Okay.  So there we go.  So we got two.  There's
12   the tire pressure monitor and low fuel.
13       Any other ones that you've seen display in the
14   instrument cluster -- or I should say on the dash?
15   A   I don't believe so.
16   Q   Okay.  Has the vehicle ever broken down and
17   left you stranded anywhere?
18   A   No.
19   Q   We talked a little bit about there was a
20   squeaking noise you heard from the steering wheel.
21   A   Uh-huh, yes.
22   Q   Were there any other complaints that you
23   believe affecting the handling or the drivability of the
24   vehicle?
25   A   I think the only issue was when it was having a

Page 91

1    would experience the sluggishness when accelerating?
2    A   No.  But I do have -- sorry to backtrack.  This
3    last one, you were in my car for -- my husband was in my
4    car for -- the last time I had the tire pressure.
5    Q   Oh, okay.  And that was around August 23rd?
6    A   Yes.
7    Q   Was Mr. McGee driving, or were you driving?
8    A   I believe that time he was driving.
9    Q   When the two of you ride in the car together,
10   does he typically drive, or do you --
11   A   Yes, he does.
12   Q   Okay.  Can you think of anybody that was in the
13   vehicle with you when the steering wheel was squeaking?
14   A   No.
15   Q   Other than Mr. McGee being in the vehicle with
16   you the last time the tire pressure monitor alert came
17   on, can you think of anybody else that was in the
18   vehicle with you when you experienced any complaints
19   with it?
20   A   No.
21   Q   Okay.
22       MR. GRECO:  Counsel, let's go off the record.
23       (Discussion off the record)
24       MR. GRECO:  Well, first off, defense counsel is
25   going to request a certified copy and a CD.

Page 93

24 (Pages 90 - 93)

1     But other than that, let's stipulate to relieve
2  the court reporter of her obligations under the Federal
3  Rules of Civil Procedure.  I'll offer to send the
4  original transcript to plaintiff's counsel, who will
5  provide it to Mrs. McGee for review and signature under
6  penalty of perjury within 30 days.
7     If Ms. McGee makes any corrections or changes,
8  plaintiff's counsel will advise all counsel.  If for
9  some reason the original is lost, misplaced or stolen,
10  we agree that a certified copy can be used in lieu of
11  the original for all purposes; that plaintiff's counsel
12  will make the original of the deposition available upon
13  request as needed.
14     MS. WALLACE:  The only addition is that we
15  relieve the court reporter of her duties under the
16  Federal Code of Civil Procedure after she's transcribed
17  the deposition.
18     MR. GRECO:  Exactly.  Yes, thank you.  So
19  stipulated.
20     MS. WALLACE:  So stipulated.
21     (TIME NOTED IS 12:36 P.M.)
22
23
24
25
                                                  Page 94

1                   CERTIFICATE
2
3     I, the undersigned, a Certified Shorthand
4  Reporter of the State of California, do hereby
5  certify:
6        That the foregoing proceedings were taken
7  before me at the time and place herein set forth;
8  that any witnesses in the foregoing proceedings,
9  prior to testifying, were administered an oath; that
10  a record of the proceedings was made by me using
11  machine shorthand which was thereafter transcribed
12  under my direction; that the foregoing transcript is a
13  true record of the testimony given.
14        Further, that if the foregoing pertains to the
15  original transcript of a deposition in a Federal Case,
16  before completion of the proceedings, review of the
17  transcript [] was [] was not requested.
18     I further certify I am neither financially
19  interested in the action nor a relative or employee of
20  any attorney or any of the parties.
21     IN WITNESS WHEREOF, I have this date subscribed
22  my name.
23  Dated: September 17, 2019
24        _Barbara A. Baker_
25        BARBARA A. BAKER, RPR, CSR No. 13033
                                                  Page 96

1                   DECLARATION
2
3
4     I hereby declare I am the deponent in the
5  within matter; that I have read the foregoing deposition
6  and know the contents thereof.  And I declare that the
7  same is true of my knowledge except as to the matters
8  which are therein stated upon my information or belief.
9  And as to those matters, I believe it to be true.
10     I declare under the penalties of perjury of
11  the State of California that the foregoing is true and
12  correct.
13     Executed on the _____ day of
14  _____, 2019, at _____,
15  California.
16
17
18        _____
19     ARLENE McGEE
20
21
22
23
24
25
                                                  Page 95

25 (Pages 94 - 96)

**[000009 - 5/23/2018]**

| 0 | | | |
|---|---|---|---|
| **000009** 4:11 | **11** 4:23 6:23 66:9 | **20,000** 65:17 | **25,953** 66:11 |
| **000010** 4:13 | 66:13 76:12 | **2000** 6:22 30:19 | **250** 2:18 3:6 |
| **000011** 4:14 | **11,040** 64:4 | **2004** 29:4 | **28** 64:3,11,24 |
| **000012** 4:16 | **11/02/2017** 4:23 | **2005** 28:23 29:4,15 | **28,113** 76:16 |
| **000014** 4:16 | **12** 4:24 76:13,17 | 29:18 | **29th** 31:12 83:2,14 |
| **000015** 4:17 | **12/29/15** 31:11 | **2010** 6:22,23 | **2nd** 70:12 |
| **000016** 4:17 | **12/30/2015** 4:11 | **2011** 6:23 12:23 | |
| **000019** 4:19 | **12121** 3:12 | 13:1,24 | **3** |
| **000020** 4:20 | **12:36** 2:20 94:21 | **2012** 27:4 | **3** 4:11 49:9,13,17 |
| **000021** 4:20 | **13** 5:4 81:9,12 | **2015** 12:23 13:1 | **3,109** 54:5 |
| **000022** 4:22 | **1300** 3:12 | 34:18,18 49:16,25 | **3/15/2016** 4:14 |
| **000024** 4:22 | **13033** 1:23 2:21 | 51:9 | **30** 49:16 94:6 |
| **000034** 4:25 | 96:25 | **2016** 34:18 51:16 | **30,000** 77:3 |
| **000051** 5:4 | **14** 5:5 82:4,8,11 | 52:1,5 53:8 54:6 | **30,611** 81:11 |
| **000052** 5:6 | **14027** 96:24 | 54:23 55:1,12,20 | **30,729** 82:7 |
| **000053** 5:7 | **14th** 82:5,19,22 | 56:23 60:14,21 | **30th** 49:25 51:9 |
| **000054** 5:9 | **15** 5:7 31:9 54:6 | 61:4 62:22 63:4 | **31,061** 83:3 |
| **000065** 5:10 89:24 | 54:23 68:19,25 | 63:15,18,24 64:3 | **310.917.4500** 3:13 |
| **00513** 1:7 2:7 | 70:18 71:2 82:25 | 64:11,24 | **310.917.5677** 3:14 |
| **037** 4:25 | 83:4 | **2017** 56:8 65:4,13 | **31st** 31:9 |
| **05/16/17** 4:21 | **16** 5:8 26:5 47:17 | 65:19 66:12 67:12 | **32,438** 85:12 |
| **068** 5:10 | 85:10,13 | 69:11,15 70:6,12 | **3500380** 1:24 |
| | **1601** 14:2,22 | **2018** 13:24 76:15 | **37,265** 88:21 |
| **1** | **16th** 65:3,13,19 | 77:22,24 78:3,18 | **3:19** 1:7 2:7 |
| **1** 1:8,25 2:8 4:7,10 | **17** 4:7,9 5:10 78:1 | 79:11 81:11,22 | |
| 16:25 17:2 | 85:11 88:18,23 | 82:6,19,22 83:2,15 | **4** |
| **1/05/18** 4:24 | 96:23 | 83:22 85:11,20 | **4** 1:16 2:20 4:12 |
| **1/10/19** 5:10 | **17th** 85:20 87:5 | 87:5 | 6:1 51:13,17,20 |
| **1/25/70** 11:1 | **18** 11:23 88:15 | **2019** 1:16 2:20 6:1 | **4,034** 55:11 |
| **10** 1:8 2:8 4:21 | **1846** 16:17 | 40:4 44:12,15 | **4,181** 60:20 |
| 16:7 27:19 65:2,6 | **19** 14:21 | 46:19 88:22 89:4 | **4/22/16** 4:17 |
| 90:10 | **19,457** 65:5 | 90:10 95:14 96:23 | **4/6/2016** 4:16 |
| **10,000** 64:15,21 | | **22** 35:11 51:16 | **40,000** 89:8 |
| **10/07/16** 4:19 | **2** | 52:1,5 53:8 60:21 | **42,000** 34:2 |
| **10/28/16** 4:20 | **2** 4:9 17:20,21,23 | 61:4 62:22 68:15 | **49** 4:11 |
| **100** 35:21 | 30:24 31:1,10 | **23** 44:12 46:19 | |
| **106** 13:10 14:2 | 39:20,21 66:12 | **23rd** 44:15 90:13 | **5** |
| **10:24** 2:19 6:2 | 67:12 | 93:5 | **5** 4:14 16:10 54:3 |
| **10th** 88:22 89:4 | **2,339** 51:15 | **24** 10:10,14 | 54:7 76:15 |
| | **2/22/16** 4:13 | **25** 80:14 | **5/08/2017** 5:4 |
| | **20** 27:12 | | **5/14/2018** 5:6 |
| | | | **5/23/2018** 5:7 |

Veritext Legal Solutions
866 299-5127

[51 - arlene]

| | | | |
|---|---|---|---|
| **51** 4:12 | **760.438.1056** 3:7 | 12:4 | 45:21 53:11 90:20 |
| **54** 4:14 | **78** 68:19,25 | **accurate** 44:22 | **airbag** 40:11,14,17 |
| **55** 4:15 5:9 | **7th** 63:4,15,18 | **acquisition** 18:5 | 40:20 43:8 48:8 |
| **58** 49:15 | **8** | 18:13 | 86:1 |
| **5th** 79:11 83:22 | **8** 4:18 23:6 63:1,5 | **action** 96:19 | **airport** 2:18 3:5 |
| **6** | 79:15 81:11 | **actual** 32:8 | **alcohol** 10:13,16 |
| **6** 4:3,15 22:11 | **80** 27:13 | **adding** 79:24 | **alert** 93:16 |
| 55:9,13,16,20 | **81** 5:4 | **addition** 94:14 | **alexandra** 14:19 |
| 56:23 60:14 | **82** 5:5 | **address** 13:9,14,17 | 15:18,24 |
| **60** 4:17 | **83** 5:7 | 13:22 14:1,23 | **alfa** 30:6,18 |
| **63** 4:18 | **85** 5:8 | 15:1,3,5,6,14,15 | **amended** 4:7 |
| **64** 4:20 | **88** 5:10 | 16:16 | 16:25 |
| **65** 4:21 | **8th** 81:22 | **addressed** 40:5 | **amg** 50:12,22 |
| **66** 4:23 | **9** | **addresses** 13:20 | **amie** 16:17 |
| **671305** 49:10 | **9** 4:20 64:1,5 | 84:8 | **amount** 59:18 |
| **68** 90:3 | **9,762** 63:3 | **adjust** 65:20 | **angeles** 3:13 78:14 |
| **680597** 5:10 88:19 | **9.5** 16:9 | **administered** 96:9 | 78:22 |
| **685141** 4:11 49:14 | **90** 16:6 27:18 | **advise** 94:8 | **angle** 61:11 |
| **688866** 4:12 51:14 | **90/10** 28:3 | **advisor** 42:18,22 | **angry** 80:7 |
| **690344** 4:14 54:4 | **90025** 3:13 | 43:12 44:4 46:4 | **annoying** 44:24 |
| **691945** 4:15 55:10 | **92011** 3:6 | 73:21,23 74:6,14 | 45:2,25 46:1 |
| **693042** 4:17 60:19 | **92025** 13:11 | 76:9 87:24 91:1 | **answer** 41:17 |
| **6th** 55:12 56:8,24 | **92054** 14:4 | **advisor's** 42:16 | 54:15 |
| **7** | **92069** 16:18 | **advisors** 23:10,15 | **anthony** 3:11 6:14 |
| **7** 4:17 22:22 60:18 | **96** 1:25 | **affect** 10:5 | **anybody** 56:2 |
| 60:22,25 | **a** | **aftermarket** 25:12 | 57:14 93:12,17 |
| **7/17/18** 5:8 | **a.m.** 2:19 6:2 | **age** 14:9 | **anymore** 72:21 |
| **701** 2:18 3:5 | **ability** 10:10,17 | **ago** 30:17 37:14 | 88:5 |
| **705072** 4:18 63:2 | **able** 9:4 41:14,20 | 90:11 | **apologize** 54:12 |
| **706559** 4:20 64:2 | 65:25 69:20 71:1 | **agree** 94:10 | **appear** 45:8,8 |
| **720159** 4:21 65:3 | 72:6 | **agreement** 18:9 | **appearances** 3:1 |
| **732089** 4:23 66:10 | **accelerate** 66:25 | 23:23,25 24:10 | **appears** 39:21 |
| **736234** 4:24 76:14 | 67:7 | 75:15 | **appropriate** 20:8 |
| **744427** 5:4 81:10 | **accelerating** 69:3 | **ahead** 9:21 16:24 | **april** 55:12,20 |
| **744815** 5:5 82:5 | 92:1 93:1 | 17:19 23:24 24:1 | 56:8,23,24 60:14 |
| **745770** 5:7 83:1 | **accident** 21:25 | 49:8 51:12 55:8 | 60:21 61:4 62:22 |
| **749474** 5:8 85:11 | 22:2,9 | 62:25 65:1 66:8 | **area** 53:3 72:10 |
| **76** 4:24 | **accounting** 4:11 | 76:11,13 80:23 | **arlene** 1:14 2:17 |
| **760.438.1047** 3:7 | 4:12,14,15,17,18 | 81:8 85:9 88:18 | 4:7 6:5,12 17:1 |
| | 4:20,24 5:4,5,7,8 | **air** 20:7 36:17 | 95:19 |
| | | 37:24 44:19 45:13 | |

**[asked - c]**

asked  8:15 9:9
21:1 25:8 26:13
26:18 38:3 43:1
43:17 46:22 47:1
57:9 86:19 89:12
90:12
asking  86:9
asks  18:4 19:7
22:11,22 23:6
assembly  38:9
assume  22:3,15
52:16 85:3,4 88:4
assuming  21:2
assumption  86:3
aston  48:13,16
atm  9:5,11
attained  11:3
attend  11:5
attorney  3:5,11
6:14 96:20
attorneys  10:5
audi  33:16
audi's  33:14
august  44:12,15
46:19 90:13 93:5
automobiles  11:11
11:13
available  94:12
avenue  13:11

**b**

b   4:5 5:1 57:22,25
86:6
b2   14:3
baby   67:7
back   9:5 19:5 31:1
34:17 38:24 39:20
41:2 46:12 47:20
58:18,18 77:19
80:20 83:22 86:12
87:1

backing   22:6
backseat   42:10
backtrack   93:2
bad   58:11
baker   1:22 2:21
96:25
barbara   1:22 2:20
96:25
based   9:8,15 85:4
basically   42:3
43:13 47:5 52:22
53:2,20
bates   4:11,13,14
4:16,17,19,20,22
4:23,25 5:4,6,7,9
5:10
beach   11:6
beginning   2:19
34:24 68:5 70:4,7
behalf   2:17 17:24
belief   95:8
believe   18:24
19:15 20:19 21:11
24:7 36:12 42:25
44:13 45:17 47:3
50:20 57:8,20
59:1,2 62:20
69:16 74:18 76:2
77:3 78:10 87:6
87:15 89:12 91:15
91:23 93:8 95:9
benz   1:8 2:8 6:14
6:18 10:4 15:10
19:11,17,23 20:10
22:23,25 23:4
25:9 29:21 32:6
33:15 39:16,22
40:2,8 42:13
46:23 47:24 49:9
49:13 50:13 51:13
52:9,17,20,22

53:22 54:3 55:5,9
57:15 60:18 63:1
64:2 65:2 66:5,9
72:16 73:14,16
74:2,4 75:16
76:12,14,24 81:9
82:4 83:1 84:11
85:10 86:1 87:19
90:9
bernardo   71:3,5
best   8:10,16,23,23
10:20 20:8,23
36:13 52:13 56:4
92:6
better   30:23
beyond   18:2
big   84:18,19
bill   6:17
birth   10:25
bit   58:19 59:25
74:22 91:19
black   58:15,24
59:13,18
blends   60:5
blue   25:22
bluetooth   65:20
70:16 71:10,13,15
71:17
book   25:22
booklet   9:23
bothers   44:24
bottom   31:11
89:17,23 90:3
bought   9:6,12
18:22 30:10 51:6
51:7 75:9
boulevard   3:12
bouncing   8:6
brake   36:23,24,25
37:12,21 38:9,17
38:20 39:6,10

44:20,24 46:1
53:16 57:23 58:2
58:5 59:2 64:17
90:12,21
brands   33:9
break   9:20,21
briefly   39:14
bring   17:15 37:2
46:5 50:16 52:11
52:20 55:19 56:7
61:3,6 64:10,13
65:12,15 66:18,21
73:19 76:7,23
77:1 85:19,22
87:13 89:3,6
bringing   82:18
83:17
broken   91:16
brothers   26:17
brought   19:23
20:6 43:1 46:8,10
46:11,12 53:13,17
55:4,23 56:2,5,19
57:18 61:11 63:19
64:20 67:12 69:12
70:8 72:15 81:24
86:12 90:8,11
92:7
bulb   36:18,20,21
37:6 74:10 75:7,8
75:11,16,22
bump   48:20
bumper   61:25
business   13:14
44:2
buy   33:5 75:8
buying   32:9

**c**

c   6:12 16:13 61:24
69:24

[c350 - correct]

**c350**  15:10 32:13
  33:4
**cadillac**  33:14,16
**california**  1:2,15
  2:2,19 3:6,13 6:1
  14:3 16:18 26:1,3
  35:24 95:11,15
  96:4
**call**  43:20,24 44:10
  77:10 79:3,6
**calls**  77:13
**campaign**  85:24
**candies**  80:10
**car**  8:6,8 22:3,15
  22:19 25:6,9,18
  27:3,5 28:22 32:8
  32:10,10 33:5,19
  34:13,15 35:18
  36:21 37:2 40:17
  40:24 41:16 43:1
  45:2 47:13 48:2
  48:22 50:2,20,24
  51:2,4,24,25 52:8
  52:16 53:7,13,18
  53:21,24 54:19,22
  55:4 56:5 57:16
  58:17 59:21,24
  60:2,4,10 62:7
  63:11,14,20 66:4
  66:21,23 67:6
  70:4,8,16 71:12
  72:2 73:19,23
  74:1 76:3 78:7,13
  78:23 79:23 80:3
  80:4,16 81:18,25
  82:15,19 83:10,18
  83:24 84:2 85:6
  86:12 89:15 92:16
  93:3,4,9
**card**  21:19 44:2

**care**  74:13
**carlsbad**  1:15 2:19
  3:6 6:1 13:8,11,16
  13:21 20:17
**carried**  30:13
**carries**  7:14
**cars**  11:17 29:14
  29:24 32:15 33:21
  39:9
**cascade**  15:4,5,15
**case**  1:7 2:7 6:25
  8:12 10:11,17
  96:15
**categories**  18:1
**category**  4:10 18:4
  19:7 22:11,22
  23:6
**caused**  22:6
**caution**  10:2
**cd**  93:25
**certificate**  96:1
**certified**  2:21
  93:25 94:10 96:3
**certify**  96:5,18
**chair**  8:6
**change**  28:7
**changed**  28:1
**changes**  10:1,3
  28:4 94:7
**changing**  10:3
**chart**  16:2 27:9,14
**charts**  27:15
**chattanooga**  14:16
  14:18,20 15:19
**chavez**  16:13
**check**  24:10 90:21
**checking**  11:17
**cherokee**  27:2,3,9
  29:18 48:9
**child**  14:17 15:21

**children**  14:9
  26:18
**chose**  33:15
**chris**  44:3,9,15
  46:16 90:23
**christian**  40:3
**circumstances**
  28:6
**civil**  94:3,16
**clanking**  56:10
**class**  43:19
**cleaned**  80:8
**client**  77:10
**close**  84:5,10
**closed**  13:12
**closer**  71:8
**cluster**  45:9 91:14
**code**  94:16
**college**  11:4,5
**color**  32:11 59:10
  59:12
**come**  36:23 67:6
  76:9 92:16,20,23
**comes**  45:15 69:25
  73:18
**comfortable**  28:9
**coming**  22:3 38:22
  56:13 57:6 68:1
  88:7
**comment**  10:5
**communications**
  22:23 23:3,7
  39:15,15
**commute**  35:3
  72:25
**commuting**  77:18
**company**  21:15
**complaints**  51:8
  53:7 64:16 73:22
  79:10 82:21 83:14
  89:10,15 91:22

  93:18
**complete**  9:14
  69:4,6
**completed**  57:16
**completely**  22:25
**completion**  96:16
**complimentary**
  51:24 52:8 54:19
  63:10 79:23 81:18
  82:15 83:10
**computer**  43:18
  43:22 90:23
**concern**  44:20
**condition**  21:2
**conformities**
  22:12
**conformity**  22:14
**consider**  29:25
**contact**  22:4
**contains**  9:24
  17:23
**contend**  22:12
**contents**  95:6
**continued**  5:1
  72:22
**contract**  18:7
  30:25
**control**  18:12
**convenient**  52:23
  53:3
**conversation**
  44:14
**conversations**
  42:12,21 43:11
**convicted**  16:21
**cookies**  80:8,11
**copy**  21:19 30:23
  44:7,9 73:24
  93:25 94:10
**correct**  15:20
  16:15 20:25 25:2

Page 4

[correct - drive]

31:4 34:23 35:2,7
41:13 46:17 47:24
48:5 50:1,14 53:5
59:14 68:4,14,16
71:6 72:3 73:1,8,9
87:2 91:5 92:4,5
95:12
corrections 94:7
correspondence
22:19 23:14 24:15
counsel 17:24
19:12 21:18 75:14
93:22,24 94:4,8,8
94:11
coupe 33:7 42:9
couple 37:14 43:5
60:4 61:12 74:19
coursework 11:10
court 1:1 2:1 7:11
7:20 8:9 16:17
94:2,15
cover 13:23 15:7
15:15 43:13
coverage 21:12
covered 23:8
covering 21:20
crack 61:18
cracked 61:23
crackling 70:15
71:9,19,24 72:1,9
crazy 70:14
credibility 10:6
crossing 15:4,5,15
csr 1:23 96:25
current 14:1 15:6
25:23 33:25
currently 11:20
21:13 23:14,16
27:1 92:3
custody 18:12

customer 40:3
57:22 69:24 73:18
73:25
cute 33:6,20,24
cuter 50:10,11
cv 1:7 2:7

**d**

d 4:1
daily 34:22 35:18
damage 22:6
61:14,15 62:7
dash 91:7,14
date 10:25 17:8
31:11 40:4 43:3
64:24 90:10 96:21
dated 4:11,12,14
4:15,17,18,20,21
4:23 5:4,5,7 96:23
daughter 41:11
92:15
day 32:7 51:6,7
57:23 59:17 67:23
67:24 80:4 81:25
83:18 86:10 95:13
days 35:15 56:20
56:23 60:4,9
67:12,14,18,22
94:6
dealership 19:17
19:24 22:20 23:11
23:15,20 25:9
32:16 37:15 50:6
50:16,18 53:12
64:20 72:17 73:11
73:12 74:1,24
75:3 87:19 88:1
90:9,20
dealerships 20:15
23:1,8 24:6 42:13
57:16 73:17

dealing 45:1
dealt 23:1
deanna 3:4
deannalemonlaw
3:8
december 31:9,12
49:16,25 51:9
decision 33:4,10
declaration 95:1
declare 95:4,6,10
defective 40:11
defendant 2:18
3:9
defendants 1:10
2:10
defense 93:24
definitely 28:4
60:11 75:7
demand 4:8
demonstrate
87:18,21
depending 28:4
deponent 95:4
deposition 1:14
2:17 4:7 6:16,19
7:3 9:23,24 16:25
17:7,9,15 34:3
94:12,17 95:5
96:15
describe 8:4 22:18
36:15 71:1 72:6
73:22
described 45:25
description 4:6
5:3 8:10
design 12:21,22
13:3
detail 80:18 83:21
84:1
difference 9:2,16

different 16:3
22:25 32:10 50:20
73:3 74:7,19
difficulty 39:1
ding 62:2
diplomat 84:19
direction 96:12
dirtier 59:25
dirty 60:5
discussed 31:2
39:14 74:22
discussion 93:23
disengaged 39:3
display 45:7 91:7
91:13
distinction 22:24
district 1:1,2 2:1,2
divorce 7:1 26:9
document 17:4
20:2
documents 4:8,9
17:11,16,17,23
18:1,8,11,23 21:11
dog 28:8
doing 11:24,25
12:3,24 28:5
92:10
door 56:9,11 57:3
61:8,13 62:17,19
doors 56:14 64:19
doubt 75:12
draw 22:24
drivability 91:23
drive 26:6,23,25
27:12,13 28:12
32:3,13,15,19
33:20 34:3,13,15
34:19 36:18 37:7
37:24 39:4,5
40:23 68:5,6,10,15
70:14 72:21 73:19

[drive - find]

74:9 78:11,24
84:24 87:23 93:10
**driven** 15:25
28:16 29:24 36:6
48:16
**driver** 32:5
**driver's** 26:1,3
56:11
**drivers** 16:3
**drives** 48:2,14,15
77:10,17
**driving** 14:9 15:8
15:16 26:21 27:10
27:11,15,16,25
28:9,10,20 29:13
29:17 33:21 39:1
40:22 41:2,9,10
47:17,21 48:3,6
57:23 67:21 72:23
93:7,7,8
**drop** 79:6
**dropping** 77:13
79:2
**drops** 77:11
**drove** 78:7
**drugs** 10:13,16
**duly** 6:6
**dust** 57:23 58:2,5
58:15,24 59:3,9,12
59:18
**dusting** 59:9 60:7
**duties** 94:15

**e**

**e** 4:1,5 5:1 6:12,12
6:12,12 14:19
15:23,23 16:13,14
16:17 22:19 24:5
24:10
**earlier** 53:16
86:10

**easy** 33:20
**ed** 11:8
**education** 11:2
**efficient** 7:6
**either** 41:15 51:6
**electric** 71:17,18
**electrical** 71:20
**em** 7:7
**emblem** 85:6
**employed** 11:20
11:22
**employee** 96:19
**endurance** 9:19
**engage** 37:21
**engaged** 38:5,21
**engaging** 38:17
**entire** 13:1,18
27:20,22 28:15
68:7,8
**entitled** 8:23
**entity** 22:25
**equipment** 25:12
**errands** 34:22
35:18
**escondido** 13:7,10
13:11 19:11 20:11
20:13,21,24 49:9
49:14 51:13 52:9
52:17,20 53:23
54:3 55:6,9 57:15
60:18 63:1 64:2
65:2 66:5,9 71:3,4
72:17 73:15,16
74:2,4 75:17 76:6
76:14,24 81:9
82:4 83:1 84:11
84:13 85:10 86:12
**especially** 39:5
**estimate** 8:23,24
9:2,17 20:8,23
30:17 34:7 35:8

35:12 41:7,20
74:20 75:2 88:11
**euro** 12:10
**eurotherapy**
12:10,11,13,15
13:13,24 35:1,9
41:3 68:13 77:22
**evening** 73:2
**events** 10:11,17
**eventually** 73:20
**everybody** 16:20
**exact** 13:9,22 15:3
**exactly** 35:13,14
94:18
**examination** 4:3
6:8
**example** 9:1
**exchange** 24:5
**exchanged** 23:19
**executed** 95:13
**exhibit** 4:7,9,10,11
4:12,14,15,17,18
4:20,21,23,24 5:4
5:5,7,8,10 16:25
17:2,20,21,23
30:24 31:1,10
39:20,21 49:9,13
49:17 51:13,17,20
54:3,7 55:9,13,16
60:18,22,25 63:1,5
64:1,5 65:2,6 66:9
66:13 76:12,13,17
77:8 81:9,12 82:4
82:8,11,25 83:4
85:10,13 88:18,23
90:2
**exist** 18:2
**existence** 13:4,5
**exists** 75:17
**experience** 34:10
36:3 72:19,23

84:21 87:7 93:1
**experienced** 57:5
67:21 93:18
**experiencing**
37:12 53:23 54:25
55:3 58:9 60:14
63:17 64:23 65:18
69:10 77:5,5
78:23 79:2 81:1,4
87:3
**expressed** 55:5
**expressing** 53:16

**f**

**f** 77:9
**fact** 9:12
**failed** 39:17
**fair** 56:23 60:7
**fall** 47:10
**family** 26:17 47:17
**fancy** 25:17
**far** 34:6 35:9
62:17 78:2 86:21
**fax** 3:7,14
**features** 33:3
**february** 40:4
51:16 52:1,5 53:8
**federal** 94:2,16
96:15
**feel** 39:2 47:9 48:3
48:6 57:4 61:19
69:12 72:8 74:18
87:9,11
**felicita** 71:8
**felony** 16:21
**felt** 74:8 92:2
**field** 71:18
**filed** 6:17
**filled** 20:5
**financially** 96:18
**find** 44:10 77:20

[finish - hoehn]

| | | | |
|---|---|---|---|
| **finish** 54:14 | **frequent** 58:22 | 77:8,19 80:23 | 38:16 |
| **finished** 49:21 | **frequently** 34:13 | 81:8 85:9 88:18 | **guessing** 30:20 |
| 51:21,22 54:10,11 | 34:19 41:7,15 | 91:11 93:22 | **guy** 74:5,16 87:22 |
| 55:17,18 61:1,2 | 52:11 78:13 | **goes** 38:15 39:5 | **guys** 18:21 24:1 |
| 63:8,9 64:8,9 | **front** 7:12 58:19 | 67:5 | 33:1 50:2,15 84:8 |
| 65:10,11 66:16,17 | 61:24 91:2 | **going** 7:3 8:19 | 84:14,21 91:2 |
| 76:21,22 81:15,16 | **fuel** 91:12 | 9:25 17:19 34:18 | |
| 82:12,13 83:7,8 | **full** 57:22 | 42:3 43:4 46:6 | **h** |
| 85:17 89:1,2 | **fully** 8:20 36:23 | 47:9 49:8 51:12 | **h** 4:5 5:1 16:13 |
| **first** 6:6 7:8 18:4,8 | 37:12,22 | 54:13 65:21 72:12 | **hair** 12:21,22 13:3 |
| 26:22 34:24 37:11 | **fun** 30:6 | 77:19 80:18 88:4 | **half** 16:8 36:8 |
| 42:24 43:14 56:16 | **funny** 47:13 | 93:25 | **hand** 57:25 |
| 56:20,24 57:21,24 | **furnish** 18:10 | **gosh** 62:8 77:14 | **handed** 20:2 74:23 |
| 60:4 67:8 88:9 | **further** 72:6 96:14 | 87:9 | **handle** 53:16 |
| 89:12,22 93:24 | 96:18 | **grand** 13:10 48:9 | 64:17 74:8 92:2 |
| **five** 12:17 14:23 | | **greco** 3:11 4:3 6:9 | **handling** 74:16 |
| 20:23 34:9,10,16 | **g** | 6:14 12:5 16:24 | 91:23 |
| 34:20 35:15 40:22 | **g** 6:12 16:14 62:1 | 17:3,19,22 19:3,5 | **hanging** 61:9 |
| 49:4 67:15 | **gas** 48:22,24 67:5 | 19:6 21:18,23,24 | **happen** 43:4 47:16 |
| **fix** 40:12 47:4 | 91:10 | 23:23 24:4,9,13,14 | 57:2 72:4 73:2,5 |
| 65:25 69:21 | **general** 11:8,9 | 30:4,22 31:20 | **happened** 46:13 |
| **fixed** 61:8,13 75:9 | **generally** 21:3 | 39:12 47:16,22 | 47:11,23 53:2,21 |
| **flew** 47:14 | 59:21 60:3 | 49:3,8,18 51:12,18 | 86:15 |
| **flick** 58:15 | **getting** 6:24 36:19 | 52:7 54:2,8 55:8 | **hard** 38:23 67:6 |
| **folks** 24:5 55:5 | 37:24 54:22 60:5 | 55:14 60:17,23 | 87:10 92:1 |
| **follows** 6:6 44:6 | 85:25 | 62:25 63:6 64:1,6 | **head** 8:1 71:20 |
| **foot** 67:4 | **give** 7:24 9:6 20:5 | 65:1,7 66:8,14 | **headlamp** 36:20 |
| **foregoing** 95:5,11 | 32:9 41:14 54:15 | 70:20 72:14 73:10 | **hear** 39:11 56:13 |
| 96:6,8,12,14 | 75:8 79:16 80:18 | 75:14,20,21 76:11 | 71:14,24 |
| **forgot** 38:9 47:19 | **given** 96:13 | 76:18 80:2 81:8 | **heard** 56:24 88:6,9 |
| **form** 18:9 | **gmail.com** 3:8 | 81:13 82:3,9,25 | 88:12 91:20 |
| **forth** 96:7 | **go** 7:5 9:21 10:19 | 83:5 84:20 85:9 | **hearing** 56:20 |
| **forty** 68:11 | 16:24 17:19 19:1 | 85:14 88:17,24 | **highest** 11:2 48:24 |
| **forward** 10:20 | 19:5 20:4 23:24 | 93:22,24 94:18 | **highway** 68:19 |
| **four** 35:16 45:11 | 24:1 39:20,21 | **greeted** 73:19 | 73:4 |
| 45:13,16 60:9 | 41:18 45:13 48:20 | 74:16 | **hit** 72:8,9 |
| **fourth** 39:21 | 48:25 49:3,8 | **greets** 91:2 | **hmm** 7:7 |
| **free** 11:13 | 51:12 52:21,25 | **ground** 7:4 | **hoehn** 5:10 20:18 |
| **freeway** 69:5 | 55:8 62:1,25 65:1 | **group** 3:10 43:19 | 20:21,22,24 73:15 |
| 70:15 71:2 | 66:8,23 67:1 | **guess** 8:24 9:2,14 | 76:5,7,8 88:19 |
| | 72:12 73:14,15 | 9:17 18:9 20:4 | 90:11 91:4 |
| | 74:3 76:11,13 | | |

Veritext Legal Solutions
866 299-5127

[hold - lives]

**hold** 38:14
**home** 14:1 47:21 68:1 72:12
**honestly** 33:19 77:14
**hopefully** 7:4
**hour** 52:24 80:15
**hours** 10:10,14
**house** 34:7 35:9 68:18
**hr** 12:2,3,6
**huh** 31:16 88:8 89:19 91:21
**human** 12:7,9,16
**husband** 6:17 14:6 16:8 26:17 27:7 27:13,21 31:2,21 32:18 33:17 36:7 39:19 43:25 46:22 48:10 50:25 56:2 57:14 92:22 93:3
**husband's** 18:18 34:6 44:13

**i**

**idea** 9:7,10 41:15 41:15 50:6 77:16
**ii** 17:11
**imagine** 63:19
**immediate** 26:16
**immediately** 44:7
**impair** 10:10,17
**important** 7:19,21 7:24 33:4 40:1
**incident** 61:20
**include** 22:5
**included** 17:10 21:5 84:2
**includes** 22:15
**inclusive** 1:9 2:9
**indicates** 55:11

**indicating** 54:18
**individuals** 88:2
**informal** 7:9
**information** 9:8 9:15 43:21,23 95:8
**inside** 8:8 36:21
**installed** 25:13 50:23
**instances** 63:23
**instrument** 45:8 91:14
**insurance** 18:10 21:12,15,19,20
**insured** 21:13
**interested** 96:19
**interim** 40:2
**invoice** 4:11,12,14 4:15,17,18,20,21 4:23,24 5:4,5,7,8
**involved** 26:10
**iphone** 77:11
**islas** 44:3
**issue** 37:12 38:18 40:17 44:20 46:2 48:2 64:18 91:25
**issues** 62:11 63:23 77:12

**j**

**january** 76:15 77:23 78:3 79:11 83:22 87:1 88:22 89:4 90:10
**jeep** 27:2,9,19,20 27:21 28:1,10,11 28:13,17 29:9,17 48:9,15
**jiffy** 19:19
**job** 1:24
**jobs** 12:17,20

**judge** 7:12
**july** 85:11,20 87:5
**jury** 7:13

**k**

**k** 14:19
**keep** 33:24
**kelley** 25:22
**kill** 47:5
**kind** 6:24 9:11 19:22 22:8 28:6 35:23 48:22 55:23 58:24 74:3,8 84:16 87:11
**kinds** 39:9
**know** 8:7,7,15 9:11,13,20 13:15 16:16 17:8 18:20 22:3 27:3 29:25 32:12,12,18,23 33:20,25 34:14 35:12,14 43:6 44:7 47:19 48:10 48:20 49:20 50:15 51:1,20 54:10 55:16 56:1 59:20 60:9,25 63:8 64:8 65:9 66:16 67:4 68:20,23 70:25 71:12,18,19 74:12 75:5 76:20 77:25 80:9 81:15 82:11 83:24 84:25 85:1 85:2,16 86:18 89:1 95:6
**knowledge** 15:24 26:16 56:4 95:7

**l**

**l** 6:12 42:17
**la** 78:11

**large** 85:4
**las** 78:20
**latest** 79:17
**law** 3:4,5,10,11 7:11
**lawsuit** 6:17 15:11 27:23 79:24
**lawsuits** 26:11
**lease** 28:24
**led** 56:7 59:2 61:6 64:13 65:15 66:21 77:1 85:22 89:6
**left** 13:24 33:22 57:25 69:19 89:17 90:3 91:17
**lehrman** 3:10
**level** 11:2 48:24
**license** 26:1,4
**licensed** 26:6
**lieu** 94:10
**light** 8:8 36:18,20 36:21 38:4,20,22 38:22 39:3 45:3,4 69:3,24 70:2 74:7 74:10 75:1,7,8,11 75:16,22 92:16,20 92:23
**lights** 91:6
**line** 50:4 53:3 57:22 61:24 62:1 69:24 77:9 79:15 86:6
**little** 7:5 47:6 57:25 58:19 59:8 59:25 72:6 74:22 89:23 91:19
**live** 14:14,25
**lived** 14:22 15:7 15:16
**lives** 14:5,15,15,17 15:21

Page 8

[living - minor]

living  35:10 84:4,5
  84:7
llc  1:8 2:8 6:15,18
  22:23,25 23:4
  39:22 40:2
loaner  25:9 80:4
located  13:3,6,7
loft  12:21,22 13:3
long  11:6 12:12
  13:12 14:20 26:3
  30:17 48:19 53:4
  68:9 77:10,17
  78:9 79:22 80:12
  86:11,23 88:11
  90:11
longer  13:4 35:5
  60:1 78:3
look  23:24 25:23
  30:24 31:10 33:9
  33:13 47:15 54:20
  61:24 63:12 69:23
  75:15 77:9 81:19
  82:16 83:11
looked  43:18 59:4
  61:23 83:24 90:23
looking  7:25 8:10
  44:6 80:18
looks  18:8 49:23
  51:24 54:17 62:2
  63:10 64:15 65:17
  65:20 77:7 81:17
  82:14 83:9 85:24
loop  13:16,17
los  3:13 78:14,22
lost  94:9
lot  8:4 30:2 43:4
  47:3 50:21 73:17
loud  56:10
love  27:15
low  69:24 70:2
  91:12

lower  58:18,24
  59:18
lube  19:19
lugs  47:9,13,19
lunch  41:18 42:3
  52:5

**m**

m  3:4 6:12 16:14
  16:17
machine  96:11
mail  24:10
mailbox  22:7
mails  22:19 24:5
main  48:2 68:25
maintenance
  11:11,16 19:8
  55:24
making  33:4,10
management
  12:25
manager  12:16
manner  7:6
manufacturer
  26:13,18
maps  79:21
marathon  9:20
march  14:21
  15:19 54:6,23
  55:1
marcos  16:17
margie  16:13,14
margie's  16:16
mark  16:24 17:20
  49:8,13 51:12
  54:2 55:8 60:17
  64:1 65:2 66:8
  76:12,13 81:8
  82:25 85:9 88:18
marked  17:2,21
  49:17 51:17,20
  54:7 55:13,16

60:22,25 63:5
  64:5 65:6 66:13
  76:17 81:12 82:8
  82:11 83:4 85:13
  88:23
marking  82:3
marks  58:24
martin  48:13,16
matter  95:5
matters  95:7,9
mbusa  4:11,13,14
  4:16,17,19,20,22
  4:23,25 5:4,6,7,9
  5:10 89:24 90:3
mcgee  1:5,14 2:5
  2:17 3:4,16 4:8
  6:5,12,13,17 12:2
  14:6 16:9,19 17:1
  17:4 23:24 24:10
  24:25 30:20 40:5
  49:19 51:19 55:15
  63:7 64:7 65:8
  66:15 75:15 76:19
  85:15 88:25 93:7
  93:15 94:5,7
  95:19
mcgee's  7:10
mean  12:7 22:3
  33:18 38:1,12
  39:7 47:4,7 58:13
  59:6 67:3,14 85:5
meant  77:16
medication  10:9
meet  73:20
mention  61:24
  62:23 78:6
mentioned  42:2
  43:10 53:12,17
  64:19 66:4 68:20
  72:16 83:20 86:9

mentioning  61:22
mercedes  1:8 2:8
  6:14,18 10:4
  15:10 19:11,17,23
  20:10 22:23,25
  23:4 25:9 27:18
  29:21 32:6 33:10
  33:15 39:16,22
  40:2,8 42:13
  44:10 46:23 47:24
  49:9,13 50:13
  51:13 52:9,17,20
  52:22 53:22 54:3
  55:5,9 57:15
  60:18 63:1 64:2
  65:2 66:5,9 71:3,4
  72:16 73:14,16
  74:2,4 75:16
  76:12,14,24 81:9
  82:4 83:1 84:6,11
  85:5,5,10 86:1
  87:19 90:9
mess  39:4
message  36:19
  37:4,9
messages  23:9,19
mile  64:15,21
  65:17 68:15
mileage  33:25
  49:10,14 51:14
  54:4 55:10 60:19
  63:2 64:4 65:4
  66:10 76:16 81:10
  82:6 83:3 85:12
  88:20
miles  34:9,10
  35:11,21 49:15
mind  30:5
minivan  47:18
minor  68:23

Veritext Legal Solutions
866 299-5127

[minutes - okay]

minutes 49:4
  68:11 80:14
misplaced 94:9
misstating 44:22
mma 1:7 2:7
mom 16:8,10 36:7
  41:10,16,20,21
  92:19
mom's 16:12
moment 49:19
  51:19 54:9 55:15
  60:24 63:7 64:7
  65:8 66:15 76:19
  81:14 82:10 83:6
  85:15 88:25
monaco 84:19
money 9:3,7,10
  25:6
monitor 45:5
  64:18 91:9,12
  93:16
monterey 35:24
  35:25 36:4,10
  78:7
month 34:14
  41:19,21 42:6,6
  52:13 92:11
months 37:14 79:2
  92:13
morning 66:24
  68:3 73:2,5
motors 5:10 20:18
  20:21 76:5 88:19
  91:4
move 62:25 80:23
moved 13:7,15
  15:18
moving 28:10 84:8

**n**

n 4:1 6:12 14:19
  15:23
name 6:10,13
  14:17 15:21 16:12
  33:2 42:16,17
  96:22
navigation 79:13
  79:17,19,20 81:2,5
  83:21 86:6,11,20
  86:22
near 59:19 61:22
necessarily 87:10
necessary 10:1
  35:6
need 7:8,19 9:20
  36:17 45:12,19
  91:10
needed 55:24 77:7
  94:13
needing 44:19
  53:11
needs 45:21
negotiations 31:24
neither 96:18
nervous 14:2
  33:21 48:3,7
never 19:19 20:1
  47:23 86:12,19
new 29:1 76:8
newer 60:12
news 43:7
ninety 49:1
nods 8:1
noes 8:1
noise 56:13,17,20
  56:25 57:5 87:12
  87:14,18 88:7,12
  91:20
non 19:17 22:12
  22:14

nonparty 4:7
normal 39:8
normally 67:4
northbound 73:8
nose 48:19
note 77:9
noted 94:21
notes 61:12 77:20
notice 4:7 16:25
  17:7,14 19:10
  39:1,22,23 40:2,6
  40:10,16 42:13,25
  44:2 59:21,23
  60:1,9 69:2
noticed 56:16
  61:15 67:8
notices 86:1
noticing 59:20
  69:7
november 11:23
  66:12 67:12 69:11
  69:15 70:5,12
  77:25 88:13,14
number 4:6 5:3
  13:15 19:10 43:20
  43:24 44:9 89:23
numeral 17:11

**o**

oath 7:11,12 96:9
objection 21:18
obligation 7:14
obligations 94:2
occasion 57:19
  61:7 65:16 66:1
  66:19,22 76:24
  77:2 85:23 89:7
  90:25
occasionally 59:20
occur 67:25 68:5
  69:4 71:14

occurring 59:17
  60:1 72:2 92:4,7
oceanside 14:3
october 63:4,15,18
  63:24 64:3,11,24
offended 16:19
offer 94:3
offered 83:20
office 7:10 34:6
offices 3:4
oh 50:25 69:18
  74:8,11 80:5 84:7
  85:3 93:5
oil 11:18
okay 6:10 7:6,22
  8:1,12,13,16,17,20
  8:21 9:22 10:9,19
  13:13,17 15:14
  17:7,13 18:3,25
  19:16 20:6,23
  21:1,11,15,17,23
  22:2,11 23:13,22
  24:8,13,18,22 26:6
  26:25 28:6,19
  29:15 30:8,11
  31:17 32:2 33:3
  33:23 34:10,24
  35:3,5,8,12,15
  36:13 37:1,11
  38:22 39:1,7,13
  40:8,16,20 41:2,14
  41:19 42:2,9,15,19
  43:7 44:6,12,25
  45:12,18,21 46:3,8
  46:13,21,25 48:1,9
  48:16,22 49:2,22
  50:9,15,19 51:1,11
  51:19,23 52:3,19
  53:2,6,15,20 54:1
  54:9,12,15,16,22
  55:19 56:4,7 57:2

[okay - point]

57:13 58:2,17,22
59:12,23 60:7,13
60:16 61:2,3,12,22
62:5,11,17,25
63:10,22 64:9,10
64:16 65:8,12
66:3,7,17,18 67:8
67:20 68:12 69:14
69:17,20,23 72:1,4
72:11 73:14 74:15
74:20 75:13,20
76:5,10,19,22,23
77:1,4,19 78:2,6
78:11,16,19 79:1,9
80:6,21,23 81:1,4
81:7,8,14,17,24
82:2,10,14,24 83:6
83:13 84:7,10,14
84:21 85:1,3,8,18
85:19 86:5,9,18,21
86:25 87:3,7,13
88:16,18 89:2,3
90:8,16,22,25 91:4
91:6,9,11,16 92:15
93:5,12,21
**old** 47:17
**older** 14:10 67:6
**once** 20:22 36:2
37:18 45:13 60:9
78:15
**ones** 18:14 45:19
91:13
**ongoing** 37:19
**open** 56:9
**opened** 49:16
51:15 54:5 55:12
56:22 57:2 60:20
63:3 64:3 65:3
66:11 76:15 81:11
82:5 83:2 85:11
88:21

**opportunity** 9:25
**opposed** 8:1 59:3
91:1
**order** 5:10 36:14
49:10,10,14,15,15
49:20,23 51:14,15
51:23 54:4,5,18
55:10,11 56:22
60:19,20 63:2,3,8
64:2,3,4,8 65:3,3,9
66:10,11,16 73:24
76:14,15,16,20
81:10,15 82:5,5
83:1,2,7 85:11,16
88:19,21 89:1
90:16
**orders** 19:11 21:3
22:16 49:5
**original** 94:4,9,11
94:12 96:15
**owned** 11:17
26:14 27:20,21
28:2,16
**ownership** 70:4
**owns** 48:10

**p**

**p** 14:19
**p.m.** 2:20 94:21
**pacific** 14:3,22,25
15:6,14
**page** 4:2,6 5:3
31:10 39:21 44:1
44:6 57:21,24
77:8 79:14 89:18
89:22 90:2,3
**pages** 1:25
**paid** 24:19
**paint** 61:23
**palomar** 2:18 3:5
**panel** 58:18 59:18
61:23 62:3

**paneling** 58:24
**pankey** 14:19
**paperwork** 19:22
74:24 75:4
**paranoid** 47:7
**parking** 36:25
37:12,21 38:16
39:10
**participate** 31:24
**particular** 11:7
29:6,9 30:12 33:3
36:14 52:14,19
53:6 55:1 83:13
87:4 89:9
**particularly** 44:20
**parties** 96:20
**passenger** 40:21
40:24 41:4,8,16,22
41:25 47:5 48:5
62:2
**paul** 3:11
**pay** 25:5 62:14
**payment** 24:25
**payments** 24:23
**peeling** 69:19
**penalties** 95:10
**penalty** 7:15 94:6
**people** 8:4 9:2
16:5 22:3 23:10
27:11 28:9 32:8
39:9 43:4,5 53:1
66:5 70:14 72:5,7
74:19
**percent** 16:6,7,8,9
16:10 27:12,13,18
27:19 36:8
**percentage** 16:3,4
16:4 27:10,11,16
27:17,25 41:15
**percy** 15:23

**perform** 11:16
**performed** 57:11
**perjury** 7:15 94:6
95:10
**person** 48:2 55:22
57:10
**personal** 27:15,16
**personally** 24:22
**perspective** 48:1
**pertains** 96:14
**phone** 23:16,18,24
43:20,24 44:9
72:5 77:10,13
79:2,6
**photographs** 21:6
21:8
**picked** 47:18
57:14
**picking** 57:6 62:6
**picks** 57:10
**pie** 16:2 27:9,14
27:15
**pin** 29:15
**pissed** 80:22
**place** 44:14 96:7
**places** 13:23 15:7
15:15 52:17,21
**plaintiff** 1:6 2:6
3:3
**plaintiff's** 4:9 94:4
94:8,11
**please** 6:10 16:19
51:19 54:9,13
55:15 60:24 63:7
64:7 65:8 66:15
76:19 81:14 82:10
83:6 85:15 88:25
**plugged** 75:10
**point** 8:7,15 57:21
58:7 62:19 78:6
87:9

[portion - related]

| | | | |
|---|---|---|---|
| **portion**  84:24 | 69:7,10 70:3,11 | **purposes**  94:11 | 42:22,24 43:2,8 |
| **positive**  13:11 | 72:16 73:12,12 | **pushing**  67:6 | 44:2,14 46:16 |
| 62:9 85:24 | 79:2 80:9 92:8 | **put**  20:7 29:15 | 47:4 48:3 51:8,25 |
| **possession**  18:12 | **problematic**  30:7 | 35:14 48:22 67:4 | 52:2,4,11 53:6 |
| 74:1 88:1 | **problems**  8:5,11 | 90:20 | 54:22,25 56:8,16 |
| **possible**  23:21 | 22:18 29:6,10 | | 57:4,5,13 58:2,6 |
| 39:18 86:10,15 | 30:1,9,11 34:11 | **q** | 58:23 60:13 61:17 |
| **potentially**  47:5 | 36:3,15 51:8 53:7 | **quarter**  62:3 | 62:21 63:14,17,22 |
| **poway**  15:2,4 | 53:21 55:1,3 | **question**  8:14,19 | 64:23 67:8,20 |
| 35:10 68:18 | 60:13 62:18,21 | 16:20 30:21 54:14 | 69:10,14 73:11,13 |
| **power**  47:20 | 63:17 64:18,24 | **questions**  10:22 | 74:15 77:12 78:16 |
| **pre**  4:11,17 | 65:19 66:3 69:14 | 23:7 54:12 | 78:23 79:1,5,10,16 |
| **prefer**  50:23 | 77:4,5 78:23 81:2 | **quick**  19:2 | 79:19 80:12 81:4 |
| **premium**  48:23 | 81:5,21 82:21 | | 81:21,24 82:18,21 |
| **present**  3:15 | 83:14 84:21,24 | **r** | 83:13,17 85:25,25 |
| **president**  40:3 | 87:4,7 | **r**  3:4,16 6:12 15:23 | 86:21 87:3,16 |
| **pressure**  45:5,11 | **procedure**  94:3,16 | 16:14 40:5 | 88:1,6,9 89:11,13 |
| 46:11 62:23 63:20 | **proceed**  8:19 | **radio**  72:6 | 89:14 90:12,24 |
| 63:24 64:18 69:24 | **proceedings**  26:9 | **ran**  58:15 59:7 | 92:7,9,10 |
| 70:2,9 74:11,25 | 96:6,8,10,16 | **rancho**  71:3,5 | **receipt**  75:11,16 |
| 75:6,23 76:1 | **process**  73:18 74:3 | **reach**  23:23 24:9 | **receive**  19:22 |
| 90:12 91:9,12 | 76:6 | 75:14 | **received**  18:21 |
| 92:16,20,23 93:4 | **produce**  75:3 | **read**  43:7 95:5 | 39:18,19 40:10 |
| 93:16 | **produced**  4:9 | **readjusted**  62:18 | 42:25 54:18 |
| **pretty**  42:7,8 | 17:12,18,24 18:3 | **reads**  40:1 | **receiving**  40:6 |
| 44:17 | 18:17 19:12 75:18 | **real**  19:1 | **recess**  19:4 49:7 |
| **price**  31:25 | **producing**  21:19 | **reality**  47:14 | **recollection**  36:14 |
| **primarily**  48:2 | **production**  4:8 | **really**  33:19 37:25 | 92:6 |
| **primary**  34:21 | **provide**  94:5 | 38:1,4,23 48:19 | **record**  6:11 19:1 |
| **prior**  96:9 | **pull**  37:21,22,25 | 67:6 79:22 | 39:14,25 49:4 |
| **probably**  6:22,23 | 38:1,4,14,23 76:8 | **rear**  62:2 | 73:7 93:22,23 |
| 9:4 16:9 27:12 | **pulled**  37:4 | **reason**  10:19 32:7 | 96:10,13 |
| 30:19 41:23 42:1 | **pulling**  37:13 | 33:15 45:19 52:14 | **records**  19:13 |
| 44:16 46:18 49:5 | **pump**  30:13 | 52:19 66:25 94:9 | **referring**  15:9 |
| 56:24 62:23 63:20 | **purchase**  18:18 | **reasonable**  9:7 | 45:4 |
| 69:6 77:18,25 | 27:5,7 28:19,24,25 | **reasons**  57:18 | **regarding**  6:17 |
| 80:8 87:22 | 29:1 30:24 32:16 | **recall**  10:10 13:6,9 | 18:5 21:12 |
| **problem**  22:14 | 33:11 49:24 | 13:20 15:3 20:6 | **regardless**  47:4 |
| 37:19 38:8 53:10 | **purchased**  29:3 | 20:16,20 28:22 | **related**  11:10 |
| 53:15,23 58:6,9 | 31:2,6,21 34:17,25 | 29:6,13 31:8 | 17:16 18:12,17 |
| 65:22 67:9,21 | 50:2,15 | 32:25 39:22 40:1 | 19:8 21:2 22:22 |
| | | 40:6 42:13,19,21 | |

Page 12

[related - see]

79:20
**relating** 22:11
**relative** 96:19
**release** 38:2
**relieve** 94:1,15
**remember** 7:9,20
  10:11,17 12:1
  13:21 33:2,2
  42:16 54:14 61:9
  61:19,20,20 62:5,5
  62:8,8,24 65:18
  69:12 74:25 77:14
  78:2 79:10 80:1
  84:1 87:11
**rental** 25:6
**rented** 47:13
**repair** 11:11 19:8
  19:10,13 21:3
  22:7,16 37:8 46:5
  46:6,9 49:5,9,10
  49:14,15,15,20,23
  51:13,15,23 54:3,5
  54:18 55:9,11,20
  56:22 57:7 58:7
  60:18,20 61:4
  63:1,3,8 64:2,3,4,8
  64:11 65:2,3,9,13
  66:9,11,16 76:14
  76:15,16,20 81:9
  81:15 82:4,5 83:1
  83:2,7 85:11,16,20
  86:16,25 88:19,21
  89:1 90:9,16
**repaired** 62:13
**repairs** 55:24
  62:15
**repeat** 18:14
**repeatedly** 37:2
**repetitive** 54:13
**rephrase** 8:16

**replace** 26:14,19
  36:18 37:6
**replaced** 37:2
  46:23 47:1
**report** 49:10
**reported** 1:21
  49:14 51:14 54:4
  55:10 60:19 63:2
  64:4 65:4 66:10
  76:16 81:10 82:6
  83:3 85:12 88:20
**reporter** 2:21 7:20
  8:9 94:2,15 96:4
**representative**
  32:25
**repurchase** 26:14
  26:18
**repurchased**
  46:22 47:1
**request** 17:15 86:5
  93:25 94:13
**requested** 17:11
  96:17
**requesting** 79:16
**requests** 4:10
**require** 46:6
**required** 8:24 22:7
**reset** 45:6
**resort** 84:13
**resources** 12:7,9
  12:16
**response** 39:8
**responses** 7:25
**review** 49:20
  51:20 54:9 55:16
  60:24 63:7 64:7
  65:9 66:15 76:20
  81:14 82:10 83:6
  85:16 88:25 94:5
  96:16

**rhyme** 45:18
**ridden** 41:21,24
**ride** 32:21 93:9
**riding** 41:16
**right** 6:13 7:2,8
  9:4,10,21 12:6,7
  12:20 15:5 16:23
  17:14,25 18:4,14
  19:7 23:6 24:15
  24:23,24 25:1
  27:14 28:12 30:23
  31:3,5,8,12,14
  32:11 33:7 34:17
  35:1 36:13,23,24
  39:13,25 40:11
  41:14 43:10 44:1
  45:25 46:18,21,23
  49:3,23,24 50:1,4
  50:11,13,22 51:23
  53:10 54:2,17,25
  55:15,22 56:11
  58:12,22 59:1
  60:17,24 61:6,10
  62:4,14 64:13
  65:1,25 66:21
  67:2,11,17,25 70:2
  70:10,21,25 71:2,9
  71:21 72:22 75:6
  76:11 78:2,4,5
  79:9,14 80:3,12,23
  81:1 82:3 83:9,24
  85:9,15 86:14,15
  87:3 88:17 89:9
  89:23 90:1,19
  92:8
**rims** 25:17
**rinsed** 52:23
**road** 2:18 3:5
**rocker** 61:22
**rode** 32:23

**roman** 17:11
**romeo** 30:6,18
**rotated** 47:9,12
**rotating** 11:18
**route** 68:17 72:21
  72:23
**row** 83:25
**rpr** 1:23 96:25
**rules** 7:4 94:3
**run** 7:3 17:25
  34:22 35:18
**rv** 84:13,14,16,22
  84:24 85:4

**s**

**s** 4:5 5:1 15:23
  42:17
**safe** 33:20,24
**safety** 40:1
**sake** 22:13 39:25
**sale** 18:7
**sales** 32:25
**san** 16:17
**saw** 61:18 62:9
**saying** 71:16 75:9
**says** 17:11 47:5
  50:4 89:23
**scare** 48:18
**scares** 48:17
**scary** 47:6
**scrape** 48:20
**scratched** 61:25
**second** 7:19 19:7
  43:16,17 44:1
  46:16 79:14
**secure** 47:19
**see** 18:1,7 21:11
  23:24 24:10 37:5
  57:24 58:17 59:15
  60:3 61:10 69:23
  74:3,13 75:15
  77:20 79:12,14

[see - sure]

86:5,7 90:4
**seeing** 58:2,23
  59:13,18 62:6,9
**seen** 17:4 22:16
  37:9 39:23 91:6
  91:13
**sell** 25:20
**send** 94:3
**sent** 39:15
**september** 1:16
  2:20 6:1 96:23
**serena** 15:23,24
  41:12,16,24 92:15
**service** 23:10,15
  42:16,17,22 43:1
  43:11 44:4 46:4
  55:19,23 61:3
  64:10,15,21 65:12
  73:15,19,20,23
  74:5,13 76:9
  85:19 87:22,24
  89:8 90:9 91:1
**services** 40:3
**set** 18:8 96:7
**shaking** 8:1,7
**shoot** 24:1
**shop** 30:2 47:18
**shorthand** 2:21
  96:3,11
**shortly** 49:6
**show** 8:6 9:1
**showed** 16:2 88:2
**shows** 21:19 45:10
  73:24
**side** 57:25 58:5,13
  58:16 68:24 69:19
  73:3
**sides** 58:20
**signature** 89:17,20
  90:2,4,6 94:5
  96:24

**significant** 10:3
  30:1 46:6 53:20
**signs** 73:25
**similar** 32:10
  73:17
**single** 59:17 67:23
  67:24 70:23
**sisters** 26:17
**sit** 79:6 80:9
**sitting** 7:10
**six** 20:9 42:1 75:5
  79:1 92:13
**skip** 49:11
**slight** 22:24
**slow** 67:7
**sluggish** 66:24
  67:2
**sluggishness** 69:2
  93:1
**smaller** 74:24
**smoothly** 7:5
**software** 79:20
**solara** 28:21 29:7
  29:12,17
**solely** 51:24
**solid** 59:5,6
**somebody** 40:24
  41:4 73:20
**somewhat** 7:9
  47:7 54:13
**soon** 59:21
**sorry** 14:2,3 40:8
  49:12 69:18 76:12
  77:19 93:2
**sort** 18:7 68:23
**sound** 31:12 71:14
  71:24 72:1
**sounds** 44:19
  45:24 71:19 74:21
**south** 14:3,22,25
  15:6,14

**southern** 1:2 2:2
**sparkly** 60:4
**speak** 90:25
**speakers** 71:23
**speaking** 7:22
  89:22
**specific** 6:24 79:5
  81:21
**specifically** 63:22
  63:25
**spell** 6:10
**spinning** 25:17
**splatter** 58:5,12
**splotchy** 59:8
**spoke** 90:14
**spot** 70:15,23,25
  72:9
**squeak** 88:5
**squeaking** 87:10
  87:14,18 88:3,7
  91:20 93:13
**stack** 17:18 18:16
  18:23
**stand** 30:11
**start** 37:11
**started** 38:1 70:5
**starts** 60:5
**state** 6:10 11:6
  95:11 96:4
**stated** 95:8
**states** 1:1 2:1 26:7
  40:1 57:22 69:24
  77:10
**static** 74:12
**staticky** 72:9
**station** 48:25
**status** 44:11
**staying** 38:8,11
  84:10,11
**stays** 38:4

**steer** 87:10
**steering** 45:9
  69:18 87:8 88:3,7
  91:20 93:13
**stick** 30:24
**sticking** 27:14
**sticks** 30:5
**stipulate** 94:1
**stipulated** 94:19
  94:20
**stolen** 94:9
**stop** 69:4,6
**stopped** 77:21,25
**stranded** 91:17
**street** 14:3 15:1,6
  48:17
**streets** 68:24,25
**stretch** 71:4 72:8
**strike** 42:20 49:12
  52:15
**study** 11:7
**stuff** 9:5,12 34:22
**subject** 15:8,9,10
  15:16,25 16:3
  18:5 19:14 21:20
  26:23 27:16,23
  28:1,2,13,16,20
  29:18,22 32:16,18
  34:19 36:1,7,16
**subscribed** 96:21
**substance** 43:13
**suite** 2:18 3:6,12
**super** 66:24 84:5
**suppose** 18:18
**supposed** 18:15
  80:14,17
**sure** 6:23 11:25
  19:3 38:15,18
  41:17 52:2 58:4
  70:13 71:16,22
  72:7 79:22 86:18

Veritext Legal Solutions
866 299-5127

[surprised - two]

| | | | |
|---|---|---|---|
| **surprised** 39:8 | **testifying** 96:9 | 20:24 25:5,8 | **title** 12:15 |
| **swapped** 50:5,7,20 | **testimony** 10:20 | 27:13,22 28:2,15 | **today** 7:25 8:22 |
| **sworn** 6:6 | 44:23 96:13 | 30:7 31:5,15 | 10:20 17:24 18:3 |
| **symbols** 91:7 | **text** 23:9,14,18 | 35:10 36:8 37:1 | 19:13 22:13 29:19 |
| **system** 81:2,5 | **texting** 23:16 | 45:17 46:16 49:11 | 34:4,7,13 62:12 |
| **t** | **thank** 94:18 | 49:24 51:15 54:5 | 65:23 69:8 72:20 |
| **t** 4:5 5:1 | **theirs** 43:5 | 55:11 56:16,24 | 79:6 |
| **taillight** 36:22 | **thereof** 95:6 | 57:2,6 58:23 | **token** 8:3 |
| 37:1 | **thing** 7:8,19 36:22 | 59:24 60:20 63:3 | **told** 39:5 46:5 |
| **takata** 43:8 86:1 | 38:9 70:13 90:19 | 64:17 65:5 66:4 | 53:22 73:11 |
| **take** 6:16 7:12,22 | **things** 4:8 8:9 21:5 | 66:11 68:7,8,9 | **top** 40:1 |
| 8:9 9:21 19:16 | 21:6 35:18 39:9 | 69:15 70:5,11,23 | **torque** 47:20 |
| 20:10,13 28:9 | 39:13 45:24 47:8 | 71:14 74:16,25 | **towed** 25:3 |
| 30:1 32:2,5,8 45:3 | 64:20 74:7,12,14 | 77:6 78:22 79:1 | **toyota** 28:21 29:7 |
| 49:4,19 51:19 | 74:17,25 | 79:22 80:19 81:11 | 29:12,17 |
| 54:9 55:15 60:24 | **think** 9:4 10:1 | 83:3 84:7,8,12 | **transcribed** 94:16 |
| 63:7 64:7 65:8 | 13:10 18:2,21 | 86:11,22,23 88:6,9 | 96:11 |
| 66:15 68:9,17,24 | 21:1,12 22:18 | 88:21 89:10,12 | **transcript** 9:24 |
| 74:11,13 76:19 | 23:8,13 24:16 | 92:1,1,11 93:4,8 | 94:4 96:12,15,17 |
| 78:13 81:14 82:10 | 28:23 29:24 30:23 | 93:16 94:21 96:7 | **transfer** 18:9 |
| 83:6 85:15 86:23 | 31:2 34:2 36:6,11 | **times** 8:4,22 20:6 | **transiently** 84:5 |
| 88:25 | 37:8 39:17 42:2 | 20:9,20,23 34:14 | **treiber** 40:3 |
| **taken** 2:17 6:19 | 42:17 58:4,11 | 35:25 37:17 40:22 | **trial** 10:6 |
| 7:3 8:3 10:9,13,16 | 60:3 61:9 70:10 | 41:19,21,24 56:1 | **tried** 25:20 |
| 20:20,22 35:20,23 | 75:23 78:9,15 | 57:13 59:15 67:20 | **trim** 69:18 |
| 37:15 78:19 96:6 | 80:19,24,25,25 | 74:21,23 75:2,5,22 | **trip** 36:4 |
| **takes** 74:1 | 84:4 91:25 93:12 | 75:23 76:1 79:5 | **triple** 21:16 |
| **talk** 72:5,7 | 93:17 | **tinted** 25:15 | **trips** 35:20,23 |
| **talked** 15:18 26:10 | **thinking** 12:4 | **tire** 45:5,16 46:11 | 36:10 78:9 |
| 42:15 46:15 91:19 | **third** 31:10 43:19 | 47:18 62:23 63:20 | **true** 95:7,9,11 |
| **talking** 36:24 | 77:8 | 63:23 64:18 70:9 | 96:13 |
| 74:12 | **thirty** 68:11 | 74:11,25 75:5,23 | **truth** 7:15 |
| **technically** 39:19 | **thought** 70:7,14 | 76:1 90:11 91:9 | **try** 9:1 72:13 |
| **tell** 7:14 8:18 9:9 | 70:14 | 91:12 92:16,20,23 | **trying** 59:16 |
| 38:10 46:10 | **three** 12:14 30:14 | 93:4,16 | **turn** 17:10 31:1 |
| **tells** 17:8 | 41:23 43:19 45:17 | **tires** 11:18 20:4,7 | 38:14 44:1 90:1 |
| **tennessee** 14:16 | 60:9 83:24 | 36:17 44:19 45:1 | **turning** 38:19,23 |
| **test** 9:19 32:2,5,19 | **time** 9:5,11,25 | 45:11,12,13 47:8 | **turns** 7:22 |
| 33:21 | 10:6 11:14,22 | 47:11 53:11 58:19 | **two** 14:13 21:20 |
| **testifies** 6:6 | 13:1,18 17:8 | 58:19 77:7 80:25 | 24:1 42:23 43:11 |
| | 18:21 19:23 20:1 | 90:20 | 67:15 75:18 91:11 |

Veritext Legal Solutions
866 299-5127

[two - weird]

93:9
**type** 40:13
**types** 33:13 35:18
64:19 73:24
**typical** 9:1 42:7,8
**typically** 35:17
40:23,24 41:4
45:21 48:14,15
55:22 57:10 68:17
73:18 93:10

**u**

**u.s.a.** 6:15,18
**uh** 31:16 88:8
89:19 91:21
**undersigned** 96:3
**understand** 7:17
8:14,19 9:16 10:7
15:12 17:17 42:9
46:21 59:16
**understanding**
24:18,20 38:16
40:10,13,17 46:25
67:17
**understood** 8:20
77:21
**unfortunately**
30:6
**unit** 79:20
**unite** 12:10,10,12
12:15 13:13,24
35:1,9 41:3 68:13
68:18 77:21 78:4
**united** 1:1 2:1
**unusual** 42:6
**update** 43:18
79:18,19 83:22
86:6,11,20,22
**updated** 79:12,21
**updates** 79:17
**upfront** 24:19,25

**usa** 1:8 2:8 22:23
22:25 23:4 39:16
39:22 40:2
**use** 9:1 34:21 35:3
35:17 72:5
**usually** 34:16 38:3
41:10 45:15,16
73:25

**v**

**v** 16:13
**value** 25:23
**variations** 68:24
**various** 17:25
**vegas** 78:20
**vehicle** 8:5,11 15:8
15:9,16,25 16:3
17:16 18:6,9,13,19
18:22 19:9,14,16
19:23 20:7 21:2,7
21:9,13,20,25 22:6
22:13 24:18,23
25:3,13,20,23
26:14,19,23 27:17
27:22 28:1,2,13,16
28:20 29:10,18,22
31:3,6,22,25 32:2
32:5,6,16,19 34:1
34:3,11,17,19,25
35:20 36:1,3,7,16
39:2 40:14,22
41:4,8,22,25 44:21
45:7,10 46:22
47:1,20 48:4,12,14
49:25 51:7,7,9,14
51:25 52:12 54:4
55:1,4,10,19,23
56:7,19 57:6,7,11
57:14,18 58:7,10
58:20,25 59:10,15
59:19,24 60:14,19
61:3,6,14,15 62:6

62:11,22 63:2,14
63:18 64:10,13,17
65:4,12,15,19,23
66:10,18 67:9
69:8 71:24 76:2
76:23 77:1,6
78:11,19 79:7
81:2,5,10,25 82:6
82:18,22 83:3,14
83:17 85:5,12,19
85:22 87:4,8,13
88:2,20 89:3,6,10
90:8 91:7,16,24
92:7,10,19,22,25
93:13,15,18
**vehicles** 26:22,25
27:17 28:12,15
29:16,21 33:9,13
48:10
**verbal** 7:25 8:10
**versus** 20:21
**vice** 40:3
**videos** 21:6,8
**videotaped** 4:7
**visit** 37:3 46:15
57:7 58:7 62:6,18
69:11,21 70:11
80:1,7,24 86:16
90:13,17
**visited** 20:3
**vista** 14:15 15:22
**visually** 60:3
61:10,20
**volume** 65:21
**vs** 1:7 2:7

**w**

**wait** 54:14 80:3,10
83:21
**waited** 80:5,13
**waiting** 43:5

**wallace** 3:4 19:1
21:22 24:3,12
30:3 31:18 39:11
47:15 52:4 72:12
73:7 75:19 79:24
84:18 94:14,20
**wallet** 9:4,7,10,13
**want** 8:4,7,25
17:25 22:24 32:12
33:19 71:21,21
**wanted** 18:20
30:21
**warning** 91:6
**warranty** 30:8
**wash** 51:24 52:1
52:12 53:13,18,21
54:19,23 55:4
59:21,24 60:10
63:11,21 76:3
79:23 80:16 81:18
81:25 82:15,19
83:10,18
**washed** 52:16 60:2
63:14
**washes** 52:8 70:8
83:25 84:3
**water** 30:13
**way** 38:23 50:11
54:20 62:1 63:12
81:19 82:16 83:11
**waze** 35:14 68:21
**we've** 22:16 60:25
82:11
**website** 25:23
**wednesday** 1:16
**week** 34:15,16,19
35:15 40:23
**weeks** 21:21 24:1
30:14 75:18
**weird** 66:24 70:22

Veritext Legal Solutions
866 299-5127

[went - z]

| | |
|---|---|
| **went**  9:5,11 11:6 75:3 80:19 86:4 | **writes**  73:23 |
| **west**  13:10 | **writing**  7:20 44:13 |
| **wet**  59:8 | **writings**  18:5 19:8 21:1,6 22:11,17,22 |
| **wheel**  45:9 50:5 58:3 69:18 88:3,7 91:20 93:13 | **written**  23:3,7 24:15 39:15 |
| **wheels**  47:21 50:7 50:10,11,12,13,22 50:23 51:1 57:22 58:25 59:19 | **wrong**  37:5 |
| **whereof**  96:21 | **wrote**  44:10 |
| **whiptail**  13:16,17 | **wvgx**  1:7 2:7 |
| **white**  59:11 60:4 | |

**x**

**x**  4:1,5 5:1

**y**

**y**  14:19
**yeah**  32:7 38:20 39:10 85:2 86:19
**year**  27:3 28:22 88:14
**years**  12:14,18 14:23 43:5 47:17
**yeses**  7:25
**younger**  41:11

**wife**  47:7
**william**  1:5 2:5 3:4 3:16 14:6 40:5
**wilshire**  3:12
**windows**  25:15
**witness**  4:7 12:3 31:19 52:6 70:18 73:9 80:1 84:19 96:21
**witnesses**  96:8
**wondering**  18:16
**work**  5:10 11:13 19:17 35:3,9,15 41:2,3 57:11,16 66:23 67:21 68:1 68:6,6,10 72:25 73:24 76:6 77:18
**worked**  12:21 13:23
**working**  8:8 12:6 12:9,12,22 13:5,18 33:1 34:25 35:5 68:12 77:21,23,25 78:3
**worrisome**  46:1
**write**  80:17

**z**

**z**  16:13

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.