OMB Control No.: 2127-0004

# Part 573 Safety Recall Report       19V-010

**Manufacturer Name :** Mercedes-Benz USA, LLC.
**Submission Date :** JAN 09, 2019
**NHTSA Recall No. :** 19V-010
**Manufacturer Recall No. :** NR



**Manufacturer Information :**
Manufacturer Name : Mercedes-Benz USA, LLC.
Address : 13470 International Parkway
Jacksonville FL 32218
Company phone : 1-877-496-3691

**Population :**
Number of potentially involved : 288,779
Estimated percentage with defect : 1 %

**Vehicle Information :**

Vehicle 1 : 2012-2014 Mercedes-Benz C250
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : GF4H 204.047 44,240 vehicles. The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates : MAR 21, 2011 - MAY 15, 2014
VIN Range 1 : Begin : NR      End : NR      ☐ Not sequential

Vehicle 2 : 2012-2015 Mercedes-Benz C250 COUPE
Vehicle Type : LIGHT VEHICLES
Body Style : 2-DOOR
Power Train : GAS
Descriptive Information : GJ4H 204.347 12,262 Vehicles. The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates : APR 09, 2011 - JUN 12, 2015
VIN Range 1 : Begin : NR      End : NR      ☐ Not sequential

Vehicle 3 : 2010-2011 Mercedes-Benz C300
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS
Descriptive Information : GF5E 204.054 2,932 Vehicles. The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
Production Dates : JUN 11, 2009 - JUL 04, 2011

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report         19V-010         Page 2

| | | | | | |
|---|---|---|---|---|---|
| VIN Range 1 : Begin : | | NR | End : NR | | ☐ Not sequential |

Vehicle 4 : 2010-2012 Mercedes-Benz C300 4MATIC
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS

Descriptive Information : GF8B 204.081 29,809 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : JUN 03, 2009 - JUN 12, 2012
VIN Range 1 : Begin :           NR           End : NR           ☐ Not sequential

Vehicle 5 : 2012-2014 Mercedes-Benz C350
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS

Descriptive Information : GF5H 204.057 1,870 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : APR 21, 2011 - APR 14, 2014
VIN Range 1 : Begin :           NR           End : NR           ☐ Not sequential

Vehicle 6 : 2013-2014 Mercedes-Benz C300 4MATIC
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS

Descriptive Information : GF8A 204 080 41,074 Vehicles. The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : FEB 14, 2012 - MAY 15, 2014
VIN Range 1 : Begin :           NR           End : NR           ☐ Not sequential

Vehicle 7 : 2010-2011 Mercedes-Benz C350
Vehicle Type : LIGHT VEHICLES
Body Style : 4-DOOR
Power Train : GAS

Descriptive Information : GF5G 204.056 425 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.

Production Dates : JUN 18, 2009 - JUL 07, 2011
VIN Range 1 : Begin :           NR           End : NR           ☐ Not sequential

# Part 573 Safety Recall Report     19V-010      Page 3

|  |  |
|---|---|
| Vehicle 8 : | 2012-2015 Mercedes-Benz C350 COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GJ5H 204.357 1,421 Vehicles |
|  | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | JUN 22, 2011 - JUN 10, 2015 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 9 : | 2010-2014 Mercedes-Benz C63 AMG |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 4-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GF7H 204.077 1,015 Vehicles |
|  | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | JUL 02, 2009 - APR 24, 2014 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 10 : | 2012-2015 Mercedes-Benz C63 AMG COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GJ7H 204.377 1,125 Vehicles |
|  | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | MAY 06, 2011 - MAY 29, 2015 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 11 : | 2015-2017 Mercedes-Benz E400 CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KK6F 207.465 7,432 Vehicles |
|  | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | SEP 02, 2014 - DEC 21, 2016 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

# Part 573 Safety Recall Report     19V-010     Page 4

|  |  |
|---|---|
| Vehicle 12 : | 2013-2015 Mercedes-Benz GLK250 BLUETEC 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | DIESEL |
| Descriptive Information : | GG0E 204.904 8,519 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 01, 2012 - MAY 20, 2015 |
| VIN Range 1 : Begin : NR | End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 13 : | 2012-2015 Mercedes-Benz C350 COUPE 4MATIC |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | GJ8J 204.388 2,633 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 02, 2011 - JUN 15, 2015 |
| VIN Range 1 : Begin : NR | End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 14 : | 2012-2014 Mercedes-Benz E350 4MATIC COUPE |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KJ8J 207.388 3,521 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | OCT 10, 2011 - SEP 15, 2014 |
| VIN Range 1 : Begin : NR | End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 15 : | 2011-2011 Mercedes-Benz E350 CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | KK5G 207.456 1,775 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | NOV 12, 2009 - APR 19, 2011 |
| VIN Range 1 : Begin : NR | End : NR    ☐ Not sequential |

**Vehicle 16:** 2012-2014 Mercedes-Benz E350 CABRIO
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** 2-DOOR
**Power Train:** GAS
**Descriptive Information:** KK5K 207.459 11,407 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** APR 06, 2011 - SEP 24, 2014
**VIN Range 1: Begin:** NR   **End:** NR   ☐ Not sequential

**Vehicle 17:** 2010-2011 Mercedes-Benz E350 COUPE
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** 2-DOOR
**Power Train:** GAS
**Descriptive Information:** KJ5G 207.356 1,193 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** MAR 10, 2009 - MAY 17, 2011
**VIN Range 1: Begin:** NR   **End:** NR   ☐ Not sequential

**Vehicle 18:** 2012-2014 Mercedes-Benz E350 COUPE
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** 2-DOOR
**Power Train:** GAS
**Descriptive Information:** KJ5K 207.359 6,767 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** MAY 25, 2011 - SEP 02, 2014
**VIN Range 1: Begin:** NR   **End:** NR   ☐ Not sequential

**Vehicle 19:** 2015-2017 Mercedes-Benz E400 4MATIC COUPE
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** 2-DOOR
**Power Train:** GAS
**Descriptive Information:** KJ6H 207.367 3,592 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** MAY 17, 2014 - DEC 12, 2016
**VIN Range 1: Begin:** NR   **End:** NR   ☐ Not sequential

|  |  |
|---|---|
| Vehicle 20: | 2015-2017 Mercedes-Benz E400 COUPE |
| Vehicle Type: | LIGHT VEHICLES |
| Body Style: | 2-DOOR |
| Power Train: | GAS |
| Descriptive Information: | KJ6F 207.365 4,176 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates: | SEP 01, 2014 - DEC 12, 2016 |
| VIN Range 1: Begin: NR   End: NR   ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 21: | 2011-2011 Mercedes-Benz E550 CABRIO |
| Vehicle Type: | LIGHT VEHICLES |
| Body Style: | 2-DOOR |
| Power Train: | GAS |
| Descriptive Information: | KK7C 207.472 849 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates: | NOV 10, 2009 - MAY 23, 2011 |
| VIN Range 1: Begin: NR   End: NR   ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 22: | 2012-2017 Mercedes-Benz E550 CABRIO |
| Vehicle Type: | LIGHT VEHICLES |
| Body Style: | 2-DOOR |
| Power Train: | GAS |
| Descriptive Information: | KK7D 207.473 3,596 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates: | AUG 25, 2011 - DEC 14, 2016 |
| VIN Range 1: Begin: NR   End: NR   ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 23: | 2010-2011 Mercedes-Benz E550 COUPE |
| Vehicle Type: | LIGHT VEHICLES |
| Body Style: | 2-DOOR |
| Power Train: | GAS |
| Descriptive Information: | KJ7C 207.372 478 Vehicles |
| | The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates: | MAR 13, 2009 - MAY 30, 2011 |
| VIN Range 1: Begin: NR   End: NR   ☐ Not sequential |

# Part 573 Safety Recall Report

**19V-010**  Page 7

---

**Vehicle 24:** 2012-2017 Mercedes-Benz E550 COUPE
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** 2-DOOR
**Power Train:** GAS
**Descriptive Information:** KJ7D 207.373 1618 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** SEP 07, 2011 - NOV 25, 2016
**VIN Range 1: Begin:** NR  **End:** NR  ☐ Not sequential

**Vehicle 25:** 2013-2015 Mercedes-Benz GLK350
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** SUV
**Power Train:** GAS
**Descriptive Information:** GG5H 204.957 32,763 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** JAN 27, 2012 - JUN 09, 2015
**VIN Range 1: Begin:** NR  **End:** NR  ☐ Not sequential

**Vehicle 26:** 2010-2012 Mercedes-Benz GLK350 4MATIC
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** SUV
**Power Train:** GAS
**Descriptive Information:** GG8H 204.987 18,706 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** SEP 03, 2008 - JUN 14, 2012
**VIN Range 1: Begin:** NR  **End:** NR  ☐ Not sequential

**Vehicle 27:** 2011-2014 Mercedes-Benz SLS AMG
**Vehicle Type:** LIGHT VEHICLES
**Body Style:** 2-DOOR
**Power Train:** GAS
**Descriptive Information:** RJ7H 197.377 519 Vehicles
The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator.
**Production Dates:** DEC 22, 2009 - MAR 22, 2014
**VIN Range 1: Begin:** NR  **End:** NR  ☐ Not sequential

|  |  |  |  |  |
|---|---|---|---|---|
| Vehicle 28 : | 2010-2012 Mercedes-Benz GLK350 | | | |
| Vehicle Type : | LIGHT VEHICLES | | | |
| Body Style : | SUV | | | |
| Power Train : | GAS | | | |
| Descriptive Information : | GG5G 204.956 1,578 Vehicles The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. | | | |
| Production Dates : | MAR 17, 2009 - JUL 16, 2012 | | | |
| VIN Range 1 : Begin : | NR | End : NR | | ☐ Not sequential |

|  |  |  |  |  |
|---|---|---|---|---|
| Vehicle 29 : | 2013-2015 Mercedes-Benz GLK350 4MATIC | | | |
| Vehicle Type : | LIGHT VEHICLES | | | |
| Body Style : | SUV | | | |
| Power Train : | GAS | | | |
| Descriptive Information : | GG8J 204.988 41,108 Vehicles. The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. | | | |
| Production Dates : | FEB 01, 2012 - JUN 19, 2015 | | | |
| VIN Range 1 : Begin : | NR | End : NR | | ☐ Not sequential |

|  |  |  |  |  |
|---|---|---|---|---|
| Vehicle 30 : | 2013-2014 Mercedes-Benz SLS-AMG | | | |
| Vehicle Type : | LIGHT VEHICLES | | | |
| Body Style : | 2-DOOR | | | |
| Power Train : | GAS | | | |
| Descriptive Information : | RJ7J 197.378 102 Vehicles The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. | | | |
| Production Dates : | NOV 13, 2012 - JUN 18, 2014 | | | |
| VIN Range 1 : Begin : | NR | End : NR | | ☐ Not sequential |

|  |  |  |  |  |
|---|---|---|---|---|
| Vehicle 31 : | 2013-2014 Mercedes-Benz SLS AMG CABRIO | | | |
| Vehicle Type : | LIGHT VEHICLES | | | |
| Body Style : | 2-DOOR | | | |
| Power Train : | GAS | | | |
| Descriptive Information : | RK7J 197.478 133 Vehicles The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. | | | |
| Production Dates : | NOV 15, 2012 - JUN 26, 2014 | | | |
| VIN Range 1 : Begin : | NR | End : NR | | ☐ Not sequential |

# Part 573 Safety Recall Report          19V-010          Page 9

|  |  |
|---|---|
| Vehicle 32 : | 2012-2012 Mercedes-Benz SLS AMG CABRIO |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | 2-DOOR |
| Power Train : | GAS |
| Descriptive Information : | RK7H 197.477 141 Vehicles<br>The recall population was determined based on vehicles produced with front passenger-side airbags containing PSAN inflators. Vehicles not included in the recall do not have the respective Takata PSAN inflator. |
| Production Dates : | JUL 01, 2011 - OCT 02, 2012 |
| VIN Range 1 : Begin : | NR          End : NR          ☐ Not sequential |

**Description of Defect :**

Description of the Defect : Certain Mercedes-Benz vehicles are equipped with passenger-side front airbags provided by the supplier Joyson Safety Systems (JSS) / TK Global LLC ("Takata"). On January 2, 2019 Takata filed another Defect Information Report with NHTSA announcing a defect in some of the subject inflators.

Daimler AG ("DAG"), the manufacturer of Mercedes-Benz vehicles, is not aware of any confirmed field incidents with the subject Takata PSPI-2 inflators. However, based on the information above and out of an abundance of caution, DAG will conduct a voluntary recall of the vehicles equipped with the subject Takata PSPI-2 inflators in zones A, B, and C in the United States as identified by Takata in the Defect Information Report.

FMVSS 1 : NR
FMVSS 2 : NR

Description of the Safety Risk : According to Takata, activation of a non-desiccated ammonium nitrate inflator with degraded propellant may cause the inflator to rupture and explode. An exploding inflator may cause metal fragments to pass through the air bag and into the vehicle interior at high speed, which may result in injury or death to vehicle occupants.

Description of the Cause : According to Takata, "... The propellant wafers in some of the subject inflators may degrade over time, which could lead to over-aggressive combustion in the event the air bag is activated. Overly aggressive combustion creates excessive internal pressure when the inflator is activated, which may cause the inflator body to rupture. Based upon Takata's and TK Global's investigation to date, the potential for such ruptures occurs in some of the subject inflators after several years of exposure to persistent conditions of high absolute humidity, high temperatures, and high temperature cycling. The potential for rupture may also be influenced by other factors, including the specific vehicle environment, the inflator and propellant configuration, and manufacturing variability."

Identification of Any Warning that can Occur : None

# Part 573 Safety Recall Report      19V-010      Page 10

## Supplier Identification:

**Component Manufacturer**

Name: TK Holdings / Joyson Safety Systems
Address: Bahnweg 1
Achaffenburg  FOREIGN STATES 63743
Country: Germany

## Chronology:

On January 2, 2019, Takata submitted a Defect Information Report to NHTSA per the schedule agreed to by NHTSA in the May 4, 2016 Amendment to the Coordinated Remedy Order. DAG decided to recall the corresponding vehicles with the subject Takata PSPI-2 inflators in accordance with the 3rd Amendment to the Consent Order. This step is taken by DAG as a reaction to Takata's filing of the Defect Information Report and out of an abundance of caution.

## Description of Remedy:

Description of Remedy Program: Authorized Mercedes-Benz dealers will replace the passenger-side front airbag modules in the potentially affected Mercedes-Benz vehicles. Mercedes-Benz USA will provide notice regarding pre-notice reimbursement to owners in the customer letter.

How Remedy Component Differs from Recalled Component: The remedy component does not contain PSAN propellant.

Identify How/When Recall Condition was Corrected in Production: NR

## Recall Schedule:

Description of Recall Schedule: Owners will be notified by an interim letter starting in early February 2019.

Dealers will be notified of the pending voluntary recall campaign in or about January 2019. A copy of all communications will be provided when available.

Planned Dealer Notification Date: JAN 16, 2019 - NR
Planned Owner Notification Date: FEB 01, 2019 - NR

\* NR - Not Reported