

**IMPORTANT SAFETY RECALL INTERIM NOTICE**
This notice applies to your vehicle
VIN: WDDGJ8JB1FG421404
Replace Passenger-side Airbag Module
MBUSA Recall #2019010001 – PND TAK PHASE 4

Mercedes-Benz USA, LLC

**Christian Treiber**
Vice President
Customer Services

 

February, 2019

2019010001
WDDGJ8JB1FG421404
William R McGee
1601 S Pacific St Unit B2
Oceanside, CA 92054-5817

- A safety defect exists in your vehicle.
- Remedy parts are not yet available for your vehicle.
- We will contact you again once parts are available.

Dear Mercedes-Benz Owner:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

Mercedes-Benz USA has decided that a defect, which relates to motor vehicle safety, exists in certain Model Year 2010-2017 C-Class, E-Class Coupe/Cabrio, GLK-Class, and SLS-Class Mercedes-Benz vehicles. Our records indicate that your vehicle is included in the affected population of vehicles.

**What is the CONCERN?** The passenger-side airbag in your vehicle is affected by this recall based on the defect decision of TK Holdings, Inc. ("Takata"). Under certain circumstances during a crash that necessitates frontal airbag deployment, the defect in your passenger-side airbag inflator may cause the airbag to explode. A **passenger-side inflator explosion during deployment could result in sharp metal fragments striking the front passenger or other occupants, possibly causing serious injury or death.**

**What will MBUSA do?** We want to assure you that Mercedes-Benz USA, through our parent company Daimler AG, is taking all necessary measures to remedy this situation for you. We are also working closely with the National Highway Traffic Safety Administration ("NHTSA") and airbag suppliers to provide a remedy as soon as possible, and to prioritize repairs according to risk factors identified through testing. **Unfortunately, replacement parts are not yet available for your vehicle, but we will contact you again once parts become available.** You may visit www.mbusa.com/recall and enter your vehicle model, Model Year, and State your vehicle is registered to check when remedy parts will be available.

**What should YOU do?** As soon as a suitable replacement part is available for your vehicle, we will send another letter notifying you to bring your vehicle to your local Authorized Mercedes-Benz dealer to repair your vehicle **free of charge.** In the meantime, **please visit www.MBUSA.com/mercedes/recall** and **enter your 17 digit Vehicle Identification Number ("VIN")** in the VIN Look-up tool, then **enter your most recent contact information.** We also encourage you to sign up for recall alerts at www.nhtsa.gov/alerts.


To enter your most recent contact information from your smartphone, scan the QR code to the left.

**Information for Owners**
In the event that you are no longer the vehicle owner, or have had a change of address, please complete the reverse side and return the updated information in the enclosed envelope. If this is a leased vehicle and the lessor and registered owner receive this notice, please forward this information by first class mail to the lessee within 10 business days to comply with Federal Regulations.

For additional questions about this recall, please visit www.mbusa.com, and select "Contact Us," to view our Frequently Asked Questions (keyword "Takata"). To contact the MBUSA Customer Assistance Center, use the "Email/Write" section under Customer Support, or call our Takata hotline at 1-877-496-3691.

If an authorized Mercedes-Benz dealer for any reason is unable to remedy the situation without charge, or within a reasonable amount of time, pursuant to law 49 U.S.C. Chapter 301, you may submit a complaint to the Administrator, NHTSA, 1200 New Jersey Avenue, S.E., Washington, D.C. 20590 or call the toll-free Auto Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153); or go to http://www.safercar.gov.

We apologize for any inconvenience this situation may cause you, but your safety is of utmost concern to Mercedes-Benz.

Sincerely,

Mercedes-Benz USA, LLC
A Daimler Company
One Mercedes-Benz Drive
Sandy Springs, GA 30328
Phone (770) 705-0600