KATE S. LEHRMAN [Bar No. 123050]
klehrman@lehrmanlawgroup.com
BENSON Y. DOUGLAS [Bar No. 206742]
bdouglas@lehrmanlawgroup.com
ANTHONY PAUL GRECO [Bar No. 296398]
tgreco@lehrmanlawgroup.com
LEHRMAN LAW GROUP
12121 Wilshire Boulevard
Suite 1300
Los Angeles, CA  90025
(310) 917-4500
(310) 917-5677 (FAX)

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. McGEE,<br><br>             Plaintiff,<br><br>     v.<br><br>MERCEDES-BENZ USA, LLC, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 3:19-cv-00513 MMA (WVGx)<br>[Filed:  February 08, 2019]<br>[Removed:  March 18, 2019<br><br>Hon. Michael M. Anello<br>Courtroom 3D<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WILLIAM MCGEE**<br><br>*[Filed concurrently with Notice of Motion and Motion for Summary Judgment, Declaration of Benson Douglas, and [Proposed] Order]*<br><br>Date:   March 2, 2020<br>Time:  2:30 p.m.<br>Ctrm:  3D |

Pursuant to Central District of California Rule 56-1, Defendant Mercedes-Benz USA, LLC ("MBUSA" or "Defendant"), as the moving party on the Motion for Summary Judgment referred to in the attached Notice, submits this "Statement of Undisputed Facts":

| UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. Plaintiff owns a 2015 Mercedes-Benz GL450 that he purchased new on or about December 29, 2015 (the "Vehicle"). | Complaint ¶ 4; **Exhibit A** to the Declaration of Benson Douglas (Purchase Agreement). |
| 2. When Plaintiff purchased the Vehicle, it had approximately 52 miles on it. | **Exhibit A** to the Declaration of Benson Douglas (Purchase Agreement, indicating the mileage of 52 at the time Plaintiff purchased the Subject Vehicle); **Exhibit C** of the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of Arlene McGee at 49:8-17). |
| 3. The Vehicle is subject to NHTSA Recall No. 19v010 for the recall of the passenger-side Takata airbag inflator recall ("Takata Recall"). | **Exhibit D** to the Declaration of Benson Douglas (Part 573 Safety Recall Report for NHTSA Recall No. 19v010). |

| | | |
|---|---|---|
| | 4. Plaintiff received the Takata Recall "interim notice" letters dated February 2019. | **Exhibit B** to the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of William McGee 39: 25-40: 22); **Exhibit C** of the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of Arlene McGee at 39: 13- 40: 21); **Exhibit E** to the Declaration of Benson Douglas (February 2019 customer notification letter to Plaintiff William McGee for NHTSA Recall No. 19v010). |
| | 5. Takata Recall replacement parts are not yet available for the Vehicle, and Plaintiff will be notified once the parts become available. The information is also publicly available to Plaintiff on MBUSA's websites. | **Exhibit B** to the Declaration of Benson Douglas (Transcript of September 4, 2029, Deposition of William McGee at 49:21- 51:5 and 71:25-72:14); **Exhibit C** of the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of Arlene McGee at 42: 12- 43:6 and 43:10-21); **Exhibit E** to the Declaration of Benson Douglas (February 2019 customer notification letter to Plaintiff William McGee for NHTSA Recall No. 19v010); Vehicle, indicating |

| | |
|---|---|
| | replacement parts are not yet available). |
| 6. There is no evidence that the alleged Takata airbag inflator defect ever manifested in the Vehicle. | **Exhibit B** to the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of William McGee at 12:17-24); **Exhibit C** of the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of Arlene McGee at 33:25 -36:12, and 36:13- 39:11). |
| 7. Since purchasing the Vehicle, it has been driven for at least 40,000 miles and continues to be driven with passengers in the front passenger seat—including after receiving notice of the Takata Recall—without ever experiencing any issue with the alleged Takata airbag inflator defect. | **Exhibit A** to the Declaration of Benson Douglas (Purchase Agreement, indicating the mileage of 52 at the time Plaintiff purchased the Subject Vehicle); **Exhibit B** to the Declaration of Benson Douglas (Transcript of September 4, 2029, Deposition of William McGee at 44:6-48:5, 56: 20- 59: 24, 73:11-19); **Exhibit C** of the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of Arlene McGee at 34:3-36:5, 41:7 – 42: 11 and 48:1-8). |

| | |
|---|---|
| 8. Aside from the receipt of the Takata Recall, the Vehicle has not presented any other problems that would substantially impair its value or safety. | **Exhibit B** to the Declaration of Benson Douglas (Transcript of September 4, 2029, Deposition of William McGee at 39:25-41:2); **Exhibit C** of the Declaration of Benson Douglas (Transcript of September 4, 2019, Deposition of Arlene McGee at 34:3-36:5). |

DATED:  January 24, 2020

LEHRMAN LAW GROUP
KATE S. LEHRMAN
BENSON Y. DOUGLAS
ANTHONY P. GRECO


By:  /s/ *Benson Y. Douglas*
Benson Y. Douglas
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

# **PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12121 Wilshire Blvd., Suite 1300, Los Angeles, CA 90025.

On January 24, 2020, I served, in the manner indicated below, the foregoing document described as **SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WILLIAM MCGEE** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, California addressed as follows:

[ ]   **BY MAIL**: I caused to be delivered by US mail by placing a true copy thereof enclosed in sealed envelopes. I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[ ]   **BY GSO OVERNIGHT:** I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees.

[X]   **CM/ECF**: I caused such document to be delivered to the e-mail address indicated on the attached SERVICE LIST using the CM/ECF system, which sends notice of electronic filing (NEF) to all counsel of record in this action.

[ ]   I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X]   I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed January 24, 2020, at Los Angeles, California.

/s/ *Sonja Robertson*
Sonja Robertson

365.436.TG - 00456651.DOC        5        3:19-cv-00513 MMA (WVGx)

**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF WILLIAM MCGEE**

**PROOF OF SERVICE LIST**
**MERCEDES-BENZ USA, LLC/MCGEE, WILLIAM**
**(M127-436)(365.436)**
**Case No. 3:19-cv-00513 MMA (WVGx)**
**Page 1**

| | |
|---|---|
| Deanna M. Wallace, Esq.<br>Kevin A. Alexander II, Esq.<br>LAW OFFICES OF WILLIAM R. MCGEE, APLC<br>701 Palomar Airport Road, Suite 250<br>Carlsbad, CA  92011<br>(760) 438-1047<br>(760) 438-1056 (FAX)<br>DeannaLemonLaw@gmail.com<br>Kevin.LemonLaw@gmail.com | Attorneys for Plaintiff<br>WILLIAM R. MCGEE |