

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William R. McGee | Civil Action No. 19-cv-00513-MMA-WVG |
| Plaintiff, | |
| V. | |
| Mercedes-Benz USA, LLC; Does 1 through 10 inclusive | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's motion for summary judgment as to all claims.

Date:     3/31/20

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler
M. Exler, Deputy